IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-1736-JLK

DALE SNYDER et al.,

      Plaintiffs,

v.

ACORD CORPORATION, a Delaware non-profit corporation, et al.

      Defendants.

_____

NOTICE TO COUNSEL AND ALL PARTIES
_____

KANE, J.

      On June 24, 2014, Magistrate Judge Watanabe, to whom this case was originally drawn, entered an order of recusal stating "the undersigned finds that he and his immediate family are insured by one or more of the defendants." He bases this recusal on 28 U.S.C. § 455 and on grounds that his impartiality might reasonably be questioned. I note Magistrate Judge Watanabe does not assert that he or his family have any financial interest in the subject matter of the controversy or in a party to the proceeding such as being a stockholder in one of the defendant companies or a member of a mutual benevolent society or mutual insurance company or any other interest that could be substantially affected by the outcome of the proceeding. Following his recusal, the case was reassigned to me by lot.

      While I respect Magistrate Judge Watanabe's right to make his decision, I will not

follow it.  My wife and I are insured by one of the defendants, namely Chubb National Insurance Company or one of its affiliate companies, for home owners liability and casualty, auto insurance and perhaps excess liability.  We are also insured by one of the Amica companies for similar matters not covered by Chubb.  Amica is not named as a defendant in this action.  I do not consider this status of insured to be grounds for recusal, and believe that the corresponding duty to sit on cases assigned should prevail.  *See* Canon 3A.(2), Code of Conduct for United States Judges (providing that "[a] judge should hear and decide matters assigned, unless disqualified, and should maintain order and decorum in all proceedings").

Additionally, in accordance with Canon 3 D, it is my practice to disclose on the record any potential conflict and to give the parties an opportunity to confer outside my presence whether all agree in writing or on the record that I should or should not be disqualified and whether, if I were willing to participate in the proceeding, that I may do so.  This Notice constitutes that disclosure.  Should any party wish to file a motion to recuse, it should do so on or before July 9, 2014 and the matter will be heard at the earliest possible time.

Dated this 25th day of June, 2014.

                                        **s/John L. Kane**
                                        SENIOR U.S. DISTRICT JUDGE