IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-1736-JLK**

**DALE SNYDER, et al.,**

       Plaintiffs,

v.

**ACORD CORPORATION, et al.,**

       Defendants.

## ORDER GRANTING MOTION TO CONSOLIDATE CLAIMS

Kane, J.

BEFORE THE COURT is Plaintiffs' unopposed motion to consolidate Civil Action No. 14-cv-01884-WJM-CBS with this case, ECF Docket No.: 67. To date, No objections have been filed. IT IS

ORDERED that:

1. The Unopposed Motion to Consolidate Claims, Docket No.: 67, is GRANTED.

2. Civil Action No. 14-cv-01884-WJM-CBS is consolidated with 14-cv-01736-JLK for all purposes. The Clerk is directed to consolidate Civil Action No.14-cv-01884-WJM-CBS with 14-cv-01736-JLK.  Civil Action No. 14-cv-01884-WJM-CBS is ADMINISTRATIVELY CLOSED.

Dated this 5th day of August, 2014.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, Senior Judge
                                                United States District Court