IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:14-cv-01736-JLK

DALE SNYDER, et al., individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

ACORD CORPORATION, a Delaware non-profit corporation, et al.

    Defendants.

## ORDER GRANTING AGREED MOTION TO ENTER BRIEFING SCHEDULE

Kane, J.

BEFORE THE COURT is an Agreed Motion to Enter Schedule, filed by the Plaintiffs, ECF Docket No.: 335. No objections have been filed.

The Court has reviewed the Motion, including the statements and suggestions contained therein, the file, the record, the representations of the parties, and the underlying agreement. Having done so, the Court finds that an entry of such a schedule is warranted.

Accordingly, IT IS ORDERED:

1. That the Agreed Motion to Enter Schedule, ECF Docket No.: 335, is GRANTED.
2. The agreed briefing schedule is ENTERED, expressly reserving the right of any party to request additional time.

## BRIEFING SCHEDULE AGREEMENT

1. The represented parties have agreed to the following briefing schedule, while expressly reserving the right to request additional time, as further stated herein:

    a. October 13, 2014 will serve as the date for filing of Second Amended Complaint;

    b. November 25, 2014 will serve as the date for the filing of Defendants' Responsive Pleadings/Motions to Dismiss;[1]

    c. (If Motions to Dismiss filed) January 9, 2015 will serve as the date for filing Plaintiffs' Opposition to Motions to Dismiss;[2]

    d. February 20, 2015 will serve as the date for filing of any Defendants' Reply In Support of Motions to Dismiss.[3]

2. The parties may seek more time for the submission of briefs after reviewing the Second Amended Class Action Complaint and Jury Demand or any other filings. In this regard, circumstances that may warrant an extension of time include, but are not limited to:

    a. The nature of the Second Amended Class Action Complaint and Jury Demand, and the degree of deviation it bears to the previously filed Amended Class Action Complaint and Jury Demand.

---

[1] Subject to the provisions of Paragraph 3.
[2] Subject to the provisions of Paragraph 3.
[3] Subject to the provisions of Paragraph 3.

   b. The length of the Second Amended Class Action Complaint and Jury Demand.

   c. The number of motions to dismiss that are filed by the Defendants and their length. (Defendants intend to consolidate the briefing on any motions to the full extent possible.)

3. The agreement is to be interpreted narrowly, and does not prevent further conferral or motion on other issues collateral to the briefing and the scheduling thereof, such as oral argument or sur-reply.

DATED this 2nd day of October, 2014.

          BY THE COURT:

          *s/John L. Kane*_____
          Hon. JOHN L. KANE, Senior Judge
          United States District Court

AGREED AND WITNESSED this September 30, 2014 by the Plaintiffs, through undersigned counsel, and by the Defendants served in this action, as represented by the undersigned liaison counsel on the representation of granted authority.

s/ Eddie Gene Dougherty
*Eddie Gene Dougherty*
Dougherty & HOLLO WAY, LLC
7200 N.W. 86th Street - Suite D
Kansas City, Missouri 64153
Telephone: (816) 891-9990 FAX:
(816) 891-9905 E-mail:
edoughei1y@dh-law.com

ATTORNEYS FOR THE PLAINTIFFS

-and-

s/ Randall Hack
*Randall Hack*
Locke Lord, LLP
Ill South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0676
FAX: (312) 443-0336
rhack@lockelord. com

s/ Bryan Hays
*Bryan Hays*
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0676
Fax:(312)443-0336
bhays@lockelord.com

ATTORNEYS FOR DEFENDANT
FARMERS INSURANCE EXCHANGE

s/ Tom Johnson *Tom Johnson*
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-7487
Fax: 303-893-1379
Tom.j ohnson@dgslaw. com

ATTORNEYS FOR DEFENDANT
FARMERS INSURANCE EXCHANGE

s/ Terence Ridley
*Terence Ridley*

Wheeler Trigg O'Donnell, LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303)244-1800
Fax: (303)244-1879
ridley@wtotrial.com

ATTORNEYS FOR DEFENDANT
FIRST AMERICAN PROPERTY
& CASUALTY INSURANCE COMPANY


s/ Jon Sands
*Jon Sands*
Sweetbaum Sands Anderson, PC
1125 17th Street, #2100
Denver, CO 80202
Telephone: (303) 296-3377
Fax: (303)296-7343
jsands@sweetbaumsands.com

ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY


s/ Mike Kenny
*Mike Kenny*
Alston and Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7179
Fax:(404)881-7777
Mike.kenny@alston.com

ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

6

s/ Mark Horning
*Mark Horning*
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202)429-8126
Fax: (202) 429-3902
mhorning@steptoe. com
ATTORNEYS FOR DEFENDANT
ACORD CORPORATION