IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:14-cv-01736-JLK

DALE SNYDER, et al., individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

ACORD CORPORATION, a Delaware non-profit corporation, et al.

    Defendants.

---

ORDER GRANTING AGREED MOTION TO ADOPT
THIRD AMENDED COMPLAINT

---

Kane, J.

BEFORE THE COURT is an Agreed Motion to Adopt Third Amended Complaint, filed by the Plaintiffs (Doc. 377). No objections have been filed.

The Court has reviewed the Motion, including the statements and suggestions contained therein, the file, the record, the representations of the parties, and the underlying agreement. Having done so, the Court finds that an entry of such a schedule is warranted.

Accordingly, IT IS HEREBY ORDERED:

1. That the Agreed Motion to Adopt Third Amended Complaint, ECF Docket No.: 377, is hereby GRANTED.

2. The agreement to adopt a third amended complaint, appended hereto, is ENTERED.

### AGREEMENT TO ADOPT THIRD AMENDED COMPLAINT

1. After conferring on the issues identified in the Notice of Errata and in the Motion to Adopt Third Amended Complaint, and having resolved the adoption of an efficient and practical resolution to those issues, the Parties have reached this proposed Agreement to adopt **EXHIBIT 1** to the Motion to Adopt Third Amended Complaint (ECF Doc. No. 377), as identical to **EXHIBIT 56** of the Notice of Errata (ECF Doc. No. 376), so that such may be the Third Amended Complaint, replacing the Second Amended Class Action Complaint and Jury Demand (ECF Doc. No. 339).

2. This Agreement constitutes part of a greater resolution by the Parties to facilitate the practical management of the case by amending the briefing schedule, in light of the Third Amended Complaint, so as to allow Defendants reasonable time to respond and incorporate the corrections of the Notice of Errata (ECF Doc. No. 376).

DATED this 25th day of  November  , 2014.


BY THE COURT:

s/John L. Kane_____
SENIOR U.S. DISTRICT JUDGE


AGREED AND WITNESSED this November 24, 2014 by the Plaintiffs, through undersigned counsel, and by the Defendants served in this action, as represented by the undersigned liaison counsel on the representation of granted authority.

s/ Eddie Gene Dougherty
*Eddie Gene Dougherty*
Dougherty & HOLLO WAY, LLC
7200 N.W. 86th Street - Suite D
Kansas City, Missouri 64153
Telephone: (816) 891-9990
FAX: (816) 891-9905 E-mail:
edoughei1y@dh-law.com

s/ Josue David Hernandez, Esq.
***Josue David Hernandez, Esq.***
DOUGHERTY & HOLLOWAY, LLC
7200 N.W. 86th Street – Suite D
Kansas City, Missouri 64153
Telephone: (720) 712-9553
FAX: (816) 891-9905
jhernandez@dh-law.com

ATTORNEYS FOR THE PLAINTIFFS

-and-

s/ Randall Hack
*Randall Hack*
Locke Lord, LLP
Ill South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0676
FAX: (312) 443-0336
rhack@lockelord. com

s/ Bryan Hays
*Bryan Hays*
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0676
Fax:(312)443-0336
bhays@lockelord.com

ATTORNEYS FOR DEFENDANT
FARMERS INSURANCE EXCHANGE

s/ Tom Johnson *Tom Johnson*
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-7487
Fax: 303-893-1379
Tom.j ohnson@dgslaw. com

ATTORNEYS FOR DEFENDANT
FARMERS INSURANCE EXCHANGE

s/ Terence Ridley
*Terence Ridley*
Wheeler Trigg O'Donnell, LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303)244-1800
Fax: (303)244-1879
ridley@wtotrial.com

ATTORNEYS FOR DEFENDANT
FIRST AMERICAN PROPERTY
& CASUALTY INSURANCE COMPANY

s/ Jon Sands
*Jon Sands*
Sweetbaum Sands Anderson, PC
1125 17th Street, #2100
Denver, CO 80202
Telephone: (303) 296-3377
Fax: (303)296-7343
jsands@sweetbaumsands.com

ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY


s/ Mike Kenny
*Mike Kenny*
Alston and Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7179
Fax:(404)881-7777
Mike.kenny@alston.com

ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY


s/ Mark Horning
*Mark Horning*
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202)429-8126
Fax: (202) 429-3902
mhorning@steptoe. com
ATTORNEYS FOR DEFENDANT
ACORD CORPORATION