IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01736-JLK -KMT

DALE SNYDER, ET AL.

    Plaintiffs,

v.

ACORD CORPORATION, ET AL.

    Defendants.

**PROPOSED ORDER DISMISSING ACTION**

This matter comes before the Court on the motions to dismiss filed by numerous defendants. All of the defendants join in one or more of these motions.

For the reasons set forth at length in the motions to dismiss, the Court dismisses Plaintiffs' Third Amended Complaint with prejudice.

Dated: _____, 2014

                                                              _____
                                                              The Hon. John L. Kane,
                                                               United States District Court Judge