IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20__-cv-

SUEHAM KAY HOFFMAN, individually and as representative for the Estate of
DOROTHY WOOD HAMMER,
LAILA SAEDA URBAN, individually and as representative for the Estate of DOROTHY
WOOD HAMMER,
The Estate of DOROTHY WOOD HAMMER,

      Plaintiffs,

v.

UNITED FIRE GROUP, INC., d/b/a UNITED FIRE GROUP,
UNITED FIRE & CASUALTY COMPANY, d/b/a UNITED FIRE GROUP,
UNITED FIRE INSURANCE COMPANY, d/b/a UNITED FIRE GROUP,
ADDISON INSURANCE COMPANY,
LAFAYETTE INSURANCE COMPANY,
UNITED FIRE & INDEMNITY COMPANY,
UNITED FIRE LLOYDS,
TEXAS GENERAL INDEMNITY COMPANY,
ABC INSURANCE COMPANY, an entity whose true name is unknown, d/b/a UNITED
FIRE GROUP, and
ABC ORGANIZATION, an entity, or group of entities, whose true names are unknown.

      Defendant

---

## AFFIDAVIT OF NEAL R. SCHARMER REGARDING LAFAYETTE INSURANCE COMPANY AND UNITED FIRE LLOYDS

I, Neal R. Scharmer, having personal knowledge of the facts below and being of lawful

age, declare under penalty of perjury that the following is true and correct.

      1.    I am a Director of Lafayette Insurance Company, and I am an Underwriter of

United Fire Lloyds.

*Exhibit  1*

2.      Lafayette Insurance Company is a citizen of the State of Louisiana, and its principal place of business is the State of Iowa.

3.      United Fire Lloyds is a company chartered in the State of Texas and is, by its very nature, limited to doing business in Texas.  It is licensed, and can only be licensed, in Texas.

4.      Neither company has ever been licensed to write insurance policies or otherwise conduct business in Colorado.

5.      Neither company has continuous and systematic general business contacts in Colorado.

6.      Neither company had any involvement with the insurance policy or related claim handling at issue in the captioned litigation.

FURTHER AFFIANT SAITH NAUGHT.

Executed on July 11, 2014

_____
Neal R. Scharmer