IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-1736-JLK

DALE SNYDER, et al.,

    Plaintiffs,

v.

ACORD CORPORATION, a Delaware non-profit corporation, et al.,

    Defendants.

---

**ORDER GRANTING MARILYN S. CHAPPELL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ALLSTATE INSURANCE COMPANY, ENCOMPASS INDEMNITY COMPANY AND ENCOMPASS INSURANCE COMPANY OF AMERICA**

---

    This matter comes before the Court on Marilyn S. Chappell's Motion to Withdraw as Counsel for Defendants Allstate Insurance Company, Encompass Indemnity Company and Encompass Insurance Company of America (Doc. 475).  Having reviewed the same, and being fully advised in the premises, the Court hereby finds and concludes:

    The Motion is GRANTED and Marilyn S. Chappell is hereby withdrawn as counsel of record for Defendants Allstate Insurance Company, Encompass Indemnity Company and Encompass Insurance Company of America in this matter.

    The clerk is directed to remove Marilyn S. Chappell from the CM/ECF filing notification system in connection with this action. Attorney Sheryl L. Anderson of the law firm of Wells, Anderson & Race LLC shall continue as counsel of record

2

on behalf of Defendant Allstate Insurance Company, Encompass Indemnity Company and Encompass Insurance Company of America.

Dated this 4th day of January, 2016.

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge