IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-1736-JLK

DALE SNYDER, et al.,

    Plaintiffs,

v.

ACORD CORPORATION, a Delaware non-profit corporation, et al.,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on the Motion to Withdraw (Doc. 480) as well as the Amended Motion to Withdraw (Doc. 482) as counsel of record for Plaintiffs Dale Snyder, et al. Having reviewed the same, and being fully advised in the premises, the Court hereby ORDERS:

The Motions are GRANTED and Eddie Gene Dougherty and the law firm Dougherty & Holloway, L.L.C. are hereby withdrawn as counsel of record for plaintiffs in this matter.

The clerk is directed to remove Eddie Gene Dougherty from the CM/ECF filing notification system in connection with this action. Attorney Josue David Hernandez, Attorney at Law, shall continue as counsel of record for the plaintiffs.

Dated this 17th day of February, 2016.

                BY THE COURT:

                _____
                John L. Kane
                Senior U.S. District Court Judge