IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01736-JLK

**DALE SNYDER, et al.**,

      Plaintiffs,

v.

**ACORD CORPORATION, et al.**,

      Defendants.

___

**ORDER ON MOTION TO STRIKE**
___

**Kane, J.**

      Before me are Defendants' Motion to Strike Plaintiff's Motion for Relief from Final Judgment (Doc. 491) and Defendants' Motion for an Extension of Time to Respond (Doc. 492). I agree with Defendants that Plaintiff's Motion (Doc. 481), which together with its various appendices and exhibits (*see* Docs. 485 & 486) totals over 1,000 pages, is absurdly prolix, and accordingly Defendants' Motion to Strike (Doc. 491) is **GRANTED** and Defendants' Motion for an Extension of Time (Doc. 492) is **DENIED AS MOOT**. Plaintiffs' Motion to Strike and its accompanying documents (Docs. 481, 485-488) are **STRICKEN**. Because Plaintiffs' counsel has ignored my repeated suggestion that briefs in this matter should be kept to a reasonable length, *see, e.g.*, Doc. 432 at 5:5-10, should Plaintiffs choose to re-file their motion to alter or amend the judgment, it is **ORDERED** that their brief in support together with any supplemental documents shall not exceed **TEN PAGES** in length, with **TEN PAGES** for Defendants in response and **FIVE PAGES** for any reply.

    Dated: March 2, 2016                            *s/ John L. Kane*
                                                                      Senior U.S. District Judge