*Snyder v. ACORD Corp.*
Civil Action No. 1:14-cv-1736-JLK

# Exhibit A

# List of Moving Defendants and Fees Sought

**JOINT DEFENDANTS' OPENING BRIEF FOR DETERMINATION OF AMOUNT OF ATTORNEYS' FEES TO BE AWARDED**

**LIST OF MOVING DEFENDANTS AND FEES SOUGHT[1]**

*DALE SNYDER, et al. v. ACORD CORPORATION, et al.*
1:14-cv-01736-JLK

| MOVING DEFENDANT NAME | FEES SOUGHT |
|---|---|
| All America Insurance Company; Central Mutual Insurance Company | $38,616.44 |
| Allianz Life Insurance Co. of North America | $205,833.00 |
| American Family Mutual Insurance Company | $157,303.00 |
| Auto-Owners Insurance Company; Owners Insurance Company, erroneously named as Owners Insurance, d/b/a Auto-Owners Insurance d/b/a Home-Owners Insurance | $61,969.80 |
| The Chubb Corporation; Chubb National Insurance Company; Chubb Services Corporation; Great Northern Insurance Company; Pacific Indemnity Company; Vigilant Insurance Company; Federal Insurance Company | $78,320.50 |
| Cincinnati Insurance Company | $103,896.00 |
| Electric Insurance Company | $53,780.00 |
| Fireman's Fund Insurance Company; Allianz of America, Inc., Allianz Global Risks US; Insurance Company, American Automobile Insurance Company a/k/a Fireman's Fund; Insurance Company of Missouri, Associated Indemnity Corporation, Fireman's Fund; Insurance Company, and National Surety Corporation. | $28,151.00 |

---

[1] A handful of Defendants decided not to pursue fees, despite being part of the original fee briefing in this Court and the Court of Appeals. Those Defendants have been removed from this table.

2

| MOVING DEFENDANT NAME | FEES SOUGHT |
|---|---|
| First American Financial Corporation; First American Property & Casualty Insurance Company | $153,723.00 |
| Grange Insurance Association | $16,950.50 |
| GuideOne Mutual Insurance Company | $30,558.00 |
| Insurance Services Office, Inc.; Verisk Analytics, Inc. | $168,215.00 |
| Kemper Corporate Services, Inc.; Kemper Corporation; Unitrin Auto and Home Insurance Company; Unitrin Direct Property & Casualty Company | $103,367.00 |
| McKinsey & Company, Inc.; McKinsey & Company, Inc. Washington D.C. | $248,047.00 |
| National Casualty Company; Nationwide Affinity Insurance Company of America; Nationwide Insurance Company of America; Nationwide Mutual Insurance Company | $174,686.95 |
| Sentry Insurance A Mutual Company | $23,519.50 |
| United Services Automobile Association; USAA Casualty Insurance Company | $128,919.00 |
| **TOTAL** | **$1,775,855.69** |