*Snyder v. ACORD Corp.*
**Civil Action No. 1:14-cv-1736-JLK**

# **Exhibit B**

# **Affidavit of Kevin Shea, Esq.**

# **Part 1**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01736-JLK

DALE SNYDER, et al.

      Plaintiffs,

v.

ACORD CORPORATION, et al.

      Defendants.

---

**AFFIDAVIT OF KEVIN SHEA IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR ATTORNEY FEES**

---

Respectfully submitted,

KEVIN SHEA
Richilano Shea LLC
1800 15th Street, Suite 101
Denver, Colorado  80202
(303) 893-8000
shea@richilanoshea.com

# TABLE OF CONTENTS

I.      THE ENGAGEMENT ............................................................................ 1

II.     MY PROFESSIONAL BACKGROUND ................................................ 4

III.    MATERIALS AND SOURCES OF INFORMATION CONSIDERED IN FORMING MY OPINIONS ...................................................................... 6

IV.     METHODOLOGY ................................................................................ 8

V.      CASE SUMMARY AND CATEGORIES OF DEFENDANTS ............................ 9

VI.     SUMMARY OF FEES BEING SOUGHT .......................................... 13

VII.    FACTORS CONSIDERED IN OPINING ON REASONABLENESS OF FEES ...................................................................................................... 14

VIII.   RULE 1.5 OF THE COLORADO RULES OF PROFESSIONAL CONDUCT .......................................................................................... 14

IX.     THE RULE 1.5 FACTORS WHICH ARE PERTINENT HERE .......................... 15

X.      APPLICATION OF PERTINENT FACTORS ...................................... 15

XI.     CONCLUSION REGARDING REASONABLENESS OF FEES ...................... 23

STATE OF COLORADO   )
                                ) ss.
City and County of Denver )

Kevin Shea, being duly sworn, states as follows:

## I.      THE ENGAGEMENT

I have been engaged by Wheeler Trigg O'Donnell LLP, on behalf of the

defendants listed in the next paragraph ("Defendants"), to review and evaluate the legal

fees charged by certain counsel of record in defending the above-captioned lawsuit (the

"Lawsuit").  I have also been requested to provide my opinion whether the fees for which

those Defendants seek reimbursement are reasonable under applicable professional and

legal standards.

The requesting Defendants[1] and their attorneys are listed (alphabetically grouped)

in the following Table 1:

| TABLE 1 | |
|---|---|
| Defendants | Represented By |
| Allianz Life Insurance Company of North America | Carlton Fields Jorden Burt, P.A. Raul A. Cuervo * |
| Allianz of America, Inc., Allianz Global Risks US Insurance Company, American Automobile Insurance Company a/k/a Fireman's Fund Insurance Company of Missouri, Associated Indemnity Corporation, Fireman's Fund Insurance Company, and National Surety (collectively, "Fireman's") | Hall & Evans, LLC Lisa F. Mickley * |

---

[1] It is my understanding there were 113 named defendants in the Lawsuit.  Not all of them seek their attorney fees.  I have been advised no Defendant here seeks costs.

* Indicates name of Attorney submitting an affidavit in support of this fee request.

| TABLE 1 | |
|---|---|
| **Defendants** | **Represented By** |
| American Family Mutual Insurance Company | Faegre Baker Daniels LLP<br>Michael McCarthy * |
| Auto-Owners Insurance Company, and Owners Insurance Company (collectively, "Auto-Owners") | Giometti & Associates, P.C.<br>Gregory R. Giometti *<br>and<br>Dykema Gossett PLLC<br>Lori McAllister * |
| Central Mutual Insurance Company and All America Insurance Company | Stuart D. Morse & Associates, LLC and<br>Rivkin Radler LLP<br>Stuart D. Morse * |
| Chubb Corporation, Chubb National Insurance Company, Chubb Services Corporation, Federal Insurance Company, Great Northern Insurance Company, Pacific Indemnity Company, and Vigilant Insurance Company (collectively, "Chubb") | Gordon & Rees Scully Mansukhani LLP<br>Jacob C. Cohn * |
| Cincinnati Insurance Company | Baker Hostetler LLP<br>Mark Johnson * |
| Electric Insurance Company | Wheeler Trigg O'Donnell<br>Jeremy Moseley * |
| First American Financial Corporation, and First American Property & Casualty Insurance Company | Wheeler Trigg O'Donnell<br>Terence Ridley * |
| Grange Insurance Association | Stuart D. Morse & Associates, LLC<br>Stuart D. Morse * |
| GuideOne Mutual Insurance Company | Ruebel & Quillen<br>Jeffrey Clay Ruebel * |
| Kemper Group | Baker & Hostetler<br>Mark Johnson * |
| McKinsey & Company, Inc., and McKinsey & Company, Inc. Washington D.C. (collectively, "McKinsey") | Stroock & Stroock & Lavan LLP and<br>Robertson & Ash LLC<br>James L. Bernard * |

| TABLE 1 | |
|---|---|
| Defendants | Represented By |
| Nationwide Mutual Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide Insurance Company of America, and National Casualty Company (collectively, "Nationwide");  and | Morgan, Lewis & Bockius LLP J. Gordon Cooney * and Shook, Hardy & Bacon, L.L.P. Douglas S. Beck * |
| Sentry Insurance (a Mutual Company) | Hall & Evans, LLC Lisa Mickley * |
| USAA Casualty Insurance Company, and United Services Automobile Association (collectively, "USAA") | Wheeler Trigg O'Donnell John Vaught * |
| Verisk Analytics, Inc. and Insurance Services Office, Inc. (ISO) | Barnes & Thornburg LLP Mark W. Bayer * |

I submit this Affidavit based on my own personal knowledge and experience, on materials supplied to me by Defendants, and on other materials upon which an expert would reasonably rely, as more fully set out in this Affidavit.

My own law firm, Richilano Shea LLC, is being compensated for my time at the discounted rate of $450.00 per hour (regular rate is $495.00).  My firm is likewise being compensated at the rate of $300.00 per hour for the time of Dean Neuwirth, who is "of counsel" to the firm and who has assisted me in this project.  My compensation is not dependent on any particular outcome of any motion for attorney fees.  I am not an owner of or related to any of the parties or attorneys seeking fees in this matter, and I have no interest in this matter other than as a neutral albeit retained expert cognizant of his additional role as an officer of the court.[2]  Other than speaking to Ms. Erin Frohardt, an

---

[2] I have personal homeowners and auto insurance with Chubb, but that has not affected my opinion.

attorney at Wheeler Trigg O'Donnell who facilitated my receipt of the invoices and other information, I have not communicated with any of the attorneys or clients seeking fees in this matter. Ms. Frohardt did not at any time attempt to influence any of my opinions expressed in this Affidavit or its attached exhibits.

My opinions in this Affidavit are limited to the reasonableness of the attorney fees contained within the invoices and affidavits of the attorneys for Defendants seeking fees. I express no opinion whether the Defendants are legally entitled to recover attorney fees.

## II.     MY PROFESSIONAL BACKGROUND

I was admitted to the practice of law in Colorado in 1976, and I have been continuously engaged in the practice of law in this state since that date.

My practice for more than forty years has concentrated exclusively in civil and criminal litigation, either in private practice (1980 to date) or as a trial attorney with the District Attorney's Office for the Twentieth Colorado Judicial District (Boulder 1976-1979).

I have been a partner in the law firm of Richilano Shea LLC since its formation on January 1, 2009. Prior to that date I was a partner of Ballard Spahr, LLP (1996-2008), Holme Roberts & Owen (1985-1996), and Roath & Brega, P.C. (Associate/Shareholder 1980-1984).

I estimate that I have tried more than 75 cases to verdict (as well as some hung juries and other cases which settled during trial). Some trials lasted up to one month, others a week or less. I have been trial counsel in many hundreds of litigation matters that did not go to trial. I am a Fellow of the American College of Trial Lawyers.

Additional information on my professional background is contained in the biographical description which is attached as Exhibit 1.

Throughout my time in private practice, I estimate that 90 percent of my work was billed hourly (as opposed to contingent or flat fee).  For over 35 years, I have reviewed bills for attorney fees issued to clients on a monthly basis.  Those bills contained not only my own time, but that of other lawyers and paralegals in the firms in which I worked.  I estimate that 65 percent of my time in private practice has been devoted to complex civil litigation, usually involving multiple parties, and mostly but not exclusively representing defendants.

As an attorney, I have also been involved in representing many lawyers who had fee disputes.  I have reviewed numerous attorney bills in that context as well.

I have represented insurers in coverage cases involving claims in complex commercial and environmental cases where the damages sought were millions of dollars in attorney fees.  I have also reviewed and evaluated the reasonableness of attorney fees in those contexts.

As an attorney who has practiced in Denver/Boulder his entire career, I am very familiar with the rates charged by law firms in the Denver metropolitan area.  In addition, I have worked in complex civil litigation as local counsel or co-counsel with lawyers from other jurisdictions with sufficient frequency that I have also become familiar with the rates charged by commercial litigation firms in many other regions of the United States.

I do not regularly work as an expert witness.  I have one publication authored within the last 10 years titled "Taking Depositions That Can Actually Be Used at Trial" (last updated October 2016) distributed by CLE in Colorado.  I have not testified as an expert at trial or by deposition within the last 4 years.

## III.   MATERIALS AND SOURCES OF INFORMATION CONSIDERED IN FORMING MY OPINIONS

The materials and sources of information which I have considered in forming my opinions include:

1.      Pleadings, motions, briefs and affidavits filed through October 11, 2017 in this Lawsuit, *Dale Snyder, et al. v. ACORD Corporation, et al.*, Civil Action No. 1:14-cv-01736-JLK, U.S. District Court for the District of Colorado, and filings and orders in the Tenth Circuit appeals therefrom.  I have also reviewed several sample emails between counsel for the parties.

2.      District court orders issued in this Lawsuit (including PACER Docket Nos. 304, 378, 379, 423, 427, 430, 432, 472, 478, 479, 494, 507, 517, 526, 565, 567, and 578), and orders issued by the Tenth Circuit Court of Appeals in the plaintiffs' appeals from this Lawsuit, including Doc. 557 as filed in the district court.

3.      Redacted copies of invoices[3] issued to Defendants by the law firms identified in Table 1 above, for their work in the Lawsuit and plaintiffs' appeals.[4]  In

---

[3] I use the words "bills" and "invoices" synonymously in this Affidavit.
[4] Some law firms represented more than one Defendant; however each such firm maintained and submitted separate billing statements for each client group, which I have therefore separately reviewed.

some cases, I also reviewed summaries of the hours billed and rates charged, which the law firms submitted at my request to assist my understanding of their invoices.

4.      Affidavits from the lawyers listed in Table 1, above.

5.      Online resumes (where available) for the lawyers whose time is reflected in the above billings, and who did not submit their biographies with their invoices.

6.      C.R.S. § 13-17-201.

7.      Colorado Rule of Professional Conduct 1.5 ("Rule 1.5"), which includes the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), and in *Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983). [5]

8.      *Robinson v. City of Edmond*, 160 F.3d 1275, 1281 (10th Cir. 1998), and *Lucas v. Kmart Corp.*, 2006 WL 2729260 (D.Colo.) (Kane, J.), which discuss the "lodestar" method of determining hourly attorney fees based on a reasonable number of hours worked multiplied by a reasonable hourly rate.

9.      I have discussed this Lawsuit with attorney Erin Frohardt of Wheeler Trigg O'Donnell.

---

[5] *See also, Lucas v. Kmart Corp.*, 2006 WL 2729260 (D.Colo.) (Kane, J.), at *3 (discussing *Johnson*) and again at **5-7 (applying the *Johnson* factors).  All the factors listed in Rule 1.5 are included among the twelve *Johnson* factors, except that Rule 1.5 does not include these two *Johnson* factors:  the undesirability of the case (the tenth *Johnson* factor, which does not apply to defense lawyers in civil cases and so is inappropos here); and awards in similar cases (the twelfth *Johnson* factor, which cannot be feasibly applied to the current unique case).  Hence this Affidavit's reference to the factors in Rule 1.5 includes the pertinent *Johnson* factors.

## IV.    METHODOLOGY

As noted, I was engaged to review each of the above-listed attorney bills and opine on the reasonableness of these bills.  To begin the process I had a few telephone conversations with attorney Frohardt of Wheeler Trigg O'Donnell.

I then reviewed the district court's docket for the Lawsuit, as well as the dockets for the resulting Tenth Circuit appeals.

I particularly focused on the Third Amended Complaint (Doc. 380); the substantive motions to dismiss that Complaint (especially Docs. 389-392, 398, 400, 408, 410);  the filings and related proceedings regarding plaintiffs' motion for extension of time to respond to the motions to dismiss (Docs. 421, 423, 424, 427, 429, 430, and 432); plaintiffs' responses to the motions to dismiss (especially Docs. 445-448); replies in support of the motions to dismiss (especially Docs. 458-462 and 464-465); the district court's order and judgment granting the motions to dismiss (Docs. 478-479); the Tenth Circuit order affirming the district court's order granting the motions to dismiss (Doc. 553); and district court and Tenth Circuit orders regarding attorney fees (Docs. 526, 557, 561, 564-567).

Once I believed I had a general understanding of the case and its history, I then conducted a preliminary review of several of the bills I had been provided, to gain a sense of the billing landscape.

Next, I performed a page-by-page review of each bill.  While conducting the detailed review, I noted:  a) the Defendant or Defendants for whom the work had been done; b) the law firm doing the work; c) the number, and names, of the time-keepers

8

billing to the file; d) the hourly rate of each time-keeper; e) whether time was billed for

seeking fees (all of which I deducted, in part because not all Defendants submitted time

for fees incurred in seeking fees, and many Defendants' law firms voluntarily redacted

those charges); and f) whether there was obvious duplication of effort or other obvious

inefficiencies.  I also reviewed affidavits from the lawyers listed in Table 1 above.

While conducting my detailed review, I was mindful of the factors to be

considered under Rule 1.5, *supra*, in determining the reasonableness of attorney fees, as

well as the above-referenced lodestar method which is also used in that process.  The

applicable factors under Rule 1.5 are discussed in the body of my opinion below.

When my detailed review of each bill was done, I prepared what I am calling an

Individual Statement regarding each firm's billing for each Defendant ("Individual

Statement").  The Individual Statements are attached to this Affidavit as Exhibits 2

through 18, inclusive.  There is an Individual Statement for each Defendant and each law

firm that provided a bill to me.

## V.     CASE SUMMARY AND CATEGORIES OF DEFENDANTS

In this case, eighteen plaintiffs filed a putative nationwide class action complaint

against what I believe to be 113 defendants allegedly involved in the insurance industry.

Plaintiffs filed corrective complaints which culminated in their Third Amended

Complaint.  (Doc. 380)

The Third Amended Complaint alleged 23 claims for relief in 1,363 paragraphs

covering 260 pages.  Some of the claims were brought under complex federal and state

statutes, including the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C.

§§ 1961-1968; the Colorado Organized Crime Control Act, C.R.S. § 18-17-101 to 109;

the Sherman Act, 15 U.S.C. § 1; the Colorado Antitrust Act, C.R.S. § 6-4-101 *et seq*.; and

the Colorado Consumer Protection Act, 6-1-101 *et seq*.  There were other Colorado

statutory claims as well.  The remaining claims were Colorado common law causes of

action which ran the gamut of tort law, contract law, and equitable claims.  All 23 claims

were alleged against all 113 defendants.

The genesis of plaintiffs' complaint was the loss of plaintiffs' homes to fire and

(for one plaintiff) flood, and the plaintiffs' subsequent dissatisfaction with the treatment

and benefits they received from their homeowner insurers.  Ten of the defendants were

insurance companies with whom the named plaintiffs held homeowners policies.  The

other defendants were:  a) other insurance companies operating in the United States but

with whom the named plaintiffs did not hold policies; b) insurance-related entities which

did not sell insurance (*e.g.*, insurance service companies and insurance holding

companies); c) a nonprofit corporation called ACORD which sets standards within the

insurance industry; and d) McKinsey, an independent global management consulting

company which had apparently provided outside consulting services to an insurer

(Allstate) in 1992.  Plaintiffs alleged a long-running conspiracy to defraud consumers, in

which the insurance industry employed coded language and utilized ACORD as a vehicle

for the alleged conspiracy.

The defendants filed motions to dismiss the Third Amended Complaint.  In doing

so, the defendants organized themselves into several subgroups (with some unavoidable

overlap among some groups).  The motions succeeded, and the district court subsequently

dismissed the Third Amended Complaint by Order dated January 15, 2016.  (Doc. 478)

State Farm filed the "lead" motion to dismiss, under authority of Fed.R.Civ.P. 8,

9(b), and 12(b)(6).  (Doc. 390)  The motion was brought on behalf of the ten insurers who

had insured the homes of the named plaintiffs ("Selling Defendants").  However, the

grounds for that motion applied to all the defendants, and therefore all the other

defendants joined in the motion.  Although State Farm filed the motion, the billing

records reflect substantial participation and collaboration for this motion among the

Defendants seeking fees.

A subgroup of defendants consisted of insurers and other entities which had not

sold an insurance policy to a named plaintiff, and which had no other relationship to a

named plaintiff ("Non-Selling Defendants").  A large group of Non-Selling Defendants

filed a motion to dismiss which joined in State Farm's motion, but which also raised

additional arguments including the Non-Selling Defendants' lack of privity of contract

with the named plaintiffs.  (Doc. 392)

Another subgroup of defendants consisted of the outside consultant McKinsey and

the standard-setting insurance entity ACORD, which had unique considerations in

addition to being Non-Selling Defendants.  McKinsey and ACORD moved to dismiss

based on those unique considerations, and they too joined the motions of State Farm and

the Non-Selling Defendants.  (Doc. 391)

A third subgroup of defendants moved to dismiss due to lack of personal

jurisdiction under Fed.R.Civ.P. 12(b)(2).  (Doc. 389)  This subgroup included three

Defendants which seek attorney fees here:  Chubb; First American Financial Corporation; and Kemper Corporation.

Allianz Life Insurance (which seeks fees here) moved to dismiss because it sells life insurance, not homeowners insurance.  (Doc. 398)  Allianz's motion also adopted the motions of State Farm and the Non-Selling Defendants.

My review of the district court's docket report and the invoices I received shows another event which created significant work for Defendants:  plaintiffs 36-page motion for an extension of time to respond to the motions to dismiss the Third Amended Complaint.  (Doc. 421)  The defendants filed a single coordinated response.  (Doc. 424) However, plaintiffs filed a 43-page reply.  (Doc. 429)  The court then set the matter for hearing, which caused the need for responsive coordination among all defense counsel. (Docs. 423, 427, 432)

Plaintiffs appealed the dismissal of the Third Amended Complaint to the U.S. Court of Appeals for the Tenth Circuit.  The Tenth Circuit affirmed.  (Doc. 553)  The Tenth Circuit also ordered an award of defendants' appellate attorney fees, under authority of C.R.S. § 13-17-201.  (Doc. 557)  Therefore my consideration of reasonable attorney fees for the requesting Defendants includes attorney fees which the Defendants' law firms incurred for work on the appeal, when reflected on their invoices, as well as for work in the district court.

## VI.     SUMMARY OF FEES BEING SOUGHT

It is my understanding that the amount of legal fees that Defendants seek in their

Joint Defendants' Opening Brief for Determination of Amount of Attorneys' Fees to be

Awarded are:

| Defendant | Fees Sought |
|---|---|
| Allianz Life Insurance | $205,833.00 |
| American Family Insurance | $157,303.00 |
| Auto-Owners and Owners Insurance (Dykema Gossett) | $ 17,002.00 |
| Auto-Owners and Owners Insurance (Giometti & Assoc.) | $ 44,967.80 |
| Central Mutual Insurance/All America Insurance Company (Stuart D. Morse & Assoc., LLC and Rivkin Radler LLP) | $ 38,616.44 |
| Chubb | $ 83,292.50 |
| Cincinnati Insurance | $111,400.26 |
| Electric Insurance | $ 53,780.00 |
| Fireman's Fund | $ 28,151.00 |
| First American | $153,723.00 |
| Grange Insurance Association | $ 16,950.50 |
| GuideOne Mutual Insurance | $ 30,558.00 |
| Kemper Group | $107,648.27 |
| McKinsey (Stroock & Stroock & Lavan) | $195,061.68 |
| McKinsey (Robertson & Ash) | $ 87,283.00 |
| Nationwide (Morgan Lewis) | $162,945.45 |
| Nationwide (Shook Hardy) | $ 42,386.00 |
| Sentry | $ 23,519.50 |
| USAA | $128,919.00 |
| Verisk and ISO | $184,728.50 |
| TOTAL FEES SOUGHT: | $1,874,068.90 |

It is my understanding the requesting Defendants are not seeking all fees incurred.

Additionally, some of the lawyers did not bill the Defendants for all fees incurred, and

others are not requesting all fees that were actually billed and paid.  Further, nearly all

Defendants' law firms billed their clients at hourly rates discounted from their regular

rates.  These circumstances are noted both in the attorney affidavits and, where I thought

13

significant, in the Individual Statements.  Also, most Defendants are not seeking fees for their counsel's work in seeking fees (no "fees for fees"), and their invoices were redacted by them accordingly.  Where I saw entries related to seeking fees, I deleted those entries and commensurately reduced the amount of fees I consider reasonable.

## VII.   FACTORS CONSIDERED IN OPINING ON REASONABLENESS OF FEES

In opining on the reasonableness of the attorney fees sought by Defendants, I considered the materials and sources listed in part III of this Affidavit, the nature of the Lawsuit and allegations made therein, my knowledge of the range of legal fee rates in the Denver legal marketplace, and the amount of the fees billed to and paid by Defendants in light of the totality of the circumstances.

In reaching my opinions I gave great weight to the fact that the fees sought here, and often considerably more, were actually paid by the respective Defendants.  This fact of actual payment is demonstrated in the attorney affidavits.

## VIII.  RULE 1.5 OF THE COLORADO RULES OF PROFESSIONAL CONDUCT

Rule 1.5 sets forth factors to be considered in determining the reasonableness of legal fees.  As listed in the rule, those factors are:

1.   The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

2.   The likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer;

3.   The fee customarily charged in the locality for similar legal services;

4.   The amount involved and the results obtained;

14

5.      Time limitations imposed by the client or by the circumstances;

6.      The nature and length of the professional relationship with the client;

7.      The experience, reputation, and ability of the lawyer or lawyers performing the services; and

8.      Whether the fee is fixed or contingent.

## IX.    THE RULE 1.5 FACTORS WHICH ARE PERTINENT HERE

Not every factor in Rule 1.5 is relevant in each case.  Comment [1], Rule 1.5.  In this engagement I did not believe factors number 2 (preclusion of other employment), number 5 (time limitations), or number 8 (fee fixed or contingent) were implicated, hence they are not discussed.  As noted above, the *Johnson* factors of undesirability of the case and awards in similar cases also were not implicated here.  I concluded that the remaining factors were applicable in these circumstances.  I therefore proceed to apply those factors below.

## X.    APPLICATION OF PERTINENT FACTORS

### Factor 1 (first part of factor):  Time and labor required.

Although this case was dismissed at the pleading stage, the time and labor required to achieve that dismissal is a weighty factor here.

While I do not believe plaintiffs articulated a particular amount of claimed damages before dismissal, the damages sought would have been massive.  And some of the claims (*e.g.*, RICO, Colorado Consumer Protection Act) include the potential for treble damages and attorney fees.  Thus, this litigation was "high stakes" or "high risk"

15

for the Defendants.  Substantial time and labor was justified at the outset to eliminate the risk by obtaining dismissal at the Rule 12(b)(6) stage.[6]

A significant fact to consider with regard to time and labor is that all the defendants were named in all counts of the Third Amended Complaint.  That structure compelled counsel for each defendant to comb the entire Third Amended Complaint[7] to identify all factual allegations in which his/her client was expressly or impliedly included.  Based on the allegations identified, counsel then had to formulate arguments to dismiss the client from each count.  Despite the admirable coordination in which many defendants engaged (*see*, *e.g.*, the previously-described groups of dismissal motions), ultimately each law firm remained independently responsible to its own client(s) to perform the complicated and labor intensive work necessary to obtain dismissal for its client(s).

Furthermore, once the lawyers had formulated legal bases for their respective clients' motions to dismiss, they then needed to coordinate to determine commonalities among each other, in order to work efficiently for their respective clients and avoid flooding the district court with repetitive motions.  While the district court and plaintiffs likely benefitted from the previously-described groups of dismissal motions, the defendants had to work among themselves to produce those grouped motions.  Some law firms represented two or more defendants whose status presented different issues, thus

---

[6] Some of the allegations were arguably far-fetched, but the lengthy Third Amended Complaint contained many other allegations, and litigation defies accurate prediction.

[7] Before reaching the Third Amended Complaint, Defendants' counsel had to wade through and sort out the similarly lengthy prior complaints, which, in my opinion, were all unduly complicated and overbroad.

requiring coordination within their own client group before coordinating among the defendants at large.

The time and labor invested in obtaining dismissal at the 12(b)(6) stage was also appropriate to avoid the very large costs of litigating the case beyond that early stage and the accompanying risk of an adverse liability judgment at a trial. With so many claims (including complex claims) and defendants, and all the issues regarding class certification in the offing, the fees to be expended in pretrial discovery and pretrial motions work alone would have been in the millions of dollars – and more likely the tens of millions of dollars – on the defense side.

The work on the motions to dismiss (individual as well as coordinated) was not the only work involved. Other necessary defense work at the district court level included: preserving documents[8]; reviewing the multiple versions of the complaint; reviewing plaintiffs' other filings, determining how to respond to them, and responding; investigating plaintiffs' allegations; developing defenses and litigation strategies if dismissal was unsuccessful; conferring with the client regarding facts, status, and strategy; and complying with court orders such as choosing liaison counsel and determining participation at the hearing held in January 2015. Additional work was

---

[8] Although the Defendant lawyer affidavits have not expressly discussed a "litigation hold," in my experience service of a complaint like the one here causes experienced counsel to immediately have the client (which in this case included many vast organizations) place a hold on all possibly pertinent information, in order to prevent potential spoliation of evidence. Proper implementation of such a hold can itself entail significant attorney work, some of which is reflected in the attached invoices.

necessary in the Tenth Circuit, including participation in that court's mediation program as well as the other work typically performed in an appeal.

Another significant consideration with regard to the time and labor involved was the length of plaintiffs' filings. The length of plaintiffs' Third Amended Complaint (and predecessor complaints) has already been described. That complaint was not just unusually long; it also contained significant superfluous allegations and was sometimes difficult to understand. Plaintiffs' penchant for wordiness even extended to their previously-described motion and reply for an extension of time to respond to the motions to dismiss. It takes considerably more time and effort, as well as coordination among multiple defendants, to meaningfully respond to unduly long and complicated filings than to respond to succinct ones.[9]  In short, the circumstances of this case required Defendants' lawyers to manage significantly more problems than the norm even for complex commercial litigation, thereby increasing the time and labor required.

**Factor 1 (second part): Novelty and difficulty of the questions involved.**

The second part of the first Rule 1.5 factor is the novelty and difficulty of the questions involved. The Third Amended Complaint is novel; at least, one does not often see a complaint alleging such a far-ranging conspiracy. Proper investigation and analysis of claims that the Defendants engaged in a massive, multi-decade, trans-industry

---

[9] I have been informed, and the invoices reflect, that emails from plaintiffs' counsel to defense counsel were also often verbose, argumentative, and difficult to decipher. One Defendant lawyer's affidavit describes them as "diatribe-laden." I have seen examples of such emails, and they are consistent with this description.

conspiracy require more than an ordinary level of resources, skill, and experience by defense counsel.

The motions to dismiss presented some relatively difficult legal questions, particularly under the complex claims such as RICO.  Considering the number of legal issues addressed in the motions to dismiss, the defense briefs were concise and well-written.  The efficacy of the defense arguments in those briefs is demonstrated by the adoption of many of those arguments in the district court's order dismissing the Third Amended Complaint.

**Factor 1 (third part); and factor 7:  Skill requisite to perform the legal service properly; and experience, reputation, and ability of the lawyers.**

I am combining my consideration of the seventh factor with the third and last part of factor 1, because I believe they overlap here.

The skill to obtain dismissal, and the experience, reputation, and ability of the Defendants' lawyers are also important factors here.  Viewed as a group, those lawyers are high caliber individuals from high caliber law firms.  Many, if not most, of the lawyers have decades of litigation experience in complex commercial litigation, including the specialized areas of class action defense, first party defense of insurance entities, or both.  In my opinion, it took specialized, experienced, and high quality lawyering to coordinate and produce the successful dismissal motions and other defense work performed here.  Inexperienced or less skillful lawyers could have easily allowed this case to be defended in a far less orderly and effective manner.  That would have been

unfortunate for the Defendants, as the fees surely would have been far higher even though the ultimate result may have been the same.

**Factor 3:  Fee customarily charged in the locality for similar legal services.**

As noted above, Rule 1.5 provides that a reasonable fee should be no higher than that "customarily charged in the locality for similar legal services."  The Tenth Circuit has adopted this principle:  "While a party is free to select counsel from any locality, absent a clear showing that the matter could not reasonably have been handled by counsel from the locality, rates above the prevailing local hourly rates should not be applied." *Praseuth v. Rubbermaid, Inc.*, 406 F.3d 1245, 1259 (10th Cir. 2005).

The range of hourly rates submitted to me was quite wide.  When evaluating the rate customarily charged, I looked to similar firms in the Denver market to compare "like" to "like."  For example, small third-party insurance defense firms customarily charge rates much lower than large law firms which specialize in complex commercial litigation.  In each instance, I relied on my knowledge and the attorney affidavits to gauge the reasonableness of each hourly rate as compared to that customarily charged in Denver by like firms.

I also looked at fair maximum rates charged in Denver for complex commercial litigation.  I am personally aware of rates above $700 per hour charged by Denver litigation partners.  However, I view those rates as outliers which are not reflective of the rates "customarily" charged in Denver for complex commercial litigation.  I believe the rates customarily charged in Denver, and in my view reasonable for experienced partner time on complex commercial litigation, do not exceed $625.  Accordingly I deemed

20

hourly rates up to $625 to be reasonable for experienced partners.  Several firms staffed

the Lawsuit (and in my opinion appropriately so if that was their clients' desire) with

lawyers from New York, Philadelphia, Dallas, and Michigan.  Some of those lawyers

charged rates over $625 per hour.  I have reduced these requests to $625 per hour.

I also evaluated hourly rates for associate attorneys.  In my opinion, the high end

of associate rates customarily charged in the Denver market is no more than $425.00 per

hour.  When appropriate I reduced higher rates to reflect that local rate.

Similarly, I believe that $200.00 per hour for paralegals marks the high end of the

rates customarily charged in Denver, and I reduced the fee request to so reflect where

appropriate.

Rate reductions for partners, associates, and paralegals are noted in the Individual

Statements.

**Factor 4:  Amount involved and results obtained.**

The degree of success here was absolute:  dismissal at the earliest stage of the

litigation as affirmed by the Tenth Circuit;[10] and a mandatory award of attorney fees

under C.R.S. §13-17-201 for both district court and appellate work.  As a result, I

weighed this factor very heavily in favor of the fees requested.  The result obtained here

is particularly noteworthy in light of the amount involved, because (as already described)

Defendants' potential liability was vast.

---

[10] I am aware plaintiffs have petitioned the U.S. Supreme Court for a writ of certiorari.  In my experience and that of Mr. Neuwirth (who is an appellate specialist), there is virtually no chance the petition will be granted.

**Factor 6:  Nature and length of professional relationship with client.**

As noted above, I placed significant weight on the fact that the Defendants already paid their lawyers for the fees sought here.  In that regard, the first sentence of comment [2] to Rule 1.5 states that "[w]hen a lawyer has regularly represented a client, they ordinarily will have evolved an understanding concerning the basis or rate of the fee…."  The clients here are mostly large insurance-related entities which are sophisticated consumers of legal services, and which are well-known for obtaining value from their lawyers.  The affidavits submitted by Defendants' lawyers often show long-standing relationships with their clients, thereby building familiarity and trust.  In my opinion, the fact that sophisticated Defendants selected these particular lawyers and paid these fees, often as part of long-established professional relationships, goes a long way toward establishing the reasonableness of the fees.  In addition, most of the lawyers selected by Defendants would, from prior representations, be able to quickly assemble an appropriate team to staff the case, and would have the sophistication to investigate and defend claims of RICO, antitrust, statutory consumer protection, and multiple state law tort claims.

## XI.   CONCLUSION REGARDING REASONABLENESS OF FEES

In conclusion, I believe the attorney fees reflected in the attached Individual

Statements represent reasonable attorney fees incurred by Defendants in the Lawsuit.

The total amount is $1,775,855.69.

Dated this 16th day of October, 2017.

_____
Kevin Shea

STATE OF COLORADO   )
                                              ) ss.
City and County of Denver )

Subscribed and sworn to before me by Kevin Shea this 16th day of October, 2017.

Witness my official seal.

My commission expires:  May 21, 2019.

MARTHA A. HAMMOND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034016880
MY COMMISSION EXPIRES MAY 21, 2019

_____
Notary Public

| DALE SNYDER, et al. v. ACORD CORPORATION<br><br>EXHIBITS TO AFFIDAVIT OF KEVIN SHEA<br>IN SUPPORT OF CERTAIN DEFENDANTS'<br>MOTIONS FOR ATTORNEY FEES | |
|---|---|
| Exhibit No. | Description |
| 1 | Resume of Kevin Shea |
| 2 | Allianz Life Individual Statement |
| 2A | Affidavit of Raul A. Cuervo of Carlton Field Jorden Burt, P.A. |
| 2B | Invoices of Carlton Field Jorden Burt, P.A. |
| 3 | American Family Individual Statement |
| 3A | Affidavit of Michael McCarthy of Faegre Baker Daniels |
| 3B | Invoices of Faegre Baker Daniels |
| 4 | Auto-Owners Cover Sheet for Individual Statements |
| 4A | Auto-Owners Individual Statement – Dykema Gossett PLLC |
| 4B | Affidavit of Lori McAllister of Dykema Gossett PLLC |
| 4C | Invoices of Dykema Gossett PLLC |
| 4D | Auto-Owners Individual Statement – Giometti & Associates, P.C. |
| 4E | Affidavit of Gregory R. Giometti of Giometti & Associates, P.C. |
| 4F | Invoices of Giometti & Associates, P.C. |
| 5 | Central Mutual Insurance Company and All America Insurance Company Individual Statement |
| 5A | Affidavit of Stuart D. Morse of Stuart D. Morse & Associates, LLC |
| 5B | Invoices of Stuart D. Morse & Associates, LLC and Rivkin Radler LLP |
| 6 | Chubb Individual Statement |
| 6A | Affidavit of Jacob Cohn of Gordon & Rees Scully Mansukhani LLP |
| 6B | Invoices of Gordon & Rees Scully Mansukhani LLP |
| 7 | Cincinnati Insurance Company Individual Statement |
| 7A | Affidavit of Mark Johnson of Baker Hostetler LLP |
| 7B | Invoices of Baker Hostetler LLP |
| 8 | Electric Insurance Company Individual Statement |
| 8A | Affidavit of Jeremy A. Moseley of Wheeler Trigg O'Donnell LLP |
| 8B | Invoices of Wheeler Trigg O'Donnell LLP |

| DALE SNYDER, et al. v. ACORD CORPORATION |
|---|
| EXHIBITS TO AFFIDAVIT OF KEVIN SHEA IN SUPPORT OF CERTAIN DEFENDANTS' MOTIONS FOR ATTORNEY FEES |

| Exhibit No. | Description |
|---|---|
| 9 | Fireman's Fund Insurance Company Individual Statement |
| 9A | Affidavit of Lisa F. Mickley of Hall & Evans, LLC |
| 9B | Invoices of Hall & Evans, LLC |
| 10 | First American Property and Casualty Insurance Company, and First American Financial Corporation Individual Statement |
| 10A | Affidavit of Terence Ridley of Wheeler Trigg O'Donnell LLP |
| 10B | Invoices of Wheeler Trigg O'Donnell LLP |
| 11 | Grange Insurance Association Individual Statement |
| 11A | Affidavit of Stuart D. Morse of Stuart D. Morse & Associates, LLC |
| 11B | Invoices of Stuart D. Morse & Associates, LLC |
| 12 | Guideone Mutual Insurance Company Individual Statement |
| 12A | Affidavit of Jeffrey Clay Ruebel of Ruebel & Quillen, LLC |
| 12B | Invoices of Ruebel & Quillen, LLC |
| 13 | Kemper Group Individual Statement |
| 13A | Affidavit of Mark Johnson of Baker Hostetler LLP |
| 13B | Invoices of Baker Hostetler LLP |
| 14 | McKinsey & Company, Inc. Cover Sheet for Individual Statements |
| 14A | McKinsey & Company Individual Statement – Stroock & Stroock & Lavan LLP |
| 14B | Affidavit of James L. Bernard of Stroock & Stroock & Lavan LLP |
| 14C | Invoices of Stroock & Stroock & Lavan LLP |
| 14D | McKinsey & Company Individual Statement – Robertson & Ash |
| 14E | Affidavit of James L. Bernard of Stroock & Stroock & Lavan LLP |
| 14F | Invoices of Robertson & Ash |
| 15 | Nationwide Cover Sheet for Individual Statements |
| 15A | Nationwide Individual Statement – Morgan Lewis & Bockius |
| 15B | Affidavit of J. Gordon Cooney Jr. of Morgan Lewis & Bockius |
| 15C | Invoices of Morgan Lewis |

| DALE SNYDER, et al. v. ACORD CORPORATION<br><br>EXHIBITS TO AFFIDAVIT OF KEVIN SHEA<br>IN SUPPORT OF CERTAIN DEFENDANTS'<br>MOTIONS FOR ATTORNEY FEES | |
|---|---|
| Exhibit No. | Description |
| 15D | Nationwide Individual Statement – Shook, Hardy & Bacon |
| 15E | Affidavit of Douglas S. Beck of Shook, Hardy & Bacon |
| 15F | Invoices of Shook, Hardy & Bacon |
| 16 | Sentry Individual Statement |
| 16A | Second Amended Affidavit of Lisa Mickley of Hall & Evans |
| 16B | Invoices of Hall & Evans |
| 17 | USAA Individual Statement |
| 17A | Affidavit of John M. Vaught of Wheeler Trigg O'Donnell |
| 17B | Invoices of Wheeler Trigg O'Donnell |
| 18 | Verisk Analytics, Inc. and Insurance Services Office, Inc. (ISO) Individual Statement |
| 18A | Affidavit of Mark W. Bayer of Barnes & Thornburg LLP and Gardere Wynne Sewell |
| 18B | Invoices of Barnes & Thornburg |
| 18C | Invoices of Gardere Wynne Sewell |

# Kevin Shea

- **Professional:  Admitted to Practice Law**
  - Colorado 1976.
  - United States District Court for District of Colorado 1976.
  - United States Court of Appeals for the Tenth Circuit 1980.
  - United States Supreme Court 1983.
  - Admitted to practice in individual cases in numerous other state and federal courts.

- **Professional Employment:**
  - Deputy District Attorney Twentieth Judicial District, Boulder, CO 1976-1979.
  - Associate/Shareholder Roath & Brega P.C., Denver, CO 1980-1984.
  - Partner, Holme, Roberts & Owen, Denver, CO 1985-1996.
  - Partner, Ballard, Spahr, Andrews & Ingersoll, LLP., Denver, CO 1996-2008.
  - Founding Partner, Richilano & Shea, LLC., Denver, CO 2009-Present.

- **Professional Recognition:**
  - Fellow, American College of Trial Lawyers.
  - Listed in Best Lawyers in America in fields of Commercial Litigation and White Collar Criminal Defense.
  - Listed in Chambers USA America's Leading Lawyers for Business—top tier recognition.
  - Listed in all editions of 5280 Magazine Colorado Super Lawyers in field of White Collar Criminal Defense.
  - Martindale-Hubbell AV Preeminent Rating 5.0 out of 5.0.

- **Professional Activities:**
  - Past Chair Criminal Law Section Colorado Bar Association.
  - Past Vice-Chair American Bar Association Section on Environmental Criminal Law.
  - Member, Denver, Colorado and American Bar Associations.
  - Numerous speeches and presentations at Continuing Legal Education Programs relating to, for example:Depositions; Environmental Criminal Law: the Law of Lawyering and Professional Conduct; and various matters relating to civil and criminal trial practice.
  - See detailed practice description at www.richilanoshea.com.

EXHIBIT 1
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

- **Other Activities:**
  - Youth Boys Ice Hockey Coach 1994-2000.
  - Board Member Regis Jesuit High School Boys Lacrosse Booster Club.2004-2007.
  - Co-Coach St. Mary's Academy Girls Mock Trial Team 2007 and 2008.
  - Member, Board of Trustees, Legal Aid Foundation of Colorado 2000-2006.

- **Education:**
  - St. Peter and Paul Grade School, Wheat Ridge, CO, 1965
  - Wheat Ridge High School, Diploma 1969
  - University of Colorado-Boulder, B.S. 1973
  - University of Detroit, J.D. 1976

- **Personal:**
  - Born: December 23, 1951
  - Business Address: 1800 15th Street, Suite 101, Denver, CO 80202
  - Business Telephone: (303) 893-8000

INDIVIDUAL STATEMENT REGARDING
ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA
("Allianz Life")

1.      Allianz Life was a Non-Selling Defendant (it did not even sell property insurance).  It was represented by Carlton Fields Jorden Burt, P.A. of Miami, Florida and Washington, D.C. ("Carlton Fields").

2.      I have reviewed the affidavit of attorney Raul A. Cuervo which is attached as Ex. 2A, and upon which I rely and incorporate here.

3.      The lawyers and other timekeepers who performed services and their rates are:

| | | |
|---|---|---|
| a. | Raul A. Cuervo | $610.00 per hour[1] |
| b. | Stephen Jorden | $550.00 per hour |
| c. | Jacob Hathorn | $420.00 per hour |
| d. | Roberta Kost (paralegal) | $240.00 per hour |

4.      Mr. Cuervo is a highly experienced commercial litigation lawyer (32 years) with specific experience representing insurors and others in class actions.  Mr. Jorden is likewise a highly experienced commercial litigation lawyer (26 years) with experience in class actions and RICO.  Mr. Hathorn has 12 years' experience defending insurance companies and substantial experience managing matters involving complex motions practice.  Ms. Kost is an experienced (20 years) paralegal.  (Cuervo Aff. ¶¶ 4, 5)

5.      In my opinion, the rates charged by these lawyers and paralegal are within the range of the rates customarily charged by attorneys with similar background and

---

[1] An insignificant amount was billed at $650.00 per hour.

EXHIBIT 2
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

experience for similar services in the Denver, Colorado legal market.  The rate for Ms.

Kost exceeds the maximum paralegal rate by $40.00 per hour, but because she billed only

1.5 hours I have not made any adjustment.

6.      Carlton Fields submitted invoices reflecting 381.70 hours over the three

years of its representation, and it is my opinion this reflects a reasonable amount of time

for this case.

7.      Allianz Life has submitted invoices from Carlton Fields for the period July

2014 through April 2017 totaling $205,833.00 for legal services, which have been paid

by Allianz Life.  (Cuervo Aff. ¶ 10)  The invoices are attached as Ex. 2B.

8.      I have reviewed each page and entry on those invoices.  I have made $0 in

deductions to the requested fee for duplication, and I have made $0 in deductions to the

requested fee for time billed associated with requesting fees.

9.      Mr. Cuervo states in his affidavit that the $205,833.00 requested by Allianz

represents a client specific discount from Carlton Fields' regular hourly rates.  (Cuervo

Aff. ¶ 10)  He also states that before submitting invoices to me, Carlton Fields wrote off

or wrote down entries relating to the recovery of fees and possibly duplicative work in

the amount of $72,813.00.  (Cuervo Aff. ¶ 10)

10.     As a consequence of my review, and considering the Rule 1.5 factors and

other matters expressed in my Affidavit, it is my opinion that a reasonable fee for these

services is $205,833.00.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-01736-JLK

DALE SNYDER, et  al., individually, and on behalf of all others similarly situated

Plaintiffs,

v.

ACCORD CORPORATION, a Delaware non-profit corporation, et al.

Defendants.

_____

**AFFIDAVIT OF RAUL A. CUERVO IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

_____

Pursuant to Fed. R. Civ. P. 54(d) and D.C.Colo.L.Civ.R. 54.3, I, RAUL A. CUERVO, being first

duly sworn, depose and state as follows:

1.       My name is Raul A. Cuervo.  I am a natural person above the age of eighteen

years and am competent to testify to the matters stated in this Affidavit.

2.       I am a shareholder in the law firm of Carlton Field Jorden Burt, P.A. (Carlton

Fields).  My business address is:  Carlton Fields Jorden Burt, P.A., Miami Tower, 100 S.E.

Second Street, Suite 4200, Miami, Florida 33131-2113.  My telephone number is:  (305) 347-

6815.  I am litigation counsel for Defendant Allianz Life Insurance Company of North America

("Allianz Life") in this case.  I submit this Affidavit in support of the contemporaneously-filed

Defendants' Motion for Award of Attorneys' Fees (the "Motion") to address the fees for which

Allianz Life seeks reimbursement in connection with defending against Plaintiffs' claims.

EXHIBIT 2A
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

3.      Together with my Carlton Fields colleague, Stephen Jorden, I was one of the attorneys principally in charge of defending Allianz Life in this case, and have personal knowledge of the facts set forth herein.

4.      I am admitted to practice law in the state bars of Florida and the District of Columbia, and in multiple federal appellate and district court bars, including the District of Colorado.  For 32 years, I have specialized in handling complex commercial litigation matters, including class actions, on behalf of insurers and other financial institutions in federal, bankruptcy, and state courts throughout the country.  Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of my relevant qualifications and experience is attached hereto as <u>Exhibit 1</u>.

5.      Stephen Jorden is a Carlton Fields shareholder admitted in the state bars of Maryland, Connecticut, and the District of Columbia, and in multiple federal appellate and district court bars, including the District of Colorado.   He is the co-head of the firm's Life Insurance and Annuity Litigation Practice Group.  For 26 years, Mr. Jorden has handled a wide range of complex commercial litigation matters, including class actions, involving insurers and other financial institutions in state and federal jurisdictions throughout the country.  Mr. Jorden has extensive experience defending against claims brought under the Racketeer Influenced and Corrupt Organizations Act.  Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Mr. Jorden's relevant qualifications and experience is attached hereto as <u>Exhibit 2</u>.

6.      Jacob Hathorn is another Carlton Fields shareholder who served as co-counsel for Allianz Life in this case.  Mr. Hathorn is admitted to practice in Connecticut state and federal courts, and for the past 12 years has specialized in defending insurance companies in high exposure civil litigation, including class actions, in jurisdictions throughout the country.  Mr. Hathorn has substantial experience managing matters involving complex motions practice and

large-scale discovery.   Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Mr. Hathorn's relevant qualifications and experience is attached hereto as Exhibit 3.

7.      Roberta Kost is a legal professional who assisted counsel in this matter .  She has over 20 years of experience supporting complex class action and financial services litigation.

8.      The reasonable billing rates for the Carlton Fields lawyers and legal professional who handled this case were as follows:  Raul Cuervo ($610 per hour); Stephen Jorden ($550 per hour); Jacob Hathorn ($420 per hour); and Roberta Kost ($240 per hour).[1]

9.      Pursuant to D.C.Colo.L.Civ.R. 54.3(A)(1), detailed descriptions of the services rendered, dates, amount of time spent, hourly rates, costs, and total amount claimed for the period from July 2014 through April 2017 are contained in the true and accurate copy of the Carlton Fields billing records that is attached to the Affidavit of Kevin Shea in support of the Motion.  As set forth in those records, Carlton Fields diligently and competently represented Allianz Life in the defense of this substantial matter in which Plaintiffs indiscriminately and falsely alleged that Allianz Life participated in a massive conspiracy involving more than a hundred other insurance companies, holding companies, and other entities.   Carlton Fields engaged in at least all of the following tasks as part of its successful defense of Allianz Life in this case:   factual investigation of the allegations set forth in four separate complaints, each spanning several hundred pages and more than a thousand numbered paragraphs; research and analysis of substantive and procedural issues raised by Plaintiffs' pleadings; communication with joint defense group counsel and liaison counsel on numerous occasions as appropriate to coordinate communications with Plaintiffs and the Court, scheduling, briefing, and strategy with respect to various matters, including dismissal, settlement, and Plaintiffs' appeal; review of draft

---

[1] Beginning in April, 2017, 2.3 hours of Attorney Cuervo's time was billed at an increased rate of $650.00 per hour, and 1.4 hours of Attorney Jorden's time was billed at an increased rate of $615.00 per hour.

legal memoranda, correspondence, and other written submissions circulated by members of the joint defense group; research and development of numerous potential dispositive arguments and defenses on behalf of Allianz Life; preparation of a motion to dismiss on behalf of Allianz Life, which other life insurance defendants joined, revisions to and comments on multiple motions to dismiss and other filings; review of motions, legal memoranda, and other written submissions filed by Plaintiffs and all other parties; preparation of written legal memoranda for Allianz Life; and performance of other miscellaneous tasks that were reasonable, necessary, and appropriate in the defense of this case.

10.     As also set forth in the billing records, the amount of billed time for which Carlton Fields is seeking to recover from Plaintiffs equals $205,833.00.  This amount was charged to and paid by Allianz Life for Carlton Fields's legal services rendered in connection with this matter.  The amount already reflects a client-specific discount of 15%.  It also excludes amounts for certain work performed, billed and paid, but for which Allianz Life is not seeking reimbursement.  Before generating the billing records, one or more Carlton Fields attorneys reviewed all recorded time on this matter and removed, wrote-off, or wrote down entries for such things as: possibly duplicative coverage of joint defense meetings; research and writing specifically directed to certain claims; communications with joint defense group counsel specifically pertaining to strategy with respect to recovery of fees; and other work for which Allianz Life is not seeking reimbursement.  The total fees relating to work for which Allianz Life is not seeking to recover for the period from July 2014 through April 2017 equals $72,813.00.

11.     Based upon my personal knowledge of the hourly rates charged by attorneys of comparable experience in defending putative class actions of similar size and complexity, and of the scope of the work associated with litigating such cases, it is my opinion that both the billing

rates for the attorneys and legal professional working on this case and the total amount billed in connection with the case are reasonable under the factors set forth in Colo. R. Prof. Cond. 1.5. The knowledge and experience in complex commercial class litigation of the Carlton Fields attorneys who worked on this matter enabled Allianz Life to efficiently achieve a favorable outcome and realize substantial cost-savings in this case.

12.    For these reasons, and for the additional reasons set forth in the Motion, Carlton Fields is entitled to recover its reasonable attorneys' fees totaling $205,833.00.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2017.

Raul A. Cuervo
Carlton Fields Jorden Burt, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2113
Telephone:  (305) 347-6815
Email:  rcuervo@carltonfields.com

**EXHIBIT 1**



# Raul A. Cuervo

Shareholder



**Miami**

T: 305.347.6815
F: 305.530.0055
rcuervo@carltonfields.com

### practices

National Trial Practice

Bankruptcy and Creditors' Rights

National Class Actions

Insurance

Financial Elder Abuse

### bar admissions

District of Columbia

Florida

### court admissions

U.S. Court of Appeals, D.C. Circuit

U.S. Court of Appeals, Third Circuit

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Eleventh Circuit

U.S. District Court, District of Columbia

U.S. District Court, Southern District of Florida

U.S. District Court, Middle District of

### Practice Experience

Raul Cuervo handles insurance, class action, and commercial litigation. He has represented insurers and other financial institutions in federal, bankruptcy and state courts. He has also represented insurers in ERISA-related matters.

Mr. Cuervo represents banks, insurance companies, and other financial institutions in a range of substantive areas including major litigation and bankruptcy, and defense of statutory claim of financial elder abuse. He has defended financial services institutions in federal and state courts throughout the country. Mr. Cuervo has extensive experience litigating class actions on behalf of financial services institutions nationally.

He has also represented clients in bankruptcy courts around the country, counseling creditors, creditors committees, and debtors. His matters include representing a large real estate developer in chapter 11 bankruptcy, litigating avoidance actions on behalf of creditors, as well as counseling insurance companies in negotiating with debtors regarding pre-petition agreements, and continuation of post-petition arrangements.

### Publications

Co-Author, "Recent Developments in Business and Corporate Litigation," Ch. 5, Class Action Law, ABA Section of Business Law, Committee on Business and Corporate Litigation, 2015 ed., Vol. 1 (April 2015).

Co-Author, "Florida Foreclosure and Repossession," National Business Institute, Inc., (1999).

Author, "The Role of the Judiciary in Class Actions," Life Insurance Law Committee of the American Bar Association, (1998).

Co-Author, "Fundamentals of Bankruptcy Law and Procedure in Florida," National Business Institute, Inc., (1997).

### Speaking Engagements

Speaker, "Managing Your Company's Litigation and Enforcement Action Risk," NAVA Regulatory Affairs Conference.

### Professional Recognition

AV rated by Martindale-Hubbell

Born in La Habana, Cuba

U.S. Army, 1976-1980

### Professional and Civic Activities

**EXHIBIT 1**

EXHIBIT 1

# Raul A. Cuervo

Shareholder



Florida

U.S. District Court, Northern District of Florida

U.S. District Court, District of Colorado

### languages

Spanish

Member, American Bankruptcy Institute

Member, Cuban-American Bar Association

Member, Dade County Bar Association

Member, South Florida Bankruptcy Bar Association

### Education

University of Florida (J.D., 1985)

University of Florida (B.A., 1982)

EXHIBIT 1

**EXHIBIT 2**



# Stephen J. Jorden

Shareholder



**Hartford**

T: 860.392.5023
F: 860.392.5058
sjorden@carltonfields.com

### practices

National Trial Practice

National Class Actions

Appellate Practice and Trial Support

Financial Services - Regulatory

Discovery

Insurance

### bar admissions

Connecticut

Maryland

District of Columbia

### court admissions

U.S. District Court, District of Colorado

U.S. District Court, District of Columbia

U.S. District Court, District of Maryland

U.S. District Court, District of Connecticut

U.S. District Court, Southern District of New York

## Practice Experience

Stephen Jorden's practice covers a wide range of complex commercial litigation matters involving insurers and other financial institutions.

Mr. Jorden has extensive experience representing insurers and other financial institutions in a variety of complex matters, including major market conduct class actions, commercial contract litigation, and consumer fraud cases. He also has extensive experience with appellate litigation and matters before the U.S. Judicial Panel on Multidistrict Litigation. Mr. Jorden frequently represents clients pursuing and defending claims brought under the Racketeer Influenced and Corrupt Organizations Act. He has substantial experience representing clients in multistate and individual state regulatory investigations and proceedings. Mr. Jorden further has represented U.S. and foreign clients in a variety of transnational disputes, and has handled complex document intensive cases involving electronic discovery.

## Representative Matters

*Fleisher v. Phoenix Life Insurance Co.*, No. CV-11-8405 (S.D.N.Y.)

*U.S. Bank National Association v. PHL Variable Insurance Co.*, No. CV-11-9517 (C.D. Cal.)

*Mooney v. Allianz Life Ins. Co. of N. Am.*, 2010 WL 419962 (D. Minn. 2010) (class action)

*Paul v. AVIVA Life & Annuity Co.*, No. 3:09-1490, 2009 WL 3815949 (N.D. Tex. Nov. 12, 2009) (putative class action)

*In re Am. Investors Life Ins. Co. Annuity Mktg. & Sales Practices Litig.*, 2008 WL 2246989 (E.D. Pa. 2008) (putative class action)

*Negrete v. Allianz Life Ins. Co.*, Case No. CV 05-6838 (C.D. Cal.) (class action)

*Negrete v. Allianz Life Ins. Co.*, 523 F.3d 1091 (9th Cir. 2008) (appellate)

*Lloyd's v. Siemon-Netto*, 457 F.3d 94 (D.C. Cir. 2006) (appellate)

*In re Allianz Life Ins. Co. Deferred Annuity Marketing and Sales Practice Litigation*, 517 F. Supp. 1364 (J.P.M.L. Oct. 10, 2007) (opposing consolidation request)

*Lloyd's v. Siemon-Netto*, No. 03-1524, 2004 WL 5180447 (D.D.C. 2004) (putative class action)

*In re the Soc'y of Lloyd's Judgment Enforcement Litigation*, 321 F. Supp. 2d 1381 (J.P.M.L. June 15, 2004) (opposing consolidation request)

*CaremarkPCS v. Great West Life & Annuity Ins. Co.*, 2:04-cv-02110 (pharmacy benefit contract litigation)

## Publications

**EXHIBIT 2**

**EXHIBIT 2**



# Stephen J. Jorden

Shareholder

U.S. Court of Appeals, D.C. Circuit

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Tenth Circuit

U.S. Court of Appeals, Third Circuit

"Eighth Circuit Affirms Dismissal of RICO Claim in So-Called Shadow Insurance Suit," Expect Focus Life Insurance, Vol. II (June 2017).

Co-Author, "Cost of Insurance Litigation Review," Expect Focus Life Insurance, Spring (March 2017).

Author, "NY DFS Proposes New Regulation for Life and Annuity Non-Guaranteed Elements," Carlton Fields Client Alert (November 2016).

Co-Author, "Potential Secondary Effects of Regulatory Examinations: Evidentiary Issues and Preclusion in Parallel Litigation," Expect Focus, Life Insurance, Vol. III (Fall 2016).

Co-Author, "Recent Insurer Victories in Indexed Annuity Class Actions," Expect Focus, Life Insurance, Vol. III (October 2016).

"New Wave of COI Rate Increase Lawsuits Hits the Industry," Expect Focus Life Insurance, Volume II (July 2016).

Co-Author, "Storm Clouds Gather for Life Insurers' Cost of Insurance Rate Increases," Carlton Fields Client Alert (February 2016).

"Phantom Injury Dooms "Shadow Insurance" Case," Expect Focus Vol. III (Summer 2015).

"Statutory Accounting Fraud Under RICO," Expect Focus, Vol. II (Spring 2015).

Co-Author, "Developments and Trends in Significant Annuity Litigation," LIMRA/LOMA 2014 Regulatory Compliance Exchange (March 26, 2014).

Author, "Annuity Class Action Litigation," ALI-ABA Conference on Insurance Industry and Financial Services Litigation, (July 9, 2009).

Co-Author, "United States," Transnational Litigation, A Practitioner's Guide (Oceana Publications, Inc., (December 1997).

## Speaking Engagements

Moderator and Panelist, "Product and Sales Practices Class Action and Complex Litigation" and "Social Media and Ethics", ACI National Advanced Forum on Life Insurance Litigation, Regulatory Enforcement & ERM, New York, NY (April 19 & 20, 2017)

Panelist, "Cost of Insurance Rate Increases: Key Considerations and Next Generation of Litigation," Association of Life Insurance Counsel annual meeting, Colorado Springs, CO (May 2016)

Panelist, "Latest Developments and Trends in Significant Annuity and Life Insurance Litigation," Insured Retirement Institutes Annual Government, Legal and Regulatory Conference, Washington, DC (July 2015)

Co-Discussion Leader, "Class Action Update," Carlton Fields In-House Counsel Forum, Orlando, FL (March 2015)

Speaker, "Cost of Insurance Rate Adjustments: Insights on Planning,

**EXHIBIT 2**

**EXHIBIT 2**



# Stephen J. Jorden

Shareholder

Exposure and Litigation Preparation," Carlton Fields Webinar (October 2014)

Panelist, "Litigation Forum: Latest Developments and Trends in Significant Annuity and Life Insurance Litigation," IRI Government, Legal & Regulatory Conference 2014, Washington, DC (July 2014)

Speaker, "A Tale of Two Channels: Annuity POS Disclosure Practices for Captive and Individual Producers," LIMRA/LOMA Regulatory Compliance Exchange, New Orleans, LA (March 2014)

Speaker, "Latest Developments in Significant Annuity Litigation," Insured Retirement Institute Government, Legal & Regulatory Conference (June 2013)

Speaker, Insured Retirement Institute 2013 Government, Legal & Regulatory Conference, Washington, DC (June 2013)

Speaker, 14th Annual Advanced ALI-ABA Conference on Insurance and Financial Services Litigation, Boston, MA (July 2009)

## Professional and Civic Activities

Member, The Association of Life Insurance Counsel

## Education

The George Washington University Law School (J.D., with honors, 1991)

Dickinson College (B.S., with honors, 1988)

**EXHIBIT 2**

**EXHIBIT 3**



# Jacob R. Hathorn

Shareholder



**Hartford**

T: 860.392.5038
F: 860.392.5058
jhathorn@carltonfields.com

### practices

National Trial Practice

National Class Actions

Financial Services - Regulatory

Discovery

Insurance

Financial Elder Abuse

### bar admissions

Connecticut

### court admissions

U.S. District Court, District of
Connecticut

## Practice Experience

Jake Hathorn is a litigator who represents insurance companies in jurisdictions throughout the country, focusing his practice on high exposure civil litigation, including class action defense, and state insurance regulatory matters, including multi-state market conduct examinations. Mr. Hathorn has experience in complex motions practice, large-scale discovery matters, trial preparation, and trial support, which he has gained representing and advising insurance company clients in disputes centering on a broad array of subjects, including stranger-originated life insurance, adjustment of cost of insurance rates and other non-guaranteed policy elements, life insurance and annuity sales practices, emerging areas of state insurance regulation, and market conduct examination procedure. In addition to his work on behalf of the firm's largest clients, Mr. Hathorn regularly donates his time to assist pro bono clients.

## Representative Matters

*U.S. Bank, N.A., as securities intermediary for Lima Acquisition, L.P. v. PHL Variable Insurance Company*, Nos. 12 Civ. 6811 (CM), 13 Civ. 1580 (CM), 2014 WL 2199428 (S.D.N.Y. May, 23, 2014) (in two individual actions by investor-owner of 33 large face amount life insurance policies challenging propriety of insurer's cost of insurance rate adjustments, granting defendant's motions for summary judgment as to both breach of contract claims alleging impermissible basis for rate adjustments and claims under Connecticut Unfair Trade Practices Act alleging misrepresentation in violation of Connecticut Unfair Insurance Practices Act).

*Fleisher v. Phoenix Life Insurance Company*, No. 11 Civ. 8405 (CM), 2014 WL 1744766 (S.D.N.Y. Apr. 29, 2014) (in class action challenging insurer's cost of insurance rate adjustment, granting defendant's motion for summary judgment as to breach of contract claims alleging impermissible basis for rate adjustment).

*Tiger Capital, LLC v. PHL Variable Insurance Company*, No. 12 Civ. 2939 (CM) 2014 WL 3703858 (S.D.N.Y. July 23, 2014) (in individual action by investor-owner of 136 large face amount life insurance policies, granting defendant insurer's motion for summary judgment as to breach of contract claim alleging impermissible basis for cost of insurance rate adjustment).

*Continental Assurance Co. v. Cole, Frago, Cusick, Chestler & Co. et al.*, No. 3:14-CV-01364 (VLB), 2015 WL 7760160 (D. Conn. Dec. 2, 2015) (in interpleader action between competing claimants to death benefit proceeds of large face amount "key man" life insurance policies, granting motion for summary judgment filed by accounting firm and its members).

*Falaguerra v. Guglielmi et al.*, No. FSTX08CV116010771, 2013 WL 8213591 (Conn. Super. Ct. June 21, 2013) (granting defendant insurer's motion to strike declaratory judgment claim seeking

**EXHIBIT 3**

**EXHIBIT 3**

## Jacob R. Hathorn

Shareholder



restoration of fraudulently procured, subsequently lapsed STOLI policy).

Contributed to successful defense at trial against claims alleging widespread financial exploitation of seniors in connection with the marketing and sale of life insurance and annuity products.

Helped obtain a settlement on behalf of the issuer of an excess loss insurance policy in a Connecticut state court action involving allocation of responsibility among multiple insurers and third party administrators for reimbursement of certain unpaid health benefit claims under a self-funded employee health benefit plan.

Following a trial on the merits, obtained a judgment on behalf of pro bono client in a limited contested divorce action.

Litigated complex legal malpractice action in Massachusetts state court through trial preparation, helping to obtain a settlement on behalf of a non-financial services company against its former counsel.

In numerous state courts on behalf of a life insurance company, obtained orders staying litigation of individual actions pending outcome of certified nationwide class action.

### Publications

Contributor, "Classified: The Class Action Blog," Carlton Fields (2017).

Contributor, "PropertyCasualtyFocus," Carlton Fields (2017).

"Cyberclaim Coverage Denied: The TCPA Protects Privacy, Not Personally Identifiable Information," PropertyCasualtyFocus (July 2015).

Co-Author, "California Bans Use of Price Optimization," Carlton Fields Legal News Alert (February 2015).

Contributing Author, "Handbook on ERISA Litigation (4th ed.)," Wolters Kluwer Law & Business/Aspen Publishers (4th ed. 2015).

"The NAIC Considers a Stable of Issues at the Summer National Meeting," Expect Focus, Vol. III (Summer 2014).

Co-Author, "No Revival of Class Claims For Plaintiff Who Delayed Amending His Complaint in Bad Faith," Classified: The Class Action Blog (July 29, 2014).

Co-Author, "Basic Survives, But Defendants Must Have Opportunity To Show Lack Of Price Impact To Rebut 'Fraud-On-The-Market' Presumption Of Reliance Prior To Class Certification," Classified: The Class Action Blog (June 26, 2014).

Co-Author, "Court Refuses to Apply California or Texas Law to Putative Nationwide Class and Denies Renewed Motion for Class Certification," Classified: The Class Action Blog (June 4, 2014).

Co-Author, "Court Strikes Class Action Allegations Citing Individualized Causation Issues," (May 8, 2014).

**EXHIBIT 3**

**EXHIBIT 3**



# Jacob R. Hathorn

Shareholder

### Professional Recognition

Recipient of the Firm's 2011 Pro Bono Lawyer of the Year Award

Editor-in-Chief, Connecticut Insurance Law Journal, Volume 11

Veteran, United States Army

### Professional and Civic Activities

Member, American Bar Association's Litigation Section

Member, American Bar Association's Tort Trial and Insurance Practice Section

Member, Connecticut Bar Association's Insurance Law Section

Member, Defense Research Institute

### Education

University of Connecticut School of Law (J.D., *with honors*, 2005)

College of the Holy Cross (B.A., 1998)

112874005.1

**EXHIBIT 3**

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 7/10/2014 | STEPHEN J. JORDEN | 1.10 | REVIEW J PITBLADO SUMMARY AND ANALYSIS OF COMPLAINT (.6); PARTICIPATE IN CALL WITH WHEELER TRIGG AND JORDEN BURT REGARDING RESPONSE (.5). | $605.00 |
| 7/21/2014 | RAUL A. CUERVO | 3.50 | REVIEW COMPLAINT (1.0); REVIEW RULE 8 MOTION (.5); REVIEW EMAILS FROM VARIOUS PARTIES WITH REVISIONS TO RULE 8 AND OTHER SUGGESTIONS RELATING TO CASE (.5); MEET WITH J. JORDEN (.2); CALL WITH TOM LYONS (FIREMAN'S FUND COUNSEL (.3); BEGIN RESEARCH FOR RULE 11 MOTION (1.0). | $2,135.00 |
| 7/24/2014 | RAUL A. CUERVO | 0.70 | CALL WITH T. LYONS REGARDING DEFENSE GROUP (.5); EMAIL TO PARTNERS REGARDING SAME (.2). | $427.00 |
| 7/25/2014 | RAUL A. CUERVO | 1.00 | ATTENTION TO VARIOUS EMAILS REGARDING MOTION FOR EXTENSIONS AND CONFER WITH PARTNERS REGARDING SAME (1.0). | $610.00 |
| 7/29/2014 | RAUL A. CUERVO | 0.70 | EMAILS REGARDING EXTENSION (.4); EMAIL FROM T. LYONS (.1); EMAIL TO R. HELFAND REGARDING CALL WITH LYONS (.2) | $427.00 |
| 7/30/2014 | RAUL A. CUERVO | 0.20 | EMAILS REGARDING UPCOMING CALL (.1); EMAIL REGARDING SERVICE OF COMPLAINT (.1). | $122.00 |
| 8/1/2014 | STEPHEN J. JORDEN | 0.70 | MULTIPLE COMMUNICATIONS WITH WHEELER TRIGG REGARDING JOINT DEFENSE CALL AND SERVICE AND R. HELFAND REGARDING JOINT DEFENSE CALL AND STRATEGY (.7). | $385.00 |
| 8/1/2014 | RAUL A. CUERVO | 1.50 | CALL WITH DEFENSE TEAM (1.3); CALL WITH B. HELFAND REGARDING FOLLOW UP (.2). | $915.00 |
| 8/2/2014 | STEPHEN J. JORDEN | 0.40 | REVIEW MULTIPLE JOINT DEFENSE EMAILS REGARDING CASE STRATEGY, SERVICE, AND MOTION FOR EXTENSION (.4). | $220.00 |
| 8/4/2014 | STEPHEN J. JORDEN | 1.10 | REVIEW DRAFT RULE 8 MOTION CIRCULATED BY AMERICAN COMPANY DEFENDANTS AND REVISIONS SUGGESTED BY GIBSON DUNN (.4); COMMUNICATE WITH B. HELFAND REGARDING POSITION ON CONSOLIDATION IN SNYDER AND STRATEGY FOR RULE 8 (.7). | $605.00 |
| 8/5/2014 | STEPHEN J. JORDEN | 1.00 | REVIEW PROPOSED MOTION FOR SCHEDULING ORDER CIRCULATED BY AMERICAN DEFENDANTS' COUNSEL (.4); REVIEW EMAIL WITH COMMENTS FROM WHEELER TRIGG ON SAME (.2); REVIEW PLAINTIFFS' MOTION FOR CONSOLIDATION AND PROPOSED EDITS TO SAME FROM JOINT DEFENSE GROUP (.4). | $550.00 |
| 8/5/2014 | RAUL A. CUERVO | 1.00 | CONFER WITH PARTNERS REGARDING MOTION UNDER RULE 8 AND OTHER POSSIBLE GROUNDS FOR DISMISSAL. | $610.00 |
| 8/6/2014 | STEPHEN J. JORDEN | 3.10 | REVIEW/ANALYZE JOINT DEFENSE AGREEMENT (.6) ; REVIEW JOINT DEFENSE DRAFT OF RESPONSE TO PLAINTIFFS REGARDING CONSOLIDATION MOTION (.2); REVIEW AND ANALYZE SNYDER COMPLAINT (2.3). | $1,705.00 |
| 8/7/2014 | STEPHEN J. JORDEN | 3.60 | REVIEW AND REVISE PROPOSED BRIEF FOR SCHEDULING ORDER (1.4); CONFERENCE WITH COUNSEL FOR AMERICAN COMPANIES REGARDING SAME (.2); PARTICIPATE IN JOINT DEFENSE CALL (.9); PARTICIPATE IN ADDITIONAL JOINT DEFENSE CALL WITH WHEELER TRIGG AND AMERICAN COMPANY COUNSEL TO DISCUSS STRATEGY FOR RULE 8 BRIEF (.9); REVIEW CASE LAW ON RULE 12 WAIVER (.2). | $1,980.00 |
| 8/8/2014 | STEPHEN J. JORDEN | 1.20 | CALL WITH COUNSEL FOR USAA, AND AMERICAN COMPANY DEFENDANTS REGARDING RULE 8 BRIEF (.6); REVIEW REVISED RULE 8 BRIEF (.1); REVIEW MULTIPLE EMAILS AMONG JOINT DEFENSE COUNSEL REGARDING ADVISABILITY OF FILING RULE 8 MOTION BEFORE RULE 12 MOTIONS (.5). | $660.00 |
| 8/11/2014 | RAUL A. CUERVO | 3.00 | VARIOUS CALLS WITH SNYDER DEFENSE TEAM AND DISCUSSIONS OF COMPROMISE REGARDING RULE 8 MOTION (3.0) | $1,830.00 |
| 8/11/2014 | STEPHEN J. JORDEN | 2.30 | MULTIPLE CONFERENCES WITH COUNSEL FOR USAA, AMERICAN COMPANIES REGARDING RULE 8 MOTION AND OBJECTIONS OF OTHER JOINT DEFENSE GROUP MEMBERS (1.2); PARTICIPATE IN FULL JOINT DEFENSE CALL (1.1). | $1,265.00 |
| 8/12/2014 | STEPHEN J. JORDEN | 3.90 | JOINT DEFENSE CALL WITH DEFENDANTS INTERESTED IN FILING RULE 8 MOTION (.8); REVIEW ACORD'S DRAFT BRIEF (.6); REVIEW DAVIS GRAHAM'S MOTION FOR SCHEDULING CONFERENCE (.1); CONFERENCE WITH JOINT DEFENSE COUNSEL REGARDING SAME (.1); DRAFT OUTLINE OF LEGAL ISSUES TO BE ADDRESSED IN MOTION (2.3). | $2,145.00 |
| 8/12/2014 | RAUL A. CUERVO | 1.20 | REVIEW DAVIS GRAHAM'S MOTION FROM T. JOHNSON (.3); CONFER WITH B. HELFAND REGARDING SAME (.1); CALL WITH DEFENSE TEAM (.8). | $732.00 |
| 8/13/2014 | RAUL A. CUERVO | 2.70 | CALL WITH DEFENSE GROUP (1.5); CALL WITH LOCAL COUNSEL AND COUNSEL FOR ASSURANT (.7); CONFER WITH COUNSEL FOR ALLIANZ OF AMERICA AND ALLIANZ GLOBAL (.5). | $1,647.00 |
| 8/13/2014 | STEPHEN J. JORDEN | 1.30 | COMMUNICATIONS WITH R. CUERVO REGARDING JOINT DEFENSE MEETING (.2); REVIEW EMAILS FROM ACORD'S COUNSEL OPPOSING RULE 8 STRATEGY (.2); CONFERENCE WITH JOINT DEFENSE COUNSEL FAVORING RULE 8 MOTION FIRST (.5); REVIEW JOINT DEFENSE EMAILS BREAKING UP BRIEFING RESPONSIBILITIES (.4). | $715.00 |
| 8/14/2014 | RAUL A. CUERVO | 1.90 | DEFENSE TEAM CALL (1.4); CALL WITH B. HELFAND (.2); REVIEW EMAIL FROM PLAINTIFF REGARDING LIFE INSURANCE DEFENDANTS (.3). | $1,159.00 |
| 8/14/2014 | STEPHEN J. JORDEN | 1.20 | REVIEW LAFAYETTE LIFE'S CORRESPONDENCE WITH PLAINTIFFS REGARDING BASIS FOR BEING INCLUDED IN THE COMPLAINT (.5); OUTLINE DEFICIENCIES IN RICO COUNTS OF COMPLAINT (.7). | $660.00 |
| 8/18/2014 | STEPHEN J. JORDEN | 2.40 | COMMUNICATIONS WITH J. HATHORN REGARDING BACKGROUND AND ASSIGNMENTS (.4); REVIEW DRAFT INTRODUCTION REGARDING NON SELLERS BRIEF (.5); COMMUNICATION WITH USAA COUNSEL REGARDING RULE 8 MOTION (.3); REVIEW RICO 1962(A) AND(B) CLAIMS AND PRIOR BRIEFS IN OTHER CASES REGARDING THOSE PROVISIONS (1.2). | $1,320.00 |
| 8/19/2014 | JACOB R. HATHORN | 1.80 | REVIEW AND ANALYZE INTERNAL MEMORANDUM SUMMARIZING COMPLAINT AND OTHER BACKGROUND MATERIALS PROVIDED BY S. JORDEN AND R. CUERVO (1.8). | $756.00 |

EXHIBIT 2B
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

| 8/19/2014 | STEPHEN J. JORDEN | 1.60 | COMMUNICATIONS WITH WHEELER TRIGG REGARDING MULTIPLE CASE ISSUES (.4); REVIEW OUTLINE OF NONSELLER BRIEF (1.2). | $880.00 |
|---|---|---|---|---|
| 8/20/2014 | STEPHEN J. JORDEN | 3.50 | REVIEW MULTIPLE JOINT DEFENSE EMAILS REGARDING FINAL JOINT DEFENSE AGREEMENT, ACORD MEMBERSHIP AND OTHER ISSUES (.5); REVIEW ACORD WEBSITE (.3); CALL WITH WHEELER TRIGG ASSOCIATE REGARDING RICO JURISDICTIONAL ISSUE (.3); COMMUNICATIONS REGARDING NEED FOR RICO 1962(A) AND (B) ARGUMENTS IN BRIEF AND OTHER CHANGES NEEDED TO NON SELLER BRIEF (.3); REVIEW PROPOSED REVISIONS TO NONSELLER BRIEF (.4); DRAFT OUTLINE OF ADDITIONAL ARGUMENTS TO COVER (.3); ANALYZE COMPLAINT FOR POTENTIALLY RESPONSIVE DOCUMENT CATEGORIES (.9); DRAFT LIST OF DOCUMENT CATEGORIES FOR HOLD (.5). | $1,925.00 |
| 8/20/2014 | JACOB R. HATHORN | 0.20 | CONFER WITH S. JORDEN REGARDING ANALYSIS OF COMPLAINT AND POTENTIAL ARGUMENTS IN SUPPORT OF MOTION TO DISMISS (0.2). | $84.00 |
| 8/21/2014 | JACOB R. HATHORN | 2.50 | CONTINUE REVIEW AND ANALYSIS OF ACCUMULATED RESEARCH MATERIALS RELATING TO DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN FORUM STATE AS BASIS FOR EXERCISE OF GENERAL JURISDICTION, AND DRAFT NOTES REGARDING ANALYSIS. | $1,050.00 |
| 8/21/2014 | RAUL A. CUERVO | 2.00 | EMAILS REGARDING OUTLINES FOR MOTIONS TO DISMISS AND REVIEW OUTLINES (.8); EMAIL REGARDING LITIGATION HOLD AND RESPOND (.3); CALL WITH DEFENSE TEAM (.9). | $1,220.00 |
| 8/21/2014 | STEPHEN J. JORDEN | 3.70 | REVIEW OUTLINE FOR COMPREHENSIVE BRIEF BY STATE FARM COUNSEL (1.3); COMMUNICATIONS REGARDING NEED FOR EXTENSION WITH CERTAIN JOINT DEFENSE MEMBERS (.3); MULTIPLE COMMUNICATIONS WITH COORDINATING COUNSEL REGARDING AGREEMENT, CONTACT INFORMATION AND SERVICE (.3); FULL JOINT DEFENSE CALL (.9); MEMO TO QUINN EMANUEL REGARDING MISSING RICO ARGUMENTS IN OUTLINE (.8). | $2,035.00 |
| 8/22/2014 | RAUL A. CUERVO | 2.00 | CALLS REGARDING JOINT DEFENSE AGREEMENT AND REVIEW OF SAME (1.0); REVIEW BRIEF AND EMAIL WITH CHANGES TO STATE FARM BRIEF (1.0). | $1,220.00 |
| 8/22/2014 | STEPHEN J. JORDEN | 0.90 | CALL WITH TRAVELERS COUNSEL REGARDING SEPARATE BRIEF AND CONTENT OF SAME FOCUSING ON LIFE COMPANY DEFENDANTS (.5); REVIEW SUGGESTED REVISIONS TO STATE FARM BRIEF (.4). | $495.00 |
| 8/25/2014 | JACOB R. HATHORN | 3.70 | RESEARCH AND ANALYZE TENTH CIRCUIT AND COLORADO CASELAW REGARDING PLAUSIBILITY OF RICO ENTERPRISE AND CONSPIRACY ALLEGATIONS. | $1,554.00 |
| 8/26/2014 | STEPHEN J. JORDEN | 0.30 | REVIEW REVISED ACORD BRIEF (.3). | $165.00 |
| 8/27/2014 | JACOB R. HATHORN | 1.90 | RESEARCH AND ANALYZE CASELAW FROM ALL FEDERAL JURISDICTIONS REGARDING FAILURE TO PLAUSIBLY PLEAD RICO ENTERPRISE AND CONSPIRACY. | $798.00 |
| 8/28/2014 | JACOB R. HATHORN | 7.40 | COMPLETE RESEARCH OF CASELAW FROM ALL FEDERAL JURISDICTIONS REGARDING FAILURE TO PLAUSIBLY PLEAD RICO ENTERPRISE AND CONSPIRACY (0.6); COMPLETE ANALYSIS OF ACCUMULATED CASELAW FROM ALL FEDERAL JURISDICTIONS REGARDING FAILURE TO PLAUSIBLY PLEAD RICO ENTERPRISE AND CONSPIRACY (5.3); DRAFT MEMO TO S. JORDEN REGARDING ANALYSIS OF FACTUALLY SIMILAR RICO CASES DISMISSED FOR FAILURE TO PLAUSIBLY ALLEGE ENTERPRISE AND CONSPIRACY (1.5). | $3,108.00 |
| 8/29/2014 | STEPHEN J. JORDEN | 0.20 | COMMUNICATE WITH R. CUERVO REGARDING SAME (.2). | $110.00 |
| 8/29/2014 | RAUL A. CUERVO | 0.30 | REVIEW AND COMMENT ON MEMORANDUM FROM S. JORDEN REGARDING OPTIONS TO RESPONSE TO COMPLAINT (.3). | $183.00 |
| 9/2/2014 | STEPHEN J. JORDEN | 4.30 | REVIEW STATE FARM "SELLERS", ACORD AND TRAVELERS DRAFT BRIEFS (2.2); DRAFT NOTES REGARDING SUBSTANTIVE COMMENTS AND GAPS IN ANALYSIS REGARDING THE SAME (.5); REVIEW NON-SELLER'S BRIEF AND R. HELFAND'S REVISIONS TO SAME (1.4); COMMUNICATE WITH B HELFAND REGARDING BRIEFS (.2). | $2,365.00 |
| 9/3/2014 | STEPHEN J. JORDEN | 1.20 | REVIEW AND ANNOTATE COMBINED NON-SELLER BRIEF (.3); CONFERENCE WITH R. HELFAND REGARDING SUGGESTED REVISIONS AND ARGUMENTS FOR NONSELLER BRIEF (.4); REVIEW COMMENTS FROM JOINT DEFENSE GROUP ABOUT BRIEFS AND STRATEGY (.5). | $660.00 |
| 9/3/2014 | JACOB R. HATHORN | 2.00 | REVIEW AND ANALYZE DRAFT TRAVELERS COMPANIES JOINT MOTION TO DISMISS (.4); DRAFT NOTES REGARDING ANALYSIS (.2); REVIEW AND ANALYZE PRIOR BRIEFING ON MOTION TO DISMISS RICO CLAIMS FOR FAILURE TO PLAUSIBLY ALLEGE ENTERPRISE AND FOR LACK OF STANDING UNDER 18 U.S.C. §1962 (A) AND (B) PROVIDED BY S. JORDEN, AND DRAFT NOTES REGARDING ANALYSIS (1.4). | $840.00 |
| 9/3/2014 | RAUL A. CUERVO | 1.00 | REVIEW STATE FARM AND NON-SELLERS BRIEFS. | $610.00 |
| 9/4/2014 | RAUL A. CUERVO | 3.10 | REVIEW RESPONSE TO RULE 8 MOTION (1.0); ATTEND CALL OF DEFENSE COUNSEL (1.3); REVIEW AND RESPOND TO VARIOUS EMAILS REGARDING PROPOSED REPLY BY USAA TO RULE 8 RESPONSE (.8). | $1,891.00 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 9/4/2014 | STEPHEN J. JORDEN | 6.30 | REVIEW AMERICAN FAMILY'S MOTION TO DISMISS AND JOINT DEFENSE GROUP COMMENTS ON SAME (.5); REVIEW AND ANALYZE PLAINTIFFS' RESPONSE TO USAA'S MOTION TO DISMISS UNDER RULE 8 (.9); MULTIPLE COMMUNICATIONS WITH R. HELFAND AND OTHER MEMBERS OF JOINT DEFENSE GROUP REGARDING IMPORT OF PLAINTIFFS' FILING AND APPROPRIATE RESPONSE AND ARGUMENTS LACKING IN DEFENDANTS' DRAFT BRIEFS (1.8); ANALYZE DEFICIENCIES IN BRIEFS OF OTHER DEFENDANTS RELATING TO ALLIANZ (.8); MULTIPLE COMMUNICATIONS, INCLUDING EMAIL MEMO, WITH J. HATHORN REGARDING DEFICIENCIES IN SELLERS' AND NONSELLERS' BRIEF REGARDING PLAINTIFFS PRIMARY RICO ARGUMENT AGAINST LIFE INSURERS UNDER RICO, INCLUDING OUTLINE OF ARGUMENTS TO MAKE REGARDING 1962(A) AND (B) (1.4);  CALL WITH JOINT DEFENSE COUNSEL (.9). | $3,465.00 |
| 9/4/2014 | JACOB R. HATHORN | 3.40 | REVIEW AND ANALYZE PREMILINARY DRAFT OF STATE FARM MOTION TO DISMISS CIRCULATED BY S. JORDEN (1.0); DRAFT NOTES REGARDING ANALYSIS OF DRAFT STATE FARM MOTION TO DISMISS (1.1); COMMENCE REVIEW AND ANALYSIS OF TENTH CIRCUIT RICO CASES (1.3). | $1,428.00 |
| 9/5/2014 | JACOB R. HATHORN | 3.30 | CONTINUE REVIEW AND ANALYSIS OF TENTH CIRCUIT RICO CASES, AND DRAFT NOTES REGARDING ANALYSIS (2.8); REVIEW AND ANALYZE PLAINTIFFS' MEMORANDUM IN RESPONSE TO USAA'S MOTION TO DISMISS PURSUANT TO RULE 8, AND DRAFT NOTES REGARDING ANALYSIS (.5). | $1,386.00 |
| 9/5/2014 | STEPHEN J. JORDEN | 2.90 | MULTIPLE CALLS AND EMAILS WITH JOINT DEFENSE COUNSEL REGARDING STRATEGY FOR DISMISSAL OF COMPLAINT, INCLUDING EMAILS TO "LEAD" COUNSEL ON COMPETING POSITIONS THAT SHOULD BE TAKEN FOR DISMISSAL WITH PREJUDICE (2.9). | $1,595.00 |
| 9/5/2014 | RAUL A. CUERVO | 1.00 | ATTENTION TO MOTION TO STAY AND VARIOUS REVISIONS. | $610.00 |
| 9/7/2014 | JACOB R. HATHORN | 7.20 | COMMENCE DRAFT OUTLINE OF ARGUMENTS IN SUPPORT OF MOTION TO DISMISS (3.2); REVIEW AND ANALYZE MEMORANDA OF LAW IN SUPPORT OF STATE FARM, ACORD, AND NON-SELLING DEFENDANTS' MOTIONS TO DISMISS (2.8); RESEARCH CIRCUIT CASELAW INVOLVING MOTIONS TO DISMISS RICO CLAIMS FOR LACK OF STANDING (1.2). | $3,024.00 |
| 9/8/2014 | JACOB R. HATHORN | 2.50 | DRAFT SUMMARY ANALYSIS OF RELEVANT CASES AND OUTLINE OF POTENTIAL ARGUMENTS IN SUPPORT OF MOTION TO DISMISS TO INCORPORATE ADDITIONAL ANALYSIS (2.3); EXCHANGE CORRESPONDENCE WITH S. JORDEN REGARDING RESEARCH IN SUPPORT OF POTENTIAL MOTION TO DISMISS (.2). | $1,050.00 |
| 9/8/2014 | STEPHEN J. JORDEN | 1.80 | COMMUNICATIONS WITH R. CUERVO REGARDING NECESSARY LOCAL RULE FILINGS (.5); REVIEW FINAL DRAFT OF MOTION FOR STAY OF BRIEFING (.2); MULTIPLE COMMUNICATIONS WITH CASE TEAM REGARDING MOTION TO STAY AND COURT'S ORDER ON RULE 8 MOTION STRIKING COMPLAINT (.9); REVIEW AND ANALYZE COURT'S ORDER (.1); COMMUNICATE WITH J. HATHORN REGARDING DECISION AND STATUS OF RESEARCH (.1). | $990.00 |
| 9/8/2014 | RAUL A. CUERVO | 0.50 | REVIEW FINAL MOTION FOR EXTENSION AND EMAIL TO PARTNERS FOR COMMENTS (.5). | $305.00 |
| 9/11/2014 | JACOB R. HATHORN | 0.20 | REVIEW CORRESPONDANCE REGARDING UPCOMING JOINT DEFENSE TELEPHONE CONFERENCE. | $84.00 |
| 9/11/2014 | STEPHEN J. JORDEN | 3.20 | COMMUNICATIONS WITH MEMBERS OF THE JOINT DEFENSE GROUP REGARDING APPOINTMENT OF LIAISON COUNSEL (2.6); REVIEW R. HELFAND EMAIL OF CALL WITH STATE FARM COUNSEL REGARDING SAME (.3); MEMO TO S. BOWMAN REGARDING LIAISON COUNSEL ROLE (.3). | $1,760.00 |
| 9/11/2014 | RAUL A. CUERVO | 0.90 | EMAILS REGARDING LIAISON COUNSEL (.4); CALL WITH DEFENSE TEAM (.5). | $549.00 |
| 9/12/2014 | RAUL A. CUERVO | 0.50 | CALL WITH DEFENSE TEAM. | $305.00 |
| 9/12/2014 | STEPHEN J. JORDEN | 1.90 | COMMUNICATE WITH LOCAL COUNSEL AND JOINT DEFENSE COUNSEL REGARDING LIAISON COUNSEL CHOICES (1.1); FULL JOINT DEFENSE CALL (.5); FOLLOW-UP COMMUNICATIONS WITH MEMBERS OF JOINT DEFENSE TEAM (.3). | $1,045.00 |
| 9/15/2014 | STEPHEN J. JORDEN | 0.70 | COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING LIAISON COUNSEL AND BRIEFING SCHEDULE. | $385.00 |
| 9/16/2014 | STEPHEN J. JORDEN | 1.00 | REVIEW EMAILS FROM R. HACK REGARDING ROLE OF LEAD COUNSEL AND STATUS REPORT (.1); MULTIPLE FOLLOW UP COMMUNICATIONS AMONG CERTAIN MEMBERS OF JOINT DEFENSE AGREEMENT REGARDING FILING JOINT REPORT AND LIAISON COUNSEL ISSUE (.9). | $550.00 |
| 9/17/2014 | STEPHEN J. JORDEN | 1.30 | MULTIPLE COMMUNICATIONS WITH JOINT DEFENSE TEAM REGARDING STATUS REPORT CONTENT AND NATURE. | $715.00 |
| 9/17/2014 | RAUL A. CUERVO | 0.80 | EMAILS REGARDING POSSIBLE STATUS REPORT (.3); ATTEND DEFENSE CALL (.5). | $488.00 |
| 9/18/2014 | STEPHEN J. JORDEN | 0.50 | JOINT DEFENSE MEETING REGARDING STATUS REPORT (.3); FOLLOW UP COMMUNICATIONS WITH MEMBERS OF JOINT DEFENSE AFTERWARDS (.2). | $275.00 |
| 9/19/2014 | STEPHEN J. JORDEN | 0.80 | REVIEW EMAIL FROM STATE FARM COUNSEL REGARDING CONVERSATION WITH PLAINTIFFS COUNSEL AND RECOMMENDATIONS FOR PROCEEDING (.3); COMMUNICATE WITH R. CUERVO AND BERT HELFAND REGARDING ISSUES RAISED IN EMAIL (.5). | $440.00 |
| 9/22/2014 | STEPHEN J. JORDEN | 0.20 | REVIEW EMAILS REGARDING SCHEDULE (.2). | $110.00 |
| 9/24/2014 | STEPHEN J. JORDEN | 1.40 | REVIEW EMAIL REGARDING PLAINTIFFS' PROPOSED STATUS REPORT AND ATTACHED DRAFT OF SAME (.3); NUMEROUS COMMUNICATIONS WITH FROM JOINT DEFNSE COUNSEL REGARDING COMMUNICATIONS (.7); POSSIBLE PROPOSAL TO DROP DEFENDANTS (.4). | $770.00 |
| 9/24/2014 | RAUL A. CUERVO | 0.50 | EMAIL REGARDING RESPONSE FROM OPPOSING COUNSEL (.2); CALL WITH TEAM REGARDING MOTIONS TO DISMISS ISSUES (.3). | $305.00 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 9/25/2014 | STEPHEN J. JORDEN | 3.60 | CALL WITH TERENCE RIDLEY REGARDING CALL WITH PLAINTIFFS (.2); DRAFT AND REVISE LETTER TO PLAINTIFFS (2.2); REVIEW PLAINTIFFS FILINGS AND PRIOR EMAILS AND COMPLAINT FOR THEORY REGARDING LIFE INSURANCE COMPANIES (.5); REVIEW STATUS REPORT AND RELATED COMMUNICATIONS AMONG JOINT DEFENSE COUNSEL (.3); COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING PLAINTIFFS INTEREST IN DROPPING DEFENDANTS (.2); REVIEW PRIOR COMMUNICATIONS WITH PLAINTIFFS AND OTHER DEFENDANTS REGARDING PLAINTIFFS' CONDITIONS (.2). | $1,980.00 |
| 9/25/2014 | JACOB R. HATHORN | 0.20 | REVIEW S. JORDEN DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING EXCLUSION OF ALLIANZ LIFE FROM FORTHCOMING AMENDED COMPLAINT. | $84.00 |
| 9/30/2014 | RAUL A. CUERVO | 0.50 | EMAILS REGARDING POSSIBLE DISMISSAL OF LIFE INSURANCE COMPANIES (.5). | $305.00 |
| 9/30/2014 | STEPHEN J. JORDEN | 0.40 | REVIEW MULTIPLE EMAILS FROM AND AMONG JOINT DEFENSE COUNSEL REGARDING CALL WITH PLAINTIFFS (.4). | $220.00 |
| 10/1/2014 | STEPHEN J. JORDEN | 0.30 | CALL WITH R. CUERVO REGARDING JOINT DEFENSE CALL (.2); REVIEW R. CUERVO EMAIL REGARDING JOINT DEFENSE CALL (.1). | $165.00 |
| 10/1/2014 | RAUL A. CUERVO | 1.40 | CALL WITH DEFENSE TEAM (1.2); EMAILS AND CONFERENCES WITH PARTNER REGARDING POSSIBLE AMENDED COMPLAINT AND TOLLING AGREEMENT (.2). | $854.00 |
| 10/2/2014 | RAUL A. CUERVO | 1.30 | EMAILS REGARDING RESPONSE TO PLAINTIFF AND CONFER WITH OTHER LIFE INSURANCE COMPANY COUNSEL. | $793.00 |
| 10/3/2014 | RAUL A. CUERVO | 0.40 | EMAILS WITH S. JORDEN REGARDING STATUS (.2); CONFER WITH LOCAL COUNSEL (.2). | $244.00 |
| 10/3/2014 | STEPHEN J. JORDEN | 0.20 | CALL WITH R. CUERVO REGARDING LIFE INSURANCE COMPANY PORTION OF MESSAGE TO PLAINTIFFS. | $110.00 |
| 10/6/2014 | STEPHEN J. JORDEN | 1.80 | DRAFTING INSERT FOR JOINT DEFENSE GROUP'S LETTER TO PLAINTIFFS' COUNSEL (1.3); REVIEW PLAINTIFFS' TOLLING AGREEMENT (.2); COMMUNICATIONS WITH JOINT DEFENSE TEAM MEMBERS (.3). | $990.00 |
| 10/6/2014 | RAUL A. CUERVO | 1.00 | ATTENTION TO PREPARING A SEGMENT OF EMAIL TO PLAINTIFF FOR LIFE COMPANIES AND CONFERRING WITH OTHER COUNSEL. | $610.00 |
| 10/7/2014 | RAUL A. CUERVO | 0.90 | ATTENTION TO NUMEROUS EMAILS AND REVISIONS TO PROPOSED EMAIL TO PLAINTIFF REGARDING DEFENDANTS. | $549.00 |
| 10/7/2014 | STEPHEN J. JORDEN | 1.10 | REVIEW AND RESPOND TO NUMEROUS EMAIL COMMUNICATIONS AMONG COUNSEL (.9); REVIEW REVISED TOLLING AGREEMENT (.2). | $605.00 |
| 10/8/2014 | STEPHEN J. JORDEN | 0.70 | CALL WITH T. RIDLEY REGARDING STATUS (.2); REVIEW LIAISON COUNSEL'S EMAIL REGARDING TOLLING (.1); MULTIPLE COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING TOLLING AGREEMENT (.4). | $385.00 |
| 10/8/2014 | RAUL A. CUERVO | 1.30 | EMAILS REGARDING COMMUNICATIONS WITH PLAINTIFFS' COUNSEL REGARDING DISMISSAL AND TOLLING (.8); REVIEW AND REVISE LITIGATION HOLD MEMO (.5). | $793.00 |
| 10/9/2014 | RAUL A. CUERVO | 0.10 | EMAILS FROM LOCAL COUNSEL. | $61.00 |
| 10/9/2014 | STEPHEN J. JORDEN | 0.30 | COMMUNICATIONS WITH JOINT DEFENSE TEAM MEMBERS REGARDING TOLLING AGREEMENT PROPOSAL | $165.00 |
| 10/10/2014 | JACOB R. HATHORN | 0.30 | REVIEW CORRESPONDENCE FROM S. JORDEN TO S. BOWMAN AND L. BABCOCK REGARDING RECENT COMMUNICATIONS WITH OPPOSING COUNSEL IN CONNECTION WITH FORTHCOMING AMENDED COMPLAINT. | $126.00 |
| 10/10/2014 | STEPHEN J. JORDEN | 0.90 | REVIEW PLAINTIFFS' RESPONSE TO LETTER REGARDING DISMISSAL OF DEFENDANTS (.5); COMMUNICATE WITH JOINT DEFENSE GROUP REGARDING THE SAME (.4). | $495.00 |
| 10/13/2014 | STEPHEN J. JORDEN | 0.20 | REVIEW SNYDER DOCUMENT HOLD NOTICE AND R. CUERVO CHANGES (.2). | $110.00 |
| 10/14/2014 | STEPHEN J. JORDEN | 3.60 | REVIEWING 260 PAGE AMENDED COMPLAINT (3.2);  REVIEW EMAILS AMONG JOINT DEFENSE COUNSEL REGARDING COMPLAINT (.4). | $1,980.00 |
| 10/15/2014 | STEPHEN J. JORDEN | 0.90 | CONTINUED ANALYSIS OF SNYDER AMENDED COMPLAINT (.9). | $495.00 |
| 10/15/2014 | JACOB R. HATHORN | 4.40 | REVIEW AND ANALYZE SECOND AMENDED COMPLAINT AND DRAFT NOTES REGARDING ANALYSIS (2.9); REVIEW AND ANALYZE ACCUMULATED CASELAW FROM ALL FEDERAL JURISDICTIONS REGARDING IMPOSITION OF RULE 11 SANCTIONS IN CONNECTION WITH AMENDED COMPLAINTS IN RICO ACTIONS, AND DRAFT NOTES REGARDING ANALYSIS (1.5). | $1,848.00 |
| 10/16/2014 | STEPHEN J. JORDEN | 2.90 | WORK ON MOTION TO DISMISS INTRODUCTION (.4); COMMUNICATIONS WITH J. HATHORN REGARDING RESEARCH AND BRIEFING (.4); PARTICIPATE IN FULL JOINT DEFENSE CALL (.8); ANALYZE SANCTIONS MATERIAL SENT BY JOINT DEFENSE COUNSEL (.5); REVIEW EMAILS FROM LIAISON COUNSEL REGARDING COMMUNICATIONS WITH PLAINTIFFS REGARDING MULTIPLE ISSUE (.2); COMMUNICATE WITH LIAISON COUNSEL REGARDING SANCTIONS ISSUE (.6). | $1,595.00 |
| 10/21/2014 | STEPHEN J. JORDEN | 3.60 | DRAFTING AND REVISING INTRODUCTION AND STATEMENT OF FACTS FOR MOTION TO DISMISS (3.2); RESEARCH REGARDING RICO 1962(A) ISSUES (.4). | $1,980.00 |
| 10/22/2014 | STEPHEN J. JORDEN | 3.40 | COMMUNICATIONS WITH R. CUERVO AND B. HELFAND REGARDING JOINT DEFENSE MEETING (.2); REVIEW PRIOR DRAFTS OF ACORD, STATE FARM, AND NONSELLERS (1.4); REVIEW FOLLOW UP RESEARCH ON SANCTIONS ISSUES (.2); REVIEW REVISED TOLLING AGREEMENT (.1); DRAFTING STATEMENT OF FACTS FOR MOTION TO DISMISS (1.5). | $1,870.00 |
| 10/22/2014 | RAUL A. CUERVO | 1.50 | REVIEW EMAILS AND CASES RE RULE 11, 18 U.S.C. 1927 AND LOCAL COLORADO RULES (.5); ATTEND DEFENSE TEAM CALL (1.0). | $915.00 |
| 10/23/2014 | STEPHEN J. JORDEN | 1.90 | OUTLINE LEGAL ISSUES TO ADDRESS IN SNYDER COMPLAINT (.8); RESEARCH IN RICO HORNBOOKS ON WHAT IT MEANS TO "ACQUIRE AN INTEREST IN" UNDER 1962(B) (.5); WORK ON INTRODUCTION AND STATEMENT OF FACTS (.6). | $1,045.00 |
| 10/24/2014 | STEPHEN J. JORDEN | 1.30 | REVIEW PLAINTIFFS' MEMOS ATTEMPTING TO EXPLAIN CHANGES IN COMPLAINT AND WHICH COUNTS ARE ASSERTED AGAINST WHICH DEFENDANTS (.8); COMMUNICATIONS WITH J. HATHORN REGARDING SAME (.2); REVISE STATEMENT OF FACTS (.3). | $715.00 |

| | | | | |
|---|---|---|---|---|
| 10/24/2014 | JACOB R. HATHORN | 5.60 | REVIEW AND ANALYZE MEMORANDA FROM OPPOSING COUNSEL PROVIDING CLARIFICATION REGARDING CLAIMS FOR RELIEF AND CHANGES IN SECOND AMENDED COMPLAINT (.8); CONTINUE DRAFT MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS TO INCORPORATE ANALYSIS OF PLAINTIFFS' STANDING TO BRING CLAIM UNDER §1962(B) AND CITATION TO CASES INVOLVING DISMISSAL OF CLAIMS INVOLVING HUB-AND SPOKE ASSOCIATIONS IN FACT (4.8). | $2,352.00 |
| 10/27/2014 | JACOB R. HATHORN | 3.50 | CONTINUE DRAFT MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS TO INCORPORATE ADDITIONAL ARGUMENT REGARDING PLAINTIFFS' LACK OF STANDING TO ASSERT CLAIMS UNDER §1962(A) OR §1962(B) (3.5). | $1,470.00 |
| 10/30/2014 | RAUL A. CUERVO | 2.50 | EMAILS FROM DEFENSE TEAM REGARDING NEGOTIATIONS ON TOLLING AGREEMENT AND MOTIONS TO DISMISS (.6); REVIEW TOLLING AGREEMENT AND COMMENTS ON SAME (.7); CALL WITH DEFENSE TEAM (1.0); CONFER WITH J. PITBLADO REGARDING NEXT STEPS (.2). | $1,525.00 |
| 10/30/2014 | STEPHEN J. JORDEN | 0.50 | COMMUNICATIONS WITH R. CUERVO AND WITH JOINT DEFENSE GROUP REGARDING BRIEFS AND TOLLING AGREEMENT (.5). | $275.00 |
| 10/31/2014 | JACOB R. HATHORN | 2.50 | CONTINUE DRAFT MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS TO RE-ORGANIZE ARGUMENT SECTION. | $1,050.00 |
| 10/31/2014 | STEPHEN J. JORDEN | 0.30 | PRELIMINARY REVIEW OF ACORD REVISED BRIEF. | $165.00 |
| 11/3/2014 | JACOB R. HATHORN | 1.20 | REVIEW AND ANALYZE DRAFT INTRODUCTION AND STATEMENT OF FACTS SECTIONS TO BE INSERTED IN DRAFT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PROVIDED BY S. JORDEN (.2); DRAFT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS TO INCORPORATE ADDITIONAL ANALYSIS AND INTRODUCTION AND STATEMENT OF FACTS SECTIONS BY S. JORDEN (1.0). | $504.00 |
| 11/3/2014 | STEPHEN J. JORDEN | 2.30 | REVISE INTRODUCTION TO MOTION TO DISMISS (1.2); REVIEW J. HATHORN DRAFT OF BRIEF (.4); CONFERENCE WITH J. HATHORN REGARDING SAME (.3); REVIEW MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING MOTIONS TO DISMISS AND TOLLING (.2); REVIEW HOLDING COMPANY DEFENDANTS' DRAFT MOTION TO DISMISS (.2). | $1,265.00 |
| 11/5/2014 | STEPHEN J. JORDEN | 2.30 | REVIEW REVISED NON-SELLER DEFENDANTS' BRIEF (.4); COMMUNICATIONS WITH R. HELFAND REGARDING RICO ARGUMENTS NOT MADE IN BRIEF (.3); RESEARCH ON RICO CASES WITH MULTIPLE DIFFERENT DEFINITIONS OF ENTERPRISE (1.6). | $1,265.00 |
| 11/6/2014 | STEPHEN J. JORDEN | 0.30 | REVIEW MULTIPLE JOINT DEFENSE COMMUNICATIONS ON TOLLING AND DRAFT BRIEFS. | $165.00 |
| 11/6/2014 | RAUL A. CUERVO | 1.50 | REVIEW OF MOTIONS TO DISMISS SECOND AMENDED COMPLAINT. | $915.00 |
| 11/10/2014 | STEPHEN J. JORDEN | 0.50 | REVIEW STATE FARM'S REVISED BRIEF (.3); REVIEW REDLINED VERSION OF NON-SELLERS' BRIEF (.2). | $275.00 |
| 11/12/2014 | STEPHEN J. JORDEN | 0.60 | REVIEW NUMEROUS COMMUNICATIONS REGARDING BRIEFING STRATEGY FOR DISMISSAL (.5); REVIEW EMAILS REGARDING TOLLING AGREEMENT DISCUSSIONS (.1). | $330.00 |
| 11/14/2014 | STEPHEN J. JORDEN | 0.60 | REVIEW PLAINTIFFS' PROPOSAL REGARDING TOLLING AGREEMENT AND MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING SAME (.6). | $330.00 |
| 11/17/2014 | STEPHEN J. JORDEN | 4.10 | REVIEWING CURRENT MAIN BRIEFS FROM JOINT DEFENSE GROUP TO IDENTIFY GAPS IN ARGUMENTS (1.6); DRAFTING AND REVISING MOTION TO DISMISS (1.3); RESEARCH ON RICO CASE LAW REGARDING ENTERPRISE ISSUE NOT ADDRESSED BY JOINT DEFENSE GROUP AND 1962(A) AND (B) ISSUES (1.2). | $2,255.00 |
| 11/18/2014 | STEPHEN J. JORDEN | 6.90 | REVIEW MULTIPLE COMMUNICATIONS AMONG JOINT DEFENSE GROUP REGARDING FILINGS (.2); REVIEW AMERICAN FAMILY'S MOTION TO DISMISS (.3); DRAFT AND REVISE MOTION TO DISMISS (6.2); REVIEW LOCAL RULES REGARDING MOTION (.2). | $3,795.00 |
| 11/19/2014 | STEPHEN J. JORDEN | 7.60 | DRAFT AND REVISE MOTION TO DISMISS AND MEMORANDUM IN SUPPORT (6.7); REVIEW MULTIPLE COMMUNICATIONS AMONG JOINT DEFENSE GROUP REGARDING MOTIONS (.4); REVIEW TRAVELERS' BRIEF (.2); RESEARCH ON RICO 1962(A) STANDING ISSUE (.3). | $4,180.00 |
| 11/19/2014 | RAUL A. CUERVO | 1.00 | ATTEND DEFENSE TEAM CALL (1.0) | $610.00 |
| 11/20/2014 | RAUL A. CUERVO | 0.30 | REVIEW MOTION TO DISMISS AND EMAIL TO S. JORDEN. | $183.00 |
| 11/20/2014 | STEPHEN J. JORDEN | 4.50 | REVISE MOTION TO DISMISS, INCLUDING BASED ON COMMENTS FROM LOCAL COUNSEL, R. KOST, AND R. HELFAND (2.7); REVIEW NUMEROUS JOINDER BRIEFS FOR DEFENDANTS AND LATEST DRAFTS OF PRIMARY JOINT DEFENSE BRIEFS (1.5); COMMUNICATION WITH R. CUERVO REGARDING BRIEF (.1); COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING ALLIANZ BRIEF (.2). | $2,475.00 |
| 11/21/2014 | RAUL A. CUERVO | 1.00 | CALL WITH OTHER DEFENDANTS (0.5); COMMUNICATION WITH S. JORDEN RE: MOTION TO DISMISS (0.5). | $610.00 |
| 11/21/2014 | STEPHEN J. JORDEN | 1.40 | ATTENTION TO REVISIONS ON BRIEF AND EMAILS FROM JOINT DEFENSE TEAM MEMBERS REGARDING DRAFT (1.4). | $770.00 |
| 11/22/2014 | STEPHEN J. JORDEN | 3.70 | MULTIPLE COMMUNICATIONS WITH JOINT DEFENSE GROUP REGARDING HOW TO HANDLE PLAINTIFFS ERRATA FILINGS AND WHETHER TO REQUEST EXTENSION (.8); REVIEW AND REVISE MOTION TO DISMISS (2.9). | $2,035.00 |
| 11/23/2014 | STEPHEN J. JORDEN | 3.10 | REVISE MOTION TO DISMISS. | $1,705.00 |
| 11/24/2014 | STEPHEN J. JORDEN | 3.00 | REVISE MOTION (2.1); REVIEW EMAILS REGARDING EXTENSION FROM COURT (.3); CALL AMONG JOINT DEFENSE COUNSEL REGARDING APPROPRIATE APPROACH TO MOTION TO DISMISS (.6). | $1,650.00 |
| 11/24/2014 | RAUL A. CUERVO | 2.00 | CALL WITH DEFENSE TEAM AND VARIOUS EMAILS REGARDING STATUS OF FILING MOTIONS TO DISMISS. | $1,220.00 |
| 11/25/2014 | STEPHEN J. JORDEN | 0.50 | EMAILS AMONG JOINT DEFENSE GROUP REGARDING EXTENSION (.2); ATTENTION TO REVISION OF BRIEF BASED ON NEW COMPLAINT VERSION (.3). | $275.00 |
| 11/25/2014 | RAUL A. CUERVO | 1.00 | EMAILS REGARDING MTD FILING AND AMENDED COMPLAINT. | $610.00 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 12/3/2014 | RAUL A. CUERVO | 1.70 | ATTENTION TO MOTIONS TO DISMISS AND JOINDER BY UNITED LIFE (.9); REVIEW VARIOUS EMAILS REGARDING OTHER MOTIONS TO DISMISS (.8). | $1,037.00 |
| 12/3/2014 | STEPHEN J. JORDEN | 1.00 | MULTIPLE EMAILS WITH JOINT DEFENSE GROUP ABOUT CONSOLIDATION OF BRIEFING, INCLUDING EMAILS WITH OTHER LIFE INSURANCE COUNSEL REGARDING LIFE INSURANCE DEFENDANTS (.7); REVISE ALLIANZ BRIEF (.2); CONFERENCE WITH R. CUERVO REGARDING SAME (.1). | $550.00 |
| 12/4/2014 | STEPHEN J. JORDEN | 2.30 | REVISE SNYDER BRIEF (1.8); MULTIPLE COMMUNICATIONS WITH CO-DEFENDANTS REGARDING BRIEFS (.4); CALL WITH R. CUERVO REGARDING ALLEGATIONS AGAINST UNITED LIFE (.1). | $1,265.00 |
| 12/4/2014 | RAUL A. CUERVO | 0.50 | REVIEW REVISED MOTION TO DISMISS (.4); REVIEW EMAILS REGARDING OTHER FILINGS (.1). | $305.00 |
| 12/5/2014 | RAUL A. CUERVO | 2.00 | CONTINUED REVIEW OF OTHER FILINGS AND ATTENTION TO SEPARATE JOINDER ISSUES (1.8); CONFER WITH S. JORDEN REGARDING SAME (.2). | $1,220.00 |
| 12/5/2014 | STEPHEN J. JORDEN | 3.80 | REVIEW MULTIPLE FILINGS FROM NONSELLERS, STATE FARM AND OTHER DEFENDANTS (1.5); REVISE ALLIANZ BRIEF TO INCORPORATE CITES TO OTHER BRIEFS AND OTHER FINAL EDITS (1.8); MULTIPLE COMMUNICATIONS REGARDING JUDGE KANE'S CLERK'S CALL REGARDING TITLES OF BRIEFS AND OTHER FILINGS (.3); REVIEW PROPOSED FILING OUTLINING ORDER OF BRIEFS (.2). | $2,090.00 |
| 12/8/2014 | STEPHEN J. JORDEN | 0.50 | COMMUNICATIONS WITH T. RIDLEY REGARDING EMAIL FROM PLAINTIFFS | $275.00 |
| 12/9/2014 | STEPHEN J. JORDEN | 0.60 | REVIEW AND REVISE PROPOSED JOINT FILING BY DEFENDANTS. | $330.00 |
| 12/9/2014 | RAUL A. CUERVO | 0.50 | REVIEW EMAILS REGARDING MOTION TO DISMISS. | $305.00 |
| 12/10/2014 | RAUL A. CUERVO | 0.50 | EMAILS REGARDING EXTENSION. | $305.00 |
| 12/10/2014 | STEPHEN J. JORDEN | 0.70 | REVIEW AND REVISE DRAFT FILING BY DEFENDANTS (.3); COMMUNICATE WITH JOINT DEFENSE GROUP REGARDING SAME (.2); REVIEW PLAINTIFFS' REQUEST FOR EXTENSION (.2). | $385.00 |
| 12/11/2014 | STEPHEN J. JORDEN | 0.50 | COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING PLAINTIFFS' EXTENSION REQUEST AND LIST OF MOTIONS (.3); REVIEW PROPOSED FILING REGARDING DEFENDANTS' MOTIONS TO DISMISS (.2). | $275.00 |
| 12/12/2014 | STEPHEN J. JORDEN | 0.70 | REVIEW MULTIPLE COMMUNICATIONS AMONG JOINT DEFENSE GROUP REGARDING EXTENSION REQUEST AND PROPOSED RESPONSE (.7). | $385.00 |
| 12/12/2014 | RAUL A. CUERVO | 0.50 | NUMEROUS EMAILS REGARDING EXTENSIONS TO PLAINTIFFS. | $305.00 |
| 12/15/2014 | STEPHEN J. JORDEN | 0.20 | REVIEW MULTIPLE EMAILS REGARDING NEGOTIATION OVER PLAINTIFFS' RESPONSE BRIEF. | $110.00 |
| 12/17/2014 | STEPHEN J. JORDEN | 0.20 | MULTIPLE COMMUNICATIONS REGARDING RENEWED REQUEST FOR EXTENSION FOR RESPONSE. | $110.00 |
| 12/19/2014 | STEPHEN J. JORDEN | 0.20 | REVIEW COMMUNICATION FROM PLAINTIFFS' COUNSEL REGARDING EXTENSION REQUEST AND EMAILS FROM JOINT DEFENSE GROUP COMMENTING ON SAME (.2). | $110.00 |
| 1/6/2015 | RAUL A. CUERVO | 0.40 | REVIEW SEVERAL EMAILS REGARDING EXTENSIONS. | $244.00 |
| 1/6/2015 | STEPHEN J. JORDEN | 0.40 | EMAIL AMONG JOINT DEFENSE COUNSEL REGARDING MEET AND CONFER WITH PLAINTIFFS (.4). | $220.00 |
| 1/8/2015 | STEPHEN J. JORDEN | 1.20 | NUMEROUS JOINT DEFENSE EMAILS REGARDING MEET AND CONFER WITH PLAINTIFFS AND STRATEGY (.9); REVIEW PLAINTIFFS LETTER REGARDING TIME NEEDED FOR OPPOSITION (.3). | $660.00 |
| 1/14/2015 | STEPHEN J. JORDEN | 1.40 | REVIEW PLAINTIFFS' 40 PAGE MOTION FOR EXTENSION (.8); COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING THE SAME (.6). | $770.00 |
| 1/21/2015 | RAUL A. CUERVO | 0.50 | ATTENTION TO NUMEROUS EMAILS AND SUGGESTIONS REGARDING EXTENSION AND HEARING IN DENVER. | $305.00 |
| 1/21/2015 | STEPHEN J. JORDEN | 1.40 | COMMUNICATIONS WITH JOINT DEFENSE GROUP MEMBERS REGARDING HEARING AND LIAISON COUNSEL APPOINTMENT (.8) REVIEW PROPOSED OPPOSITION BRIEF (.4); MULTIPLE COMMUNICATIONS REGARDING OPPOSITION (.2). | $770.00 |
| 1/23/2015 | STEPHEN J. JORDEN | 0.40 | CALL WITH T. RIDLEY REGARDING HEARING AND REPRESENTATION OF ALLIANZ (.2); PREPARE SHORT LIST OF TALKING POINTS REGARDING HEARING (.2). | $220.00 |
| 1/27/2015 | STEPHEN J. JORDEN | 0.30 | COMMUNICATIONS WITH LOCAL COUNSEL REGARDING HEARING (.3). | $165.00 |
| 1/29/2015 | STEPHEN J. JORDEN | 0.50 | REVIEW PLAINTIFFS' REPLY BRIEF (.5). | $275.00 |
| 1/30/2015 | STEPHEN J. JORDEN | 1.30 | ATTEND STATUS CONFERENCE AND HEARING BY PHONE (.5); CONFERENCE WITH B. HELFAND REGARDING SAME (.2); REVIEW MULTIPLE EMAILS REGARDING HEARING AMONG JOINT DEFENSE GROUP (.6). | $715.00 |
| 2/4/2015 | STEPHEN J. JORDEN | 0.40 | DRAFT DESCRIPTION OF SNYDER FOR ALLIANZ AUDIT LETTER (.4). | $220.00 |
| 2/6/2015 | STEPHEN J. JORDEN | 0.10 | REVIEW COMMUNICATIONS REGARDING SNYDER AND FOLLOW UP COMMUNICATION TO COURT. | $55.00 |
| 5/15/2015 | RAUL A. CUERVO | 0.40 | REVIEW EMAILS REGARDING TRANSCRIPT AND REPLIES. | $244.00 |
| 5/29/2015 | STEPHEN J. JORDEN | 0.30 | REVIEW MULTIPLE EMAILS AMONG JOINT DEFENSE COUNSEL REGARDING SNYDER PLAINTIFFS' OPPOSITION BRIEFS (.3). | $165.00 |
| 5/29/2015 | RAUL A. CUERVO | 0.50 | REVIEW NUMEROUS EMAILS REGARDING POSSIBLE REPLIES (0.5). | $305.00 |
| 6/2/2015 | STEPHEN J. JORDEN | 4.80 | JOINT DEFENSE COMMUNICATIONS REGARDING PLAINTIFFS' OPPOSITION, INCLUDING MERITS OF ASKING JUDGE TO STRIKE (1.5); REVIEW AND ANALYZE OPPOSITION BRIEF (3.3). | $2,640.00 |
| 6/3/2015 | RAUL A. CUERVO | 1.00 | CALL WITH DEFENSE GROUP REGARDING REPLIES AND REVIEW OF REPLIES. | $610.00 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 6/3/2015 | STEPHEN. J JORDEN | 4.40 | REVIEW MULTIPLE COMMUNICATIONS AMONG JOINT DEFENSE GROUP REGARDING STRATEGY FOR BRIEFS AND OUTLINES (1.0); CONTINUE REVIEW OF PLAINTIFFS' OPPOSITION (2.9); COMMUNICATIONS WITH J. HATHORN REGARDING FINDING ON POINT CASE FOR "WRONG INDUSTRY" IN 10TH CIRCUIT (.2); COMMUNICATIONS WITH B. HELFAND REGARDING NONSELLER BRIEF ARGUMENTS (.3). | $2,420.00 |
| 6/3/2015 | JACOB R. HATHORN | 2.90 | ATTEND JOINT DEFENSE TELEPHONE CONFERENCE REGARDING REPLIES TO PLAINTIFFS' MEMORANDA IN OPPOSITION TO MOTIONS TO DISMISS (1.0); RESEARCH TENTH CIRCUIT CASES INVOLVING ALLEGATIONS OF CONSPIRACY THAT ARE IMPLAUSIBLE ON THEIR FACE (1.9). | $1,218.00 |
| 6/4/2015 | JACOB R. HATHORN | 2.60 | ANALYZE ACCUMULATED RESEARCH ON TENTH CIRCUIT CASES INVOLVING CONSPIRACY ALLEGATIONS DEEMED IMPLAUSIBLE ON THEIR FACE, AND DRAFT NOTES REGARDING ANALYSIS (2.5); EXCHANGE CORRESPONDENCE WITH S. JORDEN REGARDING BRIEF FOLLOW-UP RESEARCH (.1). | $1,092.00 |
| 6/4/2015 | STEPHEN J. JORDEN | 1.60 | ANALYZE POSSIBLE ISSUES TO RAISE IN REPLY BRIEF REGARDING ALLIANZ (1.0); COMMUNICATIONS WITH B. HELFAND REGARDING DRAFT OF NONSELLER'S BRIEF AND POSSIBLE INCLUSION OF ALLIANZ ARGUMENT IN SAME (.3); REVIEW J. HATHORN MEMO REGARDING RESEARCH FINDINGS (.2); COMMUNICATIONS WITH J. HATHORN REGARDING CASE DISMISSED ON PRELIMINARY MOTION (.1). | $880.00 |
| 6/5/2015 | STEPHEN J. JORDEN | 1.90 | REVIEW FIRST DRAFT OF NONSELLERS' BRIEF (.3); COMMUNICATIONS WITH R. HELFAND REGARDING SAME (.4); DRAFT AND REVISE INSERT FOR BRIEF (.6); JOINT DEFENSE COMMUNICATIONS REGARDING MULTIPLE ISSUES (.3); REVIEW CASE SENT BY J. HATHORN FOR POSSIBLE CITATION (.3). | $1,045.00 |
| 6/5/2015 | JACOB R. HATHORN | 0.60 | RESEARCH TENTH CIRCUIT CASELAW FOR CASE INVOLVING GRANT OF MOTION TO DISMISS FOR FAILURE TO ALLEGE ANY RATIONAL ECONOMIC MOTIVE FOR PARTICIPATING IN CONSPIRACY (.4); DRAFT CORRESPONDENCE TO S. JORDEN BRIEFLY ANALYZING J. KANE OPINION DISMISSING CONSPIRACY CLAIMS FOR FAILURE TO ALLEGE ANY RATIONAL ECONOMIC MOTIVE (.2). | $252.00 |
| 6/8/2015 | STEPHEN J. JORDEN | 3.00 | REVIEW REVISED VERSION OF SNYDER NONSELLER BRIEF (.6); REVISE BRIEF, INCLUDING ADDING TEXT REGARDING ALLIANZ LIFE (1.6); COMMUNICATIONS WITH B. HELFAND REGARDING REVISIONS (.3); MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING COORDINATION (.4); COMMUNICATIONS WITH T. RIDLEY AT WHEELER REGARDING APPROACH TO LIFE INSURER RESPONSE (.1). | $1,650.00 |
| 6/8/2015 | RAUL A. CUERVO | 0.70 | REVIEW NON-SELLERS BRIEF AND MAKE COMMENTS. | $427.00 |
| 6/9/2015 | RAUL A. CUERVO | 0.30 | ATTENTION TO EMAILS REGARDING ADDITIONAL REPLIES FROM OTHER DEFENDANTS. | $183.00 |
| 6/9/2015 | STEPHEN J. JORDEN | 1.80 | REVIEW NON-INSURERS' BRIEF (.4); COMMUNICATIONS REGARDING SAME WITH OTHERS IN JOINT DEFENSE (.2); REVIEW PERSONAL JURISDICTION BRIEF (.2); REVIEW REVISED VERSION OF NONSELLERS' BRIEF (.3); COMMUNICATIONS WITH B. HELFAND REGARDING SAME (.2); COMMUNICATIONS WITH OTHER COUNSEL FOR LIFE INSURERS REGARDING THEIR APPROACH (.5). | $990.00 |
| 6/11/2015 | STEPHEN J. JORDEN | 1.20 | BRIEF REVIEW OF DRAFTS OF MULTIPLE OTHER REPLY BRIEFS FROM GROUPS OF DEFENDANTS (.7); COMMUNICATIONS WITH B. HELFAND REGARDING SUGGESTED REVISIONS TO NONSELLERS' BRIEF PROVIDED BY OTHER NONSELLERS (.3); REVIEW SUGGESTED REVISIONS TO NONSELLERS' BRIEF PROVIDED BY OTHER NONSELLERS (.2). | $660.00 |
| 6/12/2015 | STEPHEN J. JORDEN | 4.00 | REVIEW/ANALYZE STATE FARM BRIEF (MAIN BRIEF ADDRESSING ALL ISSUES) (2.5); PROVIDE COMMENTS TO R. HELFAND (.3); REVIEW/ANALYZE R. HELFAND MEMO COMMUNICATING MULTIPLE COMMENTS ON BRIEF (.2); REVISE NONSELLER BRIEF AS TO ALLIANZ FOOTNOTE (.2); MULTIPLE COMMUNICATIONS WITH COUNSEL DRAFTING NONSELLER BRIEF (.8). | $2,200.00 |
| 6/15/2015 | STEPHEN J. JORDEN | 1.30 | FINAL REVIEW OF NONSELLER AND STATE FARM BRIEFS (.9); MULTIPLE COMMUNICATIONS WITH JOINT DEFENSE GROUP REGARDING BRIEFS (.4). | $715.00 |
| 6/16/2015 | STEPHEN J. JORDEN | 0.40 | COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING FILINGS (.2); REVIEW ACORD BRIEF (.2). | $220.00 |
| 6/18/2015 | STEPHEN J. JORDEN | 1.10 | REVIEW PAPERS PREPARED BY LIAISON COUNSEL OUTLINING BRIEFS AND POSITIONS TAKEN BY GROUPS OF DEFENDANTS (.7); REVISE SAME (.2); COMMUNICATIONS WITH LIAISON COUNSEL REGARDING SAME (.2). | $605.00 |
| 6/19/2015 | STEPHEN J. JORDEN | 0.20 | COMMUNICATIONS AMONG JOINT DEFENSE COUNSEL REGARDING PLAINTIFFS' REQUEST FOR ORAL ARGUMENT. | $110.00 |
| 6/22/2015 | RAUL A. CUERVO | 0.50 | EMAIL REGARDING TOPICS FOR POSSIBLE ORAL ARGUMENT. | $305.00 |
| 6/29/2015 | STEPHEN J. JORDEN | 0.10 | REVIEW COMMUNICATION FROM LIAISON COUNSEL | $55.00 |
| 11/23/2015 | STEPHEN J. JORDEN | 0.50 | REVIEW JUDGE'S NOTIFICATION OF POTENTIAL CONFLICT AND REQUEST FOR WAIVER (.1); RESEARCH ON AND ANALYSIS OF JUDICIAL CONFLICT RULES (.4). | $275.00 |
| 11/24/2015 | STEPHEN J. JORDEN | 0.30 | COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING JUDGE'S REQUEST (.3). | $165.00 |
| 11/25/2015 | STEPHEN J. JORDEN | 0.30 | REVIEW JOINT DEFENSE COUNSEL COMMUNICATIONS REGARDING SAME (.2); COMMUNICATE WITH R. CUERVO REGARDING SAME (.1). | $165.00 |
| 11/30/2015 | STEPHEN J. JORDEN | 0.20 | COMMUNICATIONS WITH T. RIDLEY REGARDING ALLIANZ POSITION ON WAIVER REQUEST. | $110.00 |
| 12/3/2015 | STEPHEN J. JORDEN | 0.10 | REVIEW JOINT DEFENSE EMAILS. | $55.00 |
| 12/4/2015 | STEPHEN J. JORDEN | 1.30 | IDENTIFY RELEVANT PLEADINGS AND BRIEF FOR TRANSMISSION TO ALLIANZ (1.2); COMMUNICATIONS WITH S. AHMAD REGARDING SAME (.1). | $715.00 |
| 12/7/2015 | STEPHEN J. JORDEN | 0.20 | REVIEW FILED WAIVER SUBMISSION ON BEHALF OF DEFENDANTS (.1); COMMUNICATIONS REGARDING MOTION TO DISMISS STATUS (.1). | $110.00 |
| 12/9/2015 | STEPHEN J. JORDEN | 0.30 | REVIEW AND DECIPHER PLAINTIFFS' NOTICE OF WAIVER (.2); JOINT DEFENSE COMMUNICATIONS REGARDING SAME (.1) | $165.00 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 1/15/2016 | STEPHEN J. JORDEN | 1.50 | REVIEW/ANALYZE ORDER ON MOTIONS TO DISMISS (1.3); COMMUNICATIONS WITH COLLEAGUES REGARDING WHETHER DISMISSAL WAS WITH PREJUDICE (.2). | $825.00 |
| 1/19/2016 | STEPHEN J. JORDEN | 0.20 | COMMUNICATE WITH CO-JOINT DEFENSE COUNSEL REGARDING FINAL JUDGMENT (.2). | $110.00 |
| 1/20/2016 | STEPHEN J. JORDEN | 1.30 | MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING AVAILABILITY OF FEES UNDER COLORADO STATE STATUTE AND STRATEGY OF TRYING TO DO DEAL WITH PLAINTIFFS' POSSIBLE APPEAL (1.3). | $715.00 |
| 1/21/2016 | STEPHEN J. JORDEN | 0.50 | MULTIPLE JOINT DEFENSE COMMUNICATIONS ABOUT FEES AND COSTS (.3); REVIEW STATUTE AND ANNOTATIONS ON FEES (.2). | $275.00 |
| 1/22/2016 | STEPHEN J. JORDEN | 1.60 | JOINT DEFENSE CALL REGARDING APPROACH TO PLAINTIFFS REGARDING FEES (.7); MULTIPLE FOLLOW UP COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING RIGHT TO FEES AND STRATEGY QUESTIONS (.9). | $880.00 |
| 1/27/2016 | STEPHEN J. JORDEN | 1.40 | MULTIPLE COMMUNICATIONS WITH R. CUERVO AND COUNSEL AT WHEELER TRIGG REGARDING FEE PETITION (.9); REVIEW FEE PETITION EXAMPLE FROM WHEELER TRIGG (.5). | $770.00 |
| 1/27/2016 | RAUL A. CUERVO | 1.60 | CALLS WITH S. JORDEN REGARDING FEE APPLICATION (.9); CALL WITH LOCAL COUNSEL (.5); CALL TO STATE FARM COUNSEL ON EXTENSIONS (.2). | $976.00 |
| 1/28/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW COLORADO STATUTE AND EMAILS FROM JOINT DEFENSE COUNSEL (.3). | $165.00 |
| 2/1/2016 | STEPHEN J. JORDEN | 0.60 | COMMUNICATIONS WITH LIAISON COUNSEL ABOUT WALKAWAY DEAL, ANY OBJECTIONS BY DEFENSE, AND APPROACHING PLAINTIFFS' COUNSEL (.6). | $330.00 |
| 2/2/2016 | STEPHEN J. JORDEN | 1.30 | MULTIPLE EMAILS AND OTHER COMMUNICATIONS WITH LIAISON COUNSEL, PLAINTIFFS' COUNSEL AND R. CUERVO REGARDING WALK AWAY DEAL (1.3) | $715.00 |
| 2/4/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW EMAILS REGARDING PROPOSED WALKAWAY AGREEMENT. | $110.00 |
| 2/8/2016 | RAUL A. CUERVO | 0.20 | CONFER WITH S. JORDEN REGARDING FEE PETITION ISSUES. | $122.00 |
| 2/8/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW COMMUNICATIONS FROM LIAISON COUNSEL REGARDING STATUS. | $110.00 |
| 2/10/2016 | STEPHEN J. JORDEN | 1.00 | COMMUNICATIONS WITH LIAISON COUNSEL AND ALLIANZ REGARDING PLAINTIFFS' RENEGING ON AGREEMENT (.5); RESEARCH AND ANALYZE OPTIONS (.5). | $550.00 |
| 2/12/2016 | STEPHEN J. JORDEN | 0.70 | COMMUNICATIONS WITH T. RIDLEY REGARDING PLAINTIFFS' POSSIBLY RENEGING ON AGREEMENT (.3); COMMUNICATIONS WITH LIAISON COUNSEL REGARDING STATUS (.4). | $385.00 |
| 2/15/2016 | STEPHEN J. JORDEN | 1.50 | COMMUNICATIONS WITH JOINT DEFENSE COUNSEL REGARDING PLAINTIFFS' INTERNAL NEGOTIATIONS AND DEBATE REGARDING SETTLING OR PURSUING POST-TRIAL MOTIONS (1.1); ANALYZE PRIOR EMAILS FOR PROOF OF ENFORCEABLE AGREEMENT (.4). | $825.00 |
| 2/16/2016 | STEPHEN J. JORDEN | 0.60 | NUMEROUS COMMUNICATIONS AMONG JOINT DEFENSE COUNSEL (.2); REVIEW WITHDRAWAL OF COUNSEL (.1); COMMUNICATIONS WITH T. RIDLEY REGARDING STRATEGY (.3). | $330.00 |
| 2/17/2016 | STEPHEN J. JORDEN | 2.70 | REVIEW PLAINTIFFS' RULE 59 AND 60 MOTION AND EXHIBITS (1.4); REVIEW AND PARTICIPATE IN MULTIPLE EMAIL AND OTHER COMMUNICATIONS ABOUT PLAINTIFFS' FILING, INCLUDING OPTIONS FOR RESPONDING AND EFFECT ON DEADLINES FOR FILING FOR FEES AND COSTS (1.3). | $1,485.00 |
| 2/17/2016 | RAUL A. CUERVO | 1.00 | ATTENTION TO RULE 59 AND 60 MOTION. | $610.00 |
| 2/18/2016 | STEPHEN J. JORDEN | 0.80 | REVIEW NUMEROUS "ERRATA" DESIGNATED FILINGS BY PLAINTIFFS' COUNSEL AND EMAILS REGARDING SAME (.4); CONFERENCE WITH R. HELFAND (AMERICAN DEFENDANTS' COUNSEL) REGARDING MERITS OF ALTERNATIVE APPROACHES (.2); COMMUNICATE WITH T. RIDLEY REGARDING HIS CLIENT'S INTENTIONS AS TO WHETHER AND WHEN TO FILE FOR FEES (.2). | $440.00 |
| 2/19/2016 | STEPHEN J. JORDEN | 0.60 | REVIEW DAVIS GRAHAM'S RESEARCH ON WHETHER PLAINTIFFS' MOTION SUSPENDS DEADLINES FOR FILING FOR FEES AND OTHER JOINT DEFENSE EMAILS. | $330.00 |
| 2/19/2016 | RAUL A. CUERVO | 0.40 | EMAILS REGARDING MOTION TO STRIKE | $244.00 |
| 2/22/2016 | STEPHEN J. JORDEN | 0.80 | REVIEW LIAISON COUNSEL'S RECITATION OF ISSUES FOR CALL AGENDA (.2); ANNOTATE ISSUE LIST WITH ALLIANZ POSITION FOR R. CUERVO'S PARTICIPATION (.1); CALL WITH R. CUERVO ABOUT JOINT DEFENSE TEAM CALL (.3); REVIEW MULTIPLE ADDITIONAL JOINT DEFENSE EMAILS ABOUT STRATEGY (.2). | $440.00 |
| 2/26/2016 | STEPHEN J. JORDEN | 1.20 | REVIEW PLAINTIFF'S SETTLEMENT OFFER AND NUMEROUS EMAILS REGARDING SAME (.5); REVIEW DRAFT MOTION TO STRIKE AND MOTION FOR EXTENSION OF TIME TO RESPOND AND MULTIPLE EMAILS REGARDING STRATEGY AND APPROACH TO SAME (.7) | $660.00 |
| 2/26/2016 | RAUL A. CUERVO | 1.00 | ATTENTION TO SETTLEMENT COMMUNICATIONS. | $610.00 |
| 2/29/2016 | RAUL A. CUERVO | 0.70 | ATTENTION TO VARIOUS EMAILS ON MOTION TO STRIKE (.5); CALL WITH S. JORDEN REGARDING CALL WITH LOCAL COUNSEL (.2). | $427.00 |
| 3/2/2016 | RAUL A. CUERVO | 0.50 | REVIEW RESPONSE TO MOTION TO STRIKE AND HELFAND COMMENTS. | $305.00 |
| 3/2/2016 | STEPHEN J. JORDEN | 0.70 | REVIEW FINAL SNYDER MOTION TO STRIKE (.1); REVIEW PLAINTIFFS' OPPOSITION (.3); REVIEW JUDGE'S ORDER (.1); REVIEW EMAILS AMONG JOINT DEFENSE COUNSEL (.2). | $385.00 |
| 3/9/2016 | RAUL A. CUERVO | 0.20 | REVIEW EMAILS RELATING TO RULE 60 MOTION. | $122.00 |
| 3/9/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW MULTIPLE EMAILS AMONG JOINT DEFENSE COUNSEL ABOUT PLAINTIFFS' LATEST COMMUNICATION REGARDING RE-FILING OF MOTION. | $165.00 |
| 3/14/2016 | STEPHEN J. JORDEN | 0.70 | REVIEW PLAINTIFFS' REFILED MOTION FOR RECONSIDERATION AND REVISED SETTLEMENT DEMAND (.3); COMMUNICATION WITH LIAISON COUNSEL REGARDING SAME (.1); REVIEW MULTIPLE EMAILS AMONG JOINT DEFENSE GROUP REGARDING APPROPRIATE RESPONSE (.2); MEMO TO ALLIANZ REGARDING STATUS (.1). | $385.00 |
| 3/17/2016 | STEPHEN J. JORDEN | 0.20 | COMMUNICATIONS REGARDING RESPONSE TO RE-FILED MOTION. | $110.00 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 3/18/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW PROPOSED MOTION TO STRIKE REFILED MOTION FOR RECONSIDERATION (.2); MULTIPLE COMMUNICATIONS REGARDING WHETHER TO RESPOND SUBSTANTIVELY (.2). | $220.00 |
| 3/30/2016 | RAUL A. CUERVO | 0.40 | REVIEW RESPONSE TO MOTION FOR REHEARING. | $244.00 |
| 3/30/2016 | STEPHEN J. JORDEN | 0.50 | REVIEW DRAFT OF OPPOSITION TO PLAINTIFF'S RULE 59 AND RULE 60 MOTION (.2) ; REVIEW MULTIPLE COMMUNICATIONS REGRDING SUGGESTED REVISIONS AND STRATEGY FROM JOINT DEFENSE GROUP (.3). | $275.00 |
| 3/31/2016 | STEPHEN J. JORDEN | 0.20 | JOINT DEFENSE COMMUNICATIONS REGARDING NEED FOR JOINDERS AND APPROVAL OF BRIEF. | $110.00 |
| 4/4/2016 | STEPHEN J. JORDEN | 0.60 | REVIEW AND ANALYZE MEMO IN OPPOSITION TO PLAINTIFFS' RULE 59 AND 60 MOTION (.4); REVIEW RELATED EMAIL COMMUNICATIONS (.2). | $330.00 |
| 4/6/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW PLAINTIFFS' NOTICE OF APPEAL AND ATTACHED "APPENDIX". | $220.00 |
| 4/11/2016 | RAUL A. CUERVO | 1.20 | CALL REGARDING POSSIBLE APPEAL AND OTHER ISSUES (1.0); EMAIL IN REFERENCE TO FEES AND THE 10TH CIRCUIT COURT RULES (.2). | $732.00 |
| 4/11/2016 | STEPHEN J. JORDEN | 0.80 | REVIEW LETTER AND ORDER FROM 10TH CIRCUIT CLERK REGARDING APPEAL (.2); COMMUNICATE WITH WHEELER TRIGG REGARDING REQUIREMENTS FOR ADMISSION AND APPEARANCE (.1); ATTENTION TO ADMISSION PAPERS (.3); CONFERENCE WITH R. CUERVO ABOUT JOINT DEFENSE CALL (.2). | $440.00 |
| 4/12/2016 | STEPHEN J. JORDEN | 0.30 | ATTENTION TO COMPLETING ADMISSION AND APPEARANCE PAPERS (.3) | $165.00 |
| 4/13/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW LOCAL RULES TO DETERMINE WHETHER ADMISSION-PENDING ATTORNEY CAN FILE ENTRY OF APPEARANCE (.3); EMAIL TO WHEELER TRIGG REGARDING SAME (.1). | $220.00 |
| 4/14/2016 | STEPHEN J. JORDEN | 1.80 | REVIEW PLAINTIFFS' REPLY BRIEF ON RULE 59 AND 60 MOTION (.3); REVIEW MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING SAME (.2); PARTICIPATE IN CALL WITH JOINT DEFENSE TEAM REGARDING FEE PETITION AND OTHER ISSUES (.8); FOLLOW UP EMAILS WITH T. RIDLEY REGARDING THE SAME (.2); REVIEW DRAFT OF FEE PETITION PREPARED FOR ALLIANZ TO IDENTIFY WORK NEEDED TO CONFORM TO GROUP STANDARDS (.3). | $990.00 |
| 4/14/2016 | RAUL A. CUERVO | 0.30 | REVIEW RESPONSE TO MOTION TO STRIKE. | $183.00 |
| 4/15/2016 | STEPHEN J. JORDEN | 0.20 | COMMUNICATIONS WITH WHEELER TRIGG REGARDING REQUIREMENTS FOR 10TH CIRCUIT FILINGS (.2). | $110.00 |
| 4/18/2016 | STEPHEN J. JORDEN | 0.90 | REVIEW FILINGS AND EMAILS AMONG JOINT DEFENSE COUNSEL (.3); CALL WITH WHEELER TRIGG REGARDING 10TH CIRCUIT REQUIREMENTS AND FEE PETITION (.4); FINAL REVIEW OF FILINGS FOR 10TH CIRCUIT (.2). | $495.00 |
| 4/18/2016 | ROBERTA KOST* | 1.50 | EDITS TO DRAFT NOTICE OF APPEARANCE OF S. JORDEN IN 10TH CIRCUIT COURT AND FILE IN COURT'S ELECTRONIC FILING SYSTEM (.8); DRAFT CORPORATE DISCLOSURE STATEMENT AND CONFER WITH S. JORDEN REGARDING CONTENT OF SAME DRAFT (.7). | $360.00 |
| 4/19/2016 | STEPHEN J. JORDEN | 0.50 | REVISE CORPORATE DISCLOSURE STATEMENT (.2); COMMUNICATIONS WITH WHEELER TRIGG (.2); REVIEW FILINGS AND EMAILS (.1). | $275.00 |
| 4/20/2016 | STEPHEN J. JORDEN | 0.50 | REVIEW PLAINTIFFS COUNSEL'S RESPONSE TO REQUEST TO WITHDRAW APPENDIX FILED WITH NOTICE AND MOTION TO STRIKE SAME AND RELATED EMAILS. | $275.00 |
| 4/21/2016 | STEPHEN J. JORDEN | 0.50 | REVIEW MULTIPLE COMMUNICATIONS REGARDING APPELLATE.FILING (.3); REVIEW AMENDED CERTIFICATES FILED UNDER LOCAL RULES (.2). | $275.00 |
| 4/25/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW COURT'S DECISIONS (.1); COMMUNICATIONS WITH CLIENT REGARDING SAME (.1). | $110.00 |
| 4/28/2016 | STEPHEN J. JORDEN | 0.20 | BRIEF REVIEW OF MULTIPLE APPELLATE FILINGS (.2). | $110.00 |
| 4/29/2016 | STEPHEN J. JORDEN | 0.50 | REVIEW PLAINTIFFS' OPPOSITION BRIEF (.2); COMMUNICATIONS WITH COUNSEL FOR OTHER DEFENDANTS REGARDING SAME (.3). | $275.00 |
| 4/30/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW AND ANALYZE EMAIL MEMO FROM T. RIDLEY REGARDING COLORADO FEE STATUTE ISSUES (.3); COMMUNICATIONS WITH T. RIDLEY REGARDING SAME (.1) . | $220.00 |
| 5/3/2016 | STEPHEN J. JORDEN | 1.90 | REVIEW PLAINTIFF'S COUNSEL'S EMAIL REGARDING JOINT APPENDIX AND QUESTIONS TO BE RAISED (.2); REVIEW FIRST DRAFT OF FEE MOTION DRAFTED BY WHEELER TRIGG (.4); PROVIDE WHEELER TRIGG WITH COMMENTS ON JURISDICTIONAL ISSUES, ENFORCEMENT ARGUMENT AND OTHER ISSUES (.3); FOLLOW UP COMMUNICATIONS T. RIDLEY REGARDING SAME (.2); PARTICIPATE IN JOINT DEFENSE CALL AMONG POTENTIAL MOVING DEFENDANTS (.8). | $1,045.00 |
| 5/4/2016 | STEPHEN J. JORDEN | 0.50 | REVIEW PROPOSED RESPONSE TO PLAINTIFFS' REQUEST FOR 10TH CIRCUIT MEDIATION AND APPENDIX AND RELATED EMAILS (.5). | $275.00 |
| 5/12/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW NOTICES FROM 10TH CIRCUIT REGARDING MEDIATION AND BRIEFING SCHEDULE AND MULTIPLE EMAILS AMONG JOINT DEFENSE COUNSEL REGARDING SAME (.4). | $220.00 |
| 5/18/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW MULTIPLE EMAILS REGARDING STRATEGY FOR MEDIATION (.2). | $110.00 |
| 5/19/2016 | STEPHEN J. JORDEN | 0.20 | CONFERENCE WITH R. CUERVO REGARDING JOINT DEFENSE COUNSEL CALL (.1); EMAIL TO T RIDLEY REGARDING SAME (.1). | $110.00 |
| 5/19/2016 | RAUL A. CUERVO | 1.00 | ATTEND CONFERENCE CALL REGARDING APPEAL. | $610.00 |
| 5/24/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW FILINGS. | $110.00 |
| 5/27/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW EMAIL REGARDING REPORT ON MEDIATION (.1); COMMUNICATIONS WITH B. HELFAND (AMERICAN COMPANY'S COUNSEL) REGARDING SAME (.1). | $110.00 |
| 6/1/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW DISTRICT COURT ORDER TO PLAINTIFFS COUNSEL. | $55.00 |
| 6/2/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW EMAILS REGARDING MEDIATOR'S REPORT ON COMMUNICATION WITH PLAINTIFFS' COUNSEL. | $55.00 |

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 6/3/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW UPDATE FROM LIAISON COUNSEL REGARDING MEET AND CONFER WITH PLAINTIFFS. | $55.00 |
| 6/4/2016 | STEPHEN J. JORDEN | 0.80 | REVIEW PLAINTIFFS' OPPOSITION TO MOTION FOR ATTORNEYS FEES (.6); COMMUNICATE WITH T. RIDLEY REGARDING SAME (.2). | $440.00 |
| 6/9/2016 | STEPHEN J. JORDEN | 0.60 | REVIEW APPELLATE RULES ON APPEARANCES AND CORPORATE DISCLOSURE (.2); COMMUNICATIONS WITH J. PITBLADO AND E. STEPHENSON REGARDING COMPLETING APPELLATE FORMS ASSOCIATED WITH SECOND APPEAL (OF DENIAL OF RULE 59 ETC. POST TRIAL MOTIONS) (.4). | $330.00 |
| 6/10/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW NUMEROUS FILING NOTICES AND CLERK ENTRIES FOR POSSIBLY RELEVANT APPELLATE ORDERS AND FILINGSS. | $110.00 |
| 6/15/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW REPLY BRIEF ON FEES (.2); BRIEF REVIEW OF PLAINTIFFS' OPPOSITION (.1). | $165.00 |
| 6/23/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW PLAINTIFFS' SURREPLY OR REQUEST FOR SURREPLY AND HEARING (.3). | $165.00 |
| 6/24/2016 | STEPHEN J. JORDEN | 0.10 | COMMUNICATE WITH T RIDLEY REGARDING PLAINTIFFS' SURREPLY. | $55.00 |
| 6/29/2016 | RAUL A. CUERVO | 0.30 | REVIEW OF RESPONSE TO REQUEST FOR SUR-REPLY (.3). | $183.00 |
| 6/30/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW DRAFT RESPONSE TO PLAINTIFFS SURREPLY AND RELATED EMAIL COMMENTARY AMONG JOINT DEFENSE GROUP. | $165.00 |
| 7/7/2016 | STEPHEN J. JORDEN | 0.20 | COMMUNICATE WITH R. CUERVO REGARDING JOINT DEFENSE CALL (.1); REVIEW JOINT DEFENSE EMAILS REGARDING STRATEGY (.1). | $110.00 |
| 7/7/2016 | RAUL A. CUERVO | 1.00 | CALL WITH LITIGATION GROUP. | $610.00 |
| 7/11/2016 | STEPHEN J. JORDEN | 0.60 | MULTIPLE EMAIL COMMUNICATIONS REGARDING SNYDER APPEAL ON ATTORNEYS FEES (.3); CALL WITH T. RIDLEY REGARDING PROPOSED AGREEMENT TO WAIVE FEES IN RETURN FOR DROPPING APPEAL (.3). | $330.00 |
| 7/12/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW COMMUNICATIONS FROM PLAINTIFFS' COUNSEL REGARDING SECOND APPEAL AND RELATED EMAILS AMONG JOINT DEFENSE GROUP (.1). | $55.00 |
| 7/12/2016 | RAUL A. CUERVO | 0.20 | REVIEW EMAILS REGARDING APPEAL OF DISMISSAL. | $122.00 |
| 7/13/2016 | RAUL A. CUERVO | 0.20 | ATTENTION TO EMAILS REGARDING APPEAL. | $122.00 |
| 7/13/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW FILINGS AND COURT ORDER DISMISSING APPEAL. | $110.00 |
| 7/21/2016 | RAUL A. CUERVO | 0.50 | ATTENTION TO EMAILS REGARDING AMICUS BRIEF BY UNITED POLICYHOLDERS. | $305.00 |
| 7/21/2016 | STEPHEN J. JORDEN | 0.50 | BRIEF REVIEW OF PLAINTIFF'S NUMEROUS APPELLATE FILINGS AND RELATED COMMUNICATIONS AMONG JOINT DEFENSE GROUP. | $275.00 |
| 7/22/2016 | STEPHEN J. JORDEN | 0.70 | JOINT DEFENSE CALL REGARDING REQUEST BY UNITED POLICYHOLDERS TO FILE AMICUS BRIEF AND OTHER ISSUES (.5); REVIEW FOLLOW-UP COMMUNICATIONS REGARDING RESPONSE AND PLAINTIFFS' REQUESTS TO CONSENT TO FILING AMENDED BRIEF (.2). | $385.00 |
| 7/25/2016 | STEPHEN J. JORDEN | 3.40 | REVIEW AND ANALYSIS OF PLAINTIFF'S APPELLATE BRIEF. | $1,870.00 |
| 7/26/2016 | STEPHEN J. JORDEN | 1.30 | JOINT DEFENSE CALL ON RESPONSE BRIEF (.5); BRIEF REVIEW OF DOCUMENTS CITED IN MULTIVOLUME APPENDIX FOR SUPPORT FOR PROPOSITIONS IN BRIEF (.8). | $715.00 |
| 7/27/2016 | STEPHEN J. JORDEN | 2.30 | REVIEW AMICUS BRIEF FILED BY UNITED POLICYHOLDERS (.3); COMMUNICATIONS WITH B. HELFAND REGARDING SAME (.1); FINISH REVIEW OF APPELLATE BRIEF AND APPENDIX IN SUPPORT (1.9). | $1,265.00 |
| 7/28/2016 | STEPHEN J. JORDEN | 0.70 | REVIEW MULTIPLE EMAIL COMMUNICATIONS BETWEEN PLAINTIFFS' COUNSEL AND LIAISON DEFENSE COUNSEL REGARDING PROCEDURAL ISSUES RELATING TO APPEAL AND JOINT DEFENSE COMMUNICATIONS REGARDING SAME (.4); CONFERENCE WITH B. HELFAND REGARDING POINTS TO MAKE IN OPPOSITION TO UNITED POLICYHOLDERS AND POSSIBILITY OF FILING SEPARATE RESPONSIVE BRIEF ON BEHALF OF NONSELLER DEFENDANTS (.3). | $385.00 |
| 7/29/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW PLAINTIFFS NEW FILING AND EMAILS REGARDING SAME (.4) | $220.00 |
| 8/1/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW EMAIL REGARDING NEW 10TH CIRCUIT DECISION ON DISMISSING WITH NO LEAVE TO AMEND (.1); REVIEW JOINT DEFENSE COMMUNICATIONS REGARDING TIMING OF BRIEFS AND STAFFING OF JOINT BRIEFS (.2). | $165.00 |
| 8/2/2016 | STEPHEN J. JORDEN | 0.60 | REVIEW AND ANALYZE OPPOSITION TO UNITED POLICY OWNERS' MOTION TO INTERVENE (.3); COMMUNICATIONS WITH B. HELFAND REGARDING SAME AND STATUS OF APPELLATE BRIEF AND PROSPECT/STRATEGY FOR SEPARATE NONSELLERS' BRIEF (.2); REVIEW JOINT DEFENSE EMAILS (.1.) | $330.00 |
| 8/4/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW COMMUNICATIONS FROM LIAISON DEFENSE COUNSEL REGARDING APPELLATE MEDIATION AND COMMENTS FROM JOINT DEFENSE GROUP REGARDING SAME (.2). | $110.00 |
| 8/10/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW PLAINTIFFS' MOST RECENT ERRATA (.2). | $110.00 |
| 8/18/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW PLAINTIFFS' OPPOSITION AND COURT ORDER GRANTING MOTION FOR EXTENSION (.2). | $110.00 |
| 9/1/2016 | STEPHEN J. JORDEN | 0.70 | REVIEW DRAFT OF NONSELLER'S PORTION OF APPELLATE BRIEF AND COMMENTS FROM C. COLLINGNON AND B. HELFAND REGARDING SAME (.5); COMMUNICATION WITH B. HELFAND REGARDING WAIVER ARGUMENT (.2). | $385.00 |
| 9/6/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW WAIVER INSERT DRAFTED BY NONSELLERS (.2); COMMUNICATIONS WITH B. HELFAND REGARDING SAME (.1). | $165.00 |
| 9/14/2016 | STEPHEN J. JORDEN | 1.10 | REVIEW AND ANALYZE DRAFT BRIEF OF APPELLEES (1.1). | $605.00 |

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 9/15/2016 | STEPHEN J. JORDEN | 2.40 | PARTICIPATE IN JOINT DEFENSE CALL REGARDING APPELLATE BRIEF (.8); FOLLOW UP COMMUNICATIONS WITH R. HELFAND AND WHEELER TRIGG ATTORNEYS REGARDING BRIEF (.3); ANALYZE COMPLAINT TO IDENTIFY SEPARATE GROUPS OF DEFENDANTS TO BE REFERENCED RATHER THAN CHARACTERIZING THEM ALL AS INSURANCE COMPANY DEFENDANTS (.6); REVISE BRIEF (.7). | $1,320.00 |
| 9/16/2016 | STEPHEN J. JORDEN | 1.90 | REVIEW MULTIPLE COMMUNICATIONS AMONG JOINT DEFENSE GROUP WITH SUGGESTED REVISIONS TO BRIEF (.9); PROVIDE FURTHER REVISIONS AND COMMENTS TO DRAFTERS (.5); REVIEW DRAFT BRIEF (.5). | $1,045.00 |
| 9/19/2016 | STEPHEN J. JORDEN | 1.80 | PARTICIPATE IN JOINT DEFENSE CALL ON APPELLATE BRIEF (.9); FOLLOW UP COMMUNICATIONS REGARDING APPENDIX (.4); IDENTIFY FILINGS FOR SUGGESTED REFERENCE IN APPENDIX (.1); REVIEW MULTIPLE JOINT DEFENSE EMAILS (.2); DRAFT AND PROVIDE CORPORATE DISCLOSURE STATEMENT AND SIGNATURE BLOCK FOR BRIEF (.2). | $990.00 |
| 9/20/2016 | STEPHEN J. JORDEN | 2.20 | MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING BRIEF, HOW DEFENDANTS ARE ORGANIZED AND CHARACTERIZED AND WHETHER APPENDIX SHOULD LIST OTHER MOTIONS MOOTED BY COURT'S RULING ON STATE FARM BRIEF (1.4); REVIEW APPENDIX AND BRIEF (.6); SUGGEST REVISIONS TO BRIEF AND APPENDIX (.2). | $1,210.00 |
| 9/22/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW OF EMAILS FROM LIAISON COUNSEL REGARDING FILING GLITCH AND NEED FOR REFILING BRIEF. | $55.00 |
| 9/23/2016 | STEPHEN J. JORDEN | 0.20 | BRIEF REVIEW OF FINAL BRIEF TO DETERMINE WHETHER SUGGESTED EDITS WERE INCORPORATED AND FINAL LISTING OF DEFENDANTS. | $110.00 |
| 10/3/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW EMAILS REGARDING PLAINTIFFS' REQUEST FOR MORE WORDS AND FILING REGARDING SAME. | $110.00 |
| 10/5/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW OPPOSITION TO MOTION FOR ENLARGEMENT OF WORD LIMITS AND EMAILS REGARDING SAME. | $110.00 |
| 10/10/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW PLAINTIFFS' SECOND REQUEST FOR RELIEF FROM WORD LIMIT AND EMAILS REGARDING RESPONSE AND POSSIBLE SANCTIONS. | $165.00 |
| 10/11/2016 | STEPHEN J. JORDEN | 0.30 | MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING PLAINTIFFS' FILING (.3). | $165.00 |
| 10/12/2016 | STEPHEN J. JORDEN | 0.90 | REVIEW PLAINTIFFS' REPLY BRIEF (.6); REVIEW NUMEROUS EMAILS REGARDING REPLY BRIEF AND ORAL ARGUMENT ISSUES (.3). | $495.00 |
| 10/31/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW PLAINTIFFS' MISSIVE REGARDING THREATENED SANCTIONS AND RELATED JOINT DEFENSE EMAILS (.1). | $55.00 |
| 11/3/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW PLAINTIFFS' THREATENED SANCTIONS EMAIL (.1); REVIEW COMMUNICATIONS AMONG DEFENSE COUNSEL REGARDING RESPONSE (.2). | $165.00 |
| 11/7/2016 | STEPHEN J. JORDEN | 0.10 | REVIEW FURTHER COMMUNICATIONS BETWEEN PLAINTIFF AND LIAISON COUNSEL REGARDING THREATENED SANCTIONS. | $55.00 |
| 11/22/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW PLAINTIFFS' MOTION FOR SANCTIONS (.3). | $165.00 |
| 11/23/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW DEFENSE COMMUNICATIONS REGARDING PLAINTIFFS SANCTIONS MOTIONS. | $110.00 |
| 11/29/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW DRAFT OF OPPOSITION TO SANCTIONS MOTION (.3). | $165.00 |
| 12/1/2016 | STEPHEN J. JORDEN | 0.20 | JOINT DEFENSE COMMUNICATIONS REGARDING SANCTIONS MOTION. | $110.00 |
| 12/5/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW REVISED DRAFT OF SANCTIONS OPPOSITION AND COMMENTS FROM JOINT DEFENSE GROUP REGARDING SAME (.3). | $165.00 |
| 12/6/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW PLAINTIFFS' ERRATA AND JOINT DEFENSE COMMUNICATIONS REGARDING SAME. | $110.00 |
| 12/13/2016 | STEPHEN J. JORDEN | 0.20 | REVIEW REPLY BRIEF ON SANCTIONS MOTION (.2). | $110.00 |
| 12/15/2016 | STEPHEN J. JORDEN | 0.40 | REVIEW PLAINTIFFS MOST RECENT THREAT TO SEEK SANCTIONS AND MULTIPLE DEFENSE COMMUNICATIONS REGARDING SAME (.4). | $220.00 |
| 12/16/2016 | STEPHEN J. JORDEN | 0.50 | REVIEW NUMEROUS EMAILS WITH PROPOSED RESPONSES AND COMMENTS ON SAME TO PLAINTIFFS' THREATENED SECOND SANCTIONS MOTION. | $275.00 |
| 12/19/2016 | STEPHEN J. JORDEN | 0.60 | REVIEW PLAINTIFFS' COUNSEL'S EMAIL REGARDING ALLEGED INADEQUACY OF RESPONSE (.2); REVIEW NUMEROUS EMAILS AMONG JOINT DEFENSE COUNSEL DEBATING RESPONSE (.3); COMMUNICATIONS WITH R. HELFAND REGARDING SAME (.1). | $330.00 |
| 12/20/2016 | STEPHEN J. JORDEN | 0.30 | REVIEW NUMEROUS EMAILS REGARDING REVISIONS TO RESPONSE TO PLAINTIFFS REGARDING LATEST SANCTIONS THREAT (.3). | $165.00 |
| 2/10/2017 | STEPHEN J. JORDEN | 0.40 | REVIEW EMAIL FROM PLAINTIFFS' COUNSEL REGARDING CLAIM OF UNETHICAL BEHAVIOR AND SANCTIONS (.2); COMMUNICATIONS REGARDING SAME (.2). | $220.00 |
| 2/13/2017 | STEPHEN J. JORDEN | 0.50 | NUMEROUS JOINT DEFENSE COMMUNICATIONS REGARDING APPROPRIATE RESPONSE TO PLAINTIFFS' MOST RECENT SANCTIONS THREAT (.5). | $275.00 |
| 2/24/2017 | STEPHEN J. JORDEN | 0.30 | PRELIMINARY REVIEW OF PLAINTIFF'S EMAIL AND MOTION FOR SANCTIONS. | $165.00 |
| 2/28/2017 | STEPHEN J. JORDEN | 0.50 | REVIEW EMAIL FROM R. HACK REGARDING SANCTIONS MOTION (.1); CALL WITH JOINT DEFENSE REGARDING SAME (.4). | $275.00 |
| 3/1/2017 | STEPHEN J. JORDEN | 0.30 | REVIEW NEW SANCTIONS MOTION (.2); REVIEW JOINT DEFENSE EMAILS REGARDING SANCTIONS AND RESPONSE (.1). | $165.00 |
| 3/8/2017 | STEPHEN J. JORDEN | 0.40 | REVIEW DRAFT OPPOSITION TO SANCTIONS MOTION (.4) | $220.00 |
| 3/10/2017 | STEPHEN J. JORDEN | 0.60 | REVIEW REVISED SANCTIONS OPPOSITION AND COMMUNICATIONS REGARDING SAME | $330.00 |
| 3/13/2017 | STEPHEN J. JORDEN | 0.20 | BRIEF REVIEW OF NEXT DRAFT OF SANCTIONS OPPOSITION AND RELATED EMAILS | $110.00 |

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 3/14/2017 | STEPHEN J. JORDEN | 0.20 | COMMUNICATIONS REGARDING SANCTIONS ISSUE | $110.00 |
| 3/20/2017 | STEPHEN J. JORDEN | 0.40 | REVIEW PLAINTIFF'S COUNSEL'S MOST RECENT DIATRIBE AND THREAT TO FILE FOR SANCTIONS AGAIN (.2); MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING SAME (.2) | $220.00 |
| 3/21/2017 | STEPHEN J. JORDEN | 0.30 | REVIEW SUPPLEMENTAL AUTHORITY SUBMISSION BY PLAINTIFFS (.1); COMMUNICATIONS REGARDING SAME (.1); REVIEW RESPONSE TO PLAINTIFFS' COUNSEL REGARDING MOST RECENT DIATRIBE AND SANCTION THREATS (.1) | $165.00 |
| 3/24/2017 | STEPHEN J. JORDEN | 0.20 | REVIEW RESPONSE TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY SUBMISSION AND MULTIPLE RELATED EMAILS REGARDING SANCTIONS THREATS | $110.00 |
| 3/27/2017 | STEPHEN J. JORDEN | 0.30 | REVIEW NEW MOTION TO AMEND SANCTIONS MOTION AND REQUEST FOR JURY HEARING REGARDING SAME (.3). | $165.00 |
| 3/30/2017 | STEPHEN J. JORDEN | 0.20 | REVIEW PLAINTIFFS' REQUEST FOR 10TH CIRCUIT PANELS TO CONSIDER AND ACT ON RECUSAL OBLIGATIONS (.2). | $110.00 |
| 4/3/2017 | STEPHEN J. JORDEN | 0.10 | REVIEW JOINT DEFENSE COMMUNICATIONS ON PLAINTIFFS' EMAIL AND RESPONSE TO SANCTIONS MOTION | $61.50 |
| 4/4/2017 | STEPHEN J. JORDEN | 0.30 | REVIEW R. HACK EMAIL REGARDING RESPONSE TO PLAINTIFFS' MEET AND CONFER ON RECUSAL AND OTHER ISSUES AND PLAINTIFFS' DIATRIBE ABOUT NEED FOR PANEL RECUSAL | $184.50 |
| 4/6/2017 | RAUL A. CUERVO | 0.30 | REVIEW ORDER FROM 10TH CIRCUIT (.2); COMMUNICATIONS WITH S. JORDEN (.1). | $195.00 |
| 4/13/2017 | STEPHEN J. JORDEN | 0.30 | REVIEW PLAINTIFFS' EMAIL (.1); COMMUNICATIONS WITH R. CUERVO REGARDING ISSUES TO RAISE ON JOINT DEFENSE CALL (.2). | $184.50 |
| 4/14/2017 | RAUL A. CUERVO | 2.00 | PREPARE FOR CALL ON FEE APPLICATION AND CALL WITH S. JORDEN REGARDING SAME (1.0); ATTEND AND PARTICIPATE IN CALL WITH CO-DEFENDANTS (1.0). | $1,300.00 |
| 4/17/2017 | STEPHEN J. JORDEN | 0.20 | REVIEW PLAINTIFFS' PETITION FOR MORE WORDS AND TIME (.2). | $123.00 |
| 4/21/2017 | STEPHEN J. JORDEN | 0.20 | REVIEW EMAIL DEMAND FROM PLAINTIFFS AND MULTIPLE JOINT DEFENSE COMMUNICATIONS REGARDING SAME (.2). | $123.00 |
| 4/24/2017 | STEPHEN J. JORDEN | 0.30 | REVIEW PLAINTIFFS' LATEST SANCTIONS MOTION AND RESPONSE TO PLAINTIFFS' DEMAND FOR INFORMATION, 10TH CIRCUIT ORDER DENYING MOTION AND JOINT DEFENSE EMAILS. | $184.50 |
| | | | | |
| | BILLED TOTALS:   BILL: | 381.20 | | $   205,833.00 |

INDIVIDUAL STATEMENT REGARDING
AMERICAN FAMILY MUTUAL INSURANCE COMPANY
("AmFam")

1.      AmFam was a Seller Defendant.  It was represented by Faegre Baker

Daniels LLP of Denver, Colorado ("FaegreBD").

2.      I have reviewed the affidavit of attorney Michael McCarthy which is

attached as Ex. 3A, and upon which I rely and incorporate here.

3.      The lawyers and other timekeepers who performed services and their

effective rates[1] are:

|   |   |   |
|---|---|---|
| a. | Michael McCarthy | $560.00-592.00 per hour |
| b. | Daniel Williams | $368.00-392.00 per hour |
| c. | Trini Taylor | $356.00 per hour |
| d. | Jenifer Sullivan | $348.00 per hour |
| e. | Hetal Doshi | $328.00 per hour |
| f. | Daniel Graham | $224.00-260.00 per hour |

4.      FaebreBD is a well known law firm having offices throughout the United

States and beyond with a sizeable insurance industry practice.  Michael McCarthy, the

lead partner on this case, has substantial experience representing insurance entities and

specifically in class actions.  Mr. McCarthy is a highly respected and experienced (40+

---

[1] Effective rates are the amounts actually charged to and paid by AmFam.  FaegreBD rates as reflected on the invoices are 20% higher.  There is a negotiated fee agreement between AmFam and FaegreBD for this matter whereby FaegreBD's fees are subject to a 20% "holdback."  Although FaegreBD can earn payment of the holdback from AmFam, it will not seek reimbursement of the holdback from plaintiff.  *See* McCarthy Affidavit ¶ 13 and footnote 2.

EXHIBIT 3
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

years) trial lawyer in the Denver legal community.  He is a Fellow in the American

College of Trial Lawyers.  The team he assembled for this case was, in my opinion,

appropriate.  The effective rates charged were, in my opinion, reasonable.

5.      In my opinion, the effective rates charged by these lawyers are within the

range of the rates customarily charged by lawyers of similar background and experience

for similar services in the Denver, Colorado legal market.

6.      FaegreBD submitted invoices reflecting 383.5 hours over the three years of

its representation, and it is my opinion this is a reasonable amount of time for this case.

7.      AmFam has submitted invoices from FaegreBD for the period June 2014

through June 2016 totaling $157,303.00 for legal services, which have been paid by

AmFam.  (McCarthy Aff. ¶ 13)  The invoices are attached as Ex. 3B.

8.      I have reviewed each page and entry on those invoices.  I have made $0 in

deductions to the requested fee for duplication, and I have made $0 in deductions to the

requested fee for time billed associated with requesting fees.

9.      As a consequence of my review, and considering the Rule 1.5 factors and

other matters expressed in my Affidavit, it is my opinion that a reasonable fee for these

services is $157,303.00.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-01736-JLK

DALE SNYDER, et al.,

      Plaintiffs,

v.

ACORD CORPORATION, et al.

      Defendants.

---

## DECLARATION OF MICHAEL S. MCCARTHY IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES

---

Pursuant to 28 U.S.C. § 1746, Fed. R. Civ. P. 54(d) and D.C.Colo.L.Civ.R. 54.3, I, MICHAEL S. McCARTHY, declare as follows:

1.      My name is Michael S. McCarthy.  I am a natural person above the age of eighteen years and am competent to testify to the matters stated in this Declaration.

2.      I am a partner in the law firm of Faegre Baker Daniels LLP ("FaegreBD"). My business address is 3200 Wells Fargo Center, 1700 Lincoln Street, Denver, CO 80203.  My telephone number is: (303) 607¬3670.  I am one of the counsel of record for Defendant American Family Mutual Insurance Company ("American Family") in this case.  I submit this Declaration in support of the previously-filed Defendants' Motion for Award of Attorneys' Fees (the "Motion") to address the fees for which American Family seeks reimbursement in connection with defending against Plaintiffs' claims before the District Court.

EXHIBIT 3A
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

1

3.     I was one of the attorneys with responsibility for defending American Family in this case, and have personal knowledge of the facts set forth herein. Other current and former FaegreBD attorneys who participated in American Family's defense include: Daniel Williams, Daniel Graham, Jennifer Sullivan, Hetal Doshi, and Trina Taylor.

4.     I am admitted to practice law in the state of Colorado and before the bar of several federal appellate and district courts, including the District of Colorado.  I have specialized in complex commercial litigation and trial work for over 40 years, with a particular focus on litigating class actions on behalf of personal line insurers, including numerous matters for American Family. Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of my relevant qualifications and experience is attached hereto as Exhibit 1.

5.     Daniel Williams is a former FaegreBD partner admitted to practice law in the state of Colorado and before the bar of several federal appellate and district courts, including the District of Colorado.  Mr. Williams is now Of Counsel at Hutchinson, Black and Cook LLC in Boulder, Colorado. For over 15 years, Mr. Williams has handled a wide range of commercial litigation matters, including numerous class actions and insurance defense matters. Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Mr. Williams's relevant qualifications and experience is attached hereto as Exhibit 2.

6.     Daniel Graham is a former FaegreBD associate admitted to Colorado state and federal courts, and for the past 5 years has specialized in defending clients in business litigation matters. Mr. Graham is currently an associate in the Business Litigation practice at Perkins Coie LLP in Denver, Colorado. Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Mr. Graham's relevant qualifications and experience is attached hereto as Exhibit 3.

2

7.      Hetal Doshi is a former FaegreBD associate admitted to Colorado state and federal courts. Ms. Doshi has over 10 years of experience litigating in state and federal courts. Ms. Doshi is currently an Assistant United States Attorney with the Department of Justice in Denver, Colorado. Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Ms. Doshi's relevant qualifications and experience is attached hereto as Exhibit 4.

8.      Jennifer Sullivan is a former FaegreBD Counsel admitted to Colorado state and federal courts. Ms. Sullivan has over 15 years of experience litigating commercial litigation matters. Ms. Sullivan is currently the Senior Assistant Dean for Administration and Program Development at the University of Colorado School of Law.  Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Ms. Sullivan's relevant qualifications and experience is attached hereto as Exhibit 5.

9.      Trina Taylor is a former FaegreBD associate admitted to Colorado state and federal courts. Ms. Taylor has 10 years of experience litigating commercial litigation matters. Ms. Taylor is currently an Assistant Solicitor General in the Consumer Protection Division of the Colorado Attorney General's Office. Pursuant to D.C.Colo.L.Civ.R. 54.3(B), a summary of Ms. Taylor's relevant qualifications and experience is attached hereto as Exhibit 6.

10.     The reasonable billing rates for the FaegreBD lawyers who handled this case were as follows:[1] Michael McCarthy ($700-740 per hour); Daniel Williams ($460-490 per hour); Daniel Graham ($280-325 per hour); Hetal Doshi ($410 per hour); Jennifer Sullivan ($435 per hour); and Trina Taylor ($445 per hour).

---

[1] The range reflects an increase in billing rates from 2014 to 2015.

11.     Pursuant to D.C.Colo.L.Civ.R. 54.3(A)(1), detailed descriptions of the services rendered, dates, amount of time spent, hourly rates, costs, and total amount claimed for the period from July 2014 through June 2016 are contained in the true and accurate copy of the FaegreBD invoices that are attached to the Affidavit of Kevin Shea in support of the Motion. As set forth in those records, FaegreBD attorneys diligently and competently represented American Family in the defense of this substantial matter in which Plaintiffs falsely alleged that American Family participated in a massive conspiracy involving more than a hundred other insurance companies, holding companies, and other entities.

12.     FaegreBD efforts on behalf of American Family in this case included: extensive and ongoing review of the voluminous pleadings generated before the District Court; legal research regarding substantive and procedural issues; review of draft pleadings prepared by members of the joint defense group; correspondence with client representatives; internal and external communication regarding case strategy; participation in the joint defense group; and performance of other miscellaneous tasks that were reasonable, necessary, and appropriate in the defense of this case.

13.     As also set forth in the FaegreBD invoices, the amount of billed and paid fees which American Family is seeking to recover from Plaintiffs is $157,303.20. This amount was charged to and paid by American Family for FaegreBD's legal services rendered in connection with this matter. This amount reflects a negotiated fee reduction of 20%, which reduction is noted on the invoices as a fee "holdback."[2] It also excludes amounts for certain work performed,

---

[2] Although FaegreBD can earn payment of the holdback from American Family, it will not seek reimbursement of the holdback amount from Plaintiffs. Accordingly, for purposes of this Motion, the holdback effectively operates as a reduction in the FaegreBD lawyers' billing rates, generating effective rates as follows: Michael McCarthy ($560-

billed and paid, but for which American Family is not seeking reimbursement. The FaegreBD invoices submitted in support of the Motion contain redactions for these entries for which American Family is not seeking reimbursement, such as legal services rendered in connection with seeking fees and any work done at the appellate court level.

14.    Based upon my personal knowledge of the hourly rates charged by attorneys of comparable experience in defending putative class actions of similar size and complexity, and of the scope of the work associated with litigating such cases, it is my opinion that both the billing rates for the attorneys working on this case and the total amount billed in connection with the case are reasonable under the factors set forth in Colo. RPC 1.5. The knowledge and experience in complex commercial class litigation of the FaegreBD attorneys who worked on this matter enabled American Family to efficiently achieve a favorable outcome and realize substantial cost-savings in this case.

15.    For these reasons, and for the additional reasons set forth in the Motion, American Family requests recovery of the reasonable attorneys' fees that it paid totaling $157,303.20.

I declare under penalty of perjury that the foregoing is true and correct.

Michael S. McCarthy

Michael S. McCarthy

Executed on October 11, 2017.

---

592 per hour); Daniel Williams ($368-392 per hour); Daniel Graham ($224-260 per hour); Hetal Doshi ($328 per hour); Jennifer Sullivan ($348 per hour); and Trina Taylor ($356 per hour).



# FAEGRE BAKER DANIELS

## Contact Information

michael.mccarthy
@FaegreBD.com
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
D: +1 303 607 3670
F: +1 303 607 3600

## Services & Industries

Litigation & Advocacy
   Class Actions
   Complex Commercial Litigation
   Consumer Fraud Litigation
   Insurance Company Litigation
   Insurance Coverage Litigation
   Securities & Financial Litigation
Energy & Natural Resources
   Oil & Gas
Environmental
   Environmental Litigation
Finance & Restructuring
   Finance Litigation
Financial Services
Regulatory
Sports & Entertainment

## Education

University of Colorado Law
   School
   J.D., *Law Review* (comments
   editor) (1975)
University of Michigan
   B.A. (1971)

# Michael S. McCarthy

## Partner

Michael McCarthy is a business trial and commercial litigation partner based in the firm's Denver office. Representative engagements from his trial practice include:

- Lead trial counsel for a national family of insurance and financial services companies in successfully defending more than 30 class actions and other institutional claims involving insurance coverage, consumer protection, programmatic challenges and claims-handling disputes.
- Lead trial counsel for American Family Mutual Insurance Company in successfully defending multiple class actions and significant individual claims venued in several states raising insurance coverage, claims handling and consumer protection claims.
- Lead trial counsel for the Colorado Rockies Baseball Club in numerous matters including successful trial defense of the Club and its owners in *Monus v. Colorado Rockies*, a Bankruptcy Court fraudulent transfer claim involving valuation of the Rockies franchise.
- Lead trial counsel for Xcel Energy in connection with claims concerning the sale of corporate owned life insurance.
- Trial counsel for Xcel Energy in four-week jury trial concerning the construction of the Comanche 3 power plant resulting in $70 million jury verdict for Xcel against construction contractor.
- Successful defense of publicly traded medical rating company in shareholder derivative action.
- Lead trial counsel for DCP Midstream in administrative litigation with the state of New Mexico involving alleged air quality violations at multiple natural gas processing facilities.
- Lead trial counsel for a publicly traded cable television limited partnership affiliated with Tele-Communications Inc. in federal class action litigation asserting securities fraud and breach of fiduciary duty claims.
- Lead trial counsel for insurance brokerage firm as a dissenting shareholder in valuation litigation relating to the reorganization of an agent-owned life reinsurance company resulting in seven-figure valuation judgment after a two-week bench trial.
- Trial counsel for lawyers and law firms in a number of cases involving allegations of professional malpractice
- Trial counsel for Longmont United Hospital in litigation with an ambulatory surgery center involving scope of service conflicts
- Representation of the Vail Valley Foundation in the negotiation and administration of organizational and sponsorship contracts for various international athletic competitions, including the 1999 World Alpine Ski Championships.
- Defense of natural gas pipeline companies in a variety of cases arising out of natural gas purchase contracts.

Michael has presented a number of papers concerning commercial litigation, natural resources and dispute resolution topics before various industry groups, including the Colorado Bar Association, the Rocky

EXHIBIT 1

## Bar Admissions

Colorado

## Court Admissions

U.S. Court of Appeals for the Tenth Circuit

U.S. District Court for the District of Arizona

U.S. District Court for the District of Colorado

Mountain Mineral Law Foundation Annual Institute proceedings, in RMMLI Special Institutes and in the *Colorado Lawyer*.

## Pro Bono

- Boulder Shelter for the Homeless — Board of Directors and President, 1999-2007
- Lead trial counsel for plaintiffs in ongoing state court litigation challenging a county's school voucher program
- Indigent/low income legal representation

## Honors

- American College of Trial Lawyers — Fellow; State Committee (Vice-Chair)
- *Chambers USA: America's Leading Lawyers for Business* — Litigation: General Commercial, 2005-16 (1 of 6 lawyers listed in Band 1 – Chambers' highest ranking)
- *Law Week Colorado* — Lawyer of the Year, 2015
- *5280 Magazine* — Top Lawyer, Commercial Litigation, 2015
- *The Best Lawyers in America* — Bet-the-Company Litigation, 2006-14,2017; Commercial Litigation, Environmental Litigation, Insurance Law and Securities Litigation, 2006-17 (Denver Securities Litigation Lawyer of the Year, 2015)
- *Super Lawyers* — Top 50 Lawyers (Colorado), 2009-10; Business Litigation, 2006-17
- Faegre Baker Daniels — Baker Benson Pro Bono Award, 2015; Pro Bono Honor Roll, 2014-16; John C. Benson Pro Bono Award
- *Benchmark: Litigation* — Local Litigation Star, 2011-14
- Faegre & Benson — Management Committee, 2004-12

## Professional Associations

- Colorado State Bar Association – Litigation Section; Business Law Section; Natural Resources Section
- Denver Bar Association
- Colorado Bar Foundation — Fellow
- American College of Trial Lawyers — Fellow

## Civic Activities

- Boulder Shelter for the Homeless — Former Officer and Director
- University of Colorado School of Law — Former Law Alumni Board Member
- U.S. District Court for the District of Colorado — Committee on Conduct, 2002-08 (Chair, 2007-08)

## FAEGRE BAKER DANIELS

FaegreBD.com



### Daniel D. Williams

**Partner**

dan.williams@FaegreBD.com

Dan is an experienced trial lawyer whose practice focuses on complex commercial litigation in courts throughout the United States. His work as a litigator covers a broad range of subject matters: he specializes in defense of class actions; representation of food industry clients in business disputes and consumer litigation; and business disputes in a variety of other industries. Dan heads the natural and organic foods segment of the firm's food and agriculture practice.

Dan also is a member of the FaegreBD international team, and regularly conducts internal investigations under the Foreign Corrupt Practices Act (FCPA).

Some examples of Dan's success as a litigator include:

#### Class Action Defense

➢ Defeated multiple class action claims against numerous Fortune 500 insurance companies concerning claim handling processes

➢ Convinced a court to decertify a class in a major consumer class action against a Fortune 50 insurance company

➢ Defeated a Fair Debt Collection Practices Act class action on behalf of a debt collection firm concerning the firm's litigation strategies

➢ Successfully defended a law firm in securities and RICO class actions arising from the collapse of Enron Corporation

➢ Negotiated an outstanding resolution for a law firm named in a RICO class action alleging participation in a scheme to defraud commercial real estate borrowers

#### Food Industry Representation

➢ Represented a snack food manufacturer in three consolidated class actions pending in federal court in Colorado challenging the "natural" claim on the product package

➢ Represented a soup manufacturer in class actions in federal court in Florida and California challenging use of phrase "100% Natural" on the product's label

➢ Represented a natural food company in a business dispute with its former co-packer in actions pending in federal court in Pennsylvania and Virginia

#### Other Complex Commercial Litigation

➢ Obtained an outstanding settlement on behalf of a leading public utility company in a suit involving the systematic underpayment of interest on corporate-owned life insurance policies

➢ Obtained outstanding result in arbitration concerning the purchase price for an energy trading business

➢ Obtained a favorable settlement in a breach of contract dispute for an energy company against the manufacturer of faulty high-tech pollution control equipment

**Contact Information**
1470 Walnut Street, Suite 300
Boulder, Colorado 80302
D: +1 303 447 7741
F: +1 303 447 7800

3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
F: +1 303 607 3600

**Services & Industries**
➢ International
  ➢ Foreign Corrupt Practices Act (FCPA)
➢ Energy & Natural Resources
➢ Food & Agriculture
  ➢ Food Litigation
  ➢ Food Processing & Technologies
  ➢ Natural & Organic Products
➢ Litigation & Advocacy
  ➢ Class Actions
  ➢ Complex Commercial Litigation
  ➢ Trade Secrets Litigation
  ➢ Securities & Financial Litigation

EXHIBIT 2

➢ White Collar Defense & Investigations

## Education
Georgetown University Law Center
J.D., summa cum laude (2000)

University of Rochester
M.S. (1992)

University of Rochester
B.A., with honors (1991)

## Bar Admissions
Colorado

## Court Admissions
U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. District Court for the District of Colorado

U.S. District Court for the District of Columbia

U.S. District Court for the District of Maryland

U.S. District Court for the Northern District of Illinois

➢ Successfully defended a major mobile phone retailer against unfair pricing and unfair competition claims

➢ Won a $4.8 million jury verdict, including $3.2 million in punitive damages for an internet lead aggregator in an action against a competitor that had engaged in an online sabotage campaign

## FCPA and Internal Investigations
In addition to litigating for clients, Dan conducts internal investigations and represents clients before administrative agencies. His investigations practice has included Foreign Corrupt Practices Act matters, securities investigations and other administrative challenges.

Dan's FCPA and internal investigation work includes:

➢ Conducted FCPA investigations for multiple clients concerning clients' manufacturing and sales practices in China

➢ Represented a multinational engineering firm in an FCPA investigation concerning activities of multiple overseas subsidiaries

➢ Represented an individual in state securities enforcement proceedings

➢ Represented several companies in response to investigations by the State of Colorado Attorney General's office and the New York State Attorney General's office

## Previous Legal and Policy Work
Prior to joining Faegre Baker Daniels, Dan practiced at the leading litigation firm in Washington, D.C. Before becoming an attorney, Dan was selected as a Presidential Management Fellow, serving as an advisor at the U.S. Department of Health and Human Services. In that position, he gained extensive experience in welfare reform policy and federal grants to local governments and community organizations.

## Pro Bono
Dan also has a significant pro bono practice. He represents indigent clients in domestic, criminal, and immigration proceedings, and regularly undertakes representations raising novel First Amendment and other constitutional issues.

## Honors
➢ Faegre Baker Daniels — Pro Bono Honor Roll, 2014

➢ *Colorado Super Lawyers* — Rising Star, Business Litigation, 2012-13

## Professional Organizations
➢ Faculty of Federal Advocates

## Civic Activities
➢ American Civil Liberties Union of Colorado — Board of Directors (2007-13), Legal Panel

➢ Boulder Collegians Baseball Club — Board of Directors

## Clerkships
➢ U.S. Court of Appeals, 9th Circuit, Hon. Stephen Reinhardt, 2000-01

## Presentations
➢ **Labeling Basics for Natural Products Sector**
Expo West, March 2015

- ➢ **The Great GMO Debate: The Current Litigation Landscape**
  Food and Drug Law Institute (FDLI), February 2014
- ➢ **Understanding the Foreign Corrupt Practices Act and Other Anti-Bribery Rules When Conducting Business Overseas**
  The Franchise & Distribution Corporate Counsel Forum, June 2013
- ➢ **Foreign Corrupt Practices Act Compliance Obligations**
  Colorado Bar Association, International Commercial Transactions CLE, March 2013
- ➢ **Proper Minutes Lead to Happy Hours**
  Society of Corporate Secretaries and Governance Professionals, April 2012
- ➢ **FCPA Update: Enforcement Priorities and Best Practices for Global Compliance**
  Faegre Baker Daniels, February 2012

**Published Articles**

- ➢ **Reform of the UK Competition Regime Questioned**
  Co-author, *Insurance Day*, April 25, 2013



## FAEGRE BAKER DANIELS

FaegreBD.com

# Daniel A. Graham

### Associate

daniel.graham@FaegreBD.com

Dan Graham is a member of the firm's commercial litigation team. He focuses his practice on advising clients and advocating for clients in the franchise and banking industries. Dan has represented clients through all stages of litigation, including pleading, discovery, summary judgment and trial.

A former Faegre Baker Daniels summer associate, he has served as an intern in the office of the Colorado Attorney General and at the Securities and Exchange Commission in Denver.

## Contact Information

3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
T: +1 303 607 3723
F: +1 303 607 3600

## Services & Industries

- Litigation & Advocacy
- Financial Services
- Franchise & Distribution
- Health Care
- Non-Compete Agreements, Trade Secrets & Unfair Competition

## Education

University of Denver Sturm College of Law
J.D., *Denver University Law Review* (2012)

University of Montana
B.A. (2007)

## Bar Admissions

Colorado

## Recent Representative Matters

- Defended franchisor against multimillion-dollar claims asserted by potential transferee of multiple franchises
- Advised learning center franchisor through complex termination of franchise
- Advocated on behalf of franchisor for interpleader of third-party defendant
- Drafted winning motion to dismiss counterclaims on behalf of banking client in a foreclosure action
- Won dismissal of putative class action claims against professional baseball club

## Pro Bono

- Children's Hospital Colorado — Medical-Legal Partnership
- Metro Volunteer Lawyers
- Rocky Mountain Children's Law Center
- Rocky Mountain Immigrant Advocacy Network

## Honors

- Faegre Baker Daniels — Pro Bono Honor Roll, 2014
- University of Denver Sturm College of Law — Faculty Prize for graduating first in his class
- University of Denver Sturm College of Law — Order of St. Ives
- University of Denver Sturm College of Law — Clarence L. Bartholic Award for high achievement in professional ethics

## Professional Organizations

- Colorado Bar Association — Franchise Subsection (Chair); Business Law Section (Executive Council)
- American Bar Association
- ABA Forum on Franchising
- Denver Bar Association

## Civic Activities

- University of Denver Law Stars

EXHIBIT 3

### Published Articles

- ➢ **Buffalo Bill and Trademark Enforcement—Protect Your Marks**
  *Business Law Newsletter*, March 2015

- ➢ **Mobile Apps Within a Franchise System: The Vicarious Liability Risk**
  *Franchise Law Journal*, Fall 2014 (Volume 34-2)

- ➢ **Defendants Need Proactive Perspective**
  *Law Week Colorado*, February 2014

FAEGRE BAKER DANIELS

FaegreBD.com



### Hetal J. Doshi

**Associate**

hetal.doshi@FaegreBD.com

Hetal Doshi is a member of the firm's litigation and advocacy practice where she represents clients in complex, high-stakes commercial and white collar disputes, both at the trial and appellate levels.

Before joining Faegre Baker Daniels, Hetal was an independent consultant in human rights and constitutional law in Nairobi, Kenya. She advised the Kenyan Parliament on the constitutionality of new public finance and devolution legislation. Hetal also counseled a consortium of East African non-governmental organizations on the impact of Kenya's newly adopted constitution on economic rights advocacy and assisted in drafting human rights training programs for use in East Africa. Additionally, she developed an initiative to assist residents of Africa's second largest slum with access to constitutionally protected rights.

Prior to her work in Kenya, Hetal was a litigation associate with Quinn Emanuel Urquhart & Sullivan in New York City and Alston & Bird in Atlanta. During law school at the University of Virginia, she served as director of the Legal Assistance Society (the university's pro bono legal services provider) and executive board member with the Center for the Study of Race and the Law. Hetal successfully briefed and argued a habeas matter before the U.S. Court of Appeals for the Fourth Circuit and also recognized as "Best Oralist" in the first-year moot court program.

While earning a bachelor's degree at Emory University, Hetal was president of the Emory College student body and awarded the Harry S. Truman Scholarship, an honor bestowed to approximately 60-75 college students annually for academic achievement, excellence in leadership and commitment to public service. She was also awarded the Marion Luther Brittain Award, the highest honor bestowed annually to one student across all undergraduate and graduate divisions of Emory University, for her academic achievement, leadership skills and her original field research on democratization and Islamist movements in Egypt.

#### Contact Numbers
T: **+1 303 607 3728**
F: **+1 303 607 3600**

#### Office Location
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203

#### Services & Industries
➢ Litigation & Advocacy
  ➢ Appellate Advocacy
  ➢ Class Actions
  ➢ White Collar Criminal, Internal & Government Investigations

#### Education
University of Virginia School of Law
J.D., *Journal of International Law* (executive editor), *Journal of Social Policy and the Law* (editorial board) (2006)

Emory University
B.A. in Economics and Political Science (2001)

#### Bar Admissions
Colorado

Georgia

New York

#### Pro Bono
➢ Successfully represented Nepalese man in asylum proceedings before the U.S. Immigration Court and in appellate proceedings with the Bureau of Immigration Appeals
➢ Assisted with largest juvenile justice code rewrite initiative in the country (Georgia Appleseed Project)

#### Honors
➢ *Law Week Colorado* — Compleat Lawyers, 2014

#### Civic Activities
➢ Urban Debate League

#### Publications
➢ **Truth and Lending: Legal Protections for Homebuyers Obtaining Mortgages**
Co-author with Courtney McBurney, *Bank and Lender Liability*, Vol. 14, Issue 23,

EXHIBIT 4

**Court Admissions**

Georgia Court of Appeals

Georgia Supreme Court

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Tenth Circuit

U.S. District Court for the District of Colorado

U.S. District Court for the Eastern District of New York

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Southern District of New York

**Languages**

English

Hindi

March 30, 2009

➢ **GAIN Attorneys Obtain Favorable Asylum Ruling for Shanka Thakali**
Co-author with Brian Stimson and Joshua Becker, *Atlanta Lawyer*, February 2008

➢ **The CSI Effect: Employing Non-Scientific Means to Utilize — and Neutralize — Science in Court**
Co-author with with Candace N. Smith, American Bar Association Section of Litigation Annual Conference Publication, April 2007



FAEGRE BAKER
DANIELS

FaegreBD.com

# Jennifer Sullivan

### Counsel

jennifer.sullivan@FaegreBD.com

Jennifer Sullivan litigates business disputes of all stripes. She has deep experience in matters involving fraud, misappropriation and other business torts, shareholder disputes, fiduciary relationships, and a wide variety of contract disputes.

Jennifer was a partner at FaegreBD until 2008, when she became general counsel at a renewable energy company. She returned as counsel at FaegreBD in 2012. Her in-house experience makes her sensitive to client needs.

A former competitive swimmer, Jennifer balances a drive to win with practical considerations, adapting her strategy to suit the client's best interest.

### General Commercial Litigation

Jennifer has served as lead counsel in complex and high-stakes disputes, including:

➤ Representing an energy company in post-closing dispute regarding stock purchase agreement.

➤ Representing national electronics retailer in suit to enforce contracts and guaranties, assisting in all phases of litigation through collection.

➤ Defending national franchisor in variety of disputes and providing input on minimizing risk of future litigation.

➤ Representing prominent sportswear retailer in dispute involving trade secrets and business torts.

➤ Litigating unfair competition matters; achieved $6 million jury verdict that was noted by the *National Law Journal* as its verdict of the week.

➤ Representing financial services company in litigation to enforce contract terms and recover accounts.

### Securities & Financial Litigation

Having litigated both sides of shareholder disputes, Jennifer is able to anticipate tactics and develop winning strategies. Her experience includes:

➤ Defending large corporation and board of directors in a shareholder derivative dispute alleging claims of waste, conversion, fraud and conspiracy.

➤ Representing plaintiff in a multimillion dollar shareholder oppression suit against one of the largest privately held corporations in the country.

➤ Defending corporate director against claims based on breach of fiduciary duty.

➤ Representing lead defendant in a shareholder derivative suit involving independent power producers.

### Class Action Defense

Jennifer has been a key member of several litigation teams that have successfully defeated class certification, including:

➤ Representing a national family of insurance and financial services companies in the successful defense of several class actions involving insurance coverage and

### Contact Information

1470 Walnut Street, Suite 300
Boulder, Colorado 80302
D: +1 303 447 7744
F: +1 303 447 7800

### Services & Industries

➤ Finance Litigation
➤ Litigation & Advocacy
　➤ Class Actions
　➤ Complex Commercial Litigation
　➤ Securities & Financial Litigation

### Education

Duke University School of Law
J.D. (1999)

Case Western Reserve University
B.A., cum laude (1996)

### Bar Admissions

Colorado

EXHIBIT 5

consumer protection.

➢ Representing American Family Mutual Insurance Company in successfully defending multiple class actions raising insurance coverage, claims handling, and consumer protection claims.

### Pro Bono

Jennifer is strongly dedicated to securing access to justice for the poor and disenfranchised. Her pro bono commitments include:

➢ Sister Carmen Center Legal Aid Clinic

➢ Legal Aid Society of Cleveland

➢ Boulder Homeless Shelter

➢ Representing refugees seeking asylum in the United States

➢ Acting as a cooperating attorney for the ACLU of Colorado

### Honors

➢ Faegre Baker Daniels — Pro Bono Honor Roll, 2014-15

➢ *Super Lawyers* — Colorado Rising Stars, 2010-11

➢ Boulder County Bar Association — Young Lawyer of the Year, 2003

### Clerkships

➢ U.S. District Court, Western District of Texas, Hon. W. Royal Furgeson, 1999-2000

### Published Articles

➢ **Branding the Post-Closing Dispute**
Commercial & Business Litigation, American Bar Association, Section of Litigation, Spring 2014

➢ **Outsourcing E-Discovery: Into the Woods (and Back Again)**
*Business Torts & RICO News*, American Bar Association, Section of Antitrust Law, Vol. 8, Issue 4, Summer 2012

➢ **Lawyering After Labor: Mothers of the Boulder Bar Buckle Up for the Long Haul**
Co-author, *Boulder County Bar Newsletter*, 2009

➢ **The Spirit of '76: Does President Clinton's Roadless Lands Directive Violate the Spirit of the National Forest Management Act of 1976?**
*Alaska Law Review*, 2000



FAEGRE BAKER DANIELS

FaegreBD.com

# Trina K. Taylor

**Associate**

trina.taylor@FaegreBD.com

Trina Taylor maintains a substantial appellate practice and also focuses on complex commercial litigation and insurance recovery. She has handled more than 40 appeals, including appeals in federal and state courts, writs of mandamus, interlocutory appeals, and amicus briefs. She also co-founded the Colorado and Tenth Circuit Appellate Legal Blog, Higher Courts.

Trina litigates corporate disputes relating to closely held and publicly traded companies, including claims of breach of fiduciary duty, fraudulent transfer, minority shareholder oppression and dissenters' rights. She has represented technology and manufacturing companies in complex contract and trade secret disputes. She also has experience in a number of cross-border disputes, representing clients or defending against adversaries who are outside the United States.

Additionally, Trina has handled a number of insurance coverage matters involving various types of underlying claims, including construction defects, products liability and antitrust.

Before joining Faegre Baker Daniels, Trina clerked for the Honorable John D. Tinder of the Seventh Circuit Court of Appeals and was a judicial extern for the Honorable Michael P. Barnes of the Indiana Court of Appeals.

## Representative Appellate Experience

Representative cases that Trina briefed or argued on appeal include:

> *Nicaj v. Shoe Carnival*, 768 F.3d 622 (7th Cir. 2014), cert denied 135 S.Ct. 1429. Defended a retailer in a putative class action alleging violations of the Fair & Accurate Credit Card Transactions Act in federal district court, the Seventh Circuit Court of Appeals, and the U.S. Supreme Court.

> *United Airlines v. City of Chicago*, 954 N.E.2d 710 (Ill. App. Ct. 2011). Represented the airline in an interlocutory appeal and subsequent proceedings in a complex contractual dispute.

> *Johnson v. Koppers, Inc.*, 726 F.3d 910 (7th Cir. 2013). Defended a manufacturer in an appeal against an employee for claims of discrimination.

> *State Auto Property & Casualty Ins. Co. v. SCE Services*, 2014 IL App (1st) 130751-U (Ill. App. Ct. 2014). Represented an additional insured in a duty-to-defend insurance coverage dispute.

> *Country Mut. Ins. Co. v. Hilltop View, LLC*, 2014 IL App (4th) 140007 (Ill. App. Ct. 2014). Represented amicus curiae in an agriculture-related insurance coverage dispute.

> *Rosenberg v. BH Kahan*, 2013 IL App (1st) 113690-U (Ill. App. Ct. 2013), leave to appeal denied 2 N.E.3d 1050. Defended summary judgment claims against title insurer for fraud, unjust enrichment and conspiracy.

> *Southlake Cmty. v. Board of Zoning Appeals*, 936 N.E.2d 229 (Ind. Ct. App. 2010) trans. denied, 950 N.E.2d 1209. Represented a mental health organization in the

### Contact Information
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
T: +1 303 607 3577
F: +1 303 607 3600

### Services & Industries
> Labor & Employment
>> Employment Litigation
> Litigation & Advocacy
>> Appellate Advocacy
>> Class Actions
>> Complex Commercial Litigation
>> Insurance Coverage Litigation
>> Securities & Financial Litigation

### Education
Indiana University Robert H. McKinney School of Law
J.D., summa cum laude, *Indiana International & Comparative Law Review* (executive articles editor) (2007)

Indiana University School of Informatics, Indianapolis
M.S., New Media (2004)

Ball State University

*EXHIBIT 6*

B.Mus., Music Engineering Technology, cum laude (2000)

**Bar Admissions**

Indiana

Colorado

Illinois

**Court Admissions**

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Third Circuit

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of Indiana

U.S. District Court for the Southern District of Indiana

U.S. Court of Appeals for the Tenth Circuit

U.S. District Court for the District of Colorado

U.S. Court of Appeals for the Eighth Circuit

appeal of an adverse zoning determination with respect to transitional housing the organization intended to construct.

**Representative Commercial Litigation Experience**

➢ Represented the majority shareholder of an e-commerce company in a minority shareholder oppression suit

➢ Represented former officers and directors of a corporation against claims of breach of fiduciary duty and fraudulent transfer

➢ Represented an auto parts manufacturer in a complex contractual dispute

➢ Represented a small appliance manufacturer in a complex contractual and trade secret dispute against its Chinese supplier

➢ Defended a European aviation company against breach of contract claims in federal court

➢ Represented a U.S. food supplier in litigation regarding termination of a distribution agreement with a Central American company

➢ Conducted a pre-suit investigation for an international chemical company at one of its U.S. facilities

➢ Defended a construction company against construction defect claims relating to a residential underdrain system

➢ Represented a national retailer in a FACTA class action lawsuit

➢ Represented a major credit card company in a TCPA class action lawsuit

➢ Defended a manufacturer against allegations of whistleblower retaliation

➢ Represented a technology company accused of inducing its employee to violate a nonsolicitation contract between the employee and his former employer

**Pro Bono**

➢ Faegre Baker Daniels — Baker Benson Pro Bono Award, 2015; Pro Bono Honor Roll, 2013-14

➢ *Taxpayers for Public Education v. Douglas County School District*, 351 P.3d 461 (Colo. 2015). Represented a nonprofit organization in an appeal challenging a school district's voucher program before the Colorado Supreme Court.

➢ *Salinas v. Texas,* 133 S.Ct. 2174 (2013). Represented amicus curiae in the U.S. Supreme Court regarding a criminal defendant's pre-arrest right to silence.

➢ *In re Crisis Connection*, 949 N.E.2d 789 (Ind. 2011). Represented a victim assistance organization in an interlocutory appeal before the Indiana Supreme Court relating to the constitutionality of a statutory Victim-Advocate Privilege.

➢ Assisted immigrant victims of domestic violence in obtaining U-visas for lawful residence in the United States.

➢ Assisted immigrant clients with applications under the Deferred Action for Childhood Arrivals program.

**Honors**

➢ Faegre Baker Daniels — Baker Benson Pro Bono Award, 2015

**Professional Organizations**

➢ Appellate Lawyers Association

➢ Denver Bar Association

➢ Colorado State Bar Association

➢ American Bar Association

**Civic Activities**

➢ *Higher Courts*, Colorado and Tenth Circuit Legal Blog — Co-Founder

➢ Downtown Denver Partnership Leadership Program — Class of 2015

➢ Colorado Chapter of Gift of Adoption — Board Member

**Published Articles**

➢ ***Employment Libel and Privacy Law*** (Colorado Survey)
Media Law Resource Center, forthcoming 2015

➢ ***Practical Law Surveys: Colorado Additional Appeals***
2014

➢ **License to Blog: Internet Regulation in the People's Republic of China**
*Indiana International & Comparative Law Review*, 2007

# FAEGRE BAKER DANIELS

July 14, 2014

| | |
|---|---|
| Invoice | 22015801 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI 53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through June 30, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 06/24/14 | M. McCarthy | Review and analysis of complaint and related conference call with W. Rasche and D. Williams | L110 | A101 | 2.60 | 1,820.00 |
| 06/24/14 | D. Williams | Review complaint; strategy discussions with M. McCarthy, W. Rasche, and M. Williams | L120 | A104 | 2.00 | 920.00 |
| 06/26/14 | D. Williams | Strategy call with M. McCarthy | L120 | A104 | 0.60 | 276.00 |
| 06/27/14 | M. McCarthy | Review of recent filing | L110 | A101 | 0.40 | 280.00 |
| 06/27/14 | D. Williams | Review activity on docket; case planning with M. McCarthy | A104 | A104 | 1.10 | 506.00 |
| **Total Hours** | | | | | **6.70** | |

| | | |
|---|---|---|
| **Total Services** | $ | **3,802.00** |
| Less 20% of total fees to be held back by client per fee agreement | | (760.40) |
| **Total Adjusted Services** | $ | **3,041.60** |
| **Invoice Total** | $ | **3,041.60** |

EXHIBIT 3B
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

American Family Mutual Insurance Company
July 14, 2014
Page    2

Faegre Baker Daniels LLP
Invoice  22015801

## Services Summary by Professional

| Name | Title | Hours | $  Rate | $  Value |
|------|-------|-------|---------|----------|
| M. McCarthy | Partner | 3.00 | 700.00 | 2,100.00 |
| D. Williams | Partner | 3.70 | 460.00 | 1,702.00 |
| **Total** | | **6.70** | $ | **3,802.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (760.40) |
| **Total Services Adjusted** | | | $ | **3,041.60** |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

# FAEGRE BAKER
# DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

August 14, 2014

| | |
|---|---|
| Invoice | 22016495 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through July 31, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $  Value |
|---|---|---|---|---|---|---|
| 07/02/14 | D. Williams | Work on analysis of complaint | L120 | A104 | 2.40 | 1,104.00 |
| 07/03/14 | M. McCarthy | Prepare for and participate in conference call regarding new Snyder case and conference with D. Williams | L110 | A101 | 0.70 | 490.00 |
| 07/03/14 | D. Williams | Review background materials; strategy teleconference with co-counsel for defendants; summary email for W. Rasche | L120 | A104 | 1.90 | 874.00 |
| 07/08/14 | H. Doshi | Conference with C. Muck regarding confirmation of service issues | L390 | A105 | 0.20 | 82.00 |
| 07/08/14 | H. Doshi | Conference with D. Williams regarding service of summons | L390 | A105 | 0.20 | 82.00 |
| 07/14/14 | D. Williams | Review newly filed pleadings and revise/edit legal hold memo | L120 | A104 | 2.40 | 1,104.00 |
| 07/15/14 | D. Williams | Review docket for related case; email to W. Rasche regarding same | L120 | A106 | 0.80 | 368.00 |
| 07/17/14 | D. Williams | Strategy call with joint defense group | L120 | A107 | 1.30 | 598.00 |
| 07/21/14 | M. McCarthy | Work on review of new filings and related issuance of AmFam summonses | L120 | A104 | 0.50 | 350.00 |
| 07/22/14 | M. McCarthy | Review of draft motions to dismiss circulated by co-defendants | L210 | A104 | 0.80 | 560.00 |
| 07/22/14 | H. Doshi | Review draft motion to dismiss | L430 | A104 | 0.30 | 123.00 |
| 07/23/14 | M. McCarthy | Review of multiple emails | A108 | A104 | 0.60 | 420.00 |
| 07/23/14 | M. McCarthy | Preliminary review of draft motions to dismiss by co-defendants | L210 | A104 | 0.70 | 490.00 |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company
August 14, 2014
Page    2

Faegre Baker Daniels LLP
Invoice  22016495

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 07/23/14 | D. Graham | Participate in joint defense group telephone conference | L120 | A109 | 1.10 | 308.00 |
| 07/23/14 | D. Graham | Review and edit joint defense agreement | L120 | A103 | 0.30 | 84.00 |
| 07/23/14 | D. Graham | Review complaint in preparation for joint defense group telephone conference | L120 | A101 | 0.90 | 252.00 |
| 07/23/14 | D. Graham | Revise notes from joint defense group telephone conference | L120 | A103 | 0.60 | 168.00 |
| 07/23/14 | H. Doshi | Attention to emails regarding revisions to joint defense agreement | L190 | A108 | 0.20 | 82.00 |
| 07/24/14 | M. McCarthy | Work on issues regarding response to complaint and details on extension to respond | L110 | A104 | 0.40 | 280.00 |
| 07/24/14 | M. McCarthy | Prepare for and participate in JDG conference call and related emails | L120 | A101 | 0.80 | 560.00 |
| 07/24/14 | D. Graham | Revise notes from July 23rd joint defense group telephone conference | L120 | A103 | 0.10 | 28.00 |
| 07/26/14 | D. Williams | Review joint defense materials including draft of JDA and draft motions and emails regarding same | L120 | A104 | 1.40 | 644.00 |
| 07/26/14 | H. Doshi | Attention to emails with team regarding case strategy | L120 | A105 | 0.60 | 246.00 |
| 07/27/14 | M. McCarthy | Review numerous JDG emails and draft of motion to extend | L210 | A104 | 0.70 | 490.00 |
| 07/28/14 | M. McCarthy | Attention to multiple emails from JDG members regarding potential status conference and extension to respond | L120 | A108 | 1.30 | 910.00 |
| 07/29/14 | M. McCarthy | Review and respond to additional emails | L110 | A108 | 0.40 | 280.00 |
| 07/29/14 | D. Graham | Strategize regarding upcoming joint defense group telephone conference | L120 | A101 | 0.10 | 28.00 |
| 07/29/14 | H. Doshi | Conference with joint defense team to discuss strategy for extension and motions practice | L120 | A108 | 0.50 | 205.00 |
| 07/30/14 | M. McCarthy | Prepare for and strategy conference on fact gathering and motion practice defense matters | L110 | A105 | 1.90 | 1,330.00 |
| 07/30/14 | D. Graham | Strategize regarding case and next steps | L120 | A104 | 1.40 | 392.00 |

American Family Mutual Insurance Company

Faegre Baker Daniels LLP

August 14, 2014

Invoice   22016495

Page     3

| Date | Name | Description | Task | Activity | Hours | $   Value |
|------|------|-------------|------|----------|-------|-----------|
| 07/30/14 | D. Williams | Strategy meeting with legal team; attention to service issues | L120 | A105 | 1.50 | 690.00 |
| 07/30/14 | H. Doshi | Begin review of motion to dismiss arguments in "body shop" litigation | L430 | A104 | 0.50 | 205.00 |
| 07/30/14 | H. Doshi | Begin review and analysis of complaint | L210 | A104 | 1.10 | 451.00 |
| 07/30/14 | H. Doshi | Conference with team regarding substantive case strategy | L120 | A105 | 0.80 | 328.00 |
| 07/31/14 | M. McCarthy | Work on investigating status of review and related work on issues regarding motion for extension of time | L110 | A104 | 1.20 | 840.00 |

**Total Hours**                                                                    **32.00**

**Total Services**                                                       $     **15,732.00**

Less 20% of total fees to be held back by client per fee agreement                  (3,146.40)

**Total Adjusted Services**                                              $     **12,585.60**


## Disbursements

| Description | Date | Task | Amount | Quantity |
|-------------|------|------|--------|----------|
| Copying | | E101 | 188.70 | 1258.00 |
| Online research | | E106 | 74.53 | 2.00 |

**Total Disbursements**                                                  $      **263.23**

**Invoice Total**                                                        $   **12,848.83**

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▼ Colorado 80203-4532
Phone +1 303 607 3500 ▼ Fax +1 303 607 3600

American Family Mutual Insurance Company

August 14, 2014

Page    4

Faegre Baker Daniels LLP

Invoice   22016495

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|------|-------|-------|--------|---------|
| M. McCarthy | Partner | 10.00 | 700.00 | 7,000.00 |
| D. Williams | Partner | 11.70 | 460.00 | 5,382.00 |
| D. Graham | Associate | 4.50 | 280.00 | 1,260.00 |
| H. Doshi | Associate | 4.40 | 410.00 | 1,804.00 |
| R. Freedman | Paralegal | 1.10 | 200.00 | 220.00 |
| M. Lies | CI Tech Svcs | 0.30 | 220.00 | 66.00 |
| **Total** | | **32.00** | $ | **15,732.00** |

Less 20% of total fees to be held back by client per fee agreement                    (3,146.40)

**Total Services Adjusted**                                           $      12,585.60

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▼ Colorado 80203-4532
Phone +1 303 607 3500 ▼ Fax +1 303 607 3600

# FAEGRE BAKER DANIELS

FaegreBD.com                                                                                           USA · UK · CHINA

September 11, 2014

|  | Invoice | 22017169 |
|---|---|---|
|  | Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through August 31, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 08/01/14 | M. McCarthy | Work on analyzing service issue and new court order granting extensions | L110 | A104 | 1.10 | 770.00 |
| 08/01/14 | D. Graham | Attend joint defense group strategy telephone conference | L120 | A109 | 1.10 | 308.00 |
| 08/01/14 | D. Graham | Draft memorandum report regarding joint defense group telephone conference | L120 | A103 | 1.30 | 364.00 |
| 08/01/14 | D. Graham | Review and analyze statutes relating to service of process through the department of insurance | L120 | A104 | 0.90 | 252.00 |
| 08/01/14 | D. Williams | Joint defense group call and emails regarding service and motions practice issues | L120 | A107 | 1.50 | 690.00 |
| 08/01/14 | H. Doshi | Work on service issues and next steps | L390 | A104 | 0.80 | 328.00 |
| 08/01/14 | H. Doshi | Initial research regarding RICO claims | L110 | A102 | 1.80 | 738.00 |
| 08/01/14 | H. Doshi | Review and analyze order regarding extension of time to answer | L210 | A104 | 0.30 | 123.00 |
| 08/01/14 | H. Doshi | Communications with joint defense group regarding Rule 12 motions and request for appearances by plaintiff | L430 | A108 | 0.50 | 205.00 |
| 08/02/14 | M. McCarthy | Review pleadings and respond to email | L210 | A104 | 0.80 | 560.00 |

American Family Mutual Insurance Company
September 11, 2014
Page   2

Faegre Baker Daniels LLP
Invoice   22017169

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 08/04/14 | M. McCarthy | Review and respond to multiple emails and prepare and transmit AmFam position regarding consolidation of Hoffman claim | L120 | A104 | 1.40 | 980.00 |
| 08/04/14 | D. Graham | Review and analyze case law discussing consolidation of class actions with individual actions | L120 | A104 | 0.70 | 196.00 |
| 08/04/14 | H. Doshi | Review draft revisions to plaintiffs' motion for consolidation | L430 | A104 | 0.20 | 82.00 |
| 08/04/14 | H. Doshi | Conference with M. McCarthy regarding consolidation issues | L190 | A105 | 0.20 | 82.00 |
| 08/04/14 | H. Doshi | Analyze consolidation issues | L190 | A104 | 0.50 | 205.00 |
| 08/04/14 | H. Doshi | Attention to emails with joint defense group regarding consolidation issues | L190 | A108 | 0.60 | 246.00 |
| 08/05/14 | M. McCarthy | Multiple telephone conferences with co-counsel and team regarding consolidation motion and related service of complaint issues | L120 | A108 | 1.90 | 1,330.00 |
| 08/05/14 | H. Doshi | Review and resolve issues related to motion for consolidation | L430 | A104 | 1.80 | 738.00 |
| 08/06/14 | M. McCarthy | Work on issues regarding consolidation and multiple emails with co-counsel | L120 | A108 | 0.90 | 630.00 |
| 08/06/14 | D. Graham | Review docket for recent filings | L120 | A104 | 0.20 | 56.00 |
| 08/06/14 | H. Doshi | Review filings by other Defendants | L120 | A104 | 0.20 | 82.00 |
| 08/06/14 | H. Doshi | Work on assessment of consolidation issues | L430 | A104 | 0.90 | 369.00 |
| 08/06/14 | H. Doshi | Teleconference with E. Stephenson at Wheeler Trigg O'Donnell regarding consolidation issues | L190 | A107 | 0.30 | 123.00 |
| 08/06/14 | H. Doshi | Attention to final draft of joint defense agreement | L430 | A104 | 0.30 | 123.00 |
| 08/06/14 | H. Doshi | Work on appearances and corporate disclosure statement | L430 | A104 | 1.10 | 451.00 |
| 08/07/14 | D. Graham | Review and analyze Tenth Circuit case law discussing shotgun pleadings | L120 | A104 | 1.20 | 336.00 |
| 08/07/14 | H. Doshi | Review filings by other defendants | L430 | A104 | 0.30 | 123.00 |
| 08/07/14 | H. Doshi | Review research regarding shotgun pleadings | L120 | A104 | 0.20 | 82.00 |
| 08/07/14 | H. Doshi | Continue review of complaint | L430 | A104 | 0.80 | 328.00 |
| 08/07/14 | H. Doshi | Correspondence with joint defense group | L190 | A108 | 0.20 | 82.00 |
| 08/08/14 | M. McCarthy | Review of draft Rule 8 motion and multiple related emails | L210 | A104 | 1.30 | 910.00 |

American Family Mutual Insurance Company
September 11, 2014
Page     3

Faegre Baker Daniels LLP
Invoice  22017169

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 08/08/14 | D. Graham | Review secondary sources discussing the filed form doctrine | L120 | A104 | 0.30 | 84.00 |
| 08/08/14 | H. Doshi | Correspondence with joint defense group regarding same | L120 | A107 | 0.50 | 205.00 |
| 08/08/14 | H. Doshi | Summarize recommendations regarding Rule 8 for FBD team | L190 | A104 | 0.60 | 246.00 |
| 08/08/14 | H. Doshi | Preparation for joint defense call | A101 | A101 | 0.50 | 205.00 |
| 08/08/14 | H. Doshi | Review and analyze Wheeler Trigg's proposed Rule 8 motion | L210 | A105 | 0.90 | 369.00 |
| 08/08/14 | H. Doshi | Conference with D. Graham regarding research | A101 | A105 | 0.20 | 82.00 |
| 08/08/14 | H. Doshi | Review other Rule 8 motions to assessability of same | L210 | A105 | 0.80 | 328.00 |
| 08/10/14 | M. McCarthy | Review of draft Rule 8 motions and related emails | L210 | A104 | 1.30 | 910.00 |
| 08/11/14 | M. McCarthy | Strategy conference with D. Williams in preparation for JDG call | L120 | A105 | 0.30 | 210.00 |
| 08/11/14 | M. McCarthy | Participation in lengthy JDG conference call on motion practice strategy and related emails | L120 | A108 | 1.40 | 980.00 |
| 08/11/14 | D. Graham | Review and analyze case law and secondary sources discussing the filed form doctrine | L120 | A104 | 0.90 | 252.00 |
| 08/11/14 | D. Graham | Revise list of action items and re-circulate | L120 | A104 | 0.20 | 56.00 |
| 08/11/14 | D. Williams | Strategy planning, review emails from D.Graham; teleconference with D.Graham | L120 | A107 | 2.30 | 1,058.00 |
| 08/11/14 | H. Doshi | Review conferral regarding Rule 8 | L120 | A105 | 0.40 | 164.00 |
| 08/11/14 | H. Doshi | Conference with D. Graham regarding action items | L110 | A105 | 0.30 | 123.00 |
| 08/11/14 | H. Doshi | Detailed review of complaint | L210 | A104 | 2.10 | 861.00 |
| 08/11/14 | H. Doshi | Correspondence regarding Rule 8 issues | L120 | A107 | 0.60 | 246.00 |
| 08/11/14 | H. Doshi | Review updated draft of Rule 8 motion | L210 | A104 | 0.60 | 246.00 |
| 08/11/14 | H. Doshi | Review draft unopposed motion regarding briefing schedule on motion to dismiss | L210 | A104 | 0.20 | 82.00 |
| 08/11/14 | H. Doshi | Review filings by other defendants | L210 | A104 | 0.80 | 328.00 |
| 08/11/14 | H. Doshi | Review of service of process emails from American Family | L120 | A107 | 0.30 | 123.00 |
| 08/12/14 | M. McCarthy | Review draft of motions for briefing schedule | L210 | A104 | 0.50 | 350.00 |
| 08/12/14 | M. McCarthy | Review of multiple emails from co-counsel | A108 | A104 | 0.40 | 280.00 |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company
September 11, 2014
Page    4

Faegre Baker Daniels LLP
Invoice   22017169

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 08/12/14 | D. Graham | Revise action item list per comments of D. Williams | L120 | A103 | 0.10 | 28.00 |
| 08/12/14 | D. Williams | Emails and teleconferences regarding case planning and strategy | L120 | A105 | 0.40 | 184.00 |
| 08/12/14 | H. Doshi | Begin review of research regarding RICO claims | L110 | A104 | 1.10 | 451.00 |
| 08/12/14 | H. Doshi | Continue review of complaint | L110 | A104 | 1.20 | 492.00 |
| 08/12/14 | H. Doshi | Review filings by other defendants | L210 | A104 | 0.40 | 164.00 |
| 08/12/14 | H. Doshi | Review Acord's draft motion to dismiss | L210 | A104 | 0.30 | 123.00 |
| 08/12/14 | H. Doshi | Correspondence with joint defense group regarding motions strategy | L120 | A107 | 0.60 | 246.00 |
| 08/13/14 | M. McCarthy | Work on reviewing of emails and results of research regarding FRCP 8 and related motion practice | A102 | A104 | 1.20 | 840.00 |
| 08/13/14 | M. McCarthy | Prepare for and participation in JDG conference call regarding strategy on initial motion practice | L120 | A108 | 1.10 | 770.00 |
| 08/13/14 | D. Graham | Review and analyze case law and secondary sources discussing the nexus between Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12 | L120 | A104 | 1.50 | 420.00 |
| 08/13/14 | H. Doshi | Correspondence regarding Rule 12 conference call | L110 | A105 | 0.20 | 82.00 |
| 08/13/14 | H. Doshi | Correspondence regarding Rule 8 practice | L110 | A105 | 0.30 | 123.00 |
| 08/13/14 | H. Doshi | Correspondence with K. Cheney regarding impact of consolidation on deadlines | L120 | A107 | 0.10 | 41.00 |
| 08/13/14 | H. Doshi | Review of filings by other defendants | L210 | A104 | 0.20 | 82.00 |
| 08/13/14 | H. Doshi | Conference with M. McCarthy regarding factual development | L110 | A105 | 0.20 | 82.00 |
| 08/14/14 | M. McCarthy | Prepare for and participate in JDG call focused on finalizing motion practice strategy | L120 | A108 | 1.30 | 910.00 |
| 08/14/14 | M. McCarthy | Attention to analysis of bad faith grounds for dismissal | L120 | A104 | 0.50 | 350.00 |
| 08/14/14 | D. Graham | Draft email to D. Williams and M. McCarthy with analysis regarding filing a separate motion under Fed. R. Civ. P. 8 | L120 | A104 | 0.40 | 112.00 |
| 08/14/14 | D. Williams | Joint defense conference call and follow up strategy work | L120 | A107 | 1.30 | 598.00 |
| 08/14/14 | H. Doshi | Attention to joint defense group correspondence | L190 | A106 | 0.30 | 123.00 |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▼ Colorado 80203-4532
Phone +1 303 607 3500 ▼ Fax +1 303 607 3600

American Family Mutual Insurance Company
September 11, 2014
Page   5

Faegre Baker Daniels LLP
Invoice  22017169

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 08/15/14 | M. McCarthy | Prepare for and conference call with working group of co-counsel focused on preparation of motion to dismiss by Insurers of an insured among named plaintiffs and related emails | L120 | A108 | 1.90 | 1,330.00 |
| 08/15/14 | M. McCarthy | Telephone conference with J. Sands regarding Rule 12 motion | L210 | A108 | 0.50 | 350.00 |
| 08/15/14 | D. Graham | Strategize regarding Rule 12 motion to dismiss | L120 | A104 | 1.10 | 308.00 |
| 08/15/14 | D. Williams | Participate in motion working group call and related work for motion to dismiss | L240 | A107 | 1.60 | 736.00 |
| 08/16/14 | D. Graham | Strategize regarding Rule 12 motion | L120 | A104 | 0.80 | 224.00 |
| 08/17/14 | D. Graham | Strategize regarding Rule 12 motion | L120 | A104 | 0.30 | 84.00 |
| 08/18/14 | M. McCarthy | Begin work on review of draft motions to dismiss | L210 | A104 | 1.40 | 980.00 |
| 08/18/14 | D. Graham | Attention to emails regarding briefing status and strategy | L120 | A104 | 0.10 | 28.00 |
| 08/19/14 | M. McCarthy | Extensive work on review and analysis and commentary on detailed outline of motion to dismiss brief and related emails with D. Williams | L210 | A104 | 2.70 | 1,890.00 |
| 08/19/14 | D. Graham | Review and analyze outline for Rule 12 brief | L120 | A104 | 0.40 | 112.00 |
| 08/19/14 | D. Graham | Review and analyze Acord motion under Rule 12 | L120 | A104 | 1.60 | 448.00 |
| 08/19/14 | D. Williams | Extensive work on outline for seller defendant brief and strategy call with M. McCarthy regarding same | L240 | A104 | 2.80 | 1,288.00 |
| 08/19/14 | H. Doshi | Review of correspondence regarding Rule 8, initial review of Rule 8 motion by USAA, and review of State Farm's Rule 12 outline | L110 | A104 | 0.60 | 246.00 |
| 08/20/14 | M. McCarthy | Work on draft motion to dismiss and related emails and telephone conferences with team and co-counsel | L210 | A103 | 2.10 | 1,470.00 |
| 08/20/14 | D. Graham | Review American Family's status as an Acord member | L120 | A104 | 0.40 | 112.00 |
| 08/20/14 | D. Graham | Strategize regarding upcoming filings | L120 | A104 | 0.30 | 84.00 |
| 08/20/14 | D. Williams | Work on motion to dismiss issues | L240 | A104 | 0.90 | 414.00 |
| 08/21/14 | M. McCarthy | Prepare for and participation on JDG regarding motion to dismiss briefing and related strategy | L120 | A108 | 1.80 | 1,260.00 |
| 08/21/14 | D. Graham | Attention to emails regarding upcoming filings | L120 | A104 | 0.10 | 28.00 |
| 08/21/14 | D. Williams | Joint defense group call and review drafts of sections for motion for summary judgment | L240 | A104 | 1.80 | 828.00 |

American Family Mutual Insurance Company  
September 11, 2014  
Page     6

Faegre Baker Daniels LLP  
Invoice   22017169

| Date | Name | Description | Task | Activity | Hours | $   Value |
|------|------|-------------|------|----------|-------|-----------|
| 08/25/14 | D. Graham | Review and analyze factual issues raised by complaint | L120 | A104 | 1.20 | 336.00 |
| 08/26/14 | D. Graham | Review and analyze factual questions raised by complaint | L120 | A104 | 4.70 | 1,316.00 |
| 08/27/14 | D. Williams | Review Acord draft brief | L240 | A104 | 0.80 | 368.00 |
| 08/28/14 | M. McCarthy | Review and respond to emails regarding motion practice | L190 | A107 | 0.30 | 210.00 |
| 08/28/14 | M. McCarthy | Telephone conference with J. Sands on strategy | L120 | A107 | 0.40 | 280.00 |
| 08/28/14 | M. McCarthy | Extensive work on review and editing of American Family's stand-alone motion to dismiss | L250 | A103 | 1.40 | 980.00 |
| 08/28/14 | D. Graham | Review factual allegations and construct chronology of key events | L120 | A104 | 3.20 | 896.00 |
| 08/28/14 | D. Williams | Drafting of motion to dismiss | L240 | A103 | 4.90 | 2,254.00 |
| 08/29/14 | M. McCarthy | Further work on AmFam motion to dismiss and review of related emails | L210 | A103 | 1.10 | 770.00 |
| 08/29/14 | D. Graham | Analyze factual issues and draft chronology for events relevant to claims | L120 | A104 | 4.40 | 1,232.00 |
| 08/29/14 | D. Williams | Revise/edit motion to dismiss and case strategy calls regarding same | L240 | A103 | 1.60 | 736.00 |
| 08/30/14 | D. Graham | Draft chronology of key events | L120 | A104 | 0.80 | 224.00 |
| **Total Hours** | | | | | **104.30** | |

**Total Services**                                                      $      48,103.00

Less 20% of total fees to be held back by client per fee agreement                (9,620.60)

**Total Adjusted Services**                                             $      38,482.40

## Disbursements

| Description | Date | Task | Amount | Quantity |
|-------------|------|------|--------|----------|
| Online research | | E106 | 971.57 | 42.00 |
| **Total Disbursements** | | | $      971.57 | |

## Invoice Total                                                        $   39,453.97

3200 Wells Fargo Center  
1700 Lincoln Street  
Denver ▼ Colorado 80203-4532  
Phone +1 303 607 3500 ▼ Fax +1 303 607 3600

American Family Mutual Insurance Company
September 11, 2014
Page    7

Faegre Baker Daniels LLP
Invoice   22017169

## Services Summary by Professional

| Name | Title | Hours | $   Rate | $   Value |
|------|-------|-------|----------|-----------|
| M. McCarthy | Partner | 29.00 | 700.00 | 20,300.00 |
| D. Williams | Partner | 19.90 | 460.00 | 9,154.00 |
| D. Graham | Associate | 28.20 | 280.00 | 7,896.00 |
| H. Doshi | Associate | 25.30 | 410.00 | 10,373.00 |
| R. Freedman | Paralegal | 1.90 | 200.00 | 380.00 |
| **Total** | | **104.30** | $ | **48,103.00** |

Less 20% of total fees to be held back by client per fee agreement          (9,620.60)

**Total Services Adjusted**                                        $      38,482.40

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

# FAEGRE BAKER
# DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

October 13, 2014

| | |
|---|---|
| Invoice | 22017990 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through September 30, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 09/01/14 | M. McCarthy | Begin review of lengthy State Farm draft brief for potential AmFam joinder | L210 | A104 | 0.50 | 350.00 |
| 09/01/14 | D. Graham | Draft chronology of key events | L120 | A104 | 1.30 | 364.00 |
| 09/02/14 | M. McCarthy | Continue review and analysis of lengthy draft of State Farm motion to dismiss | L210 | A104 | 1.40 | 980.00 |
| 09/02/14 | D. Graham | Continue drafting chronology of key events | L120 | A104 | 1.10 | 308.00 |
| 09/02/14 | D. Williams | Strategy call with M. McCarthy | L120 | A105 | 0.30 | 138.00 |
| 09/03/14 | M. McCarthy | Work on review of draft motions to dismiss from co-parties | L210 | A104 | 1.80 | 1,260.00 |
| 09/03/14 | M. McCarthy | Work on responding to comments from joint defense counsel | L120 | A104 | 1.70 | 1,190.00 |
| 09/03/14 | D. Graham | Continue drafting chronology of key events | L120 | A104 | 2.10 | 588.00 |
| 09/03/14 | D. Williams | Multiple emails/calls regarding other parties' motions to dismiss | L240 | A107 | 0.90 | 414.00 |
| 09/04/14 | M. McCarthy | Work on analysis of amendment issue | L120 | A104 | 0.80 | 560.00 |
| 09/04/14 | M. McCarthy | Prepare for and participation in Joint Defense Group conference call regarding new brief filed by plaintiffs and multiple follow-up emails | L120 | A107 | 2.70 | 1,890.00 |
| 09/04/14 | D. Graham | Continue drafting chronology of key events | L120 | A104 | 1.00 | 280.00 |

American Family Mutual Insurance Company
October 13, 2014
Page   2

Faegre Baker Daniels LLP
Invoice   22017990

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 09/04/14 | D. Williams | Joint defense group call and attention to strategy for motion to dismiss in light of response brief filed by plaintiffs and review of same | L240 | A104 | 2.10 | 966.00 |
| 09/05/14 | M. McCarthy | Review multiple drafts of motion for extension of time | L210 | A104 | 1.40 | 980.00 |
| 09/05/14 | M. McCarthy | Prepare for and participation in multiple Joint Defense Group emails and related conference calls | L120 | A107 | 2.10 | 1,470.00 |
| 09/05/14 | D. Graham | Continue drafting chronology of key events | L120 | A104 | 1.10 | 308.00 |
| 09/06/14 | M. McCarthy | Email to Mark Horning regarding extension of time and related strategy conference with D. Williams | L120 | A108 | 0.60 | 420.00 |
| 09/06/14 | D. Williams | Detailed review of emails regarding motion to stay and meeting with M. McCarthy regarding same | L120 | A104 | 1.40 | 644.00 |
| 09/08/14 | M. McCarthy | Review new Minute Order from Judge Kane and work on strategy in response | L210 | A104 | 1.30 | 910.00 |
| 09/08/14 | M. McCarthy | Telephone conferences with members of Joint Defense Group and multiple related emails | L120 | A107 | 1.40 | 980.00 |
| 09/08/14 | D. Graham | Continue drafting chronology of key events | L120 | A104 | 1.60 | 448.00 |
| 09/08/14 | D. Williams | Review State Farm motion to dismiss; attention to Court orders on same and emails/teleconferences regarding same | L240 | A104 | 2.20 | 1,012.00 |
| 09/08/14 | H. Doshi | Review of Order from Judge Kane regarding Motion for Extension | L250 | A104 | 0.20 | 82.00 |
| 09/08/14 | H. Doshi | Correspondence regarding Motion for Extension | L250 | A106 | 0.60 | 246.00 |
| 09/09/14 | M. McCarthy | Prepare for and participate in Joint Defense Group call | L120 | A107 | 0.90 | 630.00 |
| 09/09/14 | D. Williams | Strategy teleconference with sub-group of joint defense group and follow up from same | L120 | A107 | 1.10 | 506.00 |
| 09/09/14 | H. Doshi | Correspondence with co-defendants regarding Judge Kane's Order striking Amended Complaint | A101 | A101 | 0.20 | 82.00 |
| 09/10/14 | M. McCarthy | Multiple telephone conferences and emails with co-counsel and related work on strategy to respond to Court's Minute Order | L120 | A107 | 1.70 | 1,190.00 |
| 09/10/14 | D. Graham | Revise chronology of key events | L120 | A104 | 0.10 | 28.00 |

American Family Mutual Insurance Company
October 13, 2014
Page    3

Faegre Baker Daniels LLP
Invoice  22017990

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 09/11/14 | M. McCarthy | Review and respond to multiple emails regarding response to Minute Order | L210 | A104 | 0.60 | 420.00 |
| 09/12/14 | M. McCarthy | Prepare for and participate in Joint Defense Group conference call and related emails and telephone conferences with defense team | L120 | A107 | 1.30 | 910.00 |
| 09/12/14 | D. Williams | Strategy call with M. McCarthy regarding status report for Court | L120 | A105 | 0.40 | 184.00 |
| 09/16/14 | M. McCarthy | Review emails regarding communication with Plaintiffs' counsel | A107 | A104 | 0.30 | 210.00 |
| 09/16/14 | D. Williams | Attention to strategy emails among joint defense group | L120 | A101 | 0.50 | 230.00 |
| 09/17/14 | M. McCarthy | Prepare for and participation in Joint Defense Group conference call | L120 | A107 | 1.30 | 910.00 |
| 09/17/14 | D. Graham | Strategize regarding key factual questions raised by plaintiffs' claims | L120 | A104 | 0.40 | 112.00 |
| 09/17/14 | D. Graham | Draft memorandum regarding factual questions raised by plaintiffs' allegations | L120 | A104 | 0.50 | 140.00 |
| 09/23/14 | M. McCarthy | Review and analysis of multiple emails regarding content of status report and conferral with plaintiffs' counsel | L120 | A104 | 1.20 | 840.00 |
| 09/24/14 | M. McCarthy | Review of draft status report prepared by plaintiffs' counsel and multiple related emails | L210 | A104 | 0.90 | 630.00 |
| 09/24/14 | J. Sullivan | Review status report and related communications | L210 | A104 | 0.50 | 217.50 |
| 09/24/14 | D. Williams | Extensive work on proposed status report | L120 | A104 | 0.90 | 414.00 |
| 09/25/14 | D. Graham | Review plaintiffs' status report | L120 | A104 | 0.20 | 56.00 |
| 09/25/14 | D. Williams | Review status report from plaintiffs and emails regarding same | L120 | A104 | 0.40 | 184.00 |
| 09/29/14 | M. McCarthy | Review of email exchange with Plaintiffs' counsel regarding conferral on Status Report | L210 | A104 | 0.30 | 210.00 |
| 09/30/14 | M. McCarthy | Review chart showing status of all defendants regarding service, etc. and related emails | L120 | A104 | 0.40 | 280.00 |

**Total Hours**                                                    **47.10**

**Total Services**                                          $     25,451.50

Less 20% of total fees to be held back by client per fee agreement              (5,090.30)

**Total Adjusted Services**                                 $     20,361.20

American Family Mutual Insurance Company
October 13, 2014
Page    4

Faegre Baker Daniels LLP
Invoice  22017990

## Disbursements

| Description | Date | Task | Amount | Quantity |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Total Disbursements** | | | | $        242.65 |

### Invoice Total                                        $   20,603.85

## Services Summary by Professional

| Name | Title | Hours | $  Rate | $   Value |
|---|---|---|---|---|
| M. McCarthy | Partner | 24.60 | 700.00 | 17,220.00 |
| D. Williams | Partner | 10.20 | 460.00 | 4,692.00 |
| J. Sullivan | Counsel | 0.50 | 435.00 | 217.50 |
| D. Graham | Associate | 9.40 | 280.00 | 2,632.00 |
| H. Doshi | Associate | 1.00 | 410.00 | 410.00 |
| R. Freedman | Paralegal | 1.40 | 200.00 | 280.00 |
| **Total** | | **47.10** | $ | **25,451.50** |

| | | | | |
|---|---|---|---|---|
| Less 20% of total fees to be held back by client per fee agreement | | | | (5,090.30) |
| **Total Services Adjusted** | | | $ | **20,361.20** |

# FAEGRE BAKER
## DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

November 11, 2014

| | | |
|---|---|---|
| Invoice | 22018723 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through October 31, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $  Value |
|---|---|---|---|---|---|---|
| 10/01/14 | D. Williams | Prepare for and participate in extended joint defense group call | L120 | A107 | 1.80 | 828.00 |
| 10/02/14 | D. Williams | Emails regarding multiple case strategy issues | L120 | A107 | 0.80 | 368.00 |
| 10/08/14 | M. McCarthy | Review, analysis and emails with D. Williams regarding communications with Plaintiffs' counsel on proposed tolling agreement | L120 | A104 | 0.50 | 350.00 |
| 10/08/14 | D. Williams | Review extensive emails and draft of tolling agreement | L120 | A104 | 1.10 | 506.00 |
| 10/14/14 | M. McCarthy | Work on preliminary review and analysis of newly filed Second Amended Complaint and related emails | L210 | A104 | 1.40 | 980.00 |
| 10/14/14 | D. Williams | Begin review of second amended complaint | L210 | A104 | 3.20 | 1,472.00 |
| 10/15/14 | D. Graham | Update memorandum regarding necessary areas of factual inquiry | L120 | A104 | 1.60 | 448.00 |
| 10/15/14 | D. Williams | Continue detailed review of Snyder complaint | L210 | A104 | 4.30 | 1,978.00 |
| 10/16/14 | M. McCarthy | Continued analysis of new amended complaint | L120 | A104 | 1.10 | 770.00 |
| 10/16/14 | M. McCarthy | Prepare for and participation in Joint Defense Group conference call | L120 | A107 | 1.20 | 840.00 |
| 10/16/14 | D. Graham | Revise memorandum regarding necessary areas of factual inquiry based on plaintiffs' second amended complaint | L120 | A104 | 5.10 | 1,428.00 |

American Family Mutual Insurance Company
November 11, 2014
Page    2

Faegre Baker Daniels LLP
Invoice  22018723

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|---------|
| 10/16/14 | D. Graham | Review opinions from Judge Kane regarding sanctions under 28 USC 1927 | L120 | A104 | 0.60 | 168.00 |
| 10/17/14 | M. McCarthy | Work on review of emails and attachment regarding sanctions under 28 U.S.C. 1927 | L120 | A104 | 1.10 | 770.00 |
| 10/17/14 | D. Graham | Review and analyze opinions from Judge Kane regarding sanctions under 28 USC 1927 | L120 | A104 | 4.60 | 1,288.00 |
| 10/17/14 | D. Graham | Update memorandum regarding necessary areas of factual inquiry based on plaintiffs' second amended complaint | L120 | A104 | 1.40 | 392.00 |
| 10/18/14 | D. Graham | Review and analyze opinions from Judge Kane regarding sanctions under 28 USC 1927 | L120 | A104 | 4.10 | 1,148.00 |
| 10/19/14 | D. Graham | Draft memorandum regarding Judge Kane's opinions on sanctions under 28 USC 1927 | L120 | A104 | 6.00 | 1,680.00 |
| 10/20/14 | M. McCarthy | Review new emails and filings | L210 | A104 | 0.40 | 280.00 |
| 10/20/14 | D. Williams | Review sanctions memo and emails with JDG regarding same | L120 | A104 | 0.90 | 414.00 |
| 10/21/14 | M. McCarthy | Review and respond to multiple emails regarding response to Amended Complaint | L210 | A104 | 0.50 | 350.00 |
| 10/21/14 | D. Williams | Extensive review of file and factual issues in support of defenses | L120 | A104 | 4.10 | 1,886.00 |
| 10/22/14 | D. Williams | Joint defense call and attention to strategy issues in light of same | L120 | A106 | 1.20 | 552.00 |
| 10/24/14 | M. McCarthy | Review emails on Rule 11 ruling of Judge Kane | A104 | A104 | 0.50 | 350.00 |
| 10/24/14 | D. Williams | Read latest letter from plaintiff's counsel | L120 | A104 | 0.30 | 138.00 |
| 10/30/14 | D. Williams | Emails regarding JDG issues | L120 | A107 | 0.40 | 184.00 |
| 10/31/14 | M. McCarthy | Review and respond to new emails | A104 | A104 | 0.50 | 350.00 |
| 10/31/14 | D. Williams | Review non-insurer draft motion to dismiss | L240 | A103 | 2.60 | 1,196.00 |

**Total Hours**                                                                         **51.30**

**Total Services**                                                        $     21,114.00

Less 20% of total fees to be held back by client per fee agreement              (4,222.80)

**Total Adjusted Services**                                               $     16,891.20

American Family Mutual Insurance Company
November 11, 2014
Page    3

Faegre Baker Daniels LLP
Invoice   22018723

## Disbursements

| | |
|---|---:|
| **Total Disbursements** | $ 158.20 |
| **Invoice Total** | $ 17,049.40 |

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|---|---|---:|---:|---:|
| M. McCarthy | Partner | 7.20 | 700.00 | 5,040.00 |
| D. Williams | Partner | 20.70 | 460.00 | 9,522.00 |
| D. Graham | Associate | 23.40 | 280.00 | 6,552.00 |
| **Total** | | **51.30** | $ | **21,114.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (4,222.80) |
| **Total Services Adjusted** | | | $ | **16,891.20** |

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

December 10, 2014

| | |
|---|---|
| Invoice | 22019467 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through November 30, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $  Value |
|---|---|---|---|---|---|---|
| 11/03/14 | M. McCarthy | Begin work on analysis of draft motion to dismiss briefs | L120 | A104 | 1.90 | 1,330.00 |
| 11/03/14 | D. Williams | Review draft motions to dismiss | L240 | A104 | 0.60 | 276.00 |
| 11/04/14 | M. McCarthy | Work on motion to dismiss | L210 | A103 | 0.30 | 210.00 |
| 11/04/14 | D. Williams | Detailed review of non-seller brief | L240 | A104 | 2.10 | 966.00 |
| 11/05/14 | M. McCarthy | Review draft briefs circulated by co-defendants | L210 | A104 | 0.80 | 560.00 |
| 11/05/14 | D. Williams | Provide comments on non-seller brief | L240 | A104 | 0.30 | 138.00 |
| 11/06/14 | M. McCarthy | Work on review and analysis of briefs filed by co-defendant | L210 | A104 | 1.20 | 840.00 |
| 11/07/14 | M. McCarthy | Strategy conference with D. Williams and co-counsel J. Sands | L120 | A107 | 0.90 | 630.00 |
| 11/07/14 | D. Graham | Review and update action item list | L120 | A104 | 0.20 | 56.00 |
| 11/07/14 | D. Graham | Strategize regarding status and next steps | L120 | A104 | 0.30 | 84.00 |
| 11/10/14 | M. McCarthy | Work on review of draft motion to dismiss | L210 | A103 | 1.20 | 840.00 |
| 11/10/14 | D. Williams | Review draft seller defendant brief and provide edits for same; emails with JDG regarding unified filing | L240 | A104 | 4.40 | 2,024.00 |
| 11/11/14 | D. Williams | Drafting of joinder | L240 | A103 | 1.50 | 690.00 |
| 11/12/14 | D. Graham | Attention to emails regarding motion to dismiss briefing strategy | L120 | A104 | 0.10 | 28.00 |
| 11/12/14 | D. Williams | Revise and edit draft motion to dismiss | L240 | A103 | 2.50 | 1,150.00 |

American Family Mutual Insurance Company
December 10, 2014
Page   2

Faegre Baker Daniels LLP
Invoice   22019467

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 11/13/14 | D. Graham | Review response to plaintiffs' second amended complaint | L120 | A104 | 0.60 | 168.00 |
| 11/14/14 | D. Graham | Analyze potential modifications to response to plaintiffs' second amended complaint | L120 | A104 | 0.20 | 56.00 |
| 11/14/14 | D. Williams | Work on responses to motions to dismiss and attention to correspondence with opposing counsel | L120 | A104 | 0.90 | 414.00 |
| 11/16/14 | M. McCarthy | Begin review of new draft of motion to dismiss brief | L210 | A104 | 0.80 | 560.00 |
| 11/17/14 | M. McCarthy | Telephone conference with D. Williams and related review of current draft of joinder motion | L430 | A104 | 0.80 | 560.00 |
| 11/17/14 | M. McCarthy | Detailed review of lengthy draft briefs from State Farm and "Non-Selling Defendants" | L430 | A104 | 2.90 | 2,030.00 |
| 11/17/14 | D. Williams | Work on motions to dismiss | L240 | A103 | 1.20 | 552.00 |
| 11/18/14 | M. McCarthy | Work on further review of briefs of co-defendants and related emails | L430 | A104 | 1.60 | 1,120.00 |
| 11/18/14 | D. Graham | Strategize regarding modifications to response to plaintiffs' second amended complaint | L120 | A104 | 0.10 | 28.00 |
| 11/18/14 | D. Graham | Review and revise response to plaintiffs' second amended complaint | L120 | A103 | 1.50 | 420.00 |
| 11/18/14 | D. Graham | Review breach of contract claims in second amended complaint | L120 | A104 | 0.10 | 28.00 |
| 11/19/14 | M. McCarthy | Further review of co-defendant briefs and joinder | L430 | A104 | 1.30 | 910.00 |
| 11/19/14 | D. Williams | Work on motions to dismiss and teleconference with joint defense group regarding same | L240 | A103 | 1.70 | 782.00 |
| 11/20/14 | M. McCarthy | Review and respond to multiple emails regarding motion to dismiss brief and review of related briefs | L430 | A104 | 1.10 | 770.00 |
| 11/20/14 | D. Graham | Strategize regarding status and next steps | L120 | A104 | 0.40 | 112.00 |
| 11/20/14 | D. Graham | Attention to voicemail and emails regarding response to plaintiffs' second amended complaint | L120 | A104 | 0.10 | 28.00 |
| 11/20/14 | D. Williams | Work on comments on other defendants' motions to dismiss | L240 | A107 | 0.60 | 276.00 |
| 11/20/14 | D. Williams | Work on Snyder case strategy including meeting with D. Graham regarding same | L120 | A105 | 0.90 | 414.00 |
| 11/21/14 | M. McCarthy | Review and respond to multiple emails regarding handling of numerous errata submissions and filing motions to dismiss | L210 | A104 | 2.10 | 1,470.00 |

American Family Mutual Insurance Company
December 10, 2014
Page   3

Faegre Baker Daniels LLP
Invoice  22019467

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|---------|
| 11/21/14 | M. McCarthy | Review multiple errata filings made by Plaintiffs | L210 | A104 | 0.60 | 420.00 |
| 11/21/14 | D. Graham | Attention to emails regarding filing responses to plaintiffs' second amended complaint | L120 | A104 | 0.20 | 56.00 |
| 11/21/14 | D. Williams | Attention to extensive emails regarding motions to dismiss and plaintiffs' revised second amended complaint | L240 | A103 | 0.60 | 276.00 |
| 11/22/14 | M. McCarthy | Continuing review and response to multiple emails debating strategy on amended complaint and filing of motions to dismiss | L210 | A104 | 0.70 | 490.00 |
| 11/24/14 | M. McCarthy | Review Motion to Amend Scheduling Order and multiple related emails | L210 | A104 | 1.20 | 840.00 |
| 11/24/14 | M. McCarthy | Work on review of latest version of complaint | L210 | A104 | 0.70 | 490.00 |
| 11/24/14 | M. McCarthy | Prepare for and conference call with Joint Defense Group regarding consent to Amended Complaint and strategy on motions to dismiss | L210 | A108 | 0.50 | 350.00 |
| 11/24/14 | D. Graham | Review third amended complaint and plaintiffs' filings relating to the third amended complaint | L120 | A104 | 0.50 | 140.00 |
| 11/24/14 | D. Graham | Attention to emails regarding filing deadline for response to plaintiffs' complaint | L120 | A104 | 0.10 | 28.00 |
| 11/24/14 | D. Graham | Attention to integrated complaint sent with errata sheets | L120 | A104 | 0.30 | 84.00 |
| 11/24/14 | D. Graham | Review motion for extension to file motions to dismiss | L120 | A104 | 0.30 | 84.00 |
| 11/25/14 | M. McCarthy | Begin work on review of third amended complaint and multiple related emails to and from joint defense group members | L210 | A104 | 2.60 | 1,820.00 |
| 11/25/14 | D. Graham | Attention to joint defense group emails regarding filings and court orders | L120 | A104 | 0.10 | 28.00 |
| 11/25/14 | D. Graham | Attention to plaintiffs' filings and court orders | L120 | A104 | 0.10 | 28.00 |
| 11/26/14 | M. McCarthy | Work on revisions to motion to dismiss Third Amended Complaint | L430 | A103 | 2.30 | 1,610.00 |
| 11/26/14 | D. Graham | Revise motion to dismiss based on filing of Third Amended Complaint | L120 | A103 | 1.60 | 448.00 |
| 11/27/14 | D. Graham | Draft email to D. Williams regarding revised filing deadlines | L120 | A104 | 0.20 | 56.00 |
| **Total Hours** | | | | | **49.90** | |

American Family Mutual Insurance Company
December 10, 2014
Page    4

Faegre Baker Daniels LLP
Invoice  22019467

| | |
|---|---:|
| **Total Services** | $   27,788.00 |
| Less 20% of total fees to be held back by client per fee agreement | (5,557.60) |
| **Total Adjusted Services** | $   22,230.40 |

## Disbursements

| Description | Date | Task | Amount | Quantity |
|---|---|---|---|---|
| | | | | |
| **Total Disbursements** | | | | $     782.10 |

| | |
|---|---:|
| **Invoice Total** | $   23,012.50 |

## Services Summary by Professional

| Name | Title | Hours | $  Rate | $  Value |
|---|---|---:|---:|---:|
| M. McCarthy | Partner | 25.50 | 700.00 | 17,850.00 |
| D. Williams | Partner | 17.30 | 460.00 | 7,958.00 |
| D. Graham | Associate | 7.00 | 280.00 | 1,960.00 |
| R. Freedman | Paralegal | 0.10 | 200.00 | 20.00 |
| **Total** | | **49.90** | $ | 27,788.00 |
| Less 20% of total fees to be held back by client per fee agreement | | | | (5,557.60) |
| **Total Services Adjusted** | | | $ | 22,230.40 |



FaegreBD.com

USA ▾ UK ▾ CHINA

January 14, 2015

Invoice      22020145
Tax ID       41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through December 31, 2014

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $  Value |
|---|---|---|---|---|---|---|
| 12/01/14 | M. McCarthy | Status report to client | L120 | A106 | 0.40 | 280.00 |
| 12/01/14 | D. Graham | Attention to emails regarding filing deadlines | L120 | A104 | 0.10 | 28.00 |
| 12/01/14 | D. Williams | Review pleadings regarding motions to dismiss | L240 | A103 | 0.60 | 276.00 |
| 12/02/14 | D. Williams | Revise/edit motion to dismiss and teleconference with counsel for other defendants regarding same | L240 | A103 | 1.50 | 690.00 |
| 12/03/14 | D. Graham | Attention to emails regarding upcoming filing of motions to dismiss | L120 | A104 | 0.20 | 56.00 |
| 12/03/14 | D. Williams | Revise/edit motion to dismiss in light of comments from co-defendants | L240 | A103 | 0.50 | 230.00 |
| 12/04/14 | D. Williams | Extensive work on emails concerning parties' motions to dismiss | L240 | A104 | 0.70 | 322.00 |
| 12/05/14 | D. Graham | Attention to emails regarding recent filings | L120 | A104 | 0.10 | 28.00 |
| 12/05/14 | D. Williams | Review motions to dismiss filed by other parties and finalize American Family motion to dismiss | L240 | A104 | 1.90 | 874.00 |
| 12/07/14 | M. McCarthy | Begin review of voluminous motions to dismiss | L430 | A104 | 1.20 | 840.00 |
| 12/08/14 | D. Graham | Attention to filings and minute order | L120 | A104 | 0.10 | 28.00 |
| 12/09/14 | M. McCarthy | Continue review of multiple motions to dismiss | L430 | A104 | 0.90 | 630.00 |
| 12/09/14 | M. McCarthy | Begin review of new 10th Circuit class certification case | L120 | A104 | 0.40 | 280.00 |

American Family Mutual Insurance Company                           Faegre Baker Daniels LLP
January 14, 2015                                                        Invoice  22020145
Page    2

| Date | Name | Description | Task | Activity | Hours | $  Value |
|------|------|-------------|------|----------|-------|----------|
| 12/09/14 | D. Graham | Attention to emails regarding upcoming filing | L120 | A104 | 0.10 | 28.00 |
| 12/09/14 | D. Graham | Review filing summary | L120 | A104 | 0.40 | 112.00 |
| 12/09/14 | D. Graham | Draft email to M. McCarthy and D. Williams regarding summary of recent filings | L120 | A104 | 0.20 | 56.00 |
| 12/09/14 | D. Graham | Review recent filings in docket | L120 | A104 | 0.20 | 56.00 |
| 12/10/14 | M. McCarthy | Review draft "Roadmap" pleading for Rule 12 motions and related emails | L430 | A103 | 0.90 | 630.00 |
| 12/10/14 | D. Graham | Review emails regarding summary filing and extension requested by plaintiffs | L120 | A104 | 0.30 | 84.00 |
| 12/10/14 | D. Williams | Revise/edit filing describing motions to dismiss and emails concerning same; emails regarding Plaintiffs' request for extension of time | L240 | A104 | 1.20 | 552.00 |
| 12/11/14 | D. Graham | Attention to emails regarding upcoming filings and plaintiffs' request for extension | L120 | A104 | 0.40 | 112.00 |
| 12/11/14 | D. Williams | Extensive work on deadline issue for responses to motion to dismiss and review of summary pleadings for Court regarding motions | L240 | A103 | 1.40 | 644.00 |
| 12/12/14 | D. Graham | Attention to emails regarding summary filing | L120 | A104 | 0.10 | 28.00 |
| 12/15/14 | M. McCarthy | Continuing review of voluminous motions to dismiss | L430 | A104 | 0.50 | 350.00 |
| 12/15/14 | M. McCarthy | Review and respond to multiple emails regarding extension of time | L430 | A108 | 0.70 | 490.00 |
| 12/15/14 | D. Graham | Attention to emails regarding plaintiffs' request for an extension | L120 | A104 | 0.10 | 28.00 |
| 12/15/14 | D. Williams | Emails regarding extension issues | L240 | A107 | 0.50 | 230.00 |
| 12/17/14 | M. McCarthy | Review emails regarding extension of response | L430 | A104 | 0.30 | 210.00 |
| 12/17/14 | D. Graham | Attention to emails regarding plaintiffs' request for an extension | L120 | A104 | 0.10 | 28.00 |
| 12/18/14 | D. Graham | Attention to emails regarding plaintiffs' request for an extension | L120 | A104 | 0.10 | 28.00 |
| 12/19/14 | M. McCarthy | Review and respond to emails re: extension of time for Plaintiff's response to Motion to Dismiss | L210 | A108 | 0.60 | 420.00 |
| 12/19/14 | D. Graham | Attention to emails regarding plaintiffs' request for an extension | L120 | A104 | 0.10 | 28.00 |
| 12/20/14 | D. Graham | Attention to emails regarding plaintiffs' request for an extension | L120 | A104 | 0.10 | 28.00 |

**Total Hours**                                                                       **16.90**

American Family Mutual Insurance Company
January 14, 2015
Page    3

Faegre Baker Daniels LLP
Invoice  22020145

| | | |
|---|---|---|
| **Total Services** | $ | 8,704.00 |
| Less 20% of total fees to be held back by client per fee agreement | | (1,740.80) |
| **Total Adjusted Services** | $ | 6,963.20 |

## Disbursements

| Description | Date | Task | Amount | Quantity |
|---|---|---|---|---|
| | | | | |
| | | | | |
| **Total Disbursements** | | | $ | 16.61 |

## Invoice Total

$    6,979.81

## Services Summary by Professional

| Name | Title | Hours | $  Rate | $  Value |
|---|---|---|---|---|
| M. McCarthy | Partner | 5.90 | 700.00 | 4,130.00 |
| D. Williams | Partner | 8.30 | 460.00 | 3,818.00 |
| D. Graham | Associate | 2.70 | 280.00 | 756.00 |
| **Total** | | **16.90** | $ | 8,704.00 |
| Less 20% of total fees to be held back by client per fee agreement | | | | (1,740.80) |
| **Total Services Adjusted** | | | $ | 6,963.20 |

# FAEGRE BAKER DANIELS

USA · UK · CHINA

February 13, 2015

Invoice       22020855
Tax ID       41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through January 31, 2015

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 01/06/15 | M. McCarthy | Work on issues regarding extension of time for Plaintiffs' to respond to motion to dismiss and related emails | L430 | A103 | 0.60 | 444.00 |
| 01/06/15 | D. Graham | Attention to emails and docket regarding plaintiffs' request for an extension | L120 | A104 | 0.60 | 195.00 |
| 01/08/15 | M. McCarthy | Review and respond to multiple emails regarding extension issues | L430 | A107 | 1.20 | 888.00 |
| 01/08/15 | M. McCarthy | Conference call with counsel for Farmers regarding response to Plaintiffs' on extension | L430 | A107 | 0.40 | 296.00 |
| 01/08/15 | D. Williams | Extensive work on case strategy regarding extension for motions to dismiss | L240 | A107 | 1.10 | 539.00 |
| 01/12/15 | D. Williams | Emails regarding setting of motions hearing | L240 | A107 | 0.10 | 49.00 |
| 01/14/15 | M. McCarthy | Review and respond to emails regarding plaintiff's motion for extension of time | L430 | A104 | 0.50 | 370.00 |
| 01/14/15 | D. Williams | Detailed review of motion for extension for responses to motions to dismiss | L240 | A104 | 0.90 | 441.00 |
| 01/15/15 | D. Graham | Review docket, recent filings, and minute order | L120 | A104 | 0.40 | 130.00 |

American Family Mutual Insurance Company                                    Faegre Baker Daniels LLP
February 13, 2015                                                              Invoice  22020855
Page    2

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 01/19/15 | D. Williams | Emails with M. McCarthy and J. Sands regarding hearing on motion to extend | L240 | A107 | 0.40 | 196.00 |
| 01/20/15 | M. McCarthy | Review draft opposition to motion of Plaintiff for extension to respond to motion to dismiss and multiple related emails | L430 | A104 | 1.30 | 962.00 |
| 01/20/15 | D. Williams | Review draft response to motion to extend deadline and provide comments on same | L240 | A103 | 0.50 | 245.00 |
| 01/21/15 | M. McCarthy | Review draft opposition brief to Plaintiff's request for extension of time and multiple related emails | L430 | A104 | 1.60 | 1,184.00 |
| 01/26/15 | M. McCarthy | Prepare for and participate in Joint Defense Group conference call and related telephone conference with D. Williams | L120 | A107 | 0.80 | 592.00 |
| 01/27/15 | M. McCarthy | Review and respond to emails regarding 1/29 hearing | A108 | A104 | 0.30 | 222.00 |
| 01/28/15 | M. McCarthy | Review of pleadings in preparation for hearing on extension | L210 | A104 | 0.70 | 518.00 |
| 01/28/15 | D. Williams | Prepare for motions hearing on extension motion and status conference | L240 | A101 | 1.50 | 735.00 |
| 01/29/15 | M. McCarthy | Prepare for and participation in hearing on Plaintiff's motion for extension of time, including review of voluminous new brief from Plaintiff | L450 | A109 | 2.90 | 2,146.00 |
| 01/29/15 | D. Williams | Prepare for motions hearing and participate in same | L240 | A109 | 2.80 | 1,372.00 |
| 01/30/15 | D. Williams | Emails regarding case strategy and discuss same with M. McCarthy | L240 | A104 | 0.60 | 294.00 |

**Total Hours**                                                                                   **19.20**


**Total Services**                                                                        $    **11,818.00**

Less 20% of total fees to be held back by client per fee agreement                             (2,363.60)


**Total Adjusted Services**                                                               $     **9,454.40**

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▼ Colorado 80203-4532
Phone +1 303 607 3500 ▼ Fax +1 303 607 3600

American Family Mutual Insurance Company
February 13, 2015
Page    3

Faegre Baker Daniels LLP
Invoice  22020855

## Disbursements

| Description | Date | Task | Amount | Quantity |
|---|---|---|---|---|
| | | | | |
| Total Disbursements | | | | $          6.40 |

**Invoice Total**                                                      $   9,460.80

## Services Summary by Professional

| Name | Title | Hours | $   Rate | $   Value |
|---|---|---|---|---|
| M. McCarthy | Partner | 10.30 | 740.00 | 7,622.00 |
| D. Williams | Partner | 7.90 | 490.00 | 3,871.00 |
| D. Graham | Associate | 1.00 | 325.00 | 325.00 |
| Total | | **19.20** | $ | 11,818.00 |
| Less 20% of total fees to be held back by client per fee agreement | | | | (2,363.60) |
| **Total Services Adjusted** | | | $ | 9,454.40 |

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

March 13, 2015

Invoice     22021635
Tax ID      41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through February 28, 2015

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 02/06/15 | D. Graham | Review emails regarding transcript from hearing on plaintiffs' request for extension | L120 | A104 | 0.10 | 32.50 |
| 02/12/15 | D. Graham | Review emails regarding Judge Kane minute order | L120 | A104 | 0.10 | 32.50 |
| 02/23/15 | D. Williams | Review motions hearing transcript | L240 | A104 | 0.30 | 147.00 |
| **Total Hours** | | | | | **0.50** | |

| | | |
|---|---|---|
| **Total Services** | $ | **212.00** |
| Less 20% of total fees to be held back by client per fee agreement | | (42.40) |
| **Total Adjusted Services** | $ | **169.60** |

## Disbursements

| | | |
|---|---|---|
| **Total Disbursements** | $ | **127.19** |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company
March 13, 2015
Page    2

Faegre Baker Daniels LLP
Invoice  22021635

## Invoice Total

$    296.79

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|------|-------|-------|--------|---------|
| D. Williams | Partner | 0.30 | 490.00 | 147.00 |
| D. Graham | Associate | 0.20 | 325.00 | 65.00 |
| **Total** | | **0.50** | $ | **212.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (42.40) |
| **Total Services Adjusted** | | | $ | **169.60** |

# FAEGRE BAKER
# DANIELS

FaegreBD.com

USA • UK • CHINA

June 18, 2015

| | |
|---|---|
| Invoice | 22023811 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through May 31, 2015

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 05/14/15 | D. Williams | Emails regarding Reply briefing in support of motion to dismiss | L240 | A103 | 0.20 | 98.00 |
| 05/29/15 | M. McCarthy | Review email from counsel for co-defendant and related email with D. Williams | L120 | A104 | 0.20 | 148.00 |
| **Total Hours** | | | | | **0.40** | |

| | | |
|---|---|---|
| **Total Services** | $ | **246.00** |
| Less 20% of total fees to be held back by client per fee agreement | | (49.20) |
| **Total Adjusted Services** | $ | **196.80** |
| **Invoice Total** | $ | **196.80** |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company
June 18, 2015
Page    2

Faegre Baker Daniels LLP
Invoice   22023811

## Services Summary by Professional

| Name | Title | Hours | $   Rate | $   Value |
|------|-------|-------|----------|-----------|
| M. McCarthy | Partner | 0.20 | 740.00 | 148.00 |
| D. Williams | Partner | 0.20 | 490.00 | 98.00 |
| **Total** | | **0.40** | $ | **246.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (49.20) |
| **Total Services Adjusted** | | | $ | **196.80** |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA • UK • CHINA

July 13, 2015

Invoice     22024344
Tax ID     41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI 53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through June 30, 2015

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 06/02/15 | M. McCarthy | Work on review of Plaintiff's response to Motions to Dismiss | L430 | A104 | 1.30 | 962.00 |
| 06/02/15 | D. Graham | Review and analyze plaintiffs' response to the motions to dismiss | L120 | A104 | 4.90 | 1,592.50 |
| 06/02/15 | D. Williams | Review portions of Response relevant to Am Fam and emails to joint defense group | L240 | A104 | 0.90 | 441.00 |
| 06/03/15 | M. McCarthy | Work on review of Plaintiffs' voluminous response to motions to dismiss | L430 | A104 | 2.10 | 1,554.00 |
| 06/03/15 | M. McCarthy | Prepare for and participation in Joint Defense Group conference call regarding Plaintiffs' newly filed response briefing on motions to dismiss and preparation of reply | L120 | A107 | 0.80 | 592.00 |
| 06/03/15 | D. Graham | Review emails regarding reply strategy | L120 | A104 | 0.10 | 32.50 |
| 06/03/15 | D. Williams | Joint defense call and review plaintiff's additional submissions | L240 | A107 | 2.40 | 1,176.00 |
| 06/05/15 | D. Williams | Teleconferences with JDG members regarding individual issues brief | L240 | A104 | 0.40 | 196.00 |
| 06/08/15 | D. Graham | Review and edit reply in support of motion to dismiss | L120 | A103 | 0.30 | 97.50 |
| 06/08/15 | D. Williams | Detailed review of Response and drafting of Reply in support of motion to dismiss | L240 | A104 | 3.90 | 1,911.00 |

American Family Mutual Insurance Company
July 13, 2015
Page    2

Faegre Baker Daniels LLP
Invoice  22024344

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 06/09/15 | M. McCarthy | Work on review of draft Reply briefs in support of Motion to Dismiss and related emails | L430 | A103 | 1.40 | 1,036.00 |
| 06/09/15 | D. Williams | Review other parties' reply briefs and revise/edit Am Fam brief | L240 | A104 | 1.10 | 539.00 |
| 06/10/15 | M. McCarthy | Review Reply Brief on Non-Seller Defendants in Support of Motion to Dismiss | L430 | A104 | 0.70 | 518.00 |
| 06/10/15 | D. Williams | Joint defense call; revise inserts for reply to motion to dismiss | L240 | A104 | 2.70 | 1,323.00 |
| 06/11/15 | M. McCarthy | Review of multiple draft Reply Briefs | L430 | A104 | 1.40 | 1,036.00 |
| 06/11/15 | D. Williams | Attention to Reply briefs for Snyder | L240 | A103 | 0.60 | 294.00 |
| 06/12/15 | M. McCarthy | Multiple emails regarding drafts of reply briefs | L430 | A104 | 0.60 | 444.00 |
| 06/12/15 | D. Williams | Review defendants' draft replies and revise/edit same; participate in joint defense call | L240 | A104 | 2.70 | 1,323.00 |
| 06/13/15 | M. McCarthy | Continuing review of multiple voluminous draft briefs | L120 | A104 | 2.20 | 1,628.00 |
| 06/14/15 | M. McCarthy | Work on continuing review of multiple draft Reply Briefs | L430 | A104 | 1.30 | 962.00 |
| 06/15/15 | D. Graham | Attention to court filings | L120 | A104 | 0.10 | 32.50 |
| 06/15/15 | D. Williams | Work on finalizing reply regarding motion to dismiss and review briefs as they arrive | L240 | A104 | 2.10 | 1,029.00 |
| 06/16/15 | D. Williams | Review Reply briefs filed by co-defendants | L240 | A104 | 0.60 | 294.00 |
| 06/18/15 | D. Graham | Review emails regarding status and strategy | L120 | A104 | 0.20 | 65.00 |
| 06/18/15 | D. Williams | Review filing summarizing all defendants' reply briefs | L240 | A104 | 0.50 | 245.00 |
| 06/19/15 | M. McCarthy | Review multiple emails on oral argument issue | L120 | A104 | 0.70 | 518.00 |
| 06/22/15 | D. Graham | Review emails regarding oral argument | L120 | A104 | 0.20 | 65.00 |
| 06/22/15 | D. Williams | Review joint defense emails | L240 | A101 | 0.40 | 196.00 |
| 06/29/15 | D. Graham | Review emails regarding oral argument | L120 | A104 | 0.10 | 32.50 |
| 06/30/15 | D. Williams | Review Plaintiff filing regarding hearing on motion to dismiss | L240 | A104 | 0.20 | 98.00 |

**Total Hours**                                                                                                      **36.90**


**Total Services**                                                                                      $    **20,232.50**

Less 20% of total fees to be held back by client per fee agreement                                            (4,046.50)

American Family Mutual Insurance Company
July 13, 2015
Page    3

Faegre Baker Daniels LLP
Invoice  22024344

**Total Adjusted Services**                                              $     16,186.00

## Disbursements

| Description | Date | Task | Amount | Quantity |
|---|---|---|---|---|

**Total Disbursements**                                                  $        14.10

**Invoice Total**                                                        $   16,200.10

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|---|---|---|---|---|
| M. McCarthy | Partner | 12.50 | 740.00 | 9,250.00 |
| D. Williams | Partner | 18.50 | 490.00 | 9,065.00 |
| D. Graham | Associate | 5.90 | 325.00 | 1,917.50 |
| **Total** | | **36.90** | $ | **20,232.50** |

Less 20% of total fees to be held back by client per fee agreement        (4,046.50)

**Total Services Adjusted**                              $     16,186.00

# FAEGRE BAKER
## DANIELS

FaegreBD.com                                                                                   USA ▾ UK ▾ CHINA

December 7, 2015                                           Invoice      22027400
                                                          Tax ID      41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through November 30, 2015

### Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 11/23/15 | T.K. Taylor | Draft waiver in response to judicial disclosure of potential conflict | L250 | A103 | 0.60 | 267.00 |
| 11/24/15 | D. Williams | Emails regarding recusal issue | L120 | A104 | 0.50 | 245.00 |
| **Total Hours** | | | | | **1.10** | |

| | | |
|---|---|---|
| **Total Services** | $ | **512.00** |
| Less 20% of total fees to be held back by client per fee agreement | | (102.40) |
| **Total Adjusted Services** | $ | **409.60** |
| **Invoice Total** | $ | **409.60** |

### Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|---|---|---|---|---|
| D. Williams | Partner | 0.50 | 490.00 | 245.00 |
| T.K. Taylor | Associate | 0.60 | 445.00 | 267.00 |
| **Total** | | **1.10** | $ | **512.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (102.40) |
| **Total Services Adjusted** | | | $ | **409.60** |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

# FAEGRE BAKER DANIELS

FaegreBD.com                                                                    USA • UK • CHINA

February 11, 2016

| Invoice | 22028495 |
|---------|----------|
| Tax ID  | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through January 31, 2016

### Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 01/15/16 | M. McCarthy | Begin review of order dismissing case and related e-mails with B. Rasche | L210 | A104 | 0.60 | 444.00 |
| 01/15/16 | D. Williams | Detailed review of order on motion to dismiss; legal research regarding whether dismissal is with prejudice | L240 | A104 | 1.40 | 686.00 |
| 01/17/16 | M. McCarthy | Detailed review and analysis of Judge Kane's lengthy order dismissing case | L210 | A104 | 1.60 | 1,184.00 |
| 01/20/16 | M. McCarthy | Review of multiple emails regarding proposal to plaintiff for walk-away | A107 | A104 | 0.60 | 444.00 |
| 01/20/16 | D. Williams | Emails regarding effort to get plaintiffs to forgo appeal in exchange for foregoing costs | L120 | A107 | 0.30 | 147.00 |

**Total Hours**                                                                      5.30

**Total Services**                                                         $    3,297.00

Less 20% of total fees to be held back by client per fee agreement              (659.40)

**Total Adjusted Services**                                               $    2,637.60

## Invoice Total                                                          $    2,637.60

American Family Mutual Insurance Company
February 11, 2016
Page    2

Faegre Baker Daniels LLP
Invoice   22028495

## Services Summary by Professional

| Name | Title | Hours | $  Rate | $  Value |
|------|-------|-------|---------|----------|
| M. McCarthy | Partner | 2.80 | 740.00 | 2,072.00 |
| D. Williams | Partner | 2.50 | 490.00 | 1,225.00 |
| **Total** | | **5.30** | $ | **3,297.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (659.40) |
| **Total Services Adjusted** | | | $ | **2,637.60** |

# FAEGRE BAKER
## DANIELS

FaegreBD.com

USA • UK • CHINA

March 14, 2016

Invoice    22028995
Tax ID    41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI 53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through February 29, 2016

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 02/01/16 | M. McCarthy | Review emails with settlement proposal and email client with recommendation | L160 | A104 | 0.70 | 518.00 |
| 02/04/16 | M. McCarthy | Review draft of settlement agreement | L160 | A104 | 0.30 | 222.00 |
| 02/04/16 | D. Williams | Emails regarding agreement not to appeal in exchange for waiver of costs | L120 | A101 | 1.00 | 490.00 |
| 02/05/16 | M. McCarthy | Review of emails regarding finalization of settlement agreement | L160 | A104 | 0.20 | 148.00 |
| 02/10/16 | M. McCarthy | Review emails regarding plaintiff's potentially reneging on walk-away settlement | L160 | A104 | 0.40 | 296.00 |
| 02/15/16 | M. McCarthy | Review of voluminous email from Joint Defense Group members regarding Plaintiffs' reneging on walk-away settlement and email to client regarding developments | L120 | A104 | 1.30 | 962.00 |
| 02/17/16 | M. McCarthy | Review of multiple Joint Defense Group emails concerning pursuit of sanctions and related strategy | L120 | A104 | 0.90 | 666.00 |
| 02/17/16 | D. Williams | Emails regarding latest filings from plaintiffs for reconsideration and withdrawal and review of motion for reconsideration | L240 | A107 | 1.80 | 882.00 |

American Family Mutual Insurance Company
March 14, 2016
Page    2

Faegre Baker Daniels LLP
Invoice  22028995

| Date | Name | Description | Task | Activity | Hours | $   Value |
|------|------|-------------|------|----------|-------|-----------|
| 02/20/16 | M. McCarthy | Preliminary review of Plaintiffs' Rule 59/60 motion | L210 | A104 | 0.90 | 666.00 |
| 02/22/16 | D. Williams | Joint defense group strategy call and follow up actions in light of same | L120 | A107 | 1.10 | 539.00 |
| 02/26/16 | M. McCarthy | Work on review of settlement proposal from Plaintiffs and related emails | L160 | A104 | 0.90 | 666.00 |
| 02/26/16 | D. Williams | Review draft briefs to strike motion for reconsideration and emails regarding same | L120 | A107 | 1.20 | 588.00 |
| 02/27/16 | M. McCarthy | Review and analysis of motion to strike and multiple related emails | L430 | A104 | 1.20 | 888.00 |
| 02/29/16 | M. McCarthy | Telephone conference with D. Williams regarding Strike Motion | L430 | A105 | 0.20 | 148.00 |
| 02/29/16 | D. Williams | Teleconferences with JDG Counsel regarding motion to strike motion for reconsideration | L240 | A107 | 0.80 | 392.00 |

**Total Hours**                                                                      **12.90**

**Total Services**                                                      $      8,071.00

Less 20% of total fees to be held back by client per fee agreement              (1,614.20)

**Total Adjusted Services**                                             $      6,456.80


## Disbursements

| Description | Date | Task | Amount | Quantity |
|-------------|------|------|--------|----------|
| Online research | | E106 | 2.60 | 3.00 |

**Total Disbursements**                                                 $          2.60

## Invoice Total                                                        $      6,459.40

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company
March 14, 2016
Page    3

Faegre Baker Daniels LLP
Invoice  22028995

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|------|-------|-------|--------|---------|
| M. McCarthy | Partner | 7.00 | 740.00 | 5,180.00 |
| D. Williams | Partner | 5.90 | 490.00 | 2,891.00 |
| **Total** | | **12.90** | $ | **8,071.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (1,614.20) |
| **Total Services Adjusted** | | | $ | **6,456.80** |



FAEGRE BAKER
DANIELS

FaegreBD.com                                                                              USA ▾ UK ▾ CHINA

April 6, 2016                                                         Invoice        22029596
                                                                     Tax ID        41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI 53783

# Invoice Detail

**Client**          American Family Mutual Insurance Company
**Matter**          Snyder
**FaegreBD File**   485057.000013
**Client Ref**      A098-2014-001307

For professional services rendered and disbursements incurred through March 31, 2016

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 03/01/16 | M. McCarthy | Review draft strike motion and extension motion | L210 | A104 | 0.60 | 444.00 |
| 03/02/16 | M. McCarthy | Review multiple emails regarding strike motion reply and Order of Judge Kane | L210 | A104 | 1.10 | 814.00 |
| 03/02/16 | D. Williams | Review court order on motions for reconsideration and emails regarding same | L240 | A104 | 0.60 | 294.00 |
| 03/14/16 | D. Williams | Detailed review of motion for reconsideration and email to W. Rasche regarding same | L240 | A104 | 0.90 | 441.00 |
| 03/17/16 | D. Williams | Strategy Emails with J. Sands regarding response to motion for reconsideration | L240 | A107 | 0.50 | 245.00 |
| **Total Hours** | | | | | **3.70** | |

| | | |
|---|---|---|
| **Total Services** | $ | **2,238.00** |
| Less 20% of total fees to be held back by client per fee agreement | | (447.60) |
| **Total Adjusted Services** | $ | **1,790.40** |
| **Invoice Total** | $ | **1,790.40** |

American Family Mutual Insurance Company                    Faegre Baker Daniels LLP
April 6, 2016                                               Invoice  22029596
Page    2

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|------|-------|-------|--------|---------|
| M. McCarthy | Partner | 1.70 | 740.00 | 1,258.00 |
| D. Williams | Partner | 2.00 | 490.00 | 980.00 |
| **Total** | | **3.70** | **$** | **2,238.00** |
| Less 20% of total fees to be held back by client per fee agreement | | | | (447.60) |
| **Total Services Adjusted** | | | **$** | **1,790.40** |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

# FAEGRE BAKER DANIELS

FaegreBD.com

USA • UK • CHINA

May 10, 2016

| | |
|---|---|
| Invoice | 22030181 |
| Tax ID | 41-0244008 |

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI  53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through April 30, 2016

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|---|---|---|---|---|---|---|
| 04/18/16 | M. McCarthy | Review reply brief regarding Rule 59/60 motions | L120 | A104 | 0.40 | 296.00 |

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company                                    Faegre Baker Daniels LLP
May 10, 2016                                                                Invoice  22030181
Page  2

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|

**Total Hours**                                                          20.20

**Total Services**                                              $    10,034.00

Less 20% of total fees to be held back by client per fee agreement        (2,006.80)

**Total Adjusted Services**                                    $     8,027.20

## Disbursements

| Description | Date | Task | Amount | Quantity |
|-------------|------|------|--------|----------|
| Online research | | E106 | 6.30 | 17.00 |

**Total Disbursements**                                        $        6.30

**Invoice Total**                                              $     8,033.50

3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

American Family Mutual Insurance Company
May 10, 2016
Page   3

Faegre Baker Daniels LLP
Invoice  22030181

## Services Summary by Professional

| Name | Title | Hours | $   Rate | $   Value |
|------|-------|-------|----------|-----------|
| M. McCarthy | Partner | 6.80 | 740.00 | 5,032.00 |
| D. Williams | Partner | 3.20 | 490.00 | 1,568.00 |
| K. Lyons | Associate | 8.50 | 350.00 | 2,975.00 |
| S. Haag | Paralegal | 1.70 | 270.00 | 459.00 |
| **Total** | | **20.20** | $ | **10,034.00** |

Less 20% of total fees to be held back by client per fee agreement          (2,006.80)

**Total Services Adjusted**                                         $      8,027.20

# FAEGRE BAKER
## DANIELS

FaegreBD.com

USA • UK • CHINA

June 13, 2016

Invoice      22030708
Tax ID       41-0244008

American Family Mutual Insurance Company
Attn: Mr. William G. Rasche, Esq.
6000 American Parkway
Madison, WI 53783

## Invoice Detail

| | |
|---|---|
| **Client** | American Family Mutual Insurance Company |
| **Matter** | Snyder |
| **FaegreBD File** | 485057.000013 |
| **Client Ref** | A098-2014-001307 |

For professional services rendered and disbursements incurred through May 31, 2016

## Professional Services

| Date | Name | Description | Task | Activity | Hours | $ Value |
|------|------|-------------|------|----------|-------|---------|
| 05/25/16 | M. McCarthy | Telephone conference with J. Sands regarding mediation issues | L120 | A107 | 0.50 | 370.00 |
| **Total Hours** | | | | | **8.50** | |
| | | | | | | |
| **Total Services** | | | | | | **$ 4,730.00** |

American Family Mutual Insurance Company                                    Faegre Baker Daniels LLP
June 13, 2016                                                               Invoice   22030708
Page     2

Less 20% of total fees to be held back by client per fee agreement                              (946.00)


**Total Adjusted Services**                                                       $     3,784.00


## Disbursements

| Description | Date | Task | Amount | Quantity |
|---|---|---|---|---|

**Total Disbursements**                                                           $         0.30

## Invoice Total                                                                  $   3,784.30


## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|---|---|---|---|---|
| M. McCarthy | Partner | 4.50 | 740.00 | 3,330.00 |
| K. Lyons | Associate | 4.00 | 350.00 | 1,400.00 |
| **Total** | | **8.50** | $ | 4,730.00 |

Less 20% of total fees to be held back by client per fee agreement                        (946.00)

**Total Services Adjusted**                                   $     3,784.00


3200 Wells Fargo Center
1700 Lincoln Street
Denver ▾ Colorado 80203-4532
Phone +1 303 607 3500 ▾ Fax +1 303 607 3600

COVER SHEET FOR INDIVIDUAL STATEMENTS REGARDING
AUTO-OWNERS INSURANCE COMPANY
AND OWNERS INSURANCE COMPANY
("Auto-Owners")

1.       Auto-Owners was a Non-Selling Defendant.  It was represented by Gregory R. Giometti & Associates of Denver ("Giometti") and by the Lansing, Michigan office of Dykema Gossett PLLC ("Dykema").  An Individual Statement follows for each of those two firms, as they have submitted separate invoices.

2.       The Giometti firm does mostly insurance defense and bad faith defense litigation.  In recognition of the "high risk" nature of the case (Giometti Aff. ¶ 15), the Giometti firm expended $30,265 in fees in the first two months of the Lawsuit, primarily to research the claims (lengthy and vague) and to evaluate defenses.  Thereafter, significant time was saved through Auto-Owners' participation in the joint defense group. For instance, Dykema and Giometti were signatories to the Non-Seller Defendants' motion to dismiss, Doc. 392.  As detailed on the Giometti firm's Individual Statement, in my opinion that firm's requested fees of $44,967.80 are more than reasonable, both as to the hourly rates and the number of hours worked.

3.       Dykema is a national commercial litigation firm.  The lead Dykema partner on the case, Lori McAllister, has long served as outside counsel to Auto-Owners for class action cases (McAllister Aff. ¶ 4).  Thus Dykema provided high level review, oversight, and client communications in this case.  As detailed on Dykema's Individual Statement, in my opinion Dykema's requested fees of $17,002.00 are more than reasonable, both as

EXHIBIT 4
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

to the reduced hourly rate applied (a large discount from Dykema's normal rates) and the number of hours worked.

## INDIVIDUAL STATEMENT REGARDING
## AUTO-OWNERS INSURANCE COMPANY
("Auto-Owners")

1. This Individual Statement relates only to Dykema.

2. I have reviewed the affidavit of attorney Lori McAllister which is attached as Ex. 4B, and upon which I rely and incorporate here.

3. The lawyers and other timekeepers who performed services and their rates are:

    a. Lori McAllister             $350.00 per hour

    b. Theodore Greeley            $275.00 per hour

4. Attorney Lori McAllister is a highly experienced insurance and class action defense lawyer who has regularly represented Auto-Owners. Her requested rate of $350.00 is a large discount from her regular rate of $570.00. (McAllister Aff. ¶ 5) Her associate Mr. Greeley was billed at $275.00 per hour. Both rates are reasonable in my opinion, as are the total fees requested. The rates charged by these lawyers are well within the range of the rates customarily charged by lawyers of similar background and experience for similar services in the Denver, Colorado legal market.

5. Dykema submitted invoices reflecting 51.8 hours over the three years of its representation, and it is my opinion this number of hours is well within a reasonable amount of time for this case.

6. Auto-Owners has submitted invoices from Dykema for the period July 2014 through July 2017 totaling $17,002.00 for legal services, which have been paid by Auto-Owners. (McAllister Aff. ¶ 7) The invoices are attached as Ex. 4C.

EXHIBIT 4A
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

7.      I have reviewed each page and entry on those invoices.  I have made $0 in deductions to the requested fee for duplication, and I have made $0 in deductions to the requested fee for time billed associated with requesting fees.

8.      As a consequence of my review, and considering the Rule 1.5 factors and other matters expressed in my Affidavit, it is my opinion that a reasonable fee for these services is $17,002.00.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 14-CV-01736-JLK

Plaintiff(s):   **DALE SNYDER,** *et al.,*

v.

Defendant(s):   **ACORD CORPORATION,** *et al.,*

## AFFIDAVIT OF LORI McALLISTER

I, Lori McAllister, Esq., being first duly sworn under oath, do state as follows:

1.      I am over the age of 18 years, and I have personal knowledge of the facts

stated in the Affidavit and they are true and correct.

2.      I am a member of Dykema Gossett PLLC ("Dykema"), a firm of approximately

425 attorneys throughout the country.   I also serve as General Counsel for the Dykema

firmDykema has been involved in the representation of Auto-Owners Insurance Company, and

Owners Insurance Company, erroneously named as Owners Insurance, d/b/a Auto-Owners

Insurance d/b/a Home-Owners Insurance (collectively, for convenience only, referred to as

"Auto-Owners") in the class action lawsuit prosecuted by the Plaintiffs in the above-referenced

litigation.

3.      A summary of my experience is attached and incorporated into this Affidavit as

**Exhibit A**, and the contents are true and correct.

4.      In addition, I serve as outside counsel to Auto-Owners with respect to class

action cases.   In that role, I handle or supervise class action cases against Auto-Owners across

EXHIBIT 4B
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

the country, as one of my areas of concentration is the defense of class action litigation. I have served in this role for over 15 years.

5.     My billing rate for this engagement was $350 per hour, which is a substantial discount to my current rate of $570 per hour. In addition to my services, I used the services of an associate, Mr. Theodore Greeley, whose time was charged at the discounted rate of $275 per hour. Mr. Greeley was used on an as-needed and limited basis. Most of the work for this case involved participation in joint defense calls, developing strategies and facts to facilitate the defense positions, coordination with the Giometti firm, and client updates. Mr. Greeley came to Dykema after clerking for a Judge on the Sixth Circuit Court of Appeals. Mr. Greeley is an adept young attorney who was efficient in his work (especially proficient in their research and writing skills), and he provided invaluable assistance to me in handling specific assignments in this case.

6.     This case presented as a high risk case due to its breadth seeking to assert a conspiracy among insurers regarding their property policies. A significant amount of legal energy was necessary to handle the complexity and speed of the case, even when other firms took on the lion's share of drafting pleadings and motions. I did not bill for every filing made, or email exchanged, as the Giometti firm generally handled the day-to-day issues that arose during the tenure of the litigation. As such, my billings are fairly conservative.

7.     The invoices for my firm (79 pages) were billed to and paid by our client. The invoices have been redacted for privileged material, and they reflect the reasonable and necessary attorney fees incurred by this firm relating to the above-referenced lawsuit. The

amount of these reasonable and necessary fees (barring any computational errors) expended by the Dykema firm total $17,002.00.

FURTHER AFFIANT SAYETH NOT.

_____
Lori McAllister, Esq.

STATE OF MICHIGAN            )
                             )ss.
COUNTY OF INGHAM             )

Subscribed and sworn to me on this 25th day of September, 2017, by Lori McAllister.

My commission expires: _8|8|2021_

                Notary Public

KARLENE KAY ZALE
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Aug 8, 2021
ACTING IN COUNTY OF Ingham

3

Ms. McAllister is resident in the Lansing, Michigan office and is the Firm's General Counsel. She has practiced law with Dykema since 1986.

## Experience

Ms. McAllister's practice focuses on complex commercial litigation and the defense of class action lawsuits. She also serves as outside general counsel to both public and privately held companies, advising on such issues as corporate governance, compliance with Sarbanes-Oxley, and audit committee responsibilities.

Ms. McAllister recently served as lead defense counsel in a class action lawsuit filed against the insurance industry, which resulted in a complete defense victory and a reported decision from the Sixth Circuit Court of Appeals establishing the framework for the application of the federal racketeering laws to the automobile insurance industry. She also successfully defended a proposed class action where the plaintiff sought $2.1 billion.

Ms. McAllister also maintains an active practice before the Insurance Division of the Michigan Department of Financial and Insurance Services, and has successfully represented clients in cases before the Insurance Division where tens of millions of dollars were at issue. In addition to her litigation practice, Ms. McAllister acted as the lead attorney in three of the four conversions of Michigan mutual insurance companies into stock companies under Michigan's demutualization statute. Two of those companies traded on Nasdaq, and the third is privately held.

Ms. McAllister has presented speeches to professional organizations on privacy laws, the use of lawyers by small businesses, insurance issues, and the U.S. Patriot Act.

## Executive Responsibilities

Ms. McAllister serves as General Counsel to the Firm, and has previously served as a member of the law Firm's Executive Board.

Ms. McAllister is a member of the American Bar Association, the Ingham County Bar Association, and the State Bar of Michigan. She is admitted to practice in the state and federal courts of Michigan, the United States Court of Appeals for the Sixth, Eighth, Tenth and Eleventh Circuits, and the United States Supreme Court. She is a cum laude graduate of the University of Michigan Law School.

On October 1, 2002, Ms. McAllister was appointed by the Michigan Supreme Court to a three year term on the Attorney Discipline Board, the adjudicatory arm of the Supreme Court for attorney discipline matters.  On October 1, 2005, she was appointed for another three-year term, serving as Chairperson for her final year in office.

## News

- Nineteen Dykema Attorneys Listed as "Top Women Lawyers" in *Hour Magazine*
  March 17, 2016
- Dykema Posts Series of Impressive Appellate Wins Over Past Few Months

## EXHIBIT A

*Helps Clients—from Automotive to Consumer Goods, Security Alarms to Financial Services—Earn Important Victories in Key Jurisdictions*

September 16, 2013

- Fifty-Nine Dykema Lawyers Named to 2013 Michigan *SuperLawyers*
*Twenty-Three Other Dykema Lawyers Identified as Rising Stars*

September 5, 2013

## Alerts

- U.S. Supreme Court Declines to Overrule Presumption of Reliance

June 30, 2014

## Press Releases

- 101 Dykema Attorneys Named to Michigan and Texas *Super Lawyers* and *Rising Stars* Lists

September 5, 2017

- 110 Lawyers from Dykema Listed in *The Best Lawyers in America©️ 2018*
*10 Attorneys Receive "Lawyer of the Year" Honors*

August 15, 2017

- 62 Dykema Attorneys Named to Michigan *Super Lawyers* and *Rising Stars* Lists

September 1, 2016

- 115 Dykema Attorneys Listed in *The Best Lawyers in America©️ 2017*
*14 Attorneys Receive "Lawyer of the Year" Honors*

August 15, 2016

- 78 Dykema Attorneys Named to Michigan *Super Lawyers, Rising Stars* Lists

September 8, 2015

- 132 Dykema Attorneys Listed in *The Best Lawyers in America©️ 2016*
*12 Attorneys Receive "Lawyer of the Year" Honors*

August 18, 2015

- Eighty-One Dykema Attorneys Named to Michigan *Super Lawyers, Rising Stars* Lists

September 2, 2014

- *Best Lawyers* Recognizes 94 Dykema Attorneys
*Firm Receives 10 "Lawyer of the Year" Honors*

August 18, 2014

- Ninety-Two Dykema Attorneys Recognized By *Best Lawyers*
*Nearly One in Four Dykema Practitioners Earn Distinction; Seven Merit "Lawyer of the Year" Honors*

August 16, 2013

- Ninety Five Dykema Attorneys Recognized by *Best Lawyers*
*More Than One in Four Dykema Practitioners Earn Distinction*

August 23, 2012

- *Best Lawyers* Recognizes 70 Dykema Attorneys

# EXHIBIT A

*Rankings Put Firm's Attorneys on Top of the Pack in 25 Practices*
October 27, 2011

- Six Dykema Attorneys Recognized Among Top 50 Women Super Lawyers 2010
November 9, 2010

- Dykema Announces Michigan Super Lawyers
September 9, 2010

- Dykema Leads The Way With The Most Attorneys In List Of Top 50 Women Super Lawyers In Michigan For 2009
September 29, 2009

## Memberships & Involvement

- Ingham County Bar Association
- American Bar Association

## Awards & Recognition

Named by *Best Lawyers*® as Lansing Bet-the Company Litigation "Lawyer of the Year," 2016
Named by *Best Lawyers*® as Lansing Insurance Law "Lawyer of the Year," 2012, 2017
Recognized in *The Best Lawyers in America*® for Arbitration, Bet-the-Company Litigation, Commercial Litigation, Insurance Law, and Banking & Finance Litigation, 2005-2018. Copyright 2015 by Woodward/White, Inc., Aiken, SC
Named a Michigan Leading Lawyer in the areas of Class Action/Mass Tort Defense, Commercial Litigation, and Insurance, Insurance Coverage & Reinsurance Law by the *Leading Lawyers Network*, 2014-2017. Law Bulletin Publishing Company
Recognized in *Michigan Super Lawyers*® for Class Action/Mass Torts, Administrative Law, and Business Litigation, 2007-Present
Named one of Top 50 Women Super Lawyers in Michigan 2009-2011
Recipient of an AV® Preeminent™ Rating by *Martindale-Hubbell*

## Bar Admissions

- Michigan

## Court Admissions

- U.S. Supreme Court
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Western District of Michigan
- U.S. District Court, District of Colorado
- U.S. District Court, Southern District of Indiana
- Court of Appeals, 6th Circuit
- Court of Appeals, 8th Circuit
- Court of Appeals, 10th Circuit
- Court of Appeals, 11th Circuit

## EXHIBIT A

**Education**

University of Michigan, J.D., *cum laude*

Central Michigan University, B.S., *summa cum laude*

## EXHIBIT A



400 Renaissance Center • Detroit, MI 48243 • EIN ███████████

**DUE UPON RECEIPT**

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

AUGUST 14, 2014
CLIENT-MATTER NO. 076799-0073
INVOICE NO. 1587963

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SNYDER, DALE (COLORADO)**

FEES.................................................................$     70.00

**TOTAL AMOUNT DUE** ...............................$     **70.00**

EXHIBIT 4C
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK



AUTO OWNERS INS. CO.
AUGUST 14, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1587963
PAGE NO.  2

**RE:  SNYDER, DALE (COLORADO)**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/28/14 | LMSI | CORRESPONDENCE WITH CLIENT REGARDING AMENDED COMPLAINT AND ~~███████~~ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................... **0.20**
**TOTAL LEGAL FEES** ...........................................................................................$ **70.00**



AUTO OWNERS INS. CO.
AUGUST 14, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1587963
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 0.20 | 350.00 | 70.00 |
| | **TOTAL** | **0.20** | | **70.00** |



400 Renaissance Center • Detroit, MI 48243 • EIN# █████████

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

SEPTEMBER 11, 2014
CLIENT-MATTER NO. 076799-0073
INVOICE NO. 1592337

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SNYDER, DALE (COLORADO)**

| | |
|---|---|
| FEES.......................................................................$ | 6,275.00 |
| DISBURSEMENTS ..................................................... | 31.60 |
| **TOTAL AMOUNT DUE ...............................................$** | **6,306.60** |



AUTO OWNERS INS. CO.
SEPTEMBER 11, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1592337
PAGE NO.  2

## RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/04/14 | LMSI | CORRESPONDENCE WITH CLIENT RE████████ COMPLAINT. | 0.10 |
| 08/05/14 | LMSI | TELEPHONE WITH MR. WOODBURY; CORRESPONDENCE TO MS. LOPILATO. | 0.30 |
| 08/06/14 | LMSI | BEGIN REVIEW OF AMENDED COMPLAINT. | 1.00 |
| 08/07/14 | LMSI | REVIEW AMENDED COMPLAINT; TELEPHONE WITH MS. LOPILATO AND MS. BRUGAM REGARDING ████████████████STRATEGY. | 5.60 |
| 08/08/14 | LMSI | COMMUNICATIONS WITH JOINT DEFENSE GROUP; REVIEW AGREEMENT PROPOSED; CORRESPONDENCE WITH CLIENT REGARDING AGREEMENT. | 0.40 |
| 08/08/14 | TJG | BEGIN READING AMENDED COMPLAINT. | 1.20 |
| 08/09/14 | TJG | ANALYZE AMENDED COMPLAINT. | 3.50 |
| 08/10/14 | TJG | ANALYZE REMAINDER OF AMENDED COMPLAINT. | 1.90 |
| 08/11/14 | TJG | ATTEND JOINT-DEFENSE CALL. | 1.30 |
| 08/13/14 | LMSI | TELEPHONE WITH MESSRS. GIOMETTE AND MERENESS RE ████████AND STRATEGY. REVIEW JOINT DEFENSE COMMUNICATIONS. | 0.70 |
| 08/13/14 | TJG | ATTEND JOINT-DEFENSE CALL. | 1.30 |
| 08/14/14 | LMSI | REVIEW EMAIL UPDATES FROM JOINT DEFENSE GROUP. | 0.20 |
| 08/15/14 | LMSI | REVIEW JOINT DEFENSE CORRESPONDENCE (.2); EXECUTE █████████ AGREEMENT (.1). | 0.30 |
| 08/21/14 | LMSI | REVIEW OUTLINES OF PROPOSED JOINT DEFENSE GROUP; BRIEFS (.7); PARTICIPATE IN JOINT DEFENSE CALL (.8); MEMO TO CLIENTS REGARDING STATUS ████████████████ (.2). | 1.70 |
| 08/29/14 | LMSI | CORRESPONDENCE WITH LOCAL COUNSEL; CORRESPONDENCE WITH DEFENSE GROUP REGARDING JOINT MOTION TO DISMISS. | 0.40 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................. 19.90
TOTAL LEGAL FEES .......................................................................................$   6,275.00



AUTO OWNERS INS. CO.
SEPTEMBER 11, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1592337
PAGE NO.  3

| DISBURSEMENTS | |
|---|---:|
| PHOTOCOPY EXPENSES | 31.60 |
| PRINTING EXPENSES | 0.00 |
| **TOTAL DISBURSEMENTS ....................................$** | **31.60** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



AUTO OWNERS INS. CO.
SEPTEMBER 11, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1592337
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| LMSI | LORI MCALLISTER | 10.70 | 350.00 | 3,745.00 |
| TJG | THEODORE J. GREELEY | 9.20 | 275.00 | 2,530.00 |
| | **TOTAL** | **19.90** | | **6,275.00** |



400 Renaissance Center • Detroit, MI 48243 • EIN# ▓▓▓▓▓▓▓▓

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

OCTOBER 12, 2014
CLIENT-MATTER NO. 076799-0073
INVOICE NO.  1597666

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SNYDER, DALE (COLORADO)**

| | |
|---|---|
| FEES.......................................................................$ | 1,200.00 |
| DISBURSEMENTS ...................................................... | 211.00 |
| **TOTAL AMOUNT DUE .............................................$** | **1,411.00** |

− 211.00 admission
fees

pursuant. $ 1200.00
amount



DYKEMA

AUTO OWNERS INS. CO.
OCTOBER 12, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1597666
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 09/03/14 | LMSI | REVIEW STATE FARM BRIEF. | 0.60 |
| 09/04/14 | LMSI | PARTICIPATE IN JOINT DEFENSE CONFERENCE CALL (1.0); REVIEW PLEADINGS FILED BY PLAINTIFF (.4). | 1.40 |
| 09/12/14 | TJG | ATTEND JOINT-DEFENSE CALL. | 0.60 |
| 09/14/14 | TJG | COMMUNICATE WITH COUNSEL RE ███████████████ STATUS REPORT. | 0.20 |
| 09/18/14 | LMSI | REVIEW AND COMMENT ON PROPOSED MOTIONS. | 0.40 |
| 09/19/14 | LMSI | REVIEW REVISED ███████████; CORRESPONDENCE WITH DEFENSE GROUP RE STATUS ███████████████ | 0.40 |

TOTAL ATTORNEY & PARALEGAL TIME...................................................................   3.60
TOTAL LEGAL FEES ...........................................................................................$   1,200.00



AUTO OWNERS INS. CO.
OCTOBER 12, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1597666
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 08/05/14 | CHADWICK KELLY -L. MCALLISTER'S ADMISSION TO THE FEDERAL COURT IN COLORADO | 211.00 |
| | **TOTAL DISBURSEMENTS** .....................................$ | **211.00** |

*NOT charging pursuant*

***NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.***


**DYKEMA**

AUTO OWNERS INS. CO.
OCTOBER 12, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1597666
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|----------|
| LMSI | LORI MCALLISTER | 2.80 | 350.00 | 980.00 |
| TJG | THEODORE J. GREELEY | 0.80 | 275.00 | 220.00 |
| | **TOTAL** | **3.60** | | **1,200.00** |



400 Renaissance Center • Detroit, MI  48243 • EIN#

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

NOVEMBER 14, 2014
CLIENT-MATTER NO. 076799-0073
INVOICE NO.  1604182

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES ........................................................................$      490.00

**TOTAL AMOUNT DUE** ...............................................$      490.00



AUTO OWNERS INS. CO.
NOVEMBER 14, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1604182
PAGE NO.  2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 10/14/14 | LMSI | PRELIMINARY REVIEW OF DIFFERENCE IN THE SECOND AMENDED COMPLAINT. | 0.40 |
| 10/16/14 | LMSI | PARTICIPATE IN JOINT DEFENSE CALL. | 1.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................... **1.40**
**TOTAL LEGAL FEES** ...........................................................................................$ **490.00**

| DISBURSEMENTS | |
|---------------|------|
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



AUTO OWNERS INS. CO.
NOVEMBER 14, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1604182
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 1.40 | 350.00 | 490.00 |
| | **TOTAL** | **1.40** | | **490.00** |



400 Renaissance Center • Detroit, MI  48243 • EIN# ▓▓▓▓▓▓

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

DECEMBER 6, 2014
CLIENT-MATTER NO. 076799-0073
INVOICE NO.  1608001

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES .................................................................$       432.50

**TOTAL AMOUNT DUE** .............................................$       **432.50**



AUTO OWNERS INS. CO.
DECEMBER 6, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1608001
PAGE NO.  2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 11/17/14 | LMSI | REVIEW DRAFTS OF MOTIONS TO DISMISS; CORRESPONDENCE WITH MR. MERENESS REGARDING ███████████. | 0.60 |
| 11/20/14 | TJG | REVIEW MOTION TO DISMISS. | 0.10 |
| 11/22/14 | TJG | ANALYZE AMENDED COMPLAINT. | 0.20 |
| 11/26/14 | LMSI | REVIEW REVISED ARGUMENT RE MOTION TO DISMISS. | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... **1.30**
**TOTAL LEGAL FEES** ...........................................................................................$ **432.50**

---

**DISBURSEMENTS**

PRINTING EXPENSES                                         0.00

**TOTAL DISBURSEMENTS** ...................................$     **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



AUTO OWNERS INS. CO.
DECEMBER 6, 2014

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1608001
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 1.00 | 350.00 | 350.00 |
| TJG | THEODORE J. GREELEY | 0.30 | 275.00 | 82.50 |
| | **TOTAL** | **1.30** | | **432.50** |



400 Renaissance Center · Detroit, MI 48243 · EIN# ███████████

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JANUARY 21, 2015
CLIENT-MATTER NO. 076799-0073
INVOICE NO. 1613833

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SNYDER, DALE (COLORADO)**

FEES ............................................................$      700.00

**TOTAL AMOUNT DUE** ...............................$    **700.00**



AUTO OWNERS INS. CO.                                  CLIENT-MATTER NO.   076799-0073
JANUARY 21, 2015                                      INVOICE NO.  1613833
                                                     PAGE NO.  2


RE:  SNYDER, DALE (COLORADO)


| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 12/03/14 | LMSI | REVIEW MEMOS REGARDING FILINGS IN SUPPORT OF DISMISSAL OF THE COMPLAINT. | 0.40 |
| 12/05/14 | LMSI | REVIEW FILINGS TO CONFIRM TIMELY MOTION TO DISMISS. | 0.40 |
| 12/08/14 | LMSI | REVIEW REVISIONS TO MOTIONS TO DISMISS FOR FILING. | 0.40 |
| 12/10/14 | LMSI | REVIEW SUMMARY OF MOTIONS AND MULTIPLE MOTIONS TO DISMISS. | 0.40 |
| 12/15/14 | LMSI | REVIEW AND RESPOND TO STRATEGY EMAILS. | 0.40 |


**TOTAL ATTORNEY & PARALEGAL TIME**....................................................................... **2.00**
**TOTAL LEGAL FEES** ................................................................................................$  **700.00**


|  DISBURSEMENTS  |  |
|-----------------|--|
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$     **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



AUTO OWNERS INS. CO.
JANUARY 21, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1613833
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| LMSI | LORI MCALLISTER | 2.00 | 350.00 | 700.00 |
| | **TOTAL** | **2.00** | | **700.00** |



400 Renaissance Center • Detroit, MI  48243 • EIN#▒▒▒▒▒▒▒

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

FEBRUARY 16, 2015
CLIENT-MATTER NO. 076799-0073
INVOICE NO.  1617561

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES ......................................................................$      280.00

**TOTAL AMOUNT DUE** .............................................$      **280.00**



AUTO OWNERS INS. CO.
FEBRUARY 16, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1617561
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/22/15 | LMSI | REVIEW JOINT DEFENSE MEMOS REGARDING HEARING ON PLAINTIFF'S MOTION TO EXTEND TIME AND RESPOND TO SAME. | 0.20 |
| 01/29/15 | LMSI | REVIEW REPORTS REGARDING HEARING AND PLAINTIFF'S REPLY BRIEF. | 0.40 |
| 01/30/15 | LMSI | REVIEW MULTIPLE EMAILS RE HEARING AND FURTHER STRATEGY. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................... 0.80
**TOTAL LEGAL FEES** .....................................................................................$ 280.00

| DISBURSEMENTS | |
|---------------|---|
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$ 0.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



AUTO OWNERS INS. CO.
FEBRUARY 16, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1617561
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 0.80 | 350.00 | 280.00 |
| | **TOTAL** | **0.80** | | **280.00** |



400 Renaissance Center • Detroit, MI  48243 • EIN#

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JUNE 25, 2015
CLIENT-MATTER NO. 076799-0073
INVOICE NO.  1639066

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES ..............................................................................$       70.00

**TOTAL AMOUNT DUE** ..............................................$_____<u>70.00</u>



AUTO OWNERS INS. CO.
JUNE 25, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1639066
PAGE NO.  2

## RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/29/15 | LMSI | REVIEW COMMUNICATIONS FROM THE JOINT DEFENSE GROUP CONCERNING STATUS OF ▮▮▮▮▮▮▮▮▮▮▮ RESPONSES. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................. 0.20
TOTAL LEGAL FEES ...............................................................................................$ 70.00



AUTO OWNERS INS. CO.
JUNE 25, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1639066
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 0.20 | 350.00 | 70.00 |
| | **TOTAL** | **0.20** | | **70.00** |



400 Renaissance Center • Detroit, MI 48243 • EIN#██████████

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JULY 28, 2015
CLIENT-MATTER NO. 076799-0073
INVOICE NO. 1644716

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES..........................................................................$      2,422.50

**TOTAL AMOUNT DUE** .............................................$      **2,422.50**



AUTO OWNERS INS. CO.
JULY 28, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1644716
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/02/15 | TJG | BEGIN REVIEWING SUMMARY, APPENDIX 1 OF RESPONSE TO MOTION TO DISMISS. | 0.90 |
| 06/03/15 | TJG | ATTEND JOINT DEFENSE CALL. | 1.10 |
| 06/09/15 | TJG | CONTINUE ANALYZING RESPONSE TO MOTION TO AMEND; APPENDICES 2, 3, 4, 5. | 2.10 |
| 06/10/15 | LMSI | REVIEW STATUS OF THE BRIEFING ON REPLY BRIEFS AND REVIEW KEY ONES. | 0.60 |
| 06/10/15 | TJG | CONTINUE REVIEWING RESPONSE TO MOTION TO DISMISS, APPENDICES 6, 7, 8, 9, 10, 11, 12; ATTEND JOINT-DEFENSE CALL. | 3.00 |
| 06/15/15 | TJG | ANALYZE PROPOSED, REVISED REPLY TO RESPONSE TO MOTION TO AMEND. | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................   **8.10**
**TOTAL LEGAL FEES** ............................................................................................$   **2,422.50**



AUTO OWNERS INS. CO.
JULY 28, 2015

CLIENT-MATTER NO.   076799-0073
INVOICE NO.  1644716
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------|-------|--------|----------|
| LMSI | LORI MCALLISTER | 0.60 | 350.00 | 210.00 |
| TJG | THEODORE J. GREELEY | 7.50 | 295.00 | 2,212.50 |
| | **TOTAL** | **8.10** | | **2,422.50** |



400 Renaissance Center • Detroit, MI 48243 • EIN ███████████

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

FEBRUARY 23, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3041923

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SNYDER, DALE (COLORADO)**

FEES......................................................................$      210.00

**TOTAL AMOUNT DUE ...........................................$      210.00**

# DYKEMA

AUTO OWNERS INS. CO.
FEBRUARY 23, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3041923
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/20/16 | LMSI | REVIEW COUNSEL CONFERENCE INFORMATION REGARDING APPEAL ▓▓▓▓▓▓▓. | 0.20 |
| 01/22/16 | LMSI | CORRESPONDENCE TO CLIENT RE APPEAL ▓▓▓▓▓▓; CORRESPONDENCE TO JOINT DEFENSE GROUP. | 0.20 |
| 01/26/16 | LMSI | REVIEW JOINT DEFENSE GROUP COMMUNICATIONS. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**............................................................................  **0.60**
**TOTAL LEGAL FEES** ..........................................................................................$  **210.00**



AUTO OWNERS INS. CO.
FEBRUARY 23, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3041923
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| LMSI | LORI MCALLISTER | 0.60 | 350.00 | 210.00 |
| | **TOTAL** | **0.60** | | **210.00** |



400 Renaissance Center • Detroit, MI 48243 • EIN# ████████

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

MARCH 16, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO.  3046652

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES ........................................................... $       770.00

**TOTAL AMOUNT DUE** ............................. $    <u>770.00</u>



AUTO OWNERS INS. CO.
MARCH 16, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3046652
PAGE NO.  2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 02/05/16 | LMSI | REVIEW DRAFT DISMISSAL AGREEMENT AND CORRESPOND RE SAME. | 0.20 |
| 02/12/16 | LMSI | REVIEW CORRESPONDENCE RE STATUS OF POTENTIAL SETTLEMENT WITH PLAINTIFFS AND STRATEGY. | 0.20 |
| 02/16/16 | LMSI | REVIEW NEW FILINGS AND UPDATE CLIENTS REGARDING STATUS. | 0.30 |
| 02/17/16 | LMSI | REVIEW ORDER ON MOTION TO WITHDRAW; REVIEW MULTIPLE EMAILS AMONG THE JOINT DEFENSE GROUP. | 0.20 |
| 02/22/16 | LMSI | PARTICIPATE IN JOINT DEFENSE CALL. | 0.70 |
| 02/26/16 | LMSI | REVIEW MEMOS AND DRAFT BRIEFS REGARDING PLAINTIFF'S MOTION FOR REHEARING. | 0.30 |
| 02/29/16 | LMSI | REVIEWING REVISED MOTION TO BE FILED AND NUMEROUS COUNSEL EMAILS RE FILINGS. | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................. **2.20**
**TOTAL LEGAL FEES** .................................................................................................$ **770.00**



AUTO OWNERS INS. CO.
MARCH 16, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3046652
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 2.20 | 350.00 | 770.00 |
| | **TOTAL** | **2.20** | | **770.00** |



400 Renaissance Center • Detroit, MI 48243 • EIN#

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

APRIL 13, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3052136

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: SNYDER, DALE (COLORADO)**

FEES..........................................................................$      350.00

**TOTAL AMOUNT DUE** ..............................................$      **350.00**



AUTO OWNERS INS. CO.
APRIL 13, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3052136
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 03/02/16 | LMSI | REVIEW DRAFT RESPONSE; CORRESPONDENCE WITH CLIENT REGARDING COURT ORDER. | 0.40 |
| 03/18/16 | LMSI | REVIEW DRAFT MOTION AND MULTIPLE EMAILS RE FILING STRATEGY. | 0.20 |
| 03/30/16 | LMSI | REVIEW PROPOSED RESPONSE TO MOTION FOR RECONSIDERATION; MEMO TO CLIENTS RE SAME. | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................... **1.00**
**TOTAL LEGAL FEES** ...............................................................................................$ **350.00**



AUTO OWNERS INS. CO.
APRIL 13, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3052136
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 1.00 | 350.00 | 350.00 |
| | **TOTAL** | **1.00** | | **350.00** |



400 Renaissance Center • Detroit, MI  48243 • EIN#

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

MAY 11, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO.  3058205

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

DISBURSEMENTS ..................................................... 244.00

TOTAL AMOUNT DUE .............................................$     244.00

$ 0.00   *Not Charged to pursuant*



AUTO OWNERS INS. CO.
MAY 11, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3058205
PAGE NO.  2

---

| | DISBURSEMENTS | |
|---|---|---|
| 04/13/16 | STATE OF MICHIGAN GOOD STANDING FOR SNYDER APPEAL | 10.00 |
| 04/14/16 | ELISABETH A. SCHUMAKER, CLERK MCALLISTER ADMISSION FEE | 225.00 |
| | FAX | 9.00 |
| | **TOTAL DISBURSEMENTS .....................................$** | **244.00** |

*not charged to pursuit*

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



400 Renaissance Center • Detroit, MI 48243 • EIN▓▓▓▓▓▓▓

**DUE UPON RECEIPT**

AUTO OWNER'S INS. CO.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JUNE 8, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3064066

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

FEES ...................................................................$   315.00

DISBURSEMENTS...........................................   78.00

TOTAL AMOUNT DUE...................................$   393.00

*[handwritten: 315.00 minus 105. pusing $210]*



AUTO OWNERS INS. CO.
JUNE 8, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3064066
PAGE NO. 2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/03/16 | LMSI | REVIEW AND RESPOND TO EMAILS REGARDING SEEKING ATTORNEY FEES. | 0.30 |
| 05/05/16 | LMSI | PARTICIPATE IN GROUP CONFERENCE CALL RE ▓▓▓▓▓▓▓▓▓▓▓▓▓ FEES AND COSTS. | 0.30 |
| 05/13/16 | LMSI | CORRESPONDENCE TO CLIENT RE MEDIATION CONFERENCE. | 0.10 |
| 05/23/16 | LMSI | REVIEW STRATEGY MEMOS REGARDING SETTLEMENT CONFERENCE; CORRESPONDENCE WITH MR. MERENESS RE SAME. | 0.20 |

_no_

TOTAL ATTORNEY & PARALEGAL TIME ....................................................................   0.90
TOTAL LEGAL FEES ......................................................................................$   315.00

105.00

210.00



400 Renaissance Center • Detroit, MI 48243 • EIN#⬛⬛⬛⬛⬛⬛

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JULY 12, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3070846

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

FEES ...............................................................$    105.00   *present*

DISBURSEMENTS..........................................    10.00

TOTAL AMOUNT DUE..............................$     115.00



AUTO OWNERS INS. CO.
JULY 12, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3070846
PAGE NO.  2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/10/16 | LMSI | REVIEW MULTIPLE EMAILS FROM DEFENSE GROUP AND NOTICES FROM THE COURT RE COMPLETENESS OF RECORD FOR APPEAL. | 0.30 |

TOTAL ATTORNEY & PARALEGAL TIME ........................................................... 0.30
TOTAL LEGAL FEES ...................................................................................$ 105.00



AUTO OWNERS INS. CO.
JULY 12, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3070846
PAGE NO.  3

| DISBURSEMENTS | |
|---|---|
| 04/01/16 | SUPPLEMENTAL FEE FOR COLORADO KELLY CHADWICK-MICH ELF | 10.00 |

TOTAL DISBURSEMENTS................................. $      10.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



AUTO OWNERS INS. CO.
JULY 12, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3070846
PAGE NO. 4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 0.30 | 350.00 | 105.00 |
| | **TOTAL** | **0.30** | | **105.00** |



400 Renaissance Center • Detroit, MI 48243 • EIN▓▓▓▓▓▓▓▓

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

AUGUST 12, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3077699

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

FEES ........................................................... $  560.00  *pursuit*

TOTAL AMOUNT DUE............................... $  560.00



AUTO OWNERS INS. CO.
AUGUST 12, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3077699
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/06/16 | LMSI | REVIEW PLEADINGS TO BE FILED IN THE 10TH CIRCUIT; REVIEW COURT OPINION ON THE AWARD OF ATTORNEY FEES; CORRESPONDENCE TO CLIENT REGARDING DECISION. | 0.40 |
| 07/07/16 | LMSI | REVIEW NOTICE OF APPEAL AND CORRESPONDENCE WITH CLIENT RE SAME; PARTICIPATE IN JOINT DEFENSE GROUP CONFERENCE CALL. | 0.40 |
| 07/08/16 | LMSI | CORRESPONDENCE WITH CLIENT AND WITH JOINT DEFENSE GROUP RE SETTLEMENT POSITION. | 0.20 |
| 07/13/16 | LMSI | REVIEW COURT DISMISSAL OF APPEAL ON FEES AND ADVISE CLIENT OF SAME. | 0.20 |
| 07/21/16 | LMSI | EMAIL TO CLIENT REGARDING PLAINTIFF'S BRIEF ON APPEAL; REVIEW JOINT DEFENSE GROUP EMAILS REGARDING RESPONSE BRIEFS AND STRATEGY. | 0.20 |
| 07/22/16 | LMSI | REVIEW CORRESPONDENCE AND COURT NOTICE REGARDING PLAINTIFFS' APPEAL BRIEF. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME ........................................................ 1.60
TOTAL LEGAL FEES ...............................................................................$ 560.00



AUTO OWNERS INS. CO.
AUGUST 12, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3077699
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| LMSI | LORI MCALLISTER | 1.60 | 350.00 | 560.00 |
| | TOTAL | 1.60 | | 560.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN# ▓▓▓▓▓▓

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

SEPTEMBER 14, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3083469

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

FEES ............................................................. $    70.00    *pursuit*

TOTAL AMOUNT DUE.......................................... $    70.00



AUTO OWNERS INS. CO.
SEPTEMBER 14, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3083469
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/17/16 | LMSI | REVIEW COURT ORDERS AND PLAINTIFF'S ADDITIONAL FILINGS. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME .................................................................    0.20
TOTAL LEGAL FEES .............................................................................................$   70.00



AUTO OWNERS INS. CO.
SEPTEMBER 14, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3083469
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 0.20 | 350.00 | 70.00 |
| | **TOTAL** | 0.20 | | 70.00 |



400 Renaissance Center • Detroit, MI  48243 • EIN

DUE UPON RECEIPT

AUTO OWNERS INS. CO.

P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

OCTOBER 11, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO.  3089684

*FOR PROFESSIONAL SERVICES RENDERED*

RE:  SNYDER, DALE (COLORADO)

FEES ................................................................... $       910.00   *pursuit*

DISBURSEMENTS ...............................................        14.00

TOTAL AMOUNT DUE............................................ $       924.00



AUTO OWNERS INS. CO.
OCTOBER 11, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3089684
PAGE NO. 2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/15/16 | LMSI | PARTICIPATE IN JOINT DEFENSE CALL. | 1.00 |
| 09/19/16 | LMSI | REVIEW BRIEF ON APPEAL; REVIEWING MULTIPLE EMAILS WITH DEFENSE GROUP; PARTICIPATE IN JOINT DEFENSE CALL. | 1.40 |
| 09/20/16 | LMSI | PARTICIPATE IN JOINT DEFENSE CALL RE REVISED BRIEF. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................. 2.60
TOTAL LEGAL FEES .......................................................................................$ 910.00



AUTO OWNERS INS. CO.
OCTOBER 11, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3089684
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 2.60 | 350.00 | 910.00 |
| | TOTAL | 2.60 | | 910.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN#

DUE UPON RECEIPT

AUTO OWNERS INS. CO.

P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

NOVEMBER 10, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3096652

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

| | |
|---|---|
| FEES ......................................................... $ | 175.00   *pursuit* |
| DISBURSEMENTS ........................................... | 39.00 |
| TOTAL AMOUNT DUE....................................$ | 214.00 |



AUTO OWNERS INS. CO.
NOVEMBER 10, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3096652
PAGE NO.  2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----------|------|
| 10/11/16 | LMSI | REVIEWING NEW MOTION AND BRIEFS RESPONDING TO THE MOTION AND RELATED CORRESPONDENCE. | 0.30 |
| 10/20/16 | LMSI | REVIEW PLEADINGS AND UPDATE CLIENT RE SAME. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME ................................................................. 0.50
TOTAL LEGAL FEES .............................................................................$ 175.00



AUTO OWNERS INS. CO.
NOVEMBER 10, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3096652
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| LMSI | LORI MCALLISTER | 0.50 | 350.00 | 175.00 |
| | **TOTAL** | 0.50 | | 175.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN# ▓▓▓▓▓▓▓

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
▓▓▓▓▓▓▓▓▓▓▓▓▓
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

DECEMBER 8, 2016
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3102944

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

FEES ................................................................. $     105.00     *pursuant*

TOTAL AMOUNT DUE.......................................... $     105.00



AUTO OWNERS INS. CO.
DECEMBER 8, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3102944
PAGE NO. 2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 11/03/16 | LMSI | REVIEW MULTIPLE GROUP EMAILS AND REQUEST FROM PLAINTIFF'S COUNSEL TO STRIKE BRIEF. | 0.30 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................... 0.30
TOTAL LEGAL FEES ...................................................................................$ 105.00



AUTO OWNERS INS. CO.
DECEMBER 8, 2016

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3102944
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| LMSI | LORI MCALLISTER | 0.30 | 350.00 | 105.00 |
| | TOTAL | 0.30 | | 105.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN#██████████

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
██████████████
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JANUARY 17, 2017
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3109074

*FOR PROFESSIONAL SERVICES RENDERED*

RE: SNYDER, DALE (COLORADO)

FEES ............................................................$   315.00   *pursuant*

DISBURSEMENTS.......................................   36.00

TOTAL AMOUNT DUE...........................................$   351.00



AUTO OWNERS INS. CO.
JANUARY 17, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3109074
PAGE NO. 2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 12/05/16 | LMSI | REVIEW REVISED SANCTIONS BRIEF; EMAIL WITH CLIENT RE SAME. | 0.20 |
| 12/15/16 | LMSI | REVIEW LATEST THREAT FROM PLAINTIFFS COUNSEL TO FILE MOTION FOR SANCTIONS. | 0.10 |
| 12/16/16 | LMSI | REVIEW GROUP DEFENSE CORRESPONDENCE RE RESPONSE TO PLAINTIFF'S THREAT TO FILE A NEW MOTION FOR SANCTIONS. | 0.20 |
| 12/19/16 | LMSI | REVIEW EMAIL FROM MR. HERNANDEZ; UPDATE MS. BRUGAM AND MS.LOPILATO REGARDING SAME. | 0.20 |
| 12/20/16 | LMSI | REVIEWING MULTIPLE GROUP EMAILS REGARDING RESPONDING TO PLAINTIFF'S COUNSEL LATEST THREAT TO FILE FOR SANCTIONS. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME ...................................................................... 0.90
TOTAL LEGAL FEES ..............................................................................................$  315.00



AUTO OWNERS INS. CO.
JANUARY 17, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3109074
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| LMSI | LORI MCALLISTER | 0.90 | 350.00 | 315.00 |
| | TOTAL | 0.90 | | 315.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN# ▓▓▓▓▓▓▓

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

MARCH 17, 2017
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3120978

*FOR PROFESSIONAL SERVICES RENDERED*

RE:  SNYDER, DALE (COLORADO)

FEES ...................................................................... $  70.00    *pursuit*

DISBURSEMENTS............................................  0.30

TOTAL AMOUNT DUE........................................ $  70.30



AUTO OWNERS INS. CO.
MARCH 17, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3120978
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 02/13/17 | LMSI | REVIEW LATEST THREATS FROM MR. HERNANDEZ; REVIEW PROPOSED RESPONSES TO HERNANDEZ. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME...................................................................   0.20
TOTAL LEGAL FEES ...........................................................................................$   70.00



AUTO OWNERS INS. CO.
MARCH 17, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3120978
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 0.20 | 350.00 | 70.00 |
| | **TOTAL** | 0.20 | | 70.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN#▮▮▮▮▮▮▮

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

APRIL 21, 2017
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3127924

FOR PROFESSIONAL SERVICES RENDERED

RE: SNYDER, DALE (COLORADO)

FEES ...................................................................$   490.00   *pursuit*

DISBURSEMENTS.................................................   3.00

TOTAL AMOUNT DUE...........................................$   493.00



AUTO OWNERS INS. CO.
APRIL 21, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3127924
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 03/01/17 | LMSI | REVIEW COURT FILING REGARDING SANCTIONS AND EMAILS REGARDING STRATEGY. | 0.20 |
| 03/09/17 | LMSI | REVIEW REVISED RESPONSE TO MOTION FOR SANCTIONS. | 0.20 |
| 03/16/17 | LMSI | REVIEW FINAL BRIEF AND CORRESPONDENCE TO CLIENTS RE SAME. | 0.20 |
| 03/20/17 | LMSI | REVIEW MEMO FROM PLAINTIFF'S COUNSEL REGARDING ANOTHER MOTION FOR SANCTIONS; UPDATE CLIENTS REGARDING MOTION; REVIEW SUPPLEMENTAL AUTHORITY LETTER. | 0.30 |
| 03/27/17 | LMSI | REVIEW PROPOSED RESPONSE TO PLAINTIFF'S MOTION REQUEST. | 0.10 |
| 03/28/17 | LMSI | REVIEW APPELLANTS' MOTION TO AMEND MOTION FOR SANCTIONS. | 0.20 |
| 03/30/17 | LMSI | REVIEW LATEST REQUEST FROM PLAINTIFF'S COUNSEL REGARDING JUDICIAL RECUSAL; UPDATE CLIENT REGARDING SAME. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME................................................................. 1.40
TOTAL LEGAL FEES ....................................................................................$ 490.00



AUTO OWNERS INS. CO.
APRIL 21, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3127924
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------|------|--------|--------|
| LMSI | LORI MCALLISTER | 1.40 | 350.00 | 490.00 |
| | TOTAL | 1.40 | | 490.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN# ▓▓▓▓▓

AUTO OWNERS INS. CO.
▓▓▓▓▓▓▓▓▓▓
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

DUE UPON RECEIPT

MAY 17, 2017
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3132657

*FOR PROFESSIONAL SERVICES RENDERED*

RE:  SNYDER, DALE (COLORADO)

FEES ........................................................................ $    280.00

TOTAL AMOUNT DUE........................................... $    280.00

*minus $70*

*met pursuit $210*

# DYKEMA

AUTO OWNERS INS. CO.
MAY 17, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3132657
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 04/04/17 | LMSI | REVIEW CORRESPONDENCE REGARDING MOTION FOR SANCTIONS. | 0.10 |
| 04/06/17 | LMSI | REVIEW COURT OPINION. | 0.20 |
| 04/10/17 | LMSI | REVIEW JOINT DEFENSE COMMUNICATIONS REGARDING STRATEGY. | 0.10 |
| 04/13/17 | LMSI | REVIEW PLAINTIFFS LATEST EMAIL SEEKING CONCURRENCE AND UPDATE CLIENT RE SAME. | 0.10 |
| 04/17/17 | LMSI | REVIEW CORRESPONDENCE BY JOINT DEFENSE GROUP WITH PLAINTIFF REGARDING REHEARING MOTION. | 0.10 |
| 04/18/17 | LMSI | REVIEW EMAILS REGARDING REQUESTS FOR ATTORNEY FEES. | 0.20  ) - no |

TOTAL ATTORNEY & PARALEGAL TIME.................................................  0.80
TOTAL LEGAL FEES .......................................................................$  280.00

_— 70_

_Represent $ 210.00_



AUTO OWNERS INS. CO.
MAY 17, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3132657
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| LMSI | LORI MCALLISTER | 0.80 | 350.00 | 280.00 |
|  |  | -.2 |  |  |
|  | TOTAL | 0.80 |  | ~~280.00~~ |
|  |  |  |  | 210.00 |



400 Renaissance Center • Detroit, MI 48243 • EIN:

DUE UPON RECEIPT

AUTO OWNERS INS. CO.

P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

JUNE 14, 2017
CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3137406

*FOR PROFESSIONAL SERVICES RENDERED*

RE:  SNYDER, DALE (COLORADO)

FEES ............................................................... $      385.00

DISBURSEMENTS ..........................................          15.40

TOTAL AMOUNT DUE........................................ $      400.40   = pursuit



AUTO OWNERS INS. CO.
JUNE 14, 2017

CLIENT-MATTER NO. 076799-000073
INVOICE NO. 3137406
PAGE NO. 2

RE: SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----------|-------|
| 05/02/17 | LMSI | REVIEW NEW PLEADINGS; REVIEW EMAIL FROM MR. MERENESS RE STATUS. | 0.30 |
| 05/12/17 | LMSI | REVIEW PLAINTIFF'S REPLY BRIEF; UPDATE CLIENT RE SAME. | 0.10 |
| 05/16/17 | LMSI | REVIEW PLAINTIFF'S LATEST MOTION AND ADVISE CLIENT REGARDING SAME. | 0.20 |
| 05/18/17 | LMSI | REVIEW EMAILS REGARDING PLAINTIFF'S LATEST REQUEST FOR CONCURRENCE. | 0.10 |
| 05/26/17 | LMSI | REVIEW NUMEROUS ORDERS FROM THE 10TH CIRCUIT AND UPDATE CLIENTS REGARDING SAME. | 0.40 |

TOTAL ATTORNEY & PARALEGAL TIME.......................................................... 1.10
TOTAL LEGAL FEES ...........................................................................$ 385.00



AUTO OWNERS INS. CO.
JUNE 14, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO. 3137406
PAGE NO. 3

| DISBURSEMENTS | |
| --- | --- |
| PHOTOCOPY EXPENSES | 15.40 |
| TOTAL DISBURSEMENTS.................................. $ | 15.40 |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



400 Renaissance Center • Detroit, MI 48243 • EIN ▮▮▮▮▮▮▮

DUE UPON RECEIPT

AUTO OWNERS INS. CO.
WILLIAM WOODBURY
P.O. BOX 30660
6101 ANACAPRI BLVD.
LANSING, MI 48909

AUGUST 15, 2017
CLIENT-MATTER NO. 076799-000073
INVOICE NO.  3148905

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  SNYDER, DALE (COLORADO)**

FEES.............................................................................$   350.00

**TOTAL AMOUNT DUE** .............................................$   **350.00**

*minus 210*

*net present $140*

# DYKEMA

AUTO OWNERS INS. CO.
AUGUST 15, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3148905
PAGE NO.  2

RE:  SNYDER, DALE (COLORADO)

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/03/17 | LMSI | REVIEW ORDER ON SANCTIONS; UPDATE CLIENTS REGARDING SAME. | 0.20 |
| 07/11/17 | LMSI | REVIEWING UPDATES FROM THE DEFENSE GROUP. | 0.20 |
| 07/14/17 | LMSI | PARTICIPATE IN JOINT DEFENSE CALL REGARDING FEE PETITION. | 0.60 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................. 1.00
TOTAL LEGAL FEES ...............................................................................$ 350.00

-210

net present $140



AUTO OWNERS INS. CO.
AUGUST 15, 2017

CLIENT-MATTER NO.   076799-000073
INVOICE NO.  3148905
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------|-------|--------|--------|
| LMSI | LORI MCALLISTER | 1.00 | 350.00 | 350.00 |
| | **TOTAL** | **1.00** | | ~~350.00~~ |

-210 = 140

## INDIVIDUAL STATEMENT REGARDING
## AUTO-OWNERS INSURANCE COMPANY AND
## OWNERS INSURANCE COMPANY
### ("Auto-Owners")

1.      This Individual Statement relates only to Giometti.

2.      I have reviewed the affidavit of attorney Gregory R. Giometti which is attached as Ex. 4E, and upon which I rely and incorporate here.

3.      The lawyers and other timekeepers who performed services and their rates are:

| | | |
|---|---|---|
| a. | Gregory Giometti | $155.00-160.00 per hour |
| b. | John Mereness | $155.00 per hour |
| c. | Tamara Wayland | $150.00 per hour |
| d. | Joseph Cox | $140.00 per hour |
| e. | Michael Bellamy (lawyer billed at paralegal rate) | $85.00 per hour |
| f. | Sandra Ruszkowski (paralegal) | $85.00 per hour |
| g. | Ghandia Johnson (paralegal) | $85.00 per hour |
| h. | Peggy Leetzow (paralegal) | $85.00 per hour |

4.      Mr. Giometti is a highly experienced trial attorney (33 years) who specializes in insurance defense.  In my opinion, his rate of $160.00 is extremely reasonable, as are the rates of the other experienced attorneys and paralegals working under his supervision.  The rates charged by his insurance defense firm range from $160.00-$140.00 for attorneys and $85.00 per hour for paralegals.  These "third-party" insurance defense rates where the lawyer's represent insured people or entities are lower

EXHIBIT 4D
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

than the prevailing rates for commercial litigation where the insurance company itself is a

defendant, and they were reasonable and customary for a firm almost exclusively devoted

to the practice of insurance defense.

5.      In my opinion, the rates charged by these lawyers and paralegals are well

within the range of the rates (and are, in fact, quite low) customarily charged by lawyers

of similar background and experience for similar services in the Denver, Colorado legal

market.

6.      Giometti submitted invoices reflecting 300 hours over the three years of its

representation, and it is my opinion this is a reasonable amount of time for this case.

7.      Auto-Owners has submitted invoices from Giometti for the period July

2014 through July 2017 totaling $44,967.80 for legal services, which has been paid by

Auto-Owners.  (Giometti Aff. ¶ 16)  The invoices are attached as Ex. 4F.

8.      I have reviewed each page and entry on those invoices.  I have made $0 in

deductions to the requested fee for duplication, and I have made $0 in deductions to the

requested fee for time billed associated with requesting fees.

9.      As a consequence of my review, and considering the Rule 1.5 factors and

other matters expressed in my Affidavit, it is my opinion that a reasonable fee for these

services is $44,967.80.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 14-CV-01736-JLK

Plaintiff(s):   **DALE SNYDER,** *et al.,*

v.

Defendant(s):   **ACORD CORPORATION,** *et al.,*

## AFFIDAVIT OF GREGORY R. GIOMETTI

I, Gregory R. Giometti, Esq., being first duly sworn under oath, do state as follows:

1.      I am over the age of 18 years, and I have personal knowledge of the facts stated in the Affidavit and they are true and correct.

2.      I am the president of the law firm of Gregory R. Giometti & Associates, P.C., which has been involved in the representation of Auto-Owners Insurance Company, and Owners Insurance Company, erroneously named as Owners Insurance, d/b/a Auto-Owners Insurance d/b/a Home-Owners Insurance (collectively, for convenience only, referred to as "Auto-Owners") in the class action lawsuit prosecuted by the Plaintiffs in the above-referenced litigation.

3.      I have been actively involved in the practice of law for 33 years, and I have conducted approximately 75 jury trials in Colorado state and federal courts.  During most of my career I have worked representing insurance companies and their insureds in litigation, including a substantial amount of insurance bad faith and insurance coverage litigation in both first party and third-party cases.  During the course of my practice I have provided legal services to a number of insurance companies, which write both personal and commercial lines.  For two years

EXHIBIT 4E
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK