*Snyder v. ACORD Corp.*
**Civil Action No. 1:14-cv-1736-JLK**

# Exhibit B

## Affidavit of
## Kevin Shea, Esq.

## Part 5

Page: 2

July 21, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:        127349
Matter ID:   13219.0603

| Date | TK | Description | Hours | | Amount |
|------|-----|-------------|-------|---|--------|
| 6/20/2017 | MOD | Read and analyze correspondence. | 0.20 | $ | 90.00 |
| 6/21/2017 | JAM | Review latest order from Tenth Circuit. | 0.10 | $ | 37.50 |
| ██████ | ████ | ████████████████ | ████ | █ | █████ |
| 6/23/2017 | MOD | Read and analyze correspondence. | 0.20 | $ | 90.00 |
| ██████ | ████ | ████████████ | ████ | █ | █████ |
| ██████ | ████ | ██████████████ | ████ | █ | █████ |
| 6/26/2017 | MOD | Read and analyze correspondence. | 0.20 | $ | 90.00 |
| ██████ | ████ | ████████████████ | ████ | █ | █████ |
| ██████ | ████ | ███████████████ | ████ | █ | █████ |
| ██████ | ████ | █████████████ | ████ | █ | █████ |
| ██████ | ████ | ███████████ | | | █████ |
| ██████ | ████ | ███████████ | | | █████ |
| ██████ | ████ | ████████████ | | | █████ |
| ██████ | ████ | ████████ | ████ | █ | █████ |
| ██████ | ████ | ██████████ | ████ | █ | █████ |

Total Hours:    ~~6.80~~
                2.60
Fees for Services:   $   ~~2,715.00~~
                1,110.00

### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | BILL AMOUNT |
|------------|--------------|-----------------|-------------|
| Jeremy A. Moseley | 4.60 | 375.00 | $  1,725.00 |
| Michael L. O'Donnell | 2.20 | 450.00 | $   990.00 |
| Total All Timekeepers | 6.80 | | $  2,715.00 |

July 21, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:     127349
Matter ID:   13219.0603



```
     TOTAL FOR ALL INVOICES:        147.20 HOURS        $53,780.00 FEES
```

## INDIVIDUAL STATEMENT REGARDING
## FIREMAN'S FUND INSURANCE COMPANY
### ("Fireman's Fund")

1.      Fireman's Fund was a Non-Selling Defendant.  It was represented by Hall & Evans, LLC of Denver, Colorado ("Hall & Evans").

2.      I have reviewed the affidavit of attorney Lisa F. Mickley which is attached as Ex. 9A, and upon which I rely and incorporate here.

3.      Hall & Evans represented two sets of Defendants referred to as Fireman's[1] and Sentry.[2]  To effectuate cost savings most work benefitted both groups, and 50% of the time charged was billed to each.  Hall & Evans submitted invoices totaling $58,404.00.  Fireman's Fund requests payment of approximately 50% of that amount, $28,151.50, which is only a portion of the fees actually incurred.  (Mickley Aff. ¶ 11)

4.      The lawyers and other timekeepers who performed services and their rates are:

|     |                         |                          |
|-----|-------------------------|--------------------------|
| a.  | Lisa F. Mickley         | $335.00 per hour         |
| b.  | Thomas J. Lyons         | $335.00 per hour         |
| c.  | Bruce A. Menk           | $300.00 per hour         |
| d.  | Lance E. Shurtleff      | $300.00 per hour         |
| e.  | Diane Cannon (paralegal)| $125.00-145.00 per hour  |

---

[1] The Fireman's Defendants are:  Allianz of America, Inc., Allianz Global Risks US Insurance Company, American Automobile Insurance Company a/k/a Fireman's Fund Insurance Company of Missouri, Associated Indemnity Corporation, Fireman's Fund Insurance Company, and National Surety Corporation.

[2] Sentry Insurance, A Mutual Company.

EXHIBIT 9
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

5.      Hall & Evans is a Denver law firm well known for its insurance defense expertise.  The primary lawyers from Hall & Evans were Lisa Mickley and Thomas Lyons.  Ms. Mickley has more than 20 years' experience in civil litigation focusing on insurance.  Mr. Lyons has more than 35 years' experience as a civil litigation lawyer. (Mickley Aff. ¶¶ 3, 4)

These lawyers billed at $335.00 per hour, which is a very reasonable rate in my opinion and within the rates customarily charged in Denver.  The other timekeepers on the file billed at rates lower than $300.00, which are also reasonable and within Denver norms.

6.      In my opinion, the rates charged by these lawyers are within the range of the rates customarily charged by attorneys of similar background and experience for similar services in the Denver, Colorado legal market.

7.      Hall & Evans submitted invoices reflecting 92.3 hours over the three years of its representation of Fireman's, and it is my opinion this reflects a reasonable amount of time for this case.

8.      Fireman's Fund has submitted invoices from Hall & Evans for the period August 2014 through April 2016 totaling $28,151.50 for legal services, which have been paid by Fireman's Fund and Sentry.  (Mickley Aff. ¶ 10)  The invoices are attached as Ex. 9B.

9.      I have reviewed each page and entry on those invoices.  I have made $0 in deductions to the requested fee for duplication, and I have made $0 in deductions to the requested fee for time billed associated with requesting fees.

2

10.     As a consequence of my review, and considering the Rule 1.5 factors and other matters expressed in my Affidavit, it is my opinion that a reasonable fee for these services is $28,151.00

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

DALE SNYDER, individually and
on behalf of all others similarly situated,

                                  Civil Action No.: 1:14-cv-01736-JLK

              Plaintiffs,

     v.

ACORD CORPORATION, *et al.*,

              Defendants.

---

**SECOND AMENDED AND SUPPLEMENTAL AFFIDAVIT OF LISA F. MICKLEY IN
SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES ON
BEHALF OF DEFENDANTS ALLIANZ OF AMERICA, INC., ALLIANZ GLOBAL
RISKS US INSURANCE COMPANY, AMERICAN AUTOMOBILE INSURANCE
COMPANY a/k/a FIREMAN'S FUND INSURANCE COMPANY OF MISSOURI,
ASSOCIATED INDEMNITY CORPORATION, FIREMAN'S FUND INSURANCE
COMPANY AND NATIONAL SURETY CORPORTATION**

---

      Pursuant to Fed. R. Civ. P. 54(d) and D.C. Colo. L. Civ. R. 54.3, I, Lisa F. Mickley, being first duly sword, depose and state as follows:

      1.      My name is Lisa F. Mickley. I am a natural person above the age for eighteen years of age and am competent to testify to the matters stated in this Affidavit of Lisa F. Mickley In Support of Defendants' Motion for Award of Attorneys' Fees On Behalf of Allianz of America, Inc., Allianz Global Risks US Insurance Company, American Automobile Insurance Company a/k/a Fireman's Fund Insurance Company of Missouri, Associated Indemnity Corporation, Fireman's Fund Insurance Company and National Surety Corporation ("Affidavit").

      2.      I am a Member at the law firm Hall & Evans, LLC (Hall & Evans). My business address and telephone number are: 1001 Seventeenth Street, Suite 300, Denver CO 80202; Telephone No. (303) 628-3300. I am an attorney duly registered and in good standing to practice law in the State of Colorado, practicing under attorney registration number 24405. I am admitted to the Federal District Court in the District of Colorado. Hall & Evans represents Defendants Allianz of America, Inc., Allianz Global Risks US Insurance Company, American Automobile Insurance Company a/k/a Fireman's Fund Insurance Company of Missouri, Associated Indemnity Corporation, Fireman's Fund Insurance Company, and National Surety Corporation[1] ("Fireman's

---

[1] In addition to Fireman's Fund Defendants, Hall & Evans is also counsel of record for Defendant Sentry Insurance A Mutual Company. *See also* Defendants' Motion for Award of Attorneys' Fees, Exhibit A. A separate Affidavit, titled

EXHIBIT 9A
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

Fund Defendants") in this case. This Affidavit is provided in support of Defendants'[2] Motion for Award of Attorneys' Fees (the "Motion").

3.      I have over 20 years of experience in civil litigation and insurance coverage matters. I have experience dealing with first party coverage disputes including both individual and commercial property policies. I have experience in litigation of coverage disputes. I have spoken and published on various legal topics regarding insurance claims and coverage issues.

4.      In addition, counsel Thomas J. Lyons from Hall & Evans assisted with the defense of this case. Mr. Lyons is Senior Counsel at Hall & Evans. Mr. Lyons has over 35 years of complex civil litigation experience. Mr. Lyons is duly registered and in good standing to practice law in the State of Colorado, practicing under attorney registration number 8381. Mr. Lyons is admitted to the Federal District Court in the District of Colorado.

5.      While Mr. Lyons and I were the primary attorneys of record for Fireman's Fund Defendants, other attorneys from Hall & Evans assisted with the defense of this case providing support, legal experience and legal services to assist with the various complex issues presented by this case. Each assisting attorney is duly registered and in good standing to practice law in the State of Colorado.

6.      Hall & Evans has diligently and competently represented Fireman's Fund Defendants in the defense of this substantial matter in which the Plaintiffs, comprised of individual insurance policy holders, allege that Defendants, comprised mostly of insurance companies, engaged in a conspiracy to defraud policyholders following the Waldo Canyon and High Park fires. This matter has been ongoing for several years. Plaintiffs filed a 311-page putative Class Action Complaint and Jury Demand, naming approximately 112 Defendants. Plaintiffs submitted two Amended Complaints on October 13, 2014 and November 25, 2011, respectively, in response to motions filed by Defendants. Plaintiffs' Third Amended Complaint and Jury Demand asserted 23 separate claims for relief against the Defendants.  Ultimately, Defendants filed motions pursuant to Fed.R.Civ.P. 8, 9, and 12, including Defendants' Motion to Dismiss the Third Amended Complaint, demonstrating insufficiencies of the Third Amended Complaint. The Court granted the motion in favor of the Defendants January 19, 2016.

7.      Hall & Evans, on behalf of Fireman's Fund Defendants, engaged in at least the following tasks, as set forth in more detail in the billing records submitted on behalf of Fireman's Fund Defendants: conducted a factual investigation of the allegations in the complaints submitted by Plaintiffs; regularly communicated with counsel for other named Defendants from time to time as appropriate to coordinate and achieve judicial economy in the presentation of the defenses; developed and researched numerous potential defenses to the complaints; assisted and conferred in the preparation of Defendants' Motion to Dismiss the Third Amended Complaint and the motion to dismiss filed by the Selling Defendants; reviewed pleadings and submissions of other parties;

---

Second Amended and Supplemental Affidavit of Lisa R. Mickley in Support of Defendants' Motion for Award of Attorneys' Fees on Behalf Of Sentry Insurance A Mutual Company is being filed contemporaneously with the Court.

[2] Defendants are comprised of those named in Defendants' Motion for Award of Attorneys' Fees, Exhibit A.

prepared written legal memoranda; reviewed and considered pleadings in related cases; and otherwise performed tasks in defense of their clients. All the foregoing tasks were reasonable, necessary and appropriate to fully and effectively defend our client in this complicated and difficult case.

8.      Pursuant to D.C.Colo.L.Civ.R. 54.3(A)(1) detailed descriptions of the services rendered, the dates, the amount of time spent, the hourly rates, costs and the total amount claimed for the period from August 14, 2014 through May 6, 2016 are contained in the Fireman's Fund Defendants' Invoice. For ease of the Court's review, despite representation of multiple defendants, including (1) Allianz of America, Inc., (2) Allianz Global Risks US Insurance Company, (3) American Automobile Insurance Company a/k/a Fireman's Fund Insurance Company of Missouri, (4) Associated Indemnity Corporation, (5) Fireman's Fund Insurance Company, and (6) National Surety Corporation, and (7) Sentry Insurance A Mutual Company, counsel has submitted two Invoices for the Court's review. Defendant Sentry's Invoice represents those costs incurred in the defense of Defendant Sentry. Fireman's Fund Defendants' Invoice represents those costs incurred in the defense of the Fireman's Fund Defendants. The aggregate amount of costs and fees for which an award is sought on behalf of Fireman's Fund Defendants equals: $28,151.00. *See* Invoice: Fireman's Fund Defendants.

9.      To effectuate cost savings for its clients, when work performed was for the benefit of both clients, the time for that work was split between Fireman's Fund Defendants, on one hand, and Sentry Insurance Mutual Company, on the other hand. To the extent that certain work was for one client and not for the benefit of the other, that client was billed for the total time incurred. The vast majority of the time incurred in defense of this action was split equally between the two groups, with 50% being billed to each. As the time was split, the fee rate remained the same.

10.     Fireman's Fund Defendants have been billed by Hall & Evans, LLC as fees were incurred throughout this litigation and has paid those bills, including those bills for which recover is sought here.

11.     Hall & Evans attorneys Lisa F. Mickley and Thomas J. Lyons billed at the rate of $335 per billable hour. Additional support counsel at Hall & Evans did not bill at a rate higher than $300 per billable hour. In allocating resources and charging Defendants for these amounts, Hall & Evans exercised its' professional discretion and experience. As apparent from the billing records submitted in support of this request, Fireman's Fund Defendants are seeking an award of only a portion of the fees incurred in the defense of this litigation.

12.     Due to my legal experience, I am familiar with the hourly rates and fees for legal services billed for trial and litigation in the Colorado courts, both by Denver firms and out of state firms. Hall & Evans hourly rates charged in this matter were within the normal range or lower than the typical range, for experienced attorneys practicing in the areas of property insurance, insurance policy coverage and complex litigation.

13.     The hours expended in providing legal services to Fireman's Fund Defendants were reasonable and necessary in a putative class action alleging an industry-wide conspiracy and asserting multiple state and federal claims.

14.     Hall & Evans attorneys who worked on this case are knowledgeable and experienced as set forth in Paragraphs No. 3 and 4, *supra*. Such knowledge and experience resulted in substantial cost-savings to Fireman's Fund Defendants.

15.     Fireman's Fund Defendants are entitled to reasonable attorneys' fees pursuant to the Court Order granting Defendants' Motion for Attorney Fees.

FURTHER AFFIANT SAYETH NOT.

STATE OF COLORADO        )
                         ) ss.
COUNTY OF Denver         )

The foregoing instrument was acknowledged before me this 11th day of October 2017, by Lisa F. Mickley.

Witness my hand and official seal.

[SEAL]   AMBER R TAMBORELLO
         NOTARY PUBLIC
         STATE OF COLORADO
         NOTARY ID # 20064021910
         MY COMMISSION EXPIRES JUNE 06, 2018

Amber R. Tamborello
NOTARY PUBLIC

My commission expires:  6/6/2018



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                              August 25, 2017

General Counsel's Office                                            Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

<u>Statement for period August 14, 2014 through May 06, 2016</u>

**LEGAL SERVICES REGARDING:**  Dale Snyder, et al.

**Fees**

| | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/14 | Analysis of communication from plaintiff forwarded by co-defendant explaining why holding companies are defendants and explaining Acord theory | L120 | LFM | 0.30 | $100.50 |
| | Further develop strategy for contributing to briefing and general defense strategy | L120 | LFM | 0.40 | $134.00 |
| | Review library research memo regarding Colorado disasters requested by client | L110 | LFM | 0.20 | $67.00 |
| | Review order circulated by co-defendant regarding personal jurisdiction ruling | L120 | LFM | 0.20 | $67.00 |
| | Review and analyze Colorado Antitrust Act and cases interpreting it, in conjunction with assisting on responsive pleading to Plaintiff's complaint | L210 | MJH | 0.30 | $70.50 |
| | Review and analyze Federal Antitrust Act and cases interpreting it, in conjunction with assisting on responsive pleading to Plaintiff's complaint | L210 | MJH | 0.50 | N/C |
| 08/15/14 | | | | | |
| | Review memo contrasting state and federal antitrust claims | L430 | LFM | 0.10 | $33.50 |
| | Meeting with Thomas J. Lyons regarding case strategy | L120 | BAM | 0.40 | $0.40 |
| | Receive, review and forward order on issue of personal jurisdiction to client participants in anticipation of possibility that we could challenge such jurisdiction in the pursuit of defending this litigation | L120 | TJL | 0.50 | $167.50 |
| | Receive, review and forward details on natural disasters in Colorado as a means of placing some context and background information to clients, as a means to assist understanding respecting the background of plaintiffs' angst in this case | L120 | TJL | 0.40 | $134.00 |

EXHIBIT 9B
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK



**HALL&EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/14 | | | | | |
| | Review draft motions to dismiss from Acord and American Bankers Insurance together with cited case law | L120 | BAM | 0.80 | $240.00 |
| | Status of litigation and joint defense issues | L120 | RMF | 1.00 | $1.00 |
| 08/19/14 | Analyze e-mails related to the filing of a Rule 8 motion, e-mails from plaintiff's counsel regarding same and Rule 8 motion that is to be filed in matter | L210 | LES | 0.90 | $270.00 |
| | Telephone call from                regardng receipt of draft of outline on claims responses from co-counsel Collignon and our approach to same, as well as motion under Rule 8 from USAA counsel and the intention of those attorneys to pursue that strategy, along with issue of preservation and gathering of documents for the defense, common interest doctrine memo drafting effort and identification of potential information needed by clients to defend this claim | L120 | TJL | 0.30 | $100.50 |

Page 2



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | | Task | T.K. | Hours | Amount |
|------|---|------|------|------|-------|--------|
| 08/19/14 | | | | | | |
| | Split, receive and review proposed motion on Rule 8 grounds from USAA defendants, forward to client participants for their consideration and comments, indication that USAA will file this motion without obtaining participation of other defendants and in expectation that court might rule on issue without declaring other defenses waived | L210 | TJL | 0.50 | $167.50 |
| | Split, receive and review emails from co-counsel regarding intent to pursue motion under Rule 8 and exchange of emails with opposing counsel on the subject of "conferral" under the rules, exemplifying inability of plaintiffs' counsel to provide direct responses to any inquiries | L120 | TJL | 0.30 | $100.50 |
| 08/20/14 | Review preliminary outline of motion to dismiss and Rule 8 motion and correspond with Thomas J. Lyons regarding same | L120 | BAM | 0.40 | $120.00 |
| | Conference with Thomas J. Lyons to strategize file handling | L190 | RMF | 0.50 | $0.50 |
| | Split, receive and review first draft of outline from BakerHostetler firm respecting motion to dismiss for defendants who do not insure any plaintiff, provide reaction to same to co-counsel Collignon and forward her draft to our client participants to secure their input and comments | L240 | TJL | 0.60 | $201.00 |

Page 3



**H&E HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 08/20/14 | | | | | |
| | Began drafting memorandum regarding pleading standard | L120 | NMB | 0.60 | $0.60 |
| 08/21/14 | | | | | |
| | Split, review of draft of motion to dismiss outline prepared for defendants who insure plaintiffs and determine whether there is overlap, consistency, quality and comprehensive coverage in outline for purposes of providing input to defense counsel drafting this brief and that addressing the claims of the plaintiffs against defendants who do not insure any plaintiff | L240 | TJL | 1.00 | $335.00 |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                     Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/14 | | | | | |
| 08/25/14 | | | | | |
| 08/26/14 | Analyze the e-mail from Acord and associated motion to dismiss plaintiffs claims in their entirety, specifically the arguments related to RICO and ability to use arguments in support of clients | L210 | LES | 0.90 | $270.00 |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                      August 25, 2017

General Counsel's Office                                          Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 08/26/14 | Split, receive and review draft two of Acord's Motion to Dismiss, review for content and comment possibilities, forward to _____ for review and comments | L120 | TJL | 0.70 | $234.50 |
| 08/27/14 | | | | | |
| | Read and reviewed legal authority regarding rating systems and antitrust law in preparation for drafting memorandum regarding the same | L120 | NMB | 1.10 | $258.50 |
| 08/28/14 | | | | | |
| | Drafted and finalized pleading standard memorandum | L120 | NMB | 1.50 | $352.50 |
| | Continued legal analysis of case law regarding rating system in final preparation of drafting legal memorandum | L120 | NMB | 1.80 | $423.00 |
| 08/29/14 | Call from and to Steve Jordan of Carlton Fields in Washington, D.C. regarding briefing approach and issue of whether life insurance company for Allianz represented by Steve will join a brief for other life insurance companies seeking dismissal in this case or another brief, discussion on planned approach for FFIC entities we represent and intent to incorporate all briefing by reference | L120 | TJL | 0.20 | $67.00 |
| 09/02/14 | Split - Begin review of draft of State Farm Brief | L240 | LFM | 0.40 | $134.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

## Fees

| | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/14 | Receive and forward draft briefs of non-insurer defendants, insured defendants and non-insurers for purposes of allowing client input respecting all of same for purposes of entering the fray on behalf of the FFIC defendants | L120 | TJL | 0.20 | $67.00 |
| 09/03/14 | Split - Finish review of State Farm's motion to dismiss | L240 | LFM | 0.60 | $201.00 |
| | Split - review non-selling defendants' motion for concerns and to assess joinder | L240 | LFM | 0.40 | $134.00 |
| | Split - Draft summary of evaluation of briefs, and concerns/proposed changes to non-selling brief | L240 | LFM | 0.20 | $67.00 |
| | Split - Evaluate strategy in light of different briefs/approaches | L240 | LFM | 0.20 | $67.00 |
| | Split - Communicate with contact in Kansas City for information regarding Plaintiffs' counsel | L110 | LFM | 0.10 | $33.50 |
| | Split - Analysis of AmFam brief and defense counsel communications regarding concerns | L240 | LFM | 0.20 | $67.00 |
| | Split, review of Travelers separate brief draft including arguments under FRCP Rule 1 | L120 | TJL | 0.60 | $201.00 |
| 09/04/14 | Conduct case law research regarding whether plaintiffs can sue defendants in a class action where the named plaintiffs have no relationship to the defendants and do not allege that they have suffered any injury as a result of defendants' alleged conduct related to arguments made in draft motion to dismiss of Non-Selling Defendants | L240 | EKO | 0.90 | $211.50 |
| | Analyze case law research regarding whether plaintiffs can sue defendants in a class action where the named plaintiffs have no relationship to the defendants and do not allege that they have suffered any injury as a result of defendants' alleged conduct and potential to add argument to motion to dismiss relating to standing and to Rule 23 | L240 | EKO | 1.30 | $305.50 |
| | Provide advice to Lisa Mickley regarding draft briefs | L240 | BAM | 0.50 | $150.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

| Fireman's Fund Insurance Company | August 25, 2017 |
|---|---|
| General Counsel's Office | Client ID 14808-213 TJL |
| 2350 West Empire Avenue, Suite 102 | |
| Burbank, CA   91504 | |

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| **09/04/14** | | | | | |
| | Split, receive and review draft pleading for AMFAM insurers related to their involvement with insureds in this case, arguments involving Rules of Procedure, including FRCP Rule 1 and particular situation prompting a separate brief from AMFAM, review of brief holding company entities who are defendants putting forth arguments on personal jurisdiction and issues surrounding same, review of brief revisions submitted by various defense participants who want to comment on other briefs submitted, all in preparation for telephone conference on briefing status today | L240 | TJL | 1.10 | $368.50 |
| | Split, review response brief from plaintiff on issues of Rule 8 Compliance, possible holding of other deadlines in abeyance and development of information for Complaint allegations through discovery preliminary to discussion with other defense counsel today | L240 | TJL | 0.60 | $201.00 |
| **09/05/14** | | | | | |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                      August 25, 2017

General Counsel's Office                                        Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

**Fees**                                        **Task**        **T.K.**        **Hours**        **Amount**



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                        Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

**Fees**                                    **Task**      **T.K.**     **Hours**      **Amount**



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|------|------|------|------|-------|--------|
| 09/25/14 | Split - receive and review plaintiff's status report to the court regarding this matter and forward same with thoughts to client representatives, following further review of comments from other defense counsel on the subject, with a particular emphasis on the apparent interest in possibly arranging to stay proceedings while claims against other defendants proceed | L120 | TJL | 0.70 | $234.50 |
| 09/29/14 | Split - Analyze the e-mails and updated status report from liason counsel regarding plaintiff's approach and the amended complaint to be filed | L120 | LES | 0.30 | $90.00 |
| 09/30/14 | Split - multiple emails on liason counsel efforts to contact opposing counsel regarding content and form of amended complaint and possible responses/reactions to same, forward information to client contacts for their consideration and comments, response comments reflecting interest in deferral of issue until telephone conference call among defense counsel on October first | L120 | TJL | 0.60 | $201.00 |
| 10/01/14 | Split - participate in telephone conference with other defense counsel, including liaison counsel in touch with the plaintiffs' counsel respecting amended complaint and possible reactions/responses to amended complaint including providing for a possible dismissal subject to a tolling agreement, with the coordination of possible responses to this concept from various participant groups, including the group of non-insurers with whom these clients seem most aligned | L120 | TJL | 0.60 | $201.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                        August 25, 2017

General Counsel's Office                                          Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|------|------|------|------|-------|--------|
| 10/06/14 | Analyze the e-mail from Randall Hack and the proposed agreement from plaintiff regarding dismissal and tolling | L210 | LES | 0.40 | $120.00 |
| | Split - receive, review and forward proposed tolling agreement, dismissal arrangement and supplemental information from opposing counsel regarding possible approach to amended complaint involving the notion of leaving defendants out of proceedings while they unfold going forward and after receipt of amended complaint allegations | L120 | TJL | 0.60 | $201.00 |
| 10/07/14 | Analyze e-mail regarding the parties that should be dismissed from pleading for circulation and sending to plaintiff's counsel | L120 | LES | 0.40 | $120.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 10/10/14 | Split - review recent communication from plaintiff to assess potential strategies going forward and prepare for call with client | L120 | LFM | 0.20 | $67.00 |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 10/10/14 | Split - review multiple emails forwarding communications from opposing counsel and craft an analysis of that response for a forwarding email to client representatives, indicating intractability of plaintiffs respecting non-insurers and purported precedent for the concept that the inclusion of such participants is legitimate for RICO conspiracy claims, with concept of personal jurisdiction also following despite the absence of allegations regarding specific behavior by specific defendants being alleged, resolve to await content of amended complaint before making further comment on this matter | L120 | TJL | 1.00 | $335.00 |
| 10/14/14 | Split - analyze latest version of second amended complaint and claims made against clients in the same in preparation for strategy discussion regarding the same | L210 | LES | 1.10 | $330.00 |
| | Review e-mails from various counsel regarding the complaint and the issues to be raised in the non-selling defendants motion to dismiss | L120 | LES | 0.30 | $90.00 |
| | Split - begin review of Second Amended Complaint | L210 | LFM | 0.60 | $201.00 |
| 10/16/14 | Split - further review of various versions of Second Amended Complaint, including review of highlighting contained in one version | L210 | LFM | 0.50 | $167.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                    Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|------|---|------|------|-------|--------|
| 10/20/14 | Split - multiple emails and memoes exchanged and reviewed respecting issue of sanctions and standards that apply to such matters in the federal court, forwarded to client participants with comments following review | L120 | TJL | 0.80 | $268.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                    Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 10/31/14 | Split - analysis of noninsurer's brief | L240 | LFM | 0.30 | $100.50 |
| | Split - receive and review new draft of brief for non-insurer business defendants and forward for review by client participants, emails on follow up on same | L120 | TJL | 0.60 | $201.00 |
| 11/03/14 | Split - Review current non-selling insurers' brief for concerns/changes | L240 | LFM | 0.60 | $201.00 |
| | Split - receive and review in brief draft of motion to dismiss our group of defendants from Casie Collignon, forward to client representatives for review in anticipation of our discussion on Friday of this week, receive acknowledgment of same from client representative | L120 | TJL | 0.40 | $134.00 |
| | Split - receive and review redlined version of tolling agreement proposal from those attempting to negotiate same with opposing counsel and forward to client representatives for consideration and comment | L120 | TJL | 0.20 | $67.00 |
| 11/04/14 | Split - receive and review multiple email comments respecting motion to dismiss draft, coordination of responses and review of Complaint paragraph numbers to seek some consistency on same, email to client representatives for their consideration as well | L120 | TJL | 0.60 | $201.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/14 | Split - initial review of draft motion to dismiss on behalf of non-selling insurers for the purpose of determining whether or not we can pursue submission of this draft on behalf of our clients along with others | L120 | TJL | 1.10 | $368.50 |
| 11/06/14 | Split - analysis of various drafts, including current non-sellers' brief, circulated to assess potential concerns, additional arguments to suggest, any gaps in approaches | L240 | LFM | 0.90 | $301.50 |
| | Split - Analysis of federal rules regarding whether standing must be pled in first filing and to evaluate potential additional arguments for brief | L210 | LFM | 0.30 | $100.50 |
| | Split - receive and briefly review the tolling agreement draft as it stands at present and forward same to client representatives with comment that we probably do not care about this effort | L120 | TJL | 0.20 | $67.00 |
| 11/07/14 | Review position statement identification of clients to provide to author of non-sellers' brief | L240 | LFM | 0.20 | $67.00 |
| 11/10/14 | Review Second Amended Class Action Complaint and Jury Demand and confirm entity information requested by attorney Mickley | L110 | D C | 0.30 | $37.50 |
| | Split - draft of email to co-counsel Collignon edited and forwarded for consideration by client representatives, sent along to Collignon following receipt of client representative input and comments regarding next draft of brief provided to client representatives on receipt and review of same | L120 | TJL | 0.90 | $301.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                    Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/14 | Split - draft and edit, Entry of Appearance for all participants, forward for review by client representatives | L210 | TJL | 0.20 | $67.00 |
| | Split - receive and review latest exchange between participants regarding the potential tolling agreement in this case and the reaction to same from defense participants, email to client representatives for consideration | L120 | TJL | 0.10 | $33.50 |
| 11/13/14 | Split - receive, review and forward email on personal jurisdiction participants to client representatives, along with emails on opposing counsel efforts respecting tolling agreement and Stipulations to Dismiss Without Prejudice, as well as Entry of Appearance and Motion to Dismiss signature block for consideration and approval, all sent to client representatives for their consideration | L120 | TJL | 0.50 | $167.50 |
| 11/14/14 | | | | | |
| 11/17/14 | Split - Analysis of current State Farm brief | L240 | LFM | 0.60 | $201.00 |
| | Split - receive and review State Farm's brief in support of Motion to Dismiss and brief challenging personal jurisdiction over some defendants, review for content and to understand why incorporating arguments from these briefs may bear on our clients' interests, forward briefs and redline version of State Farm's brief to clients | L120 | TJL | 0.90 | $301.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

## Fees

| | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 11/17/14 | Split - work on Entry of Appearance document along with disclosure information required for our submission to the court in time to join Motion to Dismiss by non-selling insurers | L210 | TJL | 0.30 | $100.50 |
| 11/18/14 | Split - Analyze motion to dismiss submitted by American Family regarding failure to state claim and failure to allege specific allegations to support either conspiracy claim or direct claims against American Family | L210 | LES | 0.50 | $150.00 |
| | Split - Follow up on Kane's directives to prepare for upcoming filings and communicate with author of non-sellers' brief regarding questions on rules | L210 | LFM | 0.20 | $67.00 |
| | Review Judge Kane's memorandum regarding pre-trial and trial procedures, specifically requirements for motions | L210 | D C | 0.20 | $25.00 |
| | Telephone call with Judge Kane's clerk regarding Motion practice | L210 | D C | 0.10 | $12.50 |
| | Split - receive and review brief supporting Motion to Dismiss draft for American Family, forward to client representatives for their consideration and comment | L120 | TJL | 0.70 | $234.50 |
| 11/19/14 | | | | | |
| | Oversee preparation of disclosure statements | L210 | LFM | 0.20 | $67.00 |
| | Draft Entries of Appearance for Lisa Mickley and Lance Shurtleff | L210 | D C | 0.60 | $75.00 |
| | Draft Corporate Disclosure Statements | L210 | D C | 2.20 | $275.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/14 | | | | | |
| 11/20/14 | Split - analyze recent draft of motion to dismiss that will be filed on behalf of clients submitted by Casie Colligan in advance of the pending filing deadline | L210 | LES | 0.60 | $0.60 |
| | Split - Review of Allianz Life brief, American Family brief, personal jurisdiction brief prior to filing and to advise client of any concerns | L240 | LFM | 0.90 | $301.50 |
| | Split - coordinate and review pleadings for filing | L210 | LFM | 0.20 | $67.00 |
| | Complete draft and preparation of Corporate Disclosure Statements | L210 | D C | 1.80 | $225.00 |
| 11/21/14 | Split - review e-mail and notice of filing motions to dismiss for submission by clients | L210 | LES | 0.10 | $30.00 |
| | Split - review the amended and supplemental notices of filing that Farmers intends to file on behalf of defendants in advance of motions to dismiss | L210 | LES | 0.20 | $60.00 |
| | Split - analyze e-mails, third amended complaint and various exhbits of errata that plaintiff intends to file and responses by other defenses in matter | L210 | LES | 1.00 | $300.00 |
| | Split - Begin review of revised draft of non-sellers' brief | L240 | LFM | 0.40 | $134.00 |
| | Review corporate disclosures to communicate with client and approve for filing | L210 | LFM | 0.20 | $67.00 |
| | Split - Analysis of McKinsey/ACOR brief | L240 | LFM | 0.60 | $201.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| **Fees** | | **Task** | **T.K.** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 11/21/14 | Revise Corporate Disclosure Statements | L210 | D C | 1.20 | $150.00 |
| 11/24/14 | Split - Finish analysis of Casie Colligan brief in support of dismissal of non-sellers in matter and determine whether any briefs will be filed given Friday filings from plaintiff | L210 | LES | 0.50 | $150.00 |
| | Review the e-mails and motions to be filed seeking extensions of time on filing in preparation for filing the same | L120 | LES | 0.90 | $270.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/14 | Split - analysis and review of Third Amended Complaint proposal from plaintiffs and court order on scheduling following effort to reset deadlines because plaintiffs filed their errata sheets, assure this information is transferred to client representatives | L120 | TJL | 0.40 | $134.00 |
| 12/03/14 | | | | | |
| 12/04/14 | Split - multiple emails explaining status and forwarding briefs to be filed provided and reviewed, forwarded to clients with explanatory notes as to status, as well as email with list of proposed and expected motions for the court to consider, reviewed and forwarded with message of explanation | L120 | TJL | 0.60 | $201.00 |
| 12/05/14 | Split - analyze the final draft of the motion to dismiss to be filed on behalf of clients in this matter | L210 | LES | 0.30 | $90.00 |
| | Split - receive and briefly review the multiple briefs supporting dismissal of the Third Amended Complaint filed with court in this matter, forward those that pertain to client and similar situated defendants to client representatives with invitation for comments, as well as reflecting where matters stand in terms of the overall submission of briefs by defendants in this matter, receive acknowledgment of same from client representatives | L120 | TJL | 1.10 | $368.50 |
| 12/09/14 | Split - review e-mail and charts regarding the motions to dismiss filed and the arguments contained in each | L210 | LES | 0.20 | $60.00 |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                    Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/14 | Split - analyze recent 10th circuit decision regarding RICO claims and what constitutes proper pleading of the same to compare with the RICO claims made against client | L110 | LES | 0.50 | $0.50 |
| | Split - analyze recent 10th Circuit decision regarding RICO claims and what constitutes proper pleading of same to compare with RICO claims made against client | L110 | LES | 0.30 | $90.00 |
| | Split - receive and review new Tenth Circuit decision on class action certification issues in CGC holding, reflecting on how to approach the tests for numerosity, identicality, etc., reviewed and assessed in terms of impact on analysis of this case | L120 | TJL | 0.70 | $234.50 |
| 12/11/14 | | | | | |
| 12/12/14 | Split - receive, review and forward reports on filed motions and index to participants in same to client representatives with explanation of status and purpose of same | L120 | TJL | 0.30 | $100.50 |
| 12/15/14 | Split - review numerous e-mails regarding response to the plaintiffs request for extension of time and discussion surrounding the same | L210 | LES | 0.90 | $270.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

**Fees**

| | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/14 | Split - receive, review and forward multiple emails respecting status of this matter and extension of time for plaintiffs to respond to motions to dismiss, from various defense participants, sent by forward to client representatives and receipt acknowledged by same | L120 | TJL | 0.20 | $67.00 |
| 12/17/14 | Split - share multiple emails and information on plaintiffs' extension request to respond to Motion to Dismiss from multiple defendants with client representatives | L120 | TJL | 0.20 | $67.00 |
| 12/19/14 | | | | | |
| 12/22/14 | | | | | |
| 01/08/15 | | | | | |
| 01/12/15 | | | | | |
| 01/14/15 | | | | | |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/15 | | | | | |
| 01/16/15 | | | | | |
| 01/21/15 | | | | | |
| 01/22/15 | | | | | |
| 01/23/15 | Split - receive and review emails respecting hearing on January 29th and next steps, including delegation of authority to communicate to                    at that hearing, including emails of acknowledgment from client representatives | L120 | TJL | 0.20 | $67.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

| | |
|---|---|
| Fireman's Fund Insurance Company | August 25, 2017 |
| General Counsel's Office | Client ID 14808-213 TJL |
| 2350 West Empire Avenue, Suite 102 | |
| Burbank, CA   91504 | |

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 01/26/15 | | | | | |
| 01/27/15 | Split - email from co-counsel regarding opposing counsel's rejection of effort to change timing on briefing by agreement, forwarded to client representatives | L120 | TJL | 0.10 | $33.50 |
| 01/29/15 | Split - analyze the motion filed by plaintiff regarding the upcoming hearing related to briefing schedule and plaintiffs' recently filed reply | L210 | LES | 0.40 | $120.00 |
| | Split - prepare for and attend court hearing on motion to dismiss/status conference with court respecting this matter, confer with other defense counsel before and after same in relation to determinations of the court and status of matter, reporting all developments to clients by email | L120 | TJL | 1.20 | $402.00 |
| | Split - receive, review and forward to client representatives 47 page reply brief in favor of an extension of time from opposing counsel filed at 5:40 a.m. relative to a hearing to be held at 11 a.m. this date | L120 | TJL | 0.80 | $268.00 |
| 01/30/15 | | | | | |



**HALL&EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 02/23/15 | Split - review of orders related to various motions concerning representation of clients in matter | L210 | LES | 0.10 | $30.00 |
| 05/14/15 | | | | | |
| 05/29/15 | | | | | |
| 06/02/15 | | | | | |
| | Brief review of Plaintiffs' Consolidated Response to evaluate how they organized rebuttals and to identify arguments specific to non sellers | L240 | LFM | 0.40 | $134.00 |
| | Split - Receive and begin review of Response Brief opposing summary judgment from plaintiffs, forward copy to all clients and emails with clients and co-counsel regarding content thereof and approach to creation of a Reply | L120 | TJL | 1.00 | $335.00 |
| | Researched non-sellers and/or nonseller terms | L430 | CGS | 0.30 | $37.50 |
| 06/03/15 | | | | | |
| | Split - review of response to Motions to Dismiss filed by plaintiffs for purpose of developing our reply in support of dismissal | L120 | TJL | 1.70 | $569.50 |
| 06/04/15 | Split - Analysis of plaintiffs' Consolidated Response to evaluate arguments needed in Reply | L240 | LFM | 2.10 | $703.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

**Fees**

| Date | Description | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/15 | Split - Receive and begin to review reply brief drafts from sellers, from institutional defendants and from non-sellers' author, forward all for review of client representatives | L120 | TJL | 1.00 | $335.00 |
| 06/10/15 | Split - Receive, brief review and forward to client representatives of the non-seller brief for this matter, with comments and invitation for response, questions, comments, emails with author of brief to assure we are on board to participate in same | L120 | TJL | 0.40 | $134.00 |
| 06/11/15 | Review non sellers Reply for possible changes | L240 | LFM | 0.20 | $67.00 |
| 06/12/15 | | | | | |
| 06/15/15 | Split - briefly analyze reply submitted by Jon Sands to plaintiff's response to the various Motions to Dismiss in matter | L210 | LES | 0.60 | $180.00 |
| | Review latest draft of non-sellers' Reply for possible changes/concerns | L240 | LFM | 0.40 | $134.00 |
| | Brief analysis of Replies of State Farm, ACORD/McKinsey and other sellers' Replies | L240 | LFM | 0.70 | $234.50 |
| | Split - receive, review and forward to client participants, four reply briefs from other defendants in this matter, invite comments on same | L120 | TJL | 0.80 | $268.00 |
| 06/16/15 | Split - receive and briefly review additional Reply Briefs supporting positions of defendants respecting need to dismiss the Complaint, forward for client representative review | L120 | TJL | 0.20 | $67.00 |
| 06/19/15 | Split - receive and forward comments on issue of whether to seek oral argument respecting Motions to Dismiss among defense counsel, review request itself for substance and determine that best course seems to be silence for now | L120 | TJL | 0.40 | $134.00 |



## HALL & EVANS LLC
### ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                    August 25, 2017

General Counsel's Office                                    Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/15 | | | | | |
| | Split - receive and review summary of Reply Brief arguments and distribute same to client representatives, receive and review argument from plaintiffs for oral argument to be held on Motion to Dismiss, send to client representatives with comments | L120 | TJL | 0.40 | $134.00 |
| 06/25/15 | | | | | |
| 06/26/15 | Draft status update detailing pleadings history, including dates and various party groupings | L250 | LFM | 2.40 | $804.00 |
| | Analysis of file to prepare to draft status update and identify party groupings and other details to include | L250 | LFM | 1.30 | $435.50 |
| | Review and analysis of court docket and selected pleadings for dates and facts requested by Lisa Mickley | L110 | D C | 0.70 | $87.50 |
| 06/29/15 | Edit and finalize report on status and strategy approach requested by            , submit same to him | L120 | TJL | 0.60 | $201.00 |
| 07/01/15 | Split - receive, review and forward oral argument content from opposing counsel regarding pending Motions to Dismiss, outlining topics opposing counsel sees are in need for oral argument | L120 | TJL | 0.30 | $100.50 |
| 07/27/15 | | | | | |
| 09/16/15 | | | | | |
| 10/07/15 | Locate decision from 10th Circuit Court of Appeals in 1977 on remittitur of excess damages for Tom Lyons | L120 | MSM | 0.20 | $55.00 |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/15 | | | | | |
| 10/28/15 | | | | | |
| 11/24/15 | Analyze the information from the court regarding recusal of judge and additional e-mails from other counsel concerning the same | L210 | LES | 0.40 | $120.00 |
| | Review court order regarding potential basis for recusal and deadline for waiver | L140 | LFM | 0.10 | $33.50 |
| 11/27/15 | Split Entry - Review e-mails regarding the waiver of request related to disqualification of counsel from attorneys related to the same | L120 | LES | 0.30 | $90.00 |
| 11/30/15 | | | | | |
| 12/01/15 | Analyze e-mails from remaining parties concerning whether they intend to ask current judge to recuse himself from case | L210 | LES | 0.40 | $120.00 |
| | Split, research and report to other defense counsel on our approach to waiving claim of conflict based on notification respecting same from the court, copies of email to client representatives | L120 | TJL | 0.40 | $134.00 |
| 12/03/15 | | | | | |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

| | |
|---|---|
| Fireman's Fund Insurance Company | August 25, 2017 |
| General Counsel's Office | Client ID 14808-213 TJL |
| 2350 West Empire Avenue, Suite 102 | |
| Burbank, CA   91504 | |

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 12/08/15 | | | | | |
| 12/09/15 | Review plaintiff's waiver of objection to judge's potential conflict | L210 | LFM | 0.20 | $67.00 |
| | Split - receive and review plaintiff's response on the issue of conflict reported by the court, forward for client to review, multiple emails from other defense counsel respecting reactions to the plaintiffs' response | L120 | TJL | 0.50 | $167.50 |
| 01/15/16 | Split - begin review of Order granting motion for summary judgment | L210 | LFM | 0.40 | $134.00 |
| | Split, receive and review court order on motion to dismiss, dismissing all claims, with commentary to client representatives as copied to them | L120 | TJL | 1.10 | $368.50 |
| 01/19/16 | split - finish review of Order | L210 | LFM | 0.30 | $100.50 |
| | Split, review of court order to determine what might next occur in this instance, whether that be an appeal, a new complaint, initiation of another lawsuit and seek to determine both overall strategy for responding to next steps by plaintiff and to determine how we might proceed in face of court order respecting question of whether order is with prejudice | L120 | TJL | 1.10 | $368.50 |
| | Split, emails traffic regarding implications to be drawn from court order on motions to dismiss | L120 | TJL | 0.40 | $134.00 |
| 01/20/16 | split - further review of Order to confirm whether Court specified with prejudice | L210 | LFM | 0.10 | $33.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 01/20/16 | | | | | |
| | Split, review of myriad decisions on issue whether opinion silent on whether dismissal is with prejudice is construed to be with prejudice and analysis of myriad comments by defense counsel group members on issue provided by email | L120 | TJL | 1.10 | $368.50 |
| 01/21/16 | split - analysis of Federal rules and Judge Kane's standards to identify deadlines to discuss in report to client | L250 | LFM | 0.20 | $67.00 |
| 01/22/16 | | | | | |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

| | |
|---|---|
| Fireman's Fund Insurance Company | August 25, 2017 |
| General Counsel's Office | Client ID 14808-213 TJL |
| 2350 West Empire Avenue, Suite 102 | |
| Burbank, CA   91504 | |

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/16 | | | | | |
| 01/25/16 | | | | | |
| 01/26/16 | | | | | |
| 01/28/16 | | | | | |
| 01/29/16 | | | | | |
| 02/01/16 | | | | | |
| | Split, emails on issue of claiming costs, with co-counsel and with client representative | L120 | TJL | 0.30 | $100.50 |
| 02/02/16 | | | | | |
| 02/04/16 | Split, evaluate possible concerns/pitfalls with strategy for walk away to prepare to advise client | L160 | LFM | 0.10 | $33.50 |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                         August 25, 2017

General Counsel's Office                                      Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/16 | Split, review of multiple emails regarding issue whether we can enforce agreement with opposing counsel regarding costs and fees, terms of any writing on same, and efforts to assure unanimity among defendants, inform clients regarding same | L120 | TJL | 0.50 | $167.50 |
| 02/05/16 | | | | | |
| 02/15/16 | | | | | |
| 02/16/16 | | | | | |
| 02/17/16 | Analysis of motion for relief from final judgment filed by plaintiffs (split) | L460 | LFM | 1.30 | $435.50 |
| | Monitor defense counsel communications and efforts by some to file a motion to enforce settlement (split) | L460 | LFM | 0.20 | $67.00 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 02/17/16 | | | | | |
| 02/18/16 | Monitor multiple errata filings by plaintiffs relating to motion to consider (split) | L460 | LFM | 0.20 | $67.00 |
| 02/19/16 | | | | | |
| 02/22/16 | | | | | |
| 02/26/16 | | | | | |
| | Review defendants' draft motion to strike for possible concerns/changes (split) | L460 | LFM | 0.10 | $33.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

| | |
|---|---|
| Fireman's Fund Insurance Company | August 25, 2017 |
| General Counsel's Office | Client ID 14808-213 TJL |
| 2350 West Empire Avenue, Suite 102 | |
| Burbank, CA   91504 | |

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 02/26/16 | | | | | |
| 02/29/16 | Split, receive, review and forward as appropriate numerous emails from various defense counsel regarding content of motion to strike and motion for extension pertaining to issues raised by plaintiffs' motion for reconsideration | L120 | TJL | 1.00 | $335.00 |
| 03/01/16 | Split, receive, review and forward with comments motion to strike and motion for extension of time from co-counsel regarding motion to reconsider filed by opposing counsel | L120 | TJL | 0.20 | $67.00 |
| 03/02/16 | Split, analysis of Plaintiff's Response to motion to strike | L210 | LFM | 0.20 | $67.00 |
| | Split, receive and review, forward response from plaintiff to motion to strike from defense participants, review email comments from multiple defense participants and receive | L120 | TJL | 0.30 | $100.50 |
| | Split, review and forward court order striking motion to reconsider from plaintiff and setting out parameters for an appropriate length of a motion to reconsider from the court | L120 | TJL | 0.50 | $167.50 |
| 03/09/16 | | | | | |



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                                    August 25, 2017

General Counsel's Office                                                       Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

**Fees**

| | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 03/14/16 | Split, receive, review and forward re-filed version of motion for reconsideration from opposing counsel, as well as emailed comments on same from co-counsel for the defense, including word on how the response to the motion will be handled | L120 | TJL | 0.80 | $268.00 |
| 03/15/16 | Split, analysis of new motion to Reconsider from Plaintiffs | L210 | LFM | 0.20 | $67.00 |
| 03/16/16 | | | | | |
| 03/18/16 | Split, review draft Reply | L210 | LFM | 0.10 | $33.50 |
| | Split, receive and review together in bulk a flood of emails from co-counsel regarding issue whether to move to strike the plaintiffs' renewed motion to reconsider dismissal of this complaint, including suggestions for a motion to strike and reactions to same on front that the court could be wearied by all the efforts of counsel and might react favorably to a defense approach that sought to react on a substantive and technical basis rather than just on a technical basis | L120 | TJL | 1.10 | $368.50 |
| 03/22/16 | | | | | |
| 03/30/16 | Split, review draft Response to motion to reconsider | L460 | LFM | 0.20 | $67.00 |
| | Split, email to client and Tom regarding one concern regarding draft | L460 | LFM | 0.10 | $33.50 |
| 03/31/16 | Split, review email from co-counsel regarding commentary on pending motion to reconsider and draft of response to same from State Farm counsel, Sands and Hack | L120 | TJL | 0.20 | $67.00 |



H&E HALL&EVANS LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                           August 25, 2017

General Counsel's Office                                              Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 04/04/16 | | | | | |
| 04/05/16 | Split, receive, review in brief and forward brief in response to motion to reconsider from plaintiff's counsel, with comments | L120 | TJL | 0.10 | $33.50 |
| 04/06/16 | | | | | |
| 04/08/16 | | | | | |
| 04/11/16 | | | | | |
| 04/12/16 | | | | | |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

| Fees | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 04/13/16 | | | | | |
| 04/14/16 | Split, discuss appeal, Kane's order, complaint allegations with appellate counsel | L510 | LFM | 0.20 | $67.00 |
| | Split, JDG call regarding current status of trial court and appellate matter | L510 | LFM | 0.80 | $268.00 |
| | Split, review draft Reply | L240 | LFM | 0.40 | $134.00 |
| | Split, read reply brief in support of motion to reconsider from plaintiffs' counsel for purpose of assessing where this matter might next proceed in face of pending appeal | L120 | TJL | 0.40 | $134.00 |
| 04/15/16 | | | | | |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

**Fees**                                              **Task**      **T.K.**      **Hours**      **Amount**

04/18/16

04/19/16

04/20/16

04/21/16

04/25/16

04/26/16



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

**Fees**

| | | Task | T.K. | Hours | Amount |
|---|---|---|---|---|---|
| 04/26/16 | Split, receive and review multiple emails reflecting court order rejecting request for reconsideration by district court and related motion to strike in appellate court proceeding associated with appendix to notice of appeal | L120 | TJL | 0.80 | $268.00 |
| 04/28/16 | Split, Evaluate deadline for attorney fees motion and other pending matters | L460 | LFM | 0.20 | $67.00 |
| 04/29/16 | | | | | |
| 05/03/16 | | | | | |
| 05/04/16 | | | | | |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

**Fees**                                              **Task**        **T.K.**        **Hours**        **Amount**

05/04/16

05/05/16

05/06/16



**HALL & EVANS** LLC
ATTORNEYS AT LAW

1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company                                   August 25, 2017

General Counsel's Office                                  Client ID 14808-213 TJL
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

### Timekeeper Recap

| T.K. | Name | Hours | Rate | Amount |
|------|------|------:|-----:|-------:|
| A E | Epstein, Alan | 3.30 | $330.00 | $1,089.00 |
| BAM | Menk, Bruce A. | 0.40 | $1.00 | $0.40 |
| BAM | Menk, Bruce A. | 2.00 | $300.00 | $600.00 |
| CGS | Solis, Carla | 0.30 | $125.00 | $37.50 |
| D C | Cannon, Diane | 7.10 | $125.00 | $887.50 |
| D C | Cannon, Diane | 12.80 | $145.00 | $1,856.00 |
| EKO | Olson, Elizabeth K. | 2.20 | $235.00 | $517.00 |
| LES | Shurtleff, Lance E. | 1.10 | $1.00 | $1.10 |
| LES | Shurtleff, Lance E. | 17.40 | $300.00 | $5,220.00 |
| LFM | Mickley, Lisa F. | 40.30 | $335.00 | $13,500.50 |
| MJH | Hegarty, Matthew J. | 0.80 | $235.00 | $70.50 |
| MSM | Mead, Malcolm S. | 0.20 | $275.00 | $55.00 |
| NMB | Black, Nicole Marie | 0.60 | $1.00 | $0.60 |
| NMB | Black, Nicole Marie | 4.40 | $235.00 | $1,034.00 |
| RMF | Ferm, Robert M. | 1.50 | $1.00 | $1.50 |
| TJL | Lyons, Thomas J. | 100.10 | $335.00 | $33,533.50 |

**TOTAL FEES**                                                   **$58,404.10**

**PROFESSIONAL DISCOUNT**                                        **-$385.00**

### COSTS AND EXPENSES                                           **Amount**

| | | |
|---|---|---:|
| 08/19/14 | |E101| Copying Charges (10 @ .10) | $1.00 |
| 09/11/14 | |E101| Copying Charges (43 @ .10) | $4.30 |
| 09/17/14 | |E101| Copying Charges (2 @ .10) | $0.20 |
| 09/18/14 | |E123| ACCESS INFORMATION INC 8/8 research all major natural disasters in Colorado for the last 10 years | $312.50 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

August 25, 2017

Client ID 14808-213 TJL

## COSTS AND EXPENSES

| | Amount |
|---|---|
| 10/10/14   |E101| Copying Charges (51 @ .10) | $5.10 |
| 10/14/14   |E101| Copying Charges (260 @ .10) | $26.00 |
| 10/17/14   |E101| Copying Charges (1 @ .10) | $0.10 |
| 11/10/14   |E101| Copying Charges (3 @ .10) | $0.30 |
| 11/19/14   |E101| Copying Charges (19 @ .10) | $1.90 |
| 11/20/14   |E101| Copying Charges (74 @ .10) | $7.40 |
| 11/21/14   |E101| Copying Charges (144 @ .10) | $14.40 |
| 11/26/14   |E101| Copying Charges (9 @ .10) | $0.90 |
| 12/05/14   |E101| Copying Charges (23) (23 @ .10) | $2.30 |
| 06/26/15   |E101| Copying Charges (62) (62 @ .10) | $6.20 |
| 06/29/15   |E101| Copying Charges (5) (5 @ .10) | $0.50 |
| 01/22/16   Copying Charges (4 @ 0.10) | $0.40 |
| Copying Charges (4 @ 0.10) | $0.40 |
| 04/13/16   Copying Charges (3 @ 0.10) | $0.30 |
| Copying Charges (3 @ 0.10) | $0.30 |
| Copying Charges (4 @ 0.10) | $0.40 |
| 04/18/16   Copying Charges (3 @ 0.10) | $0.30 |
| Copying Charges (3 @ 0.10) | $0.30 |
| Copying Charges (3 @ 0.10) | $0.30 |
| Copying Charges (4 @ 0.10) | $0.40 |
| Copying Charges (4 @ 0.10) | $0.40 |



1001 Seventeenth Street, Suite 300
Denver, CO 80202-2034
P: 303-628-3300

Fireman's Fund Insurance Company

August 25, 2017

General Counsel's Office
2350 West Empire Avenue, Suite 102
Burbank, CA   91504

Client ID 14808-213 TJL

**COSTS AND EXPENSES**

| | | **Amount** |
|---|---|---|
| 04/29/16 | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (2 @ 0.10) | $0.20 |
| | Copying Charges (28 @ 0.10) | $2.80 |
| | Copying Charges (3 @ 0.10) | $0.30 |
| 05/04/16 | Copying Charges (2 @ 0.10) | $0.20 |

**TOTAL COSTS AND EXPENSES**                                   **$391.90**

**TOTAL FEES AND COSTS**                                          **$58,411.00**

## INDIVIDUAL STATEMENT REGARDING
## FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE COMPANY AND
## FIRST AMERICAN FINANCIAL CORPORATION
### ("First American")

1.      First American was a Non-Selling Defendant.  It was represented by Wheeler Trigg O'Donnell LLP ("WTO") of Denver, Colorado.

2.      I have reviewed the affidavit of attorney Terence M. Ridley which is attached as Ex. 10A, and upon which I rely and incorporate here.

3.      The lawyers and other timekeepers who performed services and their rates are:

| | | |
|---|---|---|
| a. | Terence M. Ridley | $425.00 per hour |
| b. | Evan Stephenson | $325.00 per hour |
| c. | Erin Frohardt | $305.00 per hour |
| d. | Shari Wall (paralegal) | $135.00 per hour |

4.      WTO is a top tier trial law firm which has for many years specialized, among other things, in various forms of insurance and class action defense.  In my opinion, WTO's expertise in such matters is unparalleled in the Denver legal community.

Terence Ridley is a highly experienced civil trial lawyer (30+ years) who specializes in insurance industry defense and class action defense.  Mr. Ridley also served as one of the key liaison counsel among counsel for all defendants.  This was a substantial undertaking which benefitted not only First American but all the defendants, and I have taken this role into account in assessing the total hours charged by WTO to the First American file.  Mr. Stephenson is a highly credentialed younger WTO partner

EXHIBIT 10
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

(11 years in practice) whose rate is well within the range of rates charged in Denver for the type of work performed.  Likewise, Ms. Frohardt is a highly credentialed associate whose rate is within Denver norms for the type of work performed.

5.      I noted that the rate charged to First American for Erin Frohardt is slightly ($20.00) higher than her rate for USAA which also seeks fees.  I understand this is due, in part, to her more senior role on the First American team.  This does not affect my opinion on the overall reasonableness of the WTO fees.

6.      In my opinion, the rates charged by these timekeepers are at the low end of the range of rates customarily charged by lawyers of similar background and experience for similar services in the Denver, Colorado legal market.

7.      WTO submitted invoices reflecting 433 hours over the three years of its representation, and given WTO's role in the joint defense, it is my opinion this is a reasonable amount of time for this case.

8.      First American has submitted invoices from WTO for the period July 2014 through May 2017 totaling $153,723.00 for legal services, which have been paid by First American.  (Ridley Aff. ¶ 12)  The invoices are attached as Ex. 10B.

9.      I have reviewed each page and entry on those invoices.  I have made $0 in deductions to the requested fee for duplication, and I have made $0 in deductions to the requested fee for time billed associated with requesting fees.

10.      As a consequence of my review, and considering the Rule 1.5 factors and other matters expressed in my Affidavit above, it is my opinion that a reasonable fee for these services is $153,723.00.  I also note that First American is not seeking to recover

2

approximately $80,000.00 in fees incurred during the course of this litigation.  (Ridley

Aff. ¶ 12)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01736-JLK

DALE SNYDER, et al.,

        Plaintiffs,

v.

ACORD CORPORATION, a Delaware, non-profit corporation, et al.,

        Defendants.

---

## AFFIDAVIT OF TERENCE M. RIDLEY IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES ON BEHALF OF DEFENDANTS FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE COMPANY AND FIRST AMERICAN FINANCIAL CORPORATION

---

I, Terence M. Ridley, being duly sworn, state as follows:

1.     My name is Terence M. Ridley. I am a natural person above the age of eighteen years and am competent to testify to the matters stated in this Affidavit.

2.     I am a Partner of Wheeler Trigg O'Donnell LLP ("WTO") and am counsel for First American Defendants First American Property and Casualty Insurance Company and First American Financial Corporation (collectively "First American") in this case. My business address is Wheeler Trigg O'Donnell LLP, 370 17th Street, Suite 4500, Denver, CO, 80202. My telephone number is: (303) 244-1800. I submit this Affidavit in support of the contemporaneously-filed Defendants' Motion for Award of Attorneys'

EXHIBIT 10A
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

Fees (the "Motion") to address the fees for which First American seeks reimbursement for attorney fees it incurred in defending against Plaintiffs' claims in this action.

3.      I am the attorney principally in charge of this case for First American and I have personal knowledge of the facts set forth herein.

4.      I have been admitted to practice in Colorado for over 30 years. During that period I have focused primarily on defending insurance, class action, and commercial disputes. Pursuant to D.C.COLO.LCivR 54.3(b), a summary of my relevant qualifications and experience is attached hereto as Exhibit 1.

5.      Evan Stephenson is a Partner at WTO and was co-counsel for First American. Mr. Stephenson has been admitted to practice in Colorado for 11 years. During that period he has primarily focused on defending insurance, class action, and commercial disputes. Pursuant to D.C.COLO.LCivR 54.3(b), a summary of Mr. Stephenson's relevant qualifications and experience is attached hereto as Exhibit 2.

6.      Erin Frohardt is an Associate at WTO and was co-counsel for First American. Ms. Frohardt has been admitted to practice in Colorado for three years. During that period, she has focused primarily on defending insurance, product liability, and professional malpractice disputes. Pursuant to D.C.COLO.LCivR 54.3(b), a summary of Ms. Frohardt's relevant qualifications and experience is attached hereto as Exhibit 3.

7.     Shari Wall is a Paralegal in the Denver law firm of Wheeler Trigg O'Donnell LLP and has over 30 years of experience supporting complex personal injury, wrongful death, insurance, and commercial litigation.

8.     My hourly rate for this engagement is $425, Mr. Stephenson's is $325, Ms. Frohardt's is $305, and Ms. Wall's is $135. Although all of our standard hourly billing rates have increased since the start of this litigation, I did not increase the hourly billing rates charged to First American for our work in this case.

9.     It is my opinion that the billing rates for Mr. Stephenson, Ms. Frohardt, and me are reasonable based upon my personal knowledge of the hourly rates charged for this type of litigation by attorneys of comparable experience in this community. Additionally, this Court recently found higher rates—$525 for one of my partners at WTO, $450 for me, and $350 for Mr. Stephenson—in a different "high-stakes" insurance-related litigation to be reasonable. *See Auto-Owners Ins. Co. v. Summit Park Townhome Ass'n*, Civil Case No. 14-cv-03417-LTB, Order at 10-12 (D. Colo. Oct. 14, 2016), attached as Exhibit 4.

10.    It is my opinion that the billing rate for Ms. Wall is reasonable based upon my personal knowledge of the hourly rates charged for this type of litigation by paralegals of comparable experience in this community. Additionally, this Court recently found a higher rate for Ms. Wall—$150—in a different "high-stakes" insurance-related litigation to be reasonable. *See* Ex. 4, *Auto-Owners Ins. Co.*, Order at 10-12.

11.     Pursuant to D.C.COLO.LCivR 54.3(b)(2), detailed descriptions of the services rendered, dates, amount of time spent, hourly rates, and total amount claimed for the period from July 2014 through May 2017 are contained in the redacted copies of the WTO billing records that are attached to Mr. Kevin Shea's Affidavit. The unredacted portions of these records are true and accurate. As set forth in those records, we diligently and competently represented First American in the defense of this substantial matter in which Plaintiffs alleged, without basis, that First American participated in a massive conspiracy involving more than one hundred other entities. We engaged in, *inter alia*, the following tasks as part of our successful defense of First American: factual investigation of the allegations set forth in multiple complaints, each containing hundreds of pages and thousands of numbered paragraphs; research and analysis of substantive and procedural issues raised by Plaintiffs' numerous prolix pleadings and other filings; communication with the joint defense group and liaison counsel as appropriate to coordinate scheduling, briefing, responses to Plaintiffs' numerous prolix emails, and strategy with respect to various matters including dismissal, settlement, and Plaintiffs' appeal; review and comment on draft filings and communications with Plaintiffs' counsel; participate in liaison counsel communications and strategy recommendations to the entire joint defense group; conduct correspondence directly with Plaintiffs' counsel; participated in the development of several potential dispositive arguments and defenses on behalf of First American; draft and coordinate the filing of a motion to dismiss for lack of personal

4

jurisdiction on behalf of First American Financial Corporation and several other defendants; and draft and coordinate the filing of motions for attorney fees.

12.     As also set forth in the billing records, the amount of billed and paid time for which First American is seeking to recover from Plaintiffs' and Plaintiffs' counsel is $153,723.00 for 433 hours of work. This amount, and additional amounts for which First American is not seeking recovery, were charged to and paid by First American for our legal services rendered in connection with this matter. As stated above, the amount reflects a client-specific discount. It also excludes amounts for certain work performed, billed and paid, but for which First American is not seeking reimbursement. Before providing the bills to Plaintiffs' counsel and Mr. Shea, one or more WTO attorneys reviewed all recorded time on this matter and removed, or "wrote-down," entries for such things as: possibly duplicative coverage of joint defense meetings; research and writing relating to the Defendants' applications for fees; communications with joint defense group counsel specifically pertaining to strategy with respect to recovery of fees; time for attorneys other than Mr. Stephenson, Ms. Frohardt, and me; time for the work of the second paralegal on this matter and for assistance by document clerks; and other work for which First American is not seeking reimbursement. The total amount of fees for which First American is not seeking to recover during the period from July 2014 through May 2017 equals approximately $80,000.00.

13.     It is my opinion that the total fees are reasonable under the factors set forth in Colo. R. Prof. Cond. 1.5.

14.     For these reasons, and for the additional reasons set forth in the Motion, First American is entitled to recover its reasonable attorneys' fees totaling $153,723.00.

FURTHER AFFIANT SAYETH NOT.

_____
Terence M. Ridley

STATE OF COLORADO    )
CITY AND COUNTY      ) ss:
OF DENVER            )

SUBSCRIBED and sworn to before me on the 2nd day of October, 2017.

_____
Notary Public

My commission expires: 1-15-2021

ELISE D. NORRIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974000870
MY COMMISSION EXPIRES JANUARY 15, 2021

6

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

**Phone Number: (303) 244-1800**
**Tax ID #** ████████

August 25, 2014

████████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:       100015
Matter ID: 06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   July 31, 2014

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim #:**

## ITEMIZED FEES



| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|--|--------|
| ████ | ██ | ██████████████████████ | ██ | █ | ████ |
| ████ | ██ | ██████████████████████ | ██ | █ | ████ |
| 7/15/2014 | TMR | Telephone conference with client ████ regarding ████ (.5); read and analyze complaint regarding First American allegations (.6). | 1.10 | $ | 467.50 |
| ████ | ██ | ██████████████████████ | ██ | █ | ████ |
| ████ | ██ | ██████████████████████ | ██ | █ | ████ |
| 7/17/2014 | TMR | Read and respond to correspondence from ████ regarding ████ (.1); prepare correspondence to defense team regarding same (.1); read and analyze ████ (1.0); coordinate with defense counsel for other carriers (.2); read and analyze Rule 8 issues for potential motion (.8). | 2.20 | $ | 935.00 |
| ████ | ██ | ██████████████████████ | ██ | █ | ████ |

EXHIBIT 10B
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

August 25, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:       100015
Matter ID:   06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 7/17/2014 | SLW | Review ████████ received from client (.3); review and analyze Mr. E. Stephenson's email regarding telephonic meeting among defense counsel (.1). | 0.40 | $ | 54.00 |
| 7/18/2014 | SLW | Review and analyze ████████████ received from client. | 0.30 | $ | 40.50 |
| 7/18/2014 | TMR | Begin review of ████████ from client. | 1.20 | $ | 510.00 |
| 7/19/2014 | EBS | Begin to read and analyze policies, for the purpose of identifying bases for defending ████████ from Plaintiffs' allegations. | 0.50 | $ | 162.50 |
| 7/19/2014 | TMR | Read and analyze research on ████████ (.9); read and analyze draft motion to dismiss under F.R.C.P. 8 (.3). | 1.20 | $ | 510.00 |
| 7/21/2014 | EFF | Review and analyze ████████ to determine relevant provisions and language to be aware of in crafting argument and ████████ (1.3); research ████████ (1.5). | 2.80 | $ | 854.00 |
| 7/21/2014 | TMR | Read and analyze list of counsel representing various defendants (.2); read and analyze draft motion to dismiss (.5). | 0.70 | $ | 297.50 |
| 7/22/2014 | EFF | Review and analyze ████████ (.9); strategize with Mr. T. Ridley as to what to advise client regarding ████████ (.1); draft email to client ████████ (.1). | 1.10 | $ | 335.50 |
| 7/22/2014 | EBS | Read and analyze ████████ for the purpose of identifying potential changes to ████████ | 0.30 | $ | 97.50 |
| 7/22/2014 | TMR | Read and analyze revised draft of motion to dismiss (.6); read and analyze correspondence from joint defense group (.2); prepare ████████ to client (.2). | 1.00 | $ | 425.00 |
| 7/23/2014 | EBS | Read and analyze the agenda and other materials provided by Steptoe firm in advance of joint defense call. | 0.30 | $ | 97.50 |
| 7/23/2014 | TMR | Participate in joint defense call (.6); read and analyze correspondence from joint defense counsel (.2); attention to ████████ issue and ████████ (.5). | 1.30 | $ | 552.50 |
| 7/24/2014 | TMR | Prepare ████████ to client, ████████ (.4); read and analyze ████████ (.2); telephone call to Ms. E. Frohardt regarding ████████ issues (.3). | 0.90 | $ | 382.50 |

Page: 3

August 25, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:        100015
Matter ID:    06260.0002

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 7/25/2014 | EBS | Communicate with co-counsel regarding conferral with Plaintiff regarding extension motion, grounds for relief under Federal Rules of Civil Procedure 8, 9, and 12, and associated issues (1.5); read and analyze draft motion for extension of time, and suggest revisions to the same (.2). | 1.70 | $ | 552.50 |
| 7/25/2014 | TMR | Read and analyze multiple correspondence from joint defense group regarding responsive pleading deadline. | 0.50 | $ | 212.50 |
| 7/28/2014 | EBS | Communicate with the client regarding ▇▇▇▇▇▇ ▇▇▇▇▇▇ (.2); communicate with the joint defense group, for the purpose of finalizing and filing the group's motion for extension of the deadline to respond to the Amended Complaint, up to and including September 15, 2014 (.3). | 0.50 | $ | 162.50 |
| 7/30/2014 | EBS | Conference with the client regarding ▇▇▇▇ (.1); research ▇▇▇▇▇▇ (.3); prepare email memorandum to joint defense member, Mr. M. Horning and Mr. R. Hack discussing the basis for consolidating Hoffman and Snyder, and advocating for that issue to be added to the defense group's agenda for Friday (.5). | 0.90 | $ | 292.50 |

Total Hours:  18.90  ~~22.60~~

Fees for Services:  $  ~~8,309.50~~
6,941.50

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ▉▉▉▉▉▉

November 18, 2014

▉▉▉▉▉▉
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      102205
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   September 30, 2014

**Regarding:**   Snyder v. First American Property & Casualty and First
**Claim No.:**   American Financial

**ITEMIZED FEES**

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/1/2014 | EBS | Participate in defense group conference call scheduled for this morning to discuss agenda items related to extensions of time ▉▉▉▉▉▉ consolidation, and other issues (.5); prepare for defense group conference call regarding defense coordination and motions practice (.3); read and analyze draft briefs and other work product concerning the merits of the Colorado and federal claims in issue in the subject action, for the purpose of preparing for the select defense group briefing conference on August 12, 2014 (1.7); investigate to determine if the clients have been served with the complaint (.6); communicate with ▉▉▉ regarding ▉▉▉ (.5); communicate with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (.6); exchange emails with members of the defense group, for the | 5.00 | $   1,625.00 |

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

purpose of coordinating the filing of the Rule 8 motion and other defense efforts (.8).

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 8/4/2014 | EBS | Communicate with the joint defense group concerning the motion to consolidate that Plaintiffs' plan to file today (.3); research ▮▮▮▮▮▮ (1.2). | 1.50 | $ | 487.50 |
| 8/4/2014 | TMR | Read and analyze correspondence regarding case status (.3); read and analyze correspondence from opposing counsel (.1); read and respond to correspondence from Mr. J. Moseley regarding consolidation (.1); prepare ▮▮▮▮ to client (.2). | 0.70 | $ | 297.50 |
| 8/5/2014 | EBS | Research ▮▮▮▮▮▮▮ | 1.90 | $ | 617.50 |
| 8/5/2014 | TMR | Read and analyze motion to consolidate and prepare ▮▮▮▮▮ to client regarding ▮▮ 1.0); read and analyze various correspondence from joint defense group regarding consolidation (.2). | 1.20 | $ | 510.00 |
| 8/6/2014 | EBS | Communicate with the joint defense group regarding conferral with opposing counsel concerning their demand that the defendants file notices of appearance and other strategic issues (.5); research case law and other authority ▮▮▮▮ ▮▮▮▮▮▮▮ (2.5). | 3.00 | $ | 975.00 |
| 8/6/2014 | TMR | Read and analyze numerous correspondence from joint defense group regarding ▮▮▮▮ and conferral issues. | 0.30 | $ | 127.50 |
| 8/7/2014 | EBS | Conference with ▮▮▮▮ regarding ▮▮▮ y, and to consult with ▮▮▮ regarding ▮▮ ▮▮▮▮ (.5); research case law and secondary authority ▮▮▮ (2.0); prepare email memorandum discussing the likelihood of a waiver under Rule 12(g) or (h) if Defendants file a Rule 8 motion has their first response to the amended complaint (.7). | 3.20 | $ | 1,040.00 |

Page:  3

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:        102205
Matter ID:   06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 8/7/2014 | TMR | Prepare for conference call with client ███████ (.4); telephone conference with client, ████████████ (.5); read and analyze ██████ research (.8); read and analyze various correspondence from joint defense group (.2). | 1.90 | $ | 807.50 |
| 8/8/2014 | EBS | Exchange numerous emails with the defense group, the subgroup drafting Rule 12 motions, and various defense counsel regarding strategy for filing motions and briefs, and related issues (3.7); confer pursuant to Local Rule 7.1 with opposing counsel in detailed emails regarding the merits of the Rule 8 motion (.3); revise the draft Rule 8 motion, for the purpose of ensuring compliance with local rules and to clarify several points made in the motion (.4). | 4.40 | $ | 1,430.00 |
| 8/8/2014 | TMR | Read and analyze revised version of Rule 8 motion (1.1); read and analyze various correspondence from the joint defense group regarding Rule 8 motion (.3). | 1.40 | $ | 595.00 |
| 8/10/2014 | EBS | Review and analyze proposed talking points for Monday's call circulated by Mr. R. Helfand, and propose additional points, for the purpose of persuading the group to phase the early briefing in the case by filing a Rule 8 motion first. | 0.50 | $ | 162.50 |
| 8/10/2014 | TMR | Prepare for conference call with joint defense group (.5); read and analyze extensive Rule 7 conferral correspondence from opposing counsel (.4). | 0.90 | $ | 382.50 |
| 8/11/2014 | SLW | Review and analyze proof of service of summons and amended complaint on First American and docket deadline for filing answers. | 0.20 | $ | 27.00 |
| 8/11/2014 | EBS | Participate in joint defense group call regarding whether the the defendants should phase its motions practice by filing a Rule 8 motion first, and other case-management concerns (.5); review and analyze the latest draft of the Rule 8 motion and circulate the same to counsel for McKinsey and the joint defense group (.2); read and analyze draft joint motion for a briefing schedule (.2); communicate with counsel for McKinsey regarding the Rule 8 motion (.4); ████████████████ | 1.30 | $ | 422.50 |
| ████ | ████ | ████████████████████████ | ████ | ██ | ████ |
| 8/11/2014 | TMR | Prepare for joint conference call with joint defense team by reading and analyzing extensive correspondence (.9); | 2.00 | $ | 850.00 |

Page: 4

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice: 102205
Matter ID: 06260.0002

| Date | Initials | Description | Hours | | Amount |
|---|---|---|---|---|---|
| | | participate in joint conference call (.6); read and analyze follow-up communications with various members of the joint defense team related to motions practice (.5). | | | |
| 8/12/2014 | SLW | Review multiple proofs of service filed by Plaintiffs. | 0.20 | $ | 27.00 |
| 8/12/2014 | EBS | Conference with co-counsel to strategize regarding tomorrow's group call concerning filing Rule 8 versus Rule 12 motions (.3); communicate with ██████ regarding ████████████████ (.2); read and analyze today's filings in the Snyder case, to make note of entries of appearance and service of parties (.8). | 1.30 | $ | 422.50 |
| 8/12/2014 | EFF | Review and analyze proposed ██████████ to determine whether to recommend supporting or modifying it. | 0.10 | $ | 30.50 |
| 8/12/2014 | TMR | Read and analyze proposed ████████ briefing (.4); read correspondence from client regarding ██ (.1); telephone call to counsel for GuideONE regarding motions (.2); read and analyze ACORD's Rule 12(b)(6) motion (.5). | 1.20 | $ | 510.00 |
| 8/13/2014 | EBS | Participate in defense group joint call concerning whether the group should file a Rule 8 motion before it presents motions pursuant to Rule 12. | 0.50 | $ | 162.50 |
| ██████ | ██ | ██████████████████████████████ | ██ | ● | ████ |
| 8/13/2014 | TMR | Prepare for and participate in joint defense call regarding motions practice issues (.8); read and analyze recently filed return of service (.2); prepare ████ to client (.3); telephone conference with Ms. E. Frohardt regarding ██████████ (.3). | 1.60 | $ | 680.00 |
| 8/14/2014 | EBS | Participate in defense group conference call to coordinate briefing on motions to dismiss (.5); prepare for conference with ██████ concerning ██████ (.5); complete client conference with ██████████████ (.8); review and analyze case law and briefing and orders regarding motions to strike class allegations, for the purpose of assessing whether such a motion should be brought in the Snyder action (2.2). | 4.00 | $ | 1,300.00 |

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:       102205
Matter ID:   06260.0002

| 8/14/2014 | TMR | Prepare for and participate in joint defense call (.8); read and analyze recent order of USDC███████████(.5); participate in conference call with client regarding ██████████████████(.8); prepare correspondence to defense group regarding personal jurisdiction (.2). | 2.30 | $ | 977.50 |
| 8/15/2014 | EBS | Engage in further conferral with opposing counsel regarding personal jurisdiction and other motions (.2); research authority concerning ████████████████████████ █████████████████████████ ██████(2.3). | 2.50 | $ | 812.50 |
| 8/15/2014 | TMR | Read and analyze various correspondence related to Rule 12 motions. | 0.40 | $ | 170.00 |
| 8/16/2014 | EFF | Review and analyze 10th Circuit law regarding████ ███████████ | 0.80 | $ | 244.00 |
| 8/17/2014 | EFF | Continue to review and analyze 10th Circuit law regarding ███████████ | 0.80 | $ | 244.00 |
| 8/18/2014 | EFF | Discuss potential RICO issue to motion to dismiss with Mr. T. Ridley (.2); discuss potential RICO issue to motion to dismiss with Mr. E. Stephenson (.2); start drafting motion to dismiss for lack of personal jurisdiction (2.4). | 2.80 | $ | 854.00 |
| 8/19/2014 | EFF | Research and analyze case law regarding████████ ███████████ | 4.40 | $ | 1,342.00 |
| 8/19/2014 | TMR | Prepare motion to dismiss for lack of personal jurisdiction (1.4); telephone conference with sub defense group regarding █████████████(1.0). | 2.40 | $ | 1,020.00 |
| 8/20/2014 | EBS | Conference with co-counsel concerning the Baker Hostetler outline for the non-sellers' motion to dismiss (.4); read, analyze, and suggest revisions to the Baker Hostetler draft outline for the non-sellers' motion (.3); read and analyze | 2.00 | $ | 650.00 |

Page: 6

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:        102205
Matter ID:   06260.0002

| | | | | | |
|---|---|---|---|---|---|
| | | 18-page outline of the sellers' motion (1.3). | | | |
| 8/20/2014 | EFF | Review and analyze amended complaint, summary of amended complaint, and Rule 8 motion in preparation for drafting personal jurisdiction motion (2.0); draft declaration to be used in support of motion to dismiss for lack of personal jurisdiction (.5); finalize draft/rough outline of motion to dismiss for lack of personal jurisdiction (3.2). | 5.70 | $ | 1,738.50 |
| 8/20/2014 | TMR | Participate in defense call regarding Rule 12 motions and request for extension (.7); prepare ▮▮▮▮▮ to client (.2); read and analyze draft of ACORD brief under Rule 12 (.6). | 1.50 | $ | 637.50 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮ | ▮▮ |
| 8/21/2014 | EBS | Prepare for today's joint defense group conference regarding brief writing assignments and the substance of the group's briefs, by reading and analyzing the outlines circulated by the brief writing teams (1.0); read and analyze draft motion to dismiss for lack of personal jurisdiction, and related research, for the purpose of revising the draft motion (.6). | 1.60 | $ | 520.00 |
| 8/21/2014 | EFF | Continue drafting motion to dismiss based on lack of personal jurisdiction (3.0); prepare for and participate in joint defense group telephone conference regarding motions (1.0). | 4.00 | $ | 1,220.00 |
| 8/21/2014 | TMR | Continue to prepare draft of motion to dismiss (1.3); read and analyze various correspondence from joint defense group regarding Rule 12(b) outlines and ACORD membership (.6). | 1.90 | $ | 807.50 |
| 8/22/2014 | EBS | Review and analyze the dozens of filings submitted to the Court this week (1.1); analyze each of the legal standards applicable to ▮▮▮▮▮▮▮▮▮▮▮ (.7); analyze each of the legal standards applicable to ▮▮▮▮▮▮ (.7). | 2.50 | $ | 812.50 |
| 8/22/2014 | EFF | Review and analyze ▮▮▮▮▮▮▮ (3.5); research ▮▮▮▮▮▮▮ (2.0); update draft of motion to dismiss based on ▮▮▮▮ (1.0). | 6.50 | $ | 1,982.50 |
| 8/22/2014 | TMR | Read and analyze numerous entries of appearance and returns of service. | 0.50 | $ | 212.50 |
| 8/23/2014 | EFF | Edit and revise personal jurisdiction motion to dismiss. | 1.00 | $ | 305.00 |
| 8/25/2014 | EFF | Update motion to dismiss for lack of personal jurisdiction | 0.70 | $ | 213.50 |

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:        102205
Matter ID:   06260.0002

| | | | | | |
|---|---|---|---|---|---|
| | | based on earlier review. | | | |
| 8/25/2014 | EBS | Review and analyze filings in the Snyder case over the past week. | 0.80 | $ | 260.00 |
| 8/25/2014 | TMR | Read and analyze numerous correspondence from client, ▮▮ regarding ▮▮▮▮ | 0.80 | $ | 340.00 |
| 8/26/2014 | EFF | Finish revising and editing draft of motion to dismiss for lack of personal jurisdiction. | 0.30 | $ | 91.50 |
| 8/26/2014 | EBS | Review and analyze ▮▮ transmitted by the client (.5); read and analyze updated, revised motion to dismiss prepared by Acord (.3). | 0.80 | $ | 260.00 |
| 8/27/2014 | EFF | Research 10th Circuit case law regarding ▮▮▮▮ (1.0); update motion to dismiss and declaration based on research regarding ▮▮▮▮ (.5). | 1.50 | $ | 457.50 |
| 8/28/2014 | EBS | Review and analyze analysis and case law ▮▮▮▮ | 0.40 | $ | 130.00 |
| 8/31/2014 | EBS | Read and analyze draft motion to dismiss prepared for the selling defendants. The motion to dismiss is over 60 pages. | 1.40 | $ | 455.00 |
| 9/1/2014 | TMR | Read and analyze latest draft of motion to dismiss for lack of personal jurisdiction. | 0.50 | $ | 212.50 |
| 9/2/2014 | EBS | Review and analyze draft of the non-sellers' motion to dismiss and suggested changes by others in the defense group. | 1.30 | $ | 422.50 |
| 9/2/2014 | EFF | Conduct email correspondence with ▮▮▮▮ regarding ▮▮▮▮ (.1); conduct email correspondence with opposing counsel regarding whether they have served First American Financial (.1); conduct email correspondence with Mr. B. Hays from Locke Lord regarding chart of defendants (.1). | 0.30 | $ | 91.50 |
| 9/2/2014 | EBS | Review, analyze, and make revisions to draft motion to dismiss holding companies for lack of personal jurisdiction. | 2.60 | $ | 845.00 |
| 9/2/2014 | TMR | Prepare correspondence to ▮▮▮▮ regarding ▮▮▮▮ (.2); read and analyze draft memorandum of State Farm in support of motion to dismiss (1.1). | 1.30 | $ | 552.50 |
| 9/3/2014 | EBS | Revise extensively the draft motion to dismiss for lack of personal jurisdiction and circulate the same to the joint | 3.50 | $ | 1,137.50 |

Page: 8

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:     102205
Matter ID:   06260.0002

| | | | | | |
|---|---|---|---|---|---|
| | | defense group (2.3); read and analyze the State Farm motion to dismiss (1.2). | | | |
| 9/3/2014 | EFF | ████████████████████████ revise brief based on same (1.4). | 1.40 | $ | 427.00 |
| 9/3/2014 | TMR | Continue to prepare brief in support of motion to dismiss. | 2.00 | $ | 850.00 |
| 9/4/2014 | EBS | Participate in joint defense call for today regarding the group's briefing strategy for responding to amended complaint (.5); prepare for joint defense call for today (.2); communicate with joint defense group regarding motion to dismiss for lack of personal jurisdiction and other issues (1.2). | 1.90 | $ | 617.50 |
| 9/4/2014 | TMR | Read and analyze Plaintiffs' Rule 8 response brief (.8); prepare for joint defense call and read and analyze numerous correspondence from joint defense group regarding case status and planning (.8); participate in joint defense group conference call (1.0); telephone call to counsel Mr. B. Hayes regarding ████████ (.2). | 2.80 | $ | 1,190.00 |
| 9/5/2014 | EBS | Communicate with joint defense group regarding drafts of the motion to stay or vacate deadlines and related strategic issues. | 2.00 | $ | 650.00 |
| 9/5/2014 | TMR | Read and analyze motion to vacate (.2); read and analyze numerous correspondence from joint defense group regarding procedural issues (.4). | 0.60 | $ | 255.00 |
| 9/8/2014 | EBS | Read and analyze Court's order striking complaint, requesting a defense liaison, requiring Plaintiff to file a status report, inviting a status conference, and suggesting that the number of defendants be reduced (.9); communicate with co-counsel regarding the preparation and filing of the personal jurisdiction motion (.2). | 1.10 | $ | 357.50 |
| 9/11/2014 | EBS | Communicate with other members of the joint defense group regarding strategy. | 1.00 | $ | 325.00 |
| 9/12/2014 | EBS | Prepare for and complete conference with the joint defense group regarding Judge Kane's latest order (.2); communicate with client regarding ████████████ (.3). | 0.50 | $ | 162.50 |
| 9/14/2014 | TMR | Read and analyze correspondence related to appointment of Mr. T. Ridley as liaison counsel (.2); read and analyze ████████ and follow up with Ms. E. Frohardt (.3). | 0.50 | $ | 212.50 |
| 9/15/2014 | EFF | Review ████████████████ (.4); accept | 0.80 | $ | 244.00 |

Page: 9

November 18, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:      102205
Matter ID:   06260.0002

|  |  | most changes, respond to ████████ (.2); discuss same with Mr. T. Ridley (.1); email ████████ to ████████ (.1). |  |  |  |
|---|---|---|---|---|---|
| 9/15/2014 | TMR | Read and analyze personal jurisdiction affidavit and telephone conference with Ms. E. Frohardt regarding same (.2); read and analyze correspondence from liaison counsel group (.2). | 0.40 | $ | 170.00 |
| 9/16/2014 | EBS | Communicate with other members of the joint defense group regarding the proposal to file a joint status report on September 24, 2014 and whether the Defendants should advise Plaintiffs on how to prepare a status report, and other issues. | 0.50 | $ | 162.50 |
| 9/17/2014 | EBS | Participate in joint defense call regarding Plaintiffs' status report and other issues. | 0.30 | $ | 97.50 |
| 9/17/2014 | TMR | Read and respond to numerous correspondence regarding joint status report. | 0.40 | $ | 170.00 |
| 9/19/2014 | EBS | Communicate with joint defense group regarding their communications with Plaintiffs to try to obtain dismissal. | 0.20 | $ | 65.00 |
| 9/25/2014 | SLW | Review and analyze Plaintiffs' status report including proposed briefing schedule and identification of Defendants' liaison counsel. | 0.20 | $ | 27.00 |
| 9/25/2014 | TMR | Read and analyze Plaintiffs' status report. | 0.20 | $ | 85.00 |
| 9/26/2014 | TMR | Exchange correspondence with other liaison counsel regarding conference with Plaintiffs' counsel. | 0.20 | $ | 85.00 |
| 9/30/2014 | EFF | Research and analyze ████████ (1.4); review ████████ (.1). | 1.50 | $ | 457.50 |

Total Hours: ~~121.50~~ 116.60

Fees for Services:   $   ~~41,359.00~~
40,119.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # ███████

December 10, 2014

███████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:       103022
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   October 31, 2014

**Regarding:**   Snyder v. First American Property & Casualty and First
**Claim No.:**   American Financial

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|---|--------|
| ██████ | ████ | ██████████████████████████ | ██ | | ████ |
| 10/1/2014 | EFF | Participate in joint defense group call regarding dismissal of defendant groups (.5); strategize with Mr. T. Ridley and Mr. E. Stephenson regarding tolling agreement and personal jurisdiction email (.4). | 0.90 | $ | 274.50 |
| 10/1/2014 | TMR | Prepare for defense group conference call (.5); telephone call from counsel for co-defendant regarding personal jurisdiction issues (.3); read and analyze table of status of defendants (.3); participate in joint defense call regarding potential dismissal of certain defendants (.5); prepare draft correspondence to Plaintiffs' counsel regarding defendants contesting personal jurisdiction (.3); prepare ████████ to client (.2); read and respond to correspondence from ████ (.2); read and respond to correspondence from Mr. W. Savino, counsel for co-defendants, regarding personal jurisdiction (.2); follow-up with Ms. E. Frohardt on personal jurisdiction issues (.2). | 2.70 | $ | 1,147.50 |

Page:  2

December 10, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:       103022
Matter ID:   06260.0002

| | | | | | |
|---|---|---|---|---|---|
| 10/2/2014 | EBS | Communicate with opposing counsel and other members of the joint defense group regarding obtaining dismissal of certain classes of defendants (.4); read and analyze agreed motion for entry of briefing schedule (.2). | 0.60 | $ | 195.00 |
| 10/3/2014 | EBS | Communicate with other members of the joint defense group regarding the upcoming complaint and potential dismissal of certain categories of defendants. | 0.40 | $ | 130.00 |
| 10/3/2014 | TMR | Telephone conference with counsel for Hartford regarding case strategy. | 0.40 | $ | 170.00 |
| 10/5/2014 | TMR | Read and analyze several correspondence from joint defense group and Plaintiffs' counsel regarding potential dismissal of Defendants (.5); prepare for conference call with client,███████ (.5); prepare correspondence to ███████ regarding ███████ (.2). | 1.20 | $ | 510.00 |
| 10/6/2014 | EFF | Conference regarding personal jurisdiction issues and status of discussions regarding tolling agreements. | 0.50 | $ | 152.50 |
| 10/6/2014 | TMR | Prepare correspondence to Ms. C. Collignan regarding status of motion (.2); prepare for telephone conference with client, ███████ regarding ███████ (.3); participate in telephone conference with ███████ regarding ███████ (.3); read and analyze correspondence from liaison counsel regarding tolling agreement ███████ (.2); prepare ███████ to client (.2). | 1.20 | $ | 510.00 |
| 10/7/2014 | EBS | Communicate with the joint defense group regarding communications with opposing counsel regarding proposals to dismiss categories of defendants and the terms of any possible tolling agreement. | 0.50 | $ | 162.50 |
| 10/7/2014 | TMR | Read and analyze numerous correspondence from defense group regarding contents of correspondence to Plaintiffs' counsel and comments on tolling agreement. | 0.50 | $ | 212.50 |
| 10/8/2014 | SLW | Review and analyze court's order establishing briefing schedule. | 0.20 | $ | 27.00 |
| 10/8/2014 | EBS | Communicate with the joint defense group regarding Plaintiffs' proposals concerning a tolling agreement and potential dismissals of some defendants. | 0.60 | $ | 195.00 |
| 10/8/2014 | EFF | Draft response to joint defense group regarding personal jurisdiction concerns with tolling agreement. | 0.20 | $ | 61.00 |
| 10/8/2014 | TMR | Prepare correspondence to defense group regarding personal jurisdiction and tolling agreement (.3); read and analyze numerous correspondence from defense group regarding | 0.50 | $ | 212.50 |

Page: 3

December 10, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:      103022
Matter ID:   06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| | | dismissal of defendants (.2). | | | |
| 10/9/2014 | EBS | Communicate with joint defense group, and with opposing counsel, regarding potential dismissal and related issues. | 0.50 | $ | 162.50 |
| 10/10/2014 | TMR | Prepare status update to client regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 0.20 | $ | 85.00 |
| 10/12/2014 | TMR | Prepare status update to ▮▮▮▮▮▮ regarding ▮▮▮▮ ▮▮▮▮▮▮ | 0.40 | $ | 170.00 |
| 10/14/2014 | EFF | Conduct review of amended complaint to determine if there are any major changes with respect to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 0.40 | $ | 122.00 |
| 10/14/2014 | TMR | Read and analyze next amended complaint (.3); read and analyze various correspondence regarding amended complaint from other defense counsel (.4); prepare correspondence to client regarding ▮▮▮▮▮▮▮ (.2). | 0.90 | $ | 382.50 |
| 10/15/2014 | EFF | Review and analyze changes in amended complaint and determine how they affect our motion on personal jurisdiction. | 4.00 | $ | 1,220.00 |
| 10/16/2014 | EFF | Finish review of amended complaint to determine what changes we will need to make to personal jurisdiction motion (.4); discuss differences between last complaint and new amended complaint and how they affect our personal jurisdiction motion with Mr. T. Ridley (.2); joint defense call regarding updated strategy based on Plaintiffs' amended complaint (.5). | 1.10 | $ | 335.50 |
| 10/16/2014 | TMR | Attend joint conference call of defendants regarding case status after amended complaint. | 1.00 | $ | 425.00 |
| 10/20/2014 | EBS | Review and analyze changes to amended complaint, for the purpose of preparing dismissal briefing. | 1.10 | $ | 357.50 |
| 10/20/2014 | TMR | Read and analyze ▮▮▮▮▮▮▮ from client (.2); prepare correspondence to liaison counsel regarding tolling agreement (.2); read and analyze status update from opposing counsel (.1). | 0.50 | $ | 212.50 |
| 10/21/2014 | EBS | Review and analyze latest filings. | 0.30 | $ | 97.50 |
| 10/22/2014 | EBS | Review and analyze three-email compilation of rulings on sanctions circulated to the defense group. | 0.80 | $ | 260.00 |
| 10/22/2014 | EFF | Review and consider Rule 11 and sanctions summary circulated to joint defense group in anticipation of call regarding same (.1); joint defense call to discuss tolling | 0.60 | $ | 183.00 |

Page: 4

December 10, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:     103022
Matter ID:   06260.0002

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | agreement, motions for sanctions, and service of new complaint (.3); confer with Mr. T. Ridley regarding service on First American Financial and whether ███████████ (.2). |  |  |
| 10/22/2014 | TMR | Prepare for joint defense conference call (.5); participate in joint defense conference call (.6); telephone call to Ms. E. Frohardt regarding ███████████ (.4). | 1.50 | $ 637.50 |
| 10/23/2014 | TMR | Read and respond to correspondence regarding ███████████ | 0.20 | $ 85.00 |
| 10/24/2014 | EFF | Review and update tolling agreement based on concerns for personal jurisdiction defendants (.6); review and analyze new documents from Plaintiffs (.4); email update to ███████ regarding ███████████ (.2). | 1.20 | $ 366.00 |
| 10/24/2014 | TMR | Read and analyze tolling agreement (.5); read and analyze recent correspondence from co-defendants (.3); read and analyze correspondence to and from client (.2). | 1.00 | $ 425.00 |
| 10/25/2014 | TMR | Read and analyze correspondence from joint defense group regarding tolling agreement. | 0.20 | $ 85.00 |
| 10/27/2014 | EFF | Discuss service and personal jurisdiction issue with counsel for Zurich. | 0.40 | $ 122.00 |
| 10/27/2014 | TMR | Prepare motion to dismiss for lack of personal jurisdiction (1.0); read and analyze correspondence from joint defense group (.3); read and analyze exemplar declaration (.2); read and analyze draft briefing from other defendants (1.0). | 2.50 | $ 1,062.50 |
| 10/28/2014 | EBS | Review and analyze updated draft motion to dismiss for lack of personal jurisdiction. | 0.30 | $ 97.50 |
| 10/28/2014 | EFF | Revise and update personal jurisdiction brief and sample affidavit based on Plaintiffs' changes in newest amended complaint, including ███████████ | 4.00 | $ 1,220.00 |
| 10/29/2014 | EFF | Email draft of personal jurisdiction motion and sample declaration to counsel for Hartford (.2); revise and edit personal jurisdiction motion before sending to counsel for Hartford (.3). | 0.50 | $ 152.50 |
| 10/30/2014 | EBS | Read and analyze latest materials circulated in advance of joint defense group call, including list of defendants and their positions regarding seeking a dismissal subject to a tolling agreement (.2); participate in joint defense group call regarding negotiations with Plaintiffs regarding dismissal subject to a tolling agreement and other issues (.3); read, | 1.00 | $ 325.00 |

December 10, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:        103022
Matter ID:   06260.0002

analyze, and identify potential revisions to draft
personal-jurisdiction motion and example declaration (.5).



| 10/30/2014 | TMR | Read and analyze correspondence from joint defense group (.3); read and analyze latest version of tolling agreement (.2); telephone call to Ms. E. Frohardt regarding summary of defense calls, documents, and motions (.3). | 0.80 | $ | 340.00 |

| 10/31/2014 | TMR | Read and analyze correspondence from joint defense group regarding status of briefing and tolling agreement. | 0.50 | $ | 212.50 |

Total Hours:   ~~38.40~~
36.30

Fees for Services:   $   ~~13,750.00~~
13,103.50

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # ██████████

December 31, 2014

██████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      103425
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   November 30, 2014

**Regarding:**  Snyder v. First American Property & Casualty and First
**Claim No.:**   American Financial

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 11/2/2014 | TMR | Read and analyze revised tolling agreement and related correspondence (.3); prepare correspondence to defense group regarding same (.2). | 0.50 | $   212.50 |
| 11/3/2014 | TMR | Prepare motion to dismiss based on personal jurisdiction (1.0); circulate draft to entire defense group with update and example declaration (.4). | 1.40 | $   595.00 |
| 11/5/2014 | EBS | Read and analyze changes proposed to the non-sellers' brief by members of the joint defense group. | 0.30 | $   97.50 |
| 11/6/2014 | EFF | Review updates to tolling agreement based on concerns raised on behalf of personal jurisdiction defendants. | 0.30 | $   91.50 |
| 11/6/2014 | EBS | Communicate with joint defense group regarding drafts of proposed tolling agreement (.3); read and analyze proposed, redlined changes to nonsellers' brief, including changes suggested by Mr. B. Helfand (.6). | 0.90 | $   292.50 |
| 11/10/2014 | EBS | Communicate with joint defense group regarding proposed changes to non-sellers' brief, including discussion of appropriate order of arguments attacking the breach of contract, negligence, and other claims. | 0.30 | $   97.50 |

Page: 2

December 31, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:         103425
Matter ID:   06260.0002

| | | | | | |
|---|---|---|---|---|---|
| 11/10/2014 | TMR | Read and respond to correspondence from co-defense counsel, Ms. C. Mitchell, regarding Hartford Services joining jurisdictional brief (.2); read and analyze correspondence from various defense counsel regarding briefing (.3). | 0.50 | $ | 212.50 |
| 11/11/2014 | TMR | Telephone conference with AIG regarding personal jurisdiction issues (.2); read and analyze draft brief on personal jurisdiction and consider changes (.5). | 0.70 | $ | 297.50 |
| 11/12/2014 | EFF | Telephone conference with counsel for All America regarding personal jurisdiction motion. | 0.20 | $ | 61.00 |
| 11/12/2014 | TMR | Read and analyze various correspondence from defense group regarding briefing on motions to dismiss including jurisdictional brief (.6); make additional changes to brief (.3); read and analyze correspondence regarding revised tolling agreement (.2). | 1.10 | $ | 467.50 |
| 11/13/2014 | EFF | Conduct email correspondence with Mr. T. Ridley and members of personal jurisdiction defense group regarding finalizing declarations. | 0.20 | $ | 61.00 |
| 11/13/2014 | TMR | Prepare correspondence to joint defense group regarding personal jurisdiction motion (.3); read and respond to various correspondence from joint defense group (.4). | 0.70 | $ | 297.50 |
| 11/14/2014 | TMR | Telephone conference with AIG's counsel regarding personal jurisdiction brief issues (.3); read and analyze numerous correspondence related to personal jurisdiction (.3); prepare ███████ to client (.4); revise brief on personal jurisdiction (.2). | 1.20 | $ | 510.00 |
| 11/16/2014 | EFF | Research personal jurisdiction case law to determine whether to supplement or change motion based on concerns from other defendants' counsel; draft and send email to Mr. T. Ridley and Mr. E. Stephenson regarding research and response to concerns from other defendants' counsel. | 1.90 | $ | 579.50 |
| 11/16/2014 | TMR | Read and analyze several correspondence relating to personal jurisdiction brief (.6); outline issues to discuss in conference call (.5); read and analyze declaration and brief (.5); exchange correspondence with Ms. E. Frohardt regarding issues related to personal jurisdiction (.2). | 1.80 | $ | 765.00 |
| ████ | ██ | ████████████████████████ | ██ | █ | ███ |
| 11/17/2014 | EFF | Telephone conference with members of personal jurisdiction small group to discuss revisions to motion (.8); discuss | 2.50 | $ | 762.50 |

Page: 3

December 31, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice: 103425
Matter ID: 06260.0002

| | | | | | |
|---|---|---|---|---|---|
| | | revisions to motion with Mr. T. Ridley and Mr. E. Stephenson (.4); revise motion to dismiss for lack of personal jurisdiction based on telephone conference and discussions with Mr. T. Ridley and Mr. E. Stephenson (1.0); finalize First American Financial declaration ███████████ (.3). | | | |
| 11/17/2014 | EBS | Read and analyze suggested changes to the personal jurisdiction brief presented by counsel for AIG. | 0.50 | $ | 162.50 |
| 11/17/2014 | TMR | Continue to prepare for conference call with sub-group on personal jurisdiction (1.5); lead sub-group conference call on personal jurisdiction and related issues (1.5); read and analyze redline proposals to personal jurisdiction brief by co-defendants (1.0). | 4.00 | $ | 1,700.00 |
| 11/18/2014 | EFF | Review federal statute regarding ██████████ ██████████ (.3); conduct email correspondence with members of the personal jurisdiction group concerning substance of declarations (.3); review declarations from members of personal jurisdiction group (.4). | 1.00 | $ | 305.00 |
| 11/18/2014 | EBS | Read and analyze suggestions for changes to the personal jurisdiction brief made by Baker & Hostetler. | 0.30 | $ | 97.50 |
| 11/18/2014 | TMR | Read and analyze numerous correspondence from the joint defense sub-group on personal jurisdiction (.5); read and analyze edited versions of motion to dismiss (1.0); continue to prepare brief in support of motion to dismiss (4.5); prepare status update to sub-group on personal jurisdiction (.5). | 6.50 | $ | 2,762.50 |
| 11/19/2014 | EBS | Review and analyze further requested changes to the personal jurisdiction brief, which have been presented by counsel for Secura Insurance Holdings, Inc. (.4); exchange emails with joint defense group concerning logistics of next week's filings, including order of filing and related issues (.2). | 0.60 | $ | 195.00 |
| 11/19/2014 | TMR | Prepare for defense group-wide conference call regarding status of briefing (.6); participate in joint defense group call regarding briefing (.8); read and respond to correspondence from client regarding ██████████ (.3); read and analyze J. Robinson declaration (.1); status report to client regarding ██████ (1.0); read and respond to correspondence from Ms. A. Alvarez (.1); read and respond to correspondence from counsel for SECURA Insurance (.1); read and respond to correspondence from drafts person for the nonsellers brief (.3); telephone call from counsel for Shelter regarding briefing status (.3); read and analyze State Farm sellers brief (1.7). | 5.30 | $ | 2,252.50 |

Page: 4

December 31, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:      103425
Matter ID:    06260.0002

| Date | Init | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 11/20/2014 | EFF | Conduct email and telephone correspondence with various counsel for defendants who will be joining personal jurisdiction motion and discuss updates to the motion as well as gathering signature blocks and declarations. | 0.80 | $ | 244.00 |
| 11/20/2014 | TMR | Telephone conference with counsel for Hartford regarding motion to dismiss and declaration (.3); read and respond to correspondence from QBE's counsel regarding motion to dismiss (.2); revise personal jurisdiction brief based on correspondence from various members of the sub-group (1.2); continue to prepare ▓▓▓▓ to client (1.0); read and respond to ▓▓▓▓ from client (.1); continue to read and analyze various briefs of joint defense group (2.5); read and respond to correspondence from United Fire (.2); consider issues of attorney fees and post-order motion for same (.4). | 5.90 | $ | 2,507.50 |
| 11/21/2014 | EBS | Review and analyze Plaintiffs' errata and its over 50 exhibits (.6); exchange emails with joint defense group discussing what to do in response to Plaintiffs' eleventh-hour proposal to submit an "errata" with over 50 exhibits (.7). | 1.30 | $ | 422.50 |
| 11/21/2014 | EFF | Conduct email and telephone correspondence with counsel for various defendants who are joining personal jurisdiction brief. | 0.80 | $ | 244.00 |
| 11/21/2014 | TMR | Read and respond to correspondence from numerous members of personal jurisdiction sub-group regarding status of brief and declarations (1.0); ▓▓▓▓ telephone conference with liaison counsel for nonseller brief regarding comments on brief (.3); read and analyze numerous correspondence from Plaintiffs' counsel regarding errata and defense counsel regarding response (2.0). | ~~3.90~~ 3.30 | $ | ~~1,657.50~~ 1,402.50 |
| 11/22/2014 | EFF | Review email correspondence regarding Plaintiffs' errata and Defendants' response. | 0.40 | $ | 122.00 |
| 11/24/2014 | EBS | Communicate with members of defense group on a conference call to formulate a plan for responding to Plaintiffs' over-50 errata (.3); exchange emails with joint defense group | 0.80 | $ | 260.00 |

Page: 5

December 31, 2014

**Wheeler Trigg O'Donnell LLP**

Invoice:     103425
Matter ID:   06260.0002

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | concerning obtaining an extension of time to permit a corrected complaint to be filed and to resolve the issue of Plaintiffs' numerous errata (.5). |  |  |
| 11/24/2014 | EFF | Conduct email correspondence with members of the personal jurisdiction group regarding final declarations and signature blocks. | 0.20 | $   61.00 |
| 11/24/2014 | TMR | Prepare for conference call with sub-group of Defendants regarding Plaintiffs' numerous errata (1.0); attend joint defense conference call regarding proper response to Plaintiffs' proposed amended complaint (.6); read and respond to numerous correspondence from joint defense group (1.0); read and analyze proposed motion to amend scheduling order and respond to group regarding same (.4). | 3.00 | $ 1,275.00 |
| 11/25/2014 | TMR | Read and analyze numerous correspondence from defense group (.5); read and analyze order of Court (.1); read and analyze correspondence from opposing counsel regarding scheduling order (.2). | 0.80 | $   340.00 |
| 11/28/2014 | TMR | Read and analyze briefing from various parties regarding motions for dismissal along with related correspondence. | 1.10 | $   467.50 |

Total Hours:   ~~56.10~~
51.10

Fees for Services:   $   ~~21,830.50~~
20,221.50



### Wheeler Trigg O'Donnell LLP
### 370 17th Street, Suite 4500
### Denver, CO  80202-5647

Phone Number:   (303) 244-1800
Tax ID #   ▓▓▓▓▓▓▓

January 23, 2015

▓▓▓▓▓▓▓
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      103937
Matter ID: 06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   December 31, 2014

**Regarding:**   Snyder v. First American Property & Casualty and First
**Claim No.:**   American Financial

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 12/2/2014 | EFF | Confirm with drafters of State Farm brief that section numbers will not change; update, cite-check, and proof personal jurisdiction brief; conduct email correspondence with Mr. T. Ridley regarding same; confirm how we will file brief and that we have all declarations. | 3.40 | $  1,037.00 |
| 12/2/2014 | SLW | Proof read and cite check motion to dismiss for lack of personal jurisdiction. | 1.00 | $     135.00 |
| 12/3/2014 | TMR | Read and analyze motion to dismiss by American Family (.3); read and analyze draft motion to dismiss by Nationwide (.4); read and analyze numerous correspondence from the joint defense group regarding briefing (.4); exchange correspondence with Ms. E. Frohardt regarding briefing (.2). | 1.30 | $     552.50 |
| 12/3/2014 | EFF | Email final version of personal jurisdiction brief to personal jurisdiction group; send ▓▓▓ as well as ▓▓▓▓▓▓▓ ▓▓▓▓ to ▓▓▓▓▓▓▓ coordinate and confirm plan for filing; email entire group regarding brief. | 0.60 | $     183.00 |
| 12/3/2014 | SLW | Continued proofreading and cite checking motion to dismiss for lack of personal jurisdiction. | 0.50 | $      67.50 |

Page: 2

January 23, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:        103937
Matter ID:   06260.0002

| 12/4/2014 | TMR | Conduct final review of motion to dismiss signature blocks and declarations (1.0); conference with Ms. E. Frohardt regarding final comments on brief (.4); prepare ▓▓▓▓▓ to client (.2); read and analyze various correspondence from joint defense group (.3); telephone call to counsel for The Hartford regarding signature block (.1). | 2.00 | $ | 850.00 |
|---|---|---|---|---|---|
| 12/4/2014 | EFF | Conduct email correspondence with other counsel regarding personal jurisdiction motion and final changes to motion; work with Ms. E. Norris and Ms. S. Wall to conduct final proof and final edits; final review of all declarations and brief. | 1.40 | $ | 427.00 |
| 12/4/2014 | SLW | Further revise motion to dismiss for lack of personal jurisdiction based on other defense counsel's last minute changes. | 2.00 | $ | 270.00 |
| 12/5/2014 | TMR | Read and analyze various briefs and correspondence regarding motions to dismiss. | 1.20 | $ | 510.00 |
| 12/6/2014 | TMR | Read and analyze numerous recent filings and prepare ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.6); read and analyze recent order of the Court (.1); prepare ▓▓▓▓▓ to client (.4). | 1.10 | $ | 467.50 |
| 12/8/2014 | TMR | Read and analyze correspondence from Plaintiffs' counsel regarding extension (.2); prepare update to Defendants (.1). | 0.30 | $ | 127.50 |
| 12/8/2014 | EBS | Review and analzye draft disclosure statement for First American, prepared by Ms. E. Frohardt (.2); analyze opposing counsel's demand for an excessively lengthy extension of time to respond to motions to dismiss, and communicate with the joint defense group regarding the same (.2). | 0.40 | $ | 130.00 |
| 12/8/2014 | EFF | Prepare and edit corporate disclosure statement. | 0.60 | $ | 183.00 |
| 12/9/2014 | TMR | Read and analyze correspondence from liaison counsel regarding extension (.3); read and analyze road map document to Court and respond to liaison counsel on same (.3); prepare ▓▓▓▓▓ to client (.2). | 0.80 | $ | 340.00 |
| 12/10/2014 | EBS | Review and analyze new decision ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | $ | 97.50 |
| 12/10/2014 | TMR | Read and respond to numerous correspondence from liaison counsel regarding Plaintiffs' request for additional time (.4); prepare ▓▓▓▓▓ to client (.2); read and analyze changes to summary of filed motions to dismiss (.1). | 0.70 | $ | 297.50 |
| 12/11/2014 | EBS | Communicate with joint defense group regarding Plaintiffs' request for an extension of time to respond to motions to dismiss. | 0.20 | $ | 65.00 |

Page: 3

January 23, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:     103937
Matter ID:   06260.0002

| Date | Init. | Description | Hours | | Amount |
|------|-------|-------------|-------|--|--------|
| 12/12/2014 | EFF | Review summary charts and document prepared by co-defendant's counsel and confirm that information is correct as to First American entities. | 0.50 | $ | 152.50 |
| 12/15/2014 | EBS | Communicate with joint defense group regarding extensions of time and related issues to discuss with Plaintiffs' counsel. | 0.50 | $ | 162.50 |
| 12/19/2014 | TMR | Read and analyze various correspondence regarding extension issue and respond to defense group. | 0.20 | $ | 85.00 |

Total Hours:   19.00

Fees for Services:   $   6,140.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # ▒▒▒▒▒▒▒

February 18, 2015

▒▒▒▒▒▒▒

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      104649
Matter ID: 06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   January 31, 2015

**Regarding:**  Snyder v. First American Property & Casualty and First
**Claim No.:**  American Financial

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 1/6/2015 | TMR | Read and analyze correspondence update from liaison counsel (.1); prepare ▒▒▒▒▒▒ to client (.1). | 0.20 | $ 85.00 |
| 1/8/2015 | EBS | Communicate with joint defense group regarding Plaintiffs' request for extension of deadline to respond to dispositive motions. | 0.80 | $ 260.00 |
| 1/8/2015 | TMR | Read and analyze correspondence from Plaintiffs' counsel regarding extension (.2); read and analyze correspondence from liaison counsel (.1). | 0.30 | $ 127.50 |
| 1/14/2015 | TMR | Read and analyze Plaintiffs' opposed motion for extension (.1); read and analyze correspondence from joint defense group regarding recent filings (.1); prepare ▒▒▒▒▒▒ to client (.2); read and analyze proposed order by Plaintiffs (.1); read and analyze order of court regarding hearing (.1). | 0.60 | $ 255.00 |
| 1/20/2015 | TMR | Read and analyze correspondence from opposing counsel regarding extension. | 0.10 | $ 42.50 |
| 1/21/2015 | EFF | Review joint defense group correspondence regarding response to Plaintiffs' motion for extension and hearing; review proposed response to Plaintiffs' motion for extension. | 1.20 | $ 366.00 |

Page: 2

February 18, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:      104649
Matter ID:   06260.0002

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 1/21/2015 | TMR | Read and respond to correspondence from Mr. S. Jorden regarding hearing (.1); prepare ▬▬▬ to client (.3); prepare correspondence to group of liaison counsel regarding issues to consider for hearing on motion for extension (.5). | 0.90 | $ | 382.50 |
| 1/22/2015 | TMR | Read and analyze minute order of Court (.1); read and analyze numerous correspondence from joint defense group regarding upcoming hearing (.4). | 0.50 | $ | 212.50 |
| 1/26/2015 | EFF | Participate in joint defense group call regarding Plaintiffs' motion for extension of time and upcoming hearing. | 0.80 | $ | 244.00 |
| 1/26/2015 | TMR | Read and analyze numerous correspondence from defense group regarding hearing (.4); prepare for joint conference call (.4); participate in joint conference call (.5). | 1.30 | $ | 552.50 |
| 1/27/2015 | EBS | Exchange emails with joint defense group concerning upcoming hearing with Judge Kane. | 0.80 | $ | 260.00 |
| ▬▬▬ | ▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬ | ▬▬▬ |
| 1/28/2015 | TMR | Prepare for hearing and status conference by reading and analyzing motion for extension and motion to dismiss for lack of personal jurisdiction. | 0.60 | $ | 255.00 |
| 1/29/2015 | EBS | ▬▬▬▬▬▬▬ read Plaintiffs' 44-page reply in support of motion for extension of time (.5); exchange emails with joint defense group regarding judge's comments at today's hearing, their ramifications and meaning, and appropriate next steps (.8). | 1.30 | $ | 422.50 |
| 1/29/2015 | TMR | Prepare for and attend hearing on motion for extension (2.0); prepare ▬▬▬ to client (.5); read and analyze correspondence from co-defense counsel regarding court hearing (.2). | 2.70 | $ | 1,147.50 |
| 1/30/2015 | EBS | Exchange emails with joint defense group regarding meaning and ramifications of judge's comments at Thursday hearing. | 0.30 | $ | 97.50 |

Total Hours:   ~~13.50~~
                        12.40

Fees for Services:   $   ~~4,836.50~~
                                       4,710.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ██████████

April 7, 2015

██████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      105952
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   March 31, 2015

**Regarding:**   Snyder v. First American Property & Casualty and First
**Claim No.:**   American Financial

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|---|--------|
| ██████ | ████ | ████████████████████████████████████ | ████ | █ | ████ |
| 1/23/2015 | SLW | Begin planning and preparation for next week's hearing on Plaintiffs' motion for extension to respond to motions to dismiss by identifying materials for attorneys' review. | 0.20 | $ | 27.00 |
| 2/2/2015 | TMR | Read and analyze minute order along with numerous correspondence from defense counsel. | 0.30 | $ | 127.50 |
| 2/12/2015 | EBS | Communicate with joint defense group concerning appropriate response to the Court's notice of redaction. | 0.10 | $ | 32.50 |
| 2/12/2015 | TMR | Read and respond to correspondence from liaison counsel regarding local practice on transcripts. | 0.20 | $ | 85.00 |

.80

Total Hours:   ~~0.90~~

Fees for Services:   $      272.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:  (303) 244-1800
Tax ID # ███████

June 30, 2015

███████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:     108273
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   May 31, 2015

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|--------------------|-------|--------|
| ███ | ███ | ████████████████ | ███ | ███ |
| ███ | ███ | ████████████████ | ███ | ███ |
| 5/20/2015 | TMR | Read and respond to correspondence from liaison counsel regarding summary judgment briefing. | 0.20 | $    85.00 |
| 5/21/2015 | EBS | Conference with co-counsel regarding Plaintiffs' impending response to plan and coordinate the filing of reply briefs. | 0.30 | $    97.50 |
| 5/21/2015 | TMR | Prepare for and participate in joint planning call with liaison counsel. | 1.50 | $   637.50 |
| 5/21/2015 | EFF | Prepare for small group call by reviewing filings and notes from hearing regarding motions to dismiss. | 0.20 | $    61.00 |
| 5/21/2015 | EFF | Participate in small group call regarding replies in support of | 4.00 | $ 1,220.00 |

Page: 2

June 30, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:        108273
Matter ID:   06260.0002

motions to dismiss and division of labor.

5/29/2015      TMR      Telephone conference with co-defense counsel, P. Bledsoe,      0.20      $      85.00
regarding consolidation of briefs.

Total Hours:      ~~9.90~~
6.40

Fees for Services:   $   ~~2,588.50~~
2,186.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ██████████

July 31, 2015

████████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      109056
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   June 30, 2015

**Regarding:**  Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 6/1/2015 | EFF | Review and analyze motion to dismiss for lack of personal jurisdiction, summary of motions to dismiss, RICO argument in State Farm Brief, and personal jurisdiction motions from other defendants in preparation for responding to Plaintiffs' response. | 3.50 | $  1,067.50 |
| 6/2/2015 | EBS | Review and analyze Plaintiffs' 400-page-plus response to motions to dismiss (2.9); exchange emails with joint defense group regarding content of Plaintiffs' response and appropriate approach to a reply (.9). | 3.80 | $  1,235.00 |
| 6/2/2015 | TMR | Read and respond to numerous correspondence regarding Plaintiffs' response brief (.5); prepare ████████ to client (.2); conference with Ms. E. Frohardt and read and analyze potential reply brief issues (.7). | 1.40 | $     595.00 |
| 6/2/2015 | EFF | Read and analyze Plaintiffs' motion and appendices, including Plaintiffs' Rule 8 appendix, RICO appendix, and personal jurisdiction appendix, as well as case law cited therein, in preparation for drafting reply in support of personal jurisdiction motion, providing brief summary to Mr. T. Ridley and Mr. E. Stephenson and strategy recommendation for our | 8.70 | $  2,653.50 |

Page: 2

July 31, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:        109056
Matter ID:   06260.0002

response, and joint defense group call (5.5); research
████████████████████████████████
████████████████████████████ (1.5); strategize with Mr.
Ridley and Mr. Stephenson regarding reply in support of
personal jurisdiction arguments and responses generally (.7);
draft outline of reply and begin drafting reply in support of
personal jurisdiction motion (1.0).

| Date | Staff | Description | Hours | | Amount |
|------|-------|-------------|-------|---|--------|
| 6/3/2015 | EBS | Call with joint defense group to plan briefing strategy for reply briefs (.5); read and analyze preliminary outlines for reply briefs from other firms (.3); continue to read and analyze Plaintiffs' 400-plus-page response briefs, for the purpose of preparing replies in support of dismissal motions (1.3). | 2.10 | $ | 682.50 |
| 6/3/2015 | TMR | Prepare for joint defense organization and strategy call by reading and analyzing correspondence and portion of Plaintiffs' court submissions (1.1); participate in joint defense call among all defense counsel (1.0); prepare ████████ to client (.1). | 2.20 | $ | 935.00 |
| 6/3/2015 | EFF | Review Plaintiffs' errata and updated filings (.5); reread RICO and personal jurisdiction sections of Plaintiffs' response, including as relates to errata and updates (1.0); continue drafting reply brief (2.5). | 4.00 | $ | 1,220.00 |
| 6/4/2015 | EBS | Read and analyze Plaintiffs' lengthy responses concerning RICO and antitrust claims, for the purpose of determining whether they should be addressed in personal jurisdiction reply. | 1.60 | $ | 520.00 |
| 6/4/2015 | TMR | Prepare reply brief regarding personal jurisdiction (1.5); prepare ████████ to client (.3). | 1.80 | $ | 765.00 |
| 6/5/2015 | EBS | Substantially revise draft reply in support of personal jurisdiction motion (2.4); read and analyze case law, third amended complaint, and Plaintiffs' appendix 11 regarding personal jurisdiction, for the purpose of revising draft reply (1.3). | 3.70 | $ | 1,202.50 |
| 6/5/2015 | TMR | Continue to prepare reply brief regarding personal jurisdiction (2.5); prepare correspondence to counsel for Zurich regarding personal jurisdiction issue (.2). | 2.70 | $ | 1,147.50 |
| 6/5/2015 | EFF | Strategize with Mr. T. Ridley and Mr. E. Stephenson regarding edits and changes to reply in support of motion to dismiss for lack of personal jurisdiction (.6); continue to draft reply brief based on feedback from Mr. T. Ridley and Mr. E. Stephenson (2.5). | 3.10 | $ | 945.50 |
| 6/6/2015 | EBS | Continue to revise and edit draft personal jurisdiction reply. | 2.80 | $ | 910.00 |

Page: 3

July 31, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:     109056
Matter ID:   06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 6/6/2015 | TMR | Read and analyze Plaintiff's response brief on personal jurisdiction (.7); read and analyze main case related to reply brief issues (1.5); prepare correspondence to personal jurisdiction defense group of movants (.2); prepare reply brief on personal jurisdiction (1.0). | 3.40 | $ | 1,445.00 |
| 6/7/2015 | TMR | Continue to work on reply brief regarding personal jurisdiction (1.6); prepare correspondence to counsel for moving defendants (.2); read and respond to counsel for Verisk (.1); read and analyze opening brief of Verisk regarding personal jurisdiction issues (.3). | 2.20 | $ | 935.00 |
| 6/8/2015 | SLW | Revise personal jurisdiction reply brief to include other defendants' changes. | 0.50 | $ | 67.50 |
| 6/8/2015 | TMR | Read and analyze proposed changes to brief by Mr. R. McClellan (.2); read and respond to correspondence from various members of joint defense group regarding personal jurisdiction brief (.3). | 0.50 | $ | 212.50 |
| 6/9/2015 | EBS | Revise reply in support of personal-jurisdiction motion in light of comments by other group members (1.2); communicate with joint defense group regarding briefing on motion to dismiss (.5). | 1.70 | $ | 552.50 |
| 6/9/2015 | TMR | Prepare for joint defense call regarding personal jurisdiction reply brief (.8); lead joint defense call on personal jurisdiction brief (.7); read and analyze Plaintiff's appendix (.2); read and respond to correspondence from liaison counsel, Mr. R. Hack (.2). | 1.90 | $ | 807.50 |
| 6/10/2015 | EBS | Conference call with joint defense group regarding reply briefs. | 0.30 | $ | 97.50 |
| 6/10/2015 | TMR | Prepare for joint defence call on status of all reply briefs (.7); participate in joint defense call regarding reply briefs (.4). | 1.10 | $ | 467.50 |
| 6/11/2015 | TMR | Read and analyze non-sellers' reply brief. | 0.40 | $ | 170.00 |
| 6/12/2015 | TMR | Participate in joint defense call (.3); read and respond to numerous correspondence (.3); read and analyze proposed changes to reply brief (.3); read and analyze nonseller brief (.5). | 1.40 | $ | 595.00 |
| 6/12/2015 | SLW | Review and track changes to personal jurisdiction reply received from various co-defense counsel. | 0.50 | $ | 67.50 |
| 6/14/2015 | EBS | Review and analyze all draft reply briefs, for the purpose of identifying revisions to them. | 1.70 | $ | 552.50 |
| 6/15/2015 | EBS | Communicate with other members of joint defense group to finalize personal-jurisdiction brief, finalize same, and have it | 1.50 | $ | 487.50 |

Page: 4

July 31, 2015

**Wheeler Trigg O'Donnell LLP**

Invoice:       109056
Matter ID:   06260.0002

filed with the court.

| Date | Init. | Description | Hours | | Amount |
|------|-------|-------------|-------|--|--------|
| 6/15/2015 | TMR | Read and analyze sellers' reply brief (.3); read and analyze nonsellers' reply brief (.3); read and analyze State Farm's reply brief (.3). | 0.90 | $ | 382.50 |
| 6/15/2015 | SLW | Revise personal jurisdiction reply and coordinate confirmation of authority to file on behalf of other defendants. | 0.70 | $ | 94.50 |
| 6/16/2015 | TMR | Read and analyze various correspondence regarding recent brief (.2); read and analyze various reply briefs (.9). | 1.10 | $ | 467.50 |
| 6/19/2015 | EFF | Strategize regarding response to Plaintiffs' counsel's request to confer about oral argument requests. | 0.40 | $ | 122.00 |
| 6/22/2015 | TMR | Read and analyze correspondence from opposing counsel regarding oral argument (.2); read and analyze "road map" document for court (.2); prepare ▇▇▇▇▇ to client (.1); read and analyze various correspondence from joint defense group (.2). | 0.70 | $ | 297.50 |
| 6/30/2015 | SLW | Review and analyze Plaintiffs' statement regarding suggested topics for oral argument and consider in what form a response or objection would be and whether one would be necessary and/or permitted. | 0.30 | $ | 40.50 |
| 6/30/2015 | EBS | Review and analyze Plaintiffs' statement specifying suggested topics for oral argument. | 0.10 | $ | 32.50 |

Total Hours:   62.70

Fees for Services:   $    21,773.50



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ███████

August 26, 2015

███████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:        109586
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   July 31, 2015

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 7/1/2015 | TMR | Read and analyze Plaintiffs' request for oral argument (.1); prepare ███████ to client (.1). | 0.20 | $    85.00 |
| 7/23/2015 | EBS | Review and analyze new decision ███████ ███████; prepare email to defense group regarding same (.2). | 0.20 | $    65.00 |

Total Hours:   0.40

Fees for Services:   $      150.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ████████

December 17, 2015

████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      112762
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   November 30, 2015

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 11/24/2015 | TMR | Read and analyze minute order regarding no recusal, and related correspondence. | 0.20 | $    85.00 |
| 11/26/2015 | TMR | Read and analyze several correspondence from co-defendants regarding revised waiver issue. | 0.20 | $    85.00 |
| 11/30/2015 | TMR | Read and analyze various correspondence regarding notice of waiver (.2); prepare correspondence to joint defense group regarding consent to join notice of waiver (.1). | 0.30 | $  127.50 |

Total Hours:   0.70

Fees for Services:   $   297.50



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ████████

February 29, 2016

████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      114404
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   January 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 1/15/2016 | EBS | Read and analyze Judge Kane's order granting motion to dismiss, for the purpose of assessing its ramifications for the case and for any potential appeal. | 0.60 | $    195.00 |
| 1/16/2016 | TMR | Read and analyze order granting motion to dismiss (.3); prepare ████████ to client (.1); prepare ████████ from client (.2). | 0.60 | $    255.00 |
| 1/19/2016 | TMR | Read and analyze order of dismissal (.1); read and analyze final judgment and related correspondence (.1); read and analyze numerous correspondence from defense counsel regarding case strategy (.2). | 0.40 | $    170.00 |
| ████ | ████ | ████████████████████ | ██ | ████ |
| 1/22/2016 | EFF | Participate in joint defense group call (.6); draft and send summary of joint defense group call to Mr. T. Ridley and Mr. E. Stephenson (.3). | 0.90 | $    274.50 |
| 1/22/2016 | TMR | Read and analyze summary of joint defense call (.2); prepare | ~~0.70~~ .50 | $    ~~297.50~~ 212.50 |

Page: 2

February 29, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:      114404
Matter ID:   06260.0002



█████ to client (.1); read and respond to
correspondence from other defense counsel (.2);

| 1/25/2016 | TMR | Read and analyze various correspondence regarding agreement on waiver of appeal. | 0.20 | $ | 85.00 |

Total Hours:   ~~18.80~~
                          3.20
Fees for Services:   $   ~~4,002.00~~
                                  $1,192.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ████████████

April 30, 2016

████████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      115999
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   March 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim  No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|---|--------|
| 2/1/2016 | TMR | Read and analyze correspondence from liaison counsel regarding status of settlement deal (.2); read and analyze correspondence from other defense members regarding settlement deal (.1); prepare ████████ to client, ████████ regarding ████████ (.1); read and respond to ████████ from client (.1). | 0.50 | $ | 212.50 |
| 2/2/2016 | EBS | Communicate with joint defense group regarding anticipated deal with Plaintiffs to resolve action following the Court's favorable dismissal order. | 0.30 | $ | 97.50 |
| ████ | ████ | ████████████████████████████████████████ | ████ | ██ | ████ |
| 2/2/2016 | TMR | Read and respond to correspondence from co-counsel (.1); telephone conference with client ████████ regarding ████ (.1); telephone conference with opposing counsel | 0.70 | $ | 297.50 |

Page: 2

April 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:        115999
Matter ID:   06260.0002

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | regarding extension (.1); prepare ███████████ ████████ to client (.2); read and analyze correspondence from Mr. R. Hack (.2). |  |  |  |
| 2/4/2016 | TMR | Read and analyze draft, formal, walk-away agreement (.2); prepare correspondence to client regarding ██████ ██████ (.1); read and analyze various correspondence from joint defense group regarding walk-away agreement (.1). | 0.40 | $ | 170.00 |
| 2/5/2016 | EBS | Communicate with joint defense group regarding Defendants' offer of walk-away settlement. | 0.50 | $ | 162.50 |
| ██████ | ████ | ███████████████████████ |  ██ | ● | ███ |
| 2/15/2016 | TMR | Read and analyze correspondence from liaison counsel concerning Plaintiffs' unwillingness to abide by settlement agreement (.2); prepare ██████████ to client (.2); conference with other defense counsel regarding developments (.2). | 0.60 | $ | 255.00 |
| 2/15/2016 | EBS | Communicate with joint defense group regarding negotiations to end case. | 0.50 | $ | 162.50 |
| ██████ | ████ | ███████████████████████ | ██ | ● | ███ |
| 2/16/2016 | TMR | (██ read and analyze motion by Dougherty firm to withdraw and prepare ████████ to client ████████ (.2). | ~~0.40~~ .20 | $ | ~~170.00~~ 85.00 |
| ██████ | ████ | ████████████████████ | ██ | ● | ███ |
| 2/17/2016 | EBS | Communicate with joint defense counsel regarding strategy for responding to Plaintiffs' breach of their settlement agreement. | 0.50 | $ | 162.50 |
| ██████ | ████ | ████████████████ | ██ | ● | ██ |
| 2/18/2016 | TMR | Read and analyze Plaintiffs' motion for relief from judgment (.5); prepare ████████ to client (.2). | 0.70 | $ | 297.50 |
| ██████ | ████ | ███████████████ | ██ | ● | ██ |
| ██████ | ████ | ███████████████ | ██ | ● | ██ |

Page: 3

April 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:         115999
Matter ID:    06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 2/22/2016 | EFF | Participate in joint defense call and strategize with Mr. T. Ridley following call. | 1.00 | $ | 305.00 |
| 2/22/2016 | TMR | Prepare for joint defense call by reading and analyzing prior correspondence and summary of legal research (.3 ); participate in joint defense call regarding options in response to post-judgment filing (.7). | 1.00 | $ | 425.00 |
| 2/23/2016 | TMR | Prepare ████████ to client ████████ regarding | 0.20 | $ | 85.00 |
| 2/26/2016 | EBS | Communicate with joint defense group regarding Plaintiffs' settlement offer. | 0.70 | $ | 227.50 |
| 2/26/2016 | TMR | Read and analyze draft motions related to Plaintiffs' motion to reconsider (.8); read and analyze correspondence from opposing counsel regarding settlement (.2); read and analyze numerous correspondence from joint defense group regarding settlement demand and motions (.4); prepare ████████ to client regarding ████████ (.2). | 1.60 | $ | 680.00 |
| 2/29/2016 | TMR | Read and analyze correspondence regarding motion to strike and footnote 1 (.1); telephone conference with client, ████████ regarding ████████ (.4); telephone conference with co-defense counsel regarding reasons for not joining motion to strike (.4). | 0.90 | $ | 382.50 |

April 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice: 115999
Matter ID: 06260.0002

| | | | | | |
|---|---|---|---|---|---|
| 3/9/2016 | TMR | Read and analyze various correspondence regarding liaison counsel's response to proposed motion for relief from final judgment. | 0.20 | $ | 85.00 |
| 3/14/2016 | TMR | Prepare correspondence to client regarding recent developments with Plaintiffs' motion for relief from judgment (.2); read and analyze Plaintiffs' second motion for relief from judgment (.4); prepare follow-up correspondence to client regarding new demand by Plaintiffs (.2). | 0.80 | $ | 340.00 |

April 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice: 115999
Matter ID: 06260.0002

| | | | | | |
|---|---|---|---|---|---|
| 3/29/2016 | EBS | Read and analyze draft response to Plaintiffs' motion for relief from final judgment. | 0.60 | $ | 195.00 |
| 3/31/2016 | TMR | Read and analyze Plaintiffs' response brief regarding relief from judgment (.6); prepare [redacted] to client regarding [redacted] (.2); prepare correspondence to defense counsel regarding response brief (.1). | 0.90 | $ | 382.50 |

Total Hours: ~~49.40~~ 12.80

Fees for Services: $ ~~12,587.00~~ 5,010.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # █████████

May 31, 2016

████████████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:        116876
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   April 30, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|---|--------|
| 4/1/2016 | EBS | Read and analyze brief in opposition to motion to amend the judgment prepared by the defense group. | 0.60 | $ | 195.00 |
| 4/3/2016 | EBS | Analyze whether First American should move to enforce the settlement agreement (.5); read and analyze notice of appeal and related filings (.2). | 0.70 | $ | 227.50 |
| 4/4/2016 | TMR | Read and analyze final version of response to motion to reconsider. | 0.40 | $ | 170.00 |
| ████ | ███ | ████████████████████████████████ | ███ | █ | ████ |
| 4/4/2016 | SLW | Review and analyze notice of appeal (.3); based on filing of notice of appeal, prepare briefing timeline (.4). | 0.70 | $ | 94.50 |
| 4/5/2016 | TMR | Read and analyze notice of appeal, appendix, and papers filed by Defendants in the Tenth Circuit (1.2); prepare correspondence to client regarding ███████████ (.2). | 1.40 | $ | 595.00 |

Page: 2

May 31, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:          116876
Matter ID:    06260.0002

▮▮▮   ▮▮   ▮▮▮▮▮▮▮▮▮▮   ▮▮   ●   ▮▮

▮▮▮   ▮▮   ▮▮▮▮▮▮▮▮   ▮▮   ●   ▮▮

| 4/11/2016 | TMR | Prepare for joint defense call regarding appellate issues and ▮▮ (.7); participate in joint defense call regarding (.4) appeal issues and ▮▮ (.5) (.2) | ~~1.20~~ .60 | $ | ~~510.00~~ 255.00 |
| 4/11/2016 | EBS | Communicate with co-counsel regarding procedure for appearing in the Tenth Circuit. | 0.40 | $ | 130.00 |
| 4/11/2016 | SLW | Draft entry of appearance and certificate of interested parties to be filed with Tenth Circuit Court of Appeals. | 0.50 | $ | 67.50 |

▮▮▮   ▮▮   ▮▮▮▮▮▮▮▮▮▮   ▮▮   ●   ▮▮

▮▮▮   ▮▮   ▮▮▮▮▮▮▮   ▮▮   ●   ▮▮

▮▮▮   ▮▮   ▮▮▮▮▮▮▮▮▮   ▮▮   ●   ▮▮

| 4/14/2016 | TMR | ▮▮ read and analyze Plaintiffs' reply brief for post-judgment relief (.5); prepare ▮▮ to client regarding ▮▮ (.2). | ~~2.30~~ .70 | $ | ~~977.50~~ 297.50 |
| 4/15/2016 | SLW | Revise entry of appearance and certificate of interested parties. | 0.30 | $ | 40.50 |

▮▮▮   ▮▮   ▮▮▮▮▮▮▮▮▮▮   ●   ▮▮

| 4/18/2016 | TMR | Consider issue of personal jurisdiction in connection with entering an appearance in Tenth Circuit, and conclude limited entry appropriate (.3); ▮▮ | ~~0.50~~ .30 | $ | ~~212.50~~ 127.50 |
| 4/19/2016 | TMR | Read and analyze various disclosure statements and entries of appearance (.1); ▮▮ | ~~0.20~~ .10 | $ | ~~85.00~~ 42.50 |

May 31, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:      116876
Matter ID:   06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 4/19/2016 | SLW | Draft corporate disclosure statement to be filed in Tenth Circuit Court of Appeals (.3); ▮▮▮▮ | ~~2.30~~ .30 | $ | ~~310.50~~ 40.50 |
| 4/20/2016 | TMR | Read and analyze correspondence from co-counsel regarding motion to strike (.3); read and analyze motion to strike appendix (.6); ▮▮▮▮ | ~~1.40~~ .90 | $ | ~~595.00~~ 382.50 |
| 4/20/2016 | EBS | Review and analyze motion to strike appendix circulated by the joint-defense group, and communicate with the group regarding the same. | 0.50 | $ | 162.50 |
| 4/21/2016 | TMR | Read and analyze revised motion to strike appendix, and related correspondence (.8); prepare correspondence to all defense counsel raising issue of personal jurisdiction in connection with motion to strike (.2); follow-up correspondence with liaison counsel regarding personal jurisdiction issue in Tenth Circuit (.2). | 1.20 | $ | 510.00 |
| 4/22/2016 | TMR | Prepare ▮▮▮▮ to client regarding ▮▮▮▮ (.2); read and respond to ▮▮▮▮ from client regarding ▮▮▮▮ (.1); ▮▮▮▮ | ~~0.70~~ .30 | $ | ~~297.50~~ 127.50 |
| 4/26/2016 | TMR | ▮▮▮▮ read and analyze order of Court regarding denial of post-judgment motion (.2); prepare ▮▮▮▮ to client regarding ▮▮▮▮ (.1); ▮▮▮▮ | ~~1.50~~ .30 | $ | ~~637.50~~ 127.50 |

May 31, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:        116876
Matter ID:    06260.0002

Total Hours:   ~~53.90~~
                        10.20
Fees for Services:   $  ~~18,231.50~~
                                3,593.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # ████████

June 30, 2016

████████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:          117558
Matter ID:   06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   May 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim  No.:**

### ITEMIZED FEES



| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|



Page: 2

June 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:      117558
Matter ID:    06260.0002

5/4/2016          TMR                                                    ~~4.40~~   $   ~~1,870.00~~
                                                                         .20          85.00

read and analyze correspondence with Mr. J. Hernandez regarding Tenth Circuit Mediator and related correspondence from liaison counsel (.2).

June 30, 2016

**Wheeler Trigg O'Donnell LLP**



| 5/12/2016 | TMR | Read and analyze notice of Tenth Circuit mediation on May | 0.20 | $ | 85.00 |

Page:  4

June 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:        117558
Matter ID:   06260.0002

17.

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 5/13/2016 | TMR | Prepare ▮▮▮▮▮▮▮ to client regarding ▮▮▮▮▮ (.3); read and analyze correspondence from defense group regarding mediation (.1); read and respond to ▮▮▮▮▮ from client regarding ▮▮▮▮ (.1). | 0.50 | $ | 212.50 |
| 5/17/2016 | TMR | Prepare for conference call with liaison counsel regarding settlement/mediation issues (.6); telephone call to Tenth Circuit mediation office regarding mediator (.2). | 0.80 | $ | 340.00 |
| 5/18/2016 | TMR | Read and analyze various correspondence related to mediation strategy (.2); work on correspondence to entire defense group regarding settlement issues (.1); read and analyze correspondence from defense group regarding strategy (.2). | 0.50 | $ | 212.50 |
| 5/19/2016 | TMR | Prepare for conference call regarding mediation issues (.5); participate in joint conference call regarding mediation issues (.8); prepare correspondence to mediation liaison counsel (.2). | 1.50 | $ | 637.50 |
| 5/24/2016 | TMR | Read and analyze correspondence regarding mediation developments and strategy (.2); read and analyze correspondence related to mediation and latest demand from Plaintiffs (.2). | 0.40 | $ | 170.00 |
| 5/25/2016 | TMR | Read and analyze correspondence and proposed outline for mediation/scheduling conference. | 0.30 | $ | 127.50 |
| 5/27/2016 | TMR | Participate in conference call with Tenth Circuit mediator. | 1.60 | $ | 680.00 |

Total Hours:  ~~60.80~~
6.00

Fees for Services:  $  ~~20,235.00~~
2,550.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ██████████

July 29, 2016

██████████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:       118455
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through    June 30, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 6/1/2016 | TMR | Read and analyze trial court order regarding deadline to respond. | 0.10 | $     42.50 |
| 6/3/2016 | TMR | Read and analyze correspondence from defense liaison counsel (.2); prepare ██████ to client, ██████ (.1). | 0.30 | $    127.50 |
| ██████ | ██ | ████████████ | ██ | ██ |
| 6/4/2016 | TMR | ████ read and analyze correspondence from liaison counsel (.1); prepare ██████ to client (.1). | ~~0.40~~ .20 | $    ~~170.00~~ 85.00 |
| ██████ | ██ | ████████████ | ██ | ██ |
| ██████ | ██ | ████████████ | ██ | ██ |

Page: 2

July 29, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:         118455
Matter ID:    06260.0002

| | | | | | |
|---|---|---|---|---|---|
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬ | ▬ | • | ▬ |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬ | ▬ | • | ▬ |
| 6/9/2016 | SLW | Draft entries of appearance to be filed in second appeal (.2); draft corporate disclosure statements to be filed in second appeal (.2). | 0.40 | $ | 54.00 |

Page: 3

July 29, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:       118455
Matter ID:   06260.0002



Total Hours:   60.80
                        1.00
Fees for Services:   $   18,622.00
                                 309.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:  (303) 244-1800
Tax ID # ██████████

August 31, 2016

██████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      119216
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   July 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|---|--------|
| ██ | ██ | ████████████ | ██ | ██ | ██ |
| 7/1/2016 | SLW | Analyze and consider timeline for appellate briefing based on recent filings and order. | 0.20 | $ | 27.00 |
| ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ████████████ | ██ | ██ | ██ |

August 31, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:        119216
Matter ID:   06260.0002

| Date | Initials | Description | Hours | | Amount |
|------|------|------|------|---|------|
| 7/7/2016 | EBS | Conference with joint defense group regarding settlement strategy. | 0.40 | $ | 130.00 |
| 7/7/2016 | EFF | Participate in conference call with joint defense group regarding settlement strategy (.8); strategize regarding settlement strategy (.4); | 1.20 | $ | 366.00 |
| 7/7/2016 | TMR | Read and analyze correspondence from joint defense counsel (.2); conference with Ms. E. Frohardt regarding outcome of joint defense meeting (.4); | 0.60 | $ | 255.00 |
| 7/8/2016 | TMR | Prepare correspondence to Mr. T. Johnson regarding communication with mediator. | 0.20 | $ | 85.00 |
| 7/9/2016 | EBS | Communicate with joint defense group regarding Defendants' positions on a walk away settlement. | 0.40 | $ | 130.00 |
| 7/10/2016 | EBS | Communicate with joint defense group regarding settlement, and Defendants' willingness to walk away. | 0.50 | $ | 162.50 |
| 7/11/2016 | TMR | Read and analyze correspondence from group regarding settlement strategy (.2); telephone conference with two co-defense counsel regarding settlement strategy (.3). | 0.50 | $ | 212.50 |
| 7/18/2016 | TMR | Read and respond to correspondence from liaison counsel, Mr. T. Johnson (.1); prepare for telephone conference with 10th Circuit Mediator, Mr. D. Aemmer (.5); telephone conference with Mr. R. Hack and Mr. Johnson (.2); participate in conference call with 10th Circuit Mediator, Mr. Aemmer (.3). | 1.10 | $ | 467.50 |
| 7/20/2016 | EFF | Research⬛⬛⬛⬛⬛⬛ send same to WTO team. | 1.00 | $ | 305.00 |
| 7/20/2016 | TMR | Read correspondence from Mr. D. Wade, counsel for United Policyholders (.1); prepare ⬛⬛⬛ to client (.2). | 0.30 | $ | 127.50 |
| 7/21/2016 | EBS | Read and analyze appellate brief filed by Mr. J. Hernandez on behalf of Plaintiffs (1.2); exchange emails with joint | 1.70 | $ | 552.50 |

August 31, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:    119216
Matter ID  06260.0002

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| | | defense group regarding United Policyholders' request to file amicus brief (.5). | | | |
| 7/21/2016 | TMR | Read and analyze Petitioners' Tenth Circuit brief (.4); prepare ▮▮▮▮▮ to client (.1); read and analyze several correspondence from joint defense group regarding recent developments (.3). | 0.80 | $ | 340.00 |
| 7/22/2016 | EFF | Participate in joint defense group call regarding United Policyholders' amicus brief (.5); draft and send ▮▮▮▮ to WTO team and client, ▮▮▮▮▮▮ (.3). | 0.80 | $ | 244.00 |
| 7/26/2016 | EBS | Conference with joint defense group regarding plans for appellate briefing. | 0.30 | $ | 97.50 |
| 7/26/2016 | TMR | Read and analyze correspondence from amicus counsel regarding content of brief. | 0.20 | $ | 85.00 |

Total Hours: ~~13.30~~
10.20

Fees for Services: $ ~~4,650.50~~
3,587.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:  (303) 244-1800
Tax ID #  ██████████

September 30, 2016

██████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      120008
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   August 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

## ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 8/1/2016 | TMR | Read and analyze correspondence from joint defense counsel regarding appellate brief issue (.1); read and analyze Tenth Circuit brief (.3); telephone call from Tenth Circuit mediator (.1). | 0.50 | $   212.50 |
| 8/1/2016 | EBS | Read and analyze email memorandum from Ms. H. Sollod regarding leave to amend. | 0.50 | $   162.50 |
| 8/2/2016 | SLW | Review recent orders from Tenth Circuit Court of Appeals regarding briefing. | 0.30 | $   40.50 |
| 8/2/2016 | EBS | Read and analyze draft opposition to United Policyholders motion to file an amicus brief. | 0.30 | $   97.50 |
| 8/11/2016 | TMR | Read and analyze Plaintiffs' errata to opening brief (.3); prepare █████ to client regarding █████ (.1). | 0.40 | $   170.00 |
| 8/16/2016 | TMR | Read and analyze draft of motion for extension to file answer brief (.1); prepare █████ to client regarding █████ █████ (.1). | 0.20 | $   85.00 |
| 8/17/2016 | TMR | Read and analyze correspondence related to motion for extension to file brief. | 0.10 | $   42.50 |

Page: 2

September 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:        120008
Matter ID:   06260.0002

| | | | | |
|---|---|---|---|---|
| 8/25/2016 | TMR | Read and respond to correspondence from co-defense counsel regarding status of attorney fees. | 0.30 | $    127.50 |

Total Hours:   2.60

Fees for Services:   $      938.00





**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ███████

October 31, 2016

███████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      120797
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   September 30, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 9/14/2016 | EFF | Begin review of draft response brief in anticipation of joint defense group call. | 1.50 | $   457.50 |
| 9/14/2016 | TMR | Read and analyze joint defense group correspondence (.2); read and analyze draft Tenth Circuit response brief (.4); prepare ████ to client (.1). | 0.70 | $   297.50 |
| 9/15/2016 | EFF | Finish reviewing draft response brief in anticipation of group call (.6); participate in joint defense group call regarding response brief (1.0); draft and send proposed revision to statement of issues and jurisdictional piece to WTO team (.4); confer with member of drafting team regarding additional changes to draft brief (.4); review and supplement proposed revisions to factual sections from Mr. S. Jordan (.6). | 3.00 | $   915.00 |
| 9/15/2016 | EBS | Read and analyze draft appellate brief, and identify potential changes to same. | 2.30 | $   747.50 |
| 9/15/2016 | SLW | Work on revisions to response brief, including citations to our motions to dismiss. | 1.00 | $   135.00 |
| 9/16/2016 | EBS | Prepare for and complete conference call with joint defense group to provide feedback on draft appellate brief. | 0.80 | $   260.00 |

Page: 2

October 31, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:     120797
Matter ID:  06260.0002

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 9/16/2016 | TMR | Read and analyze draft of Tenth Circuit response brief (1.7); ▮▮▮▮▮▮▮▮▮▮▮▮ | ~~3.50~~ 1.70 | $ | ~~1,487.50~~ 722.50 |
| 9/16/2016 | EFF | Draft and send additional proposed revisions to partner on drafting team. | 0.60 | $ | 183.00 |
| 9/16/2016 | EBS | Communicate with joint defense group regarding written requests for changes to opening merits brief. | 1.00 | $ | 325.00 |
| 9/19/2016 | EFF | Review and send corporate disclosure statement and signature block to drafting team. | 0.10 | $ | 30.50 |
| 9/19/2016 | EBS | Communicate with joint defense group regarding changes to appellate briefing. | 0.50 | $ | 162.50 |
| 9/20/2016 | EFF | Review drafts of exhibits to appellate response brief to ensure substantive information and categorization of clients is correct (.2); email correspondence regarding review of exhibit to appellate response brief (.1). | 0.30 | $ | 91.50 |
| 9/20/2016 | EBS | Communicate with joint defense group regarding potential changes to opening brief. | 1.10 | $ | 357.50 |
| 9/20/2016 | SLW | Proofread and cite check revised response brief (1.0); review table of Defendants and their motions to be attached to responsive brief and make suggested edits (.7). | 1.70 | $ | 229.50 |
| 9/21/2016 | TMR | Read and analyze several correspondence related to signature blocks and corporate disclosures. | 0.20 | $ | 85.00 |
| 9/22/2016 | TMR | Read and analyze re-submitted brief and prepare ▮▮▮▮ ▮▮▮▮ to client regarding same. | 0.50 | $ | 212.50 |
| 9/22/2016 | SLW | Proofread final responsive brief. | 0.70 | $ | 94.50 |

Total Hours: ~~19.50~~ 17.70

Fees for Services: $ ~~6,071.50~~ 5,306.50



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # █████████

November 30, 2016

████████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      121769
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   October 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|--------------------|-------|--------|
| 10/3/2016 | EBS | Communicate with joint defense group regarding Plaintiff's counsel's latest demands. | 0.50 | $     162.50 |
| 10/10/2016 | TMR | Read and analyze various correspondence related to page limit dispute (.2); ████████████████ ████████████████████████ read follow-up correspondence from joint defense members regarding status of briefing (.1). | ~~0.50~~ .30 | $  ~~212.50~~ 127.50 |
| 10/10/2016 | EBS | Communicate with joint defense group regarding Plaintiff's latest request for further procedural concession on appellate briefing. | 0.60 | $     195.00 |
| 10/11/2016 | TMR | Read and analyze opposition to motion to exceed word limit. | 0.20 | $      85.00 |
| 10/12/2016 | EBS | Read and analyze reply brief filed by Plaintiff. | 1.10 | $     357.50 |
| 10/13/2016 | EBS | Communicate with joint defense group regarding Plaintiff's request for longer brief. | 0.40 | $     130.00 |
| 10/31/2016 | EFF | Review and analyze Plaintiffs' filings and emails as well as Defendants' filings, proposed filings, and emails regarding Plaintiffs' allegations of misstatements (1.7); begin drafting | 1.90 | $     579.50 |

Page: 2

November 30, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:       121769
Matter ID:   06260.0002

| | | | | | |
|---|---|---|---|---|---|
| | | summary update of review of alleged misstatements (.2). | | | |
| 10/31/2016 | TMR | Read and analyze correspondence related to Plaintiffs' threatened sanctions and responses thereto (.3); prepare ▮▮▮▮ to client regarding ▮▮▮▮ (.2). | 0.50 | $ | 212.50 |
| 10/31/2016 | SLW | Review and analyze Plaintiffs' counsel's lengthy email regarding motion for sanctions he intends to file. | 0.50 | $ | 67.50 |
| 10/31/2016 | EBS | Analyze opposing counsel's argument regarding sanctions against Defendants. | 0.40 | $ | 130.00 |

Total Hours:   ~~6.60~~
6.40

Fees for Services:   $   ~~2,132.00~~
2,047.00





**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ███████████

December 16, 2016

███████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:       122272
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   November 30, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 11/1/2016 | EFF | Finish review and summary update of review of alleged misstatements and send same to WTO team. | 1.20 | $ 366.00 |
| 11/1/2016 | EBS | Communicate with joint defense group regarding Plaintiffs' threatened motion for sanctions. | 0.50 | $ 162.50 |
| 11/1/2016 | TMR | Read analysis of alleged misrepresentations. | 0.40 | $ 170.00 |
| 11/3/2016 | TMR | Read and analyze numerous correspondence related to accusation of misrepresentation and confer on an appropriate response. | 0.40 | $ 170.00 |
| 11/4/2016 | EBS | Communicate with joint defense group regarding emails to opposing counsel regarding his threats to bring motion for sanctions. | 0.40 | $ 130.00 |
| 11/4/2016 | TMR | Read and analyze numerous correspondence from joint defense group, and prepare ███████ to client. | 0.40 | $ 170.00 |
| 11/22/2016 | EBS | Read and analyze motion for sanctions filed by Plaintiffs. | 0.70 | $ 227.50 |
| 11/22/2016 | TMR | Read and analyze motion for sanctions. | 0.40 | $ 170.00 |
| 11/29/2016 | TMR | Read and analyze draft response to motion for sanctions and | 0.40 | $ 170.00 |

Page: 2

December 16, 2016

**Wheeler Trigg O'Donnell LLP**

Invoice:        122272
Matter ID:   06260.0002

prepare ▮▮▮▮▮ to client regarding ▮▮▮▮

| Date | Init. | Description | Hours | | Amount |
|------|-------|-------------|-------|---|--------|
| 11/30/2016 | EBS | Read and analyze draft response to motion for sanctions, for the purpose of identifying potential changes to motion. | 0.60 | $ | 195.00 |
| 11/30/2016 | EFF | Review and analyze Plaintiffs' motion for sanctions, proposed response, and proposed edits and update WTO team based on same. | 1.10 | $ | 335.50 |

Total Hours:   6.50

Fees for Services:   $     2,266.50

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ███████████

January 26, 2017

███████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      123125
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   December 31, 2016

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 12/1/2016 | EFF | Review and analyze updated proposed response to Plaintiffs' motion for sanctions and additional proposed edits, update WTO team based on same. | 0.20 | $  61.00 |
| 12/1/2016 | TMR | Read and analyze comments from other defense counsel regarding response to motion for sanctions. | 0.30 | $  127.50 |
| 12/5/2016 | EFF | Review and analyze final updated proposed response to Plaintiffs' motion for sanctions and additional proposed edits, update WTO team based on same. | 0.30 | $  91.50 |
| 12/5/2016 | TMR | Read and analyze draft response regarding motion for sanctions (.2); read and analyze correspondence from various co-defense counsel regarding response to motion for sanctions (.2). | 0.40 | $  170.00 |
| 12/5/2016 | EBS | Review, analyze, edit, and revise draft response to motion for sanctions. | 1.10 | $  357.50 |
| 12/13/2016 | EFF | Review and analyze Plaintiffs' reply in support of their motion to sanctions and provide internal update based on same. | 0.30 | $  91.50 |
| 12/15/2016 | SLW | Research ██████████████████████████████ | 0.50 | $  67.50 |

Page: 2

January 26, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:          123125
Matter ID:   06260.0002



| | | | | |
|---|---|---|---|---|
| 12/15/2016 | TMR | Read and analyze correspondence from opposing counsel to defense group regarding additional allegation for sanctions (.2); read and analyze Colorado statute on ███████ (.4); research ██████████████ (.3). | 0.90 | $   382.50 |
| 12/18/2016 | EBS | Communicate with counsel for Co-defendants and opposing counsel regarding his latest attempt to obtain sanctions against Defendants. | 0.30 | $   97.50 |
| 12/20/2016 | EBS | Communicate with joint defense group regarding appropriate response to Plaintiffs' latest threat to seek sanctions. | 1.10 | $   357.50 |

Total Hours:   5.40

Fees for Services:   $   1,804.00

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ███████████

March 31, 2017

███████████

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      124723
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   February 28, 2017

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 2/10/2017 | EBS | Communicate with opposing counsel regarding his forthcoming motion for sanctions. | 0.50 | $   162.50 |
| 2/13/2017 | EBS | Communicate with joint defense group regarding responding to Mr. J. Hernandez's third sanctions email. | 0.50 | $   162.50 |
| 2/13/2017 | TMR | Continue to read and respond to correspondence related to response to Mr. J. Hernandez on sanctions (.3); prepare ███████████ to client (.2). | 0.50 | $   212.50 |
| 2/15/2017 | EBS | Communicate with joint defense group regarding group's response to opposing counsel's third threat to seek sanctions. | 0.80 | $   260.00 |
| 2/24/2017 | EBS | Read and analyze Plaintiffs' motion for sanctions, for purpose of identifying arguments to raise in response to same. | 1.00 | $   325.00 |
| 2/25/2017 | TMR | Read and analyze motion for sanctions regarding mediation conduct, including ten exhibits (1.3); prepare ███████████ to client regarding ███████████ (.2). | 1.50 | $   637.50 |
| 2/27/2017 | EBS | Conference with liaison group and select others concerning how best to respond to Plaintiff Snyder's new motion for | 1.30 | $   422.50 |

Page: 2

March 31, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:        124723
Matter ID:    06260.0002

sanctions (.5); prepare for telephone conference with small liaison group by reading and analyzing motion for sanctions and relevant procedural and other materials (.8).

Total Hours:    6.10

Fees for Services:    $    2,182.50



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID # ▮▮▮▮▮▮▮

April 30, 2017

▮▮▮▮▮▮▮

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:     125476
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   March 31, 2017

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 3/1/2017 | TMR | Read and analyze update from liaison counsel and update client regarding ▮▮▮▮▮▮ | 0.20 | $   85.00 |
| 3/8/2017 | EBS | Read and analyze draft response to motion for sanctions, for purpose of identifying potential changes to same. | 0.50 | $  162.50 |
| 3/9/2017 | TMR | Read and analyze numerous correspondence from defense group concerning tone and content of response to motion for sanctions (.4); read and analyze draft response to motion for sanctions (.7). | 1.10 | $  467.50 |
| 3/10/2017 | EBS | Conference with joint defense group regarding preparation of response to motion for sanctions (.5); read and analyze the latest, revised version of the response to the motion for sanctions (.8). | 1.30 | $  422.50 |
| 3/10/2017 | TMR | Read and analyze correspondence from defense group concerning objection to sanctions (.2); read and analyze revised position to motion for sanctions (.4); prepare ▮▮▮▮▮▮ to client (.1). | 0.70 | $  297.50 |
| 3/11/2017 | TMR | Read and analyze affidavit of Mr. T. Johnson in support of opposition to motion for sanctions, along with related | 0.40 | $  170.00 |

Page: 2

April 30, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:        125476
Matter ID:    06260.0002

correspondence.

| 3/13/2017 | EBS | Read and analyze further changes to response to motion for sanctions suggested by members of joint defense group (.6); analyze draft response to motion for sanctions to determine if its representations regarding mediation call are accurate, and conference with Mr. T. Ridley regarding same (.2). | 0.80 | $ | 260.00 |

| 3/14/2017 | EBS | Read and analyze latest version of response to motion for sanctions, and communicate with joint defense group regarding same. | 1.20 | $ | 390.00 |

| 3/14/2017 | TMR | Read and analyze numerous correspondence from defense group on opposition to motion for sanctions (.2); read and analyze latest version of brief in opposition to sanctions (.5); prepare correspondence with suggestions to briefing liaison counsel (.2). | 0.90 | $ | 382.50 |

| 3/20/2017 | TMR | Read and analyze correspondence from Plaintiffs' counsel (.2); prepare ▬▬▬▬ to client (.1). | 0.30 | $ | 127.50 |

| 3/21/2017 | TMR | Read and analyze correspondence from liaison counsel regarding typos in brief and plan going forward (.1); read and analyze follow-up correspondence from liaison counsel regarding sanctions response errata (.2); read and analyze Appellants' supplemental authority (.2); read and analyze correspondence from liaison counsel (.1); ▬▬▬▬ ▬▬▬▬ | 0.60 | $ | 255.00 |

| 3/27/2017 | EBS | Read and analyze Plaintiffs' newest motion to amend and associated materials (46 pages). | 0.50 | $ | 162.50 |

| 3/27/2017 | TMR | Read and analyze correspondence regarding latest motion on sanctions (.1); prepare ▬▬▬▬ to client (.1); read and analyze latest 23-page motion by Appellant Snyder (.7). | 0.90 | $ | 382.50 |

Total Hours:   9.40

Fees for Services:   $   3,565.00



**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ▮▮▮▮▮▮▮

May 31, 2017

▮▮▮▮▮▮▮

First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      126312
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   April 30, 2017

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | AMOUNT |
|------|-------|---------------------|-------|--------|
| 4/6/2017 | TMR | Read and analyze order and judgment (.3); read and analyze correspondence from joint defense group related to same (.4); prepare ▮▮▮▮ o client (.1). | 0.80 | $   340.00 |
| 4/6/2017 | SLW | Review and analyze order and judgment of 10th Circuit Court of Appeals and consider procedural next steps. | 0.40 | $   54.00 |
| 4/6/2017 | EBS | Read and analyze Tenth Circuit's ruling disposing of this appeal, for purpose of determining next steps and to advise client and Mr. T. Ridley (.5); communicate with joint defense group regarding Tenth Circuit's ruling (.5). | 1.00 | $   325.00 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 4/10/2017 | TMR | Read and analyze Appellant's belated reply brief on sanctions issue (.4); read and analyze correspondence from liaison counsel regarding post-victory issues (.2); prepare ▮▮▮ to client regarding ▮▮▮▮▮▮▮▮ (.1) ▮▮▮▮ (.2); read and analyze follow-up correspondence | ~~1.00~~ .90 | $   ~~425.00~~ 382.50 |

Page: 2

May 31, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:          126312
Matter ID:   06260.0002



from defense group regarding various issues related to sanctions proceedings (.2).

| Date | | Initials | Description | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2017 | | EBS | Communicate with joint defense group regarding next steps in light of Tenth Circuit's ruling. | 0.60 | $ | | 195.00 |
| 4/11/2017 | | EFF (.9) | Participate in joint defense group call regarding next steps, including possibility of responding to Plaintiffs' reply and ██████████ (1.0); draft and send summary of joint defense group call to Messrs. T. Ridley and E. Stephenson (.1). | ~~1.10~~ 1.00 | $ | | ~~335.50~~ 305.00 |
| 4/11/2017 | | EBS | Conference with joint defense group regarding next steps. | 0.30 | $ | | 97.50 |

Page: 3

May 31, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:        126312
Matter ID:   06260.0002



| Date | | | Hours | | Amount |
|------|---|---|------|---|--------|
| 4/17/2017 | TMR | | ~~0.40~~ .30 | $ | ~~170.00~~ 127.50 |
| | | ...read and analyze motion for extension of time to file petition for rehearing (.2); prepare status update to client regarding (.1). | | | |
| 4/19/2017 | TMR | | .20 | | 85.00 |
| | | ...read and analyze order of Court regarding petition for rehearing (.1); prepare status update to client regarding (.1). | | | |
| 4/20/2017 | TMR | Read and analyze correspondence from liaison counsel concerning latest threat of fees. | 0.20 | $ | 85.00 |
| 4/21/2017 | EBS | Read and analyze lengthy motion for fees against client under 28 U.S.C. section 1927. | 0.50 | $ | 162.50 |
| 4/24/2017 | TMR | Read ad analyze correspondence from liaison counsel and order of Court denying sanctions. | 0.20 | $ | 85.00 |
| 4/25/2017 | EFF | Confer with Ms. S. Wall and send updated deadlines to Mr. E. Stephenson and joint defense group. | 0.30 | $ | 91.50 |

Total Hours: ~~34.20~~ 6.70

Fees for Services: $ ~~10,661.00~~ 2,335.50

**Wheeler Trigg O'Donnell LLP**
**370 17th Street, Suite 4500**
**Denver, CO  80202-5647**

Phone Number:   (303) 244-1800
Tax ID #   ████████████

July 10, 2017

████████████
First American Title Insurance Company
1 First American Way
Santa Ana, CA 92707

Invoice:      127041
Matter ID:  06260.0002

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through   May 31, 2017

**Regarding:**   Snyder v. First American Property & Casualty and First American Financial
**Claim No.:**

### ITEMIZED FEES

| DATE | TMKPR | DESCRIPTION OF WORK | HOURS | | AMOUNT |
|------|-------|---------------------|-------|---|--------|
| ████ | ███ | ████████████████████████████ | ███ | █ | ████ |
| ████ | ███ | ████████████████████████████ | ███ | █ | ████ |
| 5/3/2017 | EBS | read and analyze lengthy and detailed motion to recuse Tenth Circuit judges who heard appeal, for purpose of determining whether it should be responded to (.8). | ~~2.10~~ .80 | $ | ~~682.50~~ 260.00 |
| ████ | ███ | ████████████████████ | ███ | █ | ████ |
| 5/4/2017 | TMR | Read and analyze order of Court denying recusal. | 0.10 | $ | 42.50 |
| 5/4/2017 | EBS | ███████ read and analyze motion to recuse Tenth Circuit judges (.3); read and analyze order denying motion to recuse (.3); communicate with client regarding ███████ .2). | ~~2.10~~ .80 | $ | ~~682.50~~ 260.00 |

Page: 2

July 10, 2017

**Wheeler Trigg O'Donnell LLP**

Invoice:      127041
Matter ID:  06260.0002

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 5/5/2017 | EBS | ████████████████████████ read and analyze petition for rehearing filed by Plaintiffs (.6). | ~~0.70~~ .60 | $ | ~~227.50~~ 195.00 |
| 5/5/2017 | SLW | Review and analyze Appellants' petition for rehearing and applicable rules regarding whether a response is permitted. | 0.50 | $ | 67.50 |
| ████ | ██ | ██████████████████████ | ██ | █ | ██ |
| ████ | ██ | ████████████████████████ | ██ | █ | ██ |
| 5/7/2017 | TMR | Read and analyze correspondence to and from client regarding ████████ (.2); ████████████ | ~~0.50~~ .20 | $ | ~~212.50~~ 85.00 |
| ████ | ██ | ████████████████████ | ██ | █ | ██ |
| ████ | ██ | █████████████████████ | ██ | █ | ██ |
| 5/9/2017 | TMR | Read and analyze correspondence from liaison counsel and from client regarding ████████ | 0.20 | $ | 85.00 |
| ████ | ██ | ███████████████████████ | ██ | █ | ██ |
| ████ | ██ | ████████████████████ | ██ | █ | ██ |
| ████ | ██ | ██████████████████ | ██ | █ | ██ |
| ████ | ██ | ███████████████████ | ██ | █ | ██ |
| 5/30/2017 | TMR | Read and analyze mandate and orders from Tenth Circuit. | 0.30 | $ | 127.50 |

Total Hours: ~~24.00~~ 3.50

Fees for Services:  $ ~~7,376.00~~ 1,122.50

TOTAL FOR ALL BILLS:      433.00   HOURS      $153,723.00 FEES

INDIVIDUAL STATEMENT REGARDING
GRANGE INSURANCE ASSOCIATION
("Grange")

1.      Grange was a Non-Selling Defendant.  It was represented by Stuart D.

Morse & Associates, LLC of Denver, Colorado ("Morse").

2.      I have reviewed the affidavit of attorney Stuart D. Morse which is attached

as Ex. 11A, and upon which I rely and incorporate here.

3.      The lawyers and other timekeepers who performed services and their rates

are:

|   |   |   |
|---|---|---|
| a. | Stuart D. Morse | $165.00 per hour |
| b. | Stuart Dillon | $140.00 per hour |
| c. | Jason Krueger | $140.00 per hour |
| d. | Mark Delia (paralegal) | $95.00 per hour |
| e. | Brian Gulden (paralegal) | $95.00 per hour |
| f. | Ava Carpenter (paralegal) | $95.00 per hour |

4.      Stuart D. Morse & Associates is a Denver law firm that maintains its

primary emphasis on representing insurers and insureds.  The rates charged by this Firm

range from $197.50 for Mr. Morse to $95.75 for paralegals.  Mr. Morse is an experienced

trial lawyer (30 years).  The rates charged by this insurance defense firm are lower than

the prevailing rates for commercial litigation when the insurance company is the

defendant, and this firm's rates were reasonable and customary for a similar firm in

Denver.

EXHIBIT 11
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

Rivkin Radler is a Uniondale, New York firm which served as co-counsel to Morse in the initial stages of the litigation and billed at rates ranging from $291.00 to $239.00 per hour which are well within prevailing Denver rates.

5.      In my opinion, the rates charged by these lawyers and paralegals are well within the range of the rates (and are, in fact, quite low) customarily charged by lawyers and paralegals of similar background and experience for similar services in the Denver, Colorado legal market.

6.      Morse submitted invoices reflecting 119.5 hours over the three years of its representation, and it is my opinion this is well within a reasonable amount of time for this case.  (Morse Aff. ¶ 9)

7.      Grange has submitted invoices from Morse for the period August 2014 through June 2017 totaling $16,950.50 for legal services, which have been paid by Grange.  (Morse Aff. ¶ 15)  The invoices are attached as Ex. 11B.

8.      I have reviewed each page and entry on those invoices.  I have made $0 in deductions to the requested fee for duplication, and I have made $0 in deductions to the requested fee for time billed associated with requesting fees.

9.      As a consequence of my review, and considering the Rule 1.5 factors and other matters expressed in my Affidavit, it is my opinion that a reasonable fee for these services is $16,950.50.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

DALE SNYDER, *et al.*,

      Plaintiffs,

v.

ACORD CORPORATION, *et al.*,

      Defendants.

Civil Action No.: 14-cv-01736-JLK

Judge Kane

---

## AFFIDAVIT OF STUART D. MORSE IN SUPPORT OF GRANGE INSURANCE ASSOCIATION'S, CENTRAL MUTUAL INSURANCE COMPANY'S, AND ALL AMERICA INSURANCE COMPANY'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

---

Pursuant to Fed. R. Civ. P. 54(d) and D.C.Colo.L.Civ.R. 54.3, I, Stuart D. Morse, being first duly sworn, depose and state as follows:

1.      My name is Stuart D. Morse. I am a natural person above the age of eighteen years and am competent to testify to the matters stated in this Affidavit.

2.      I am the sole Member of the law firm of Stuart D. Morse & Associates, LLC a law firm that employs four (4) attorneys, including myself. My business address and telephone number are: c/o Stuart D. Morse & Associates, LLC, 5445 DTC Parkway, Suite 250, Greenwood Village, Colorado 80111; Telephone No. (303) 996-6661. I am an attorney duly registered and in good standing to practice law in the State of Colorado and in the United States District Court for the District of Colorado as well as the 10th Circuit Court of Appeals. My Colorado attorney registration number is 16978. Jason D. Krueger,

1

EXHIBIT 11A
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

another attorney at Stuart D. Morse & Associates, LLC and I presently represent Grange Insurance Association, Central Mutual Insurance Company, and All America Insurance Company in this case. This Affidavit is provided in support of the Motion for an Award of Attorney's Fees and Costs (the "Motion") submitted by some of the defendants in this action, including Grange Insurance Association, Central Mutual Insurance Company, and All America Insurance Company.

3.      I have practiced law for 30 years. I have specialized in litigation with an emphasis on complex civil litigation and insurance. I have also served as an attorney's fees arbiter for over twenty years through the Colorado and Denver Legal Fee Arbitration Committees. I have handled numerous lawsuits involving complex legal issues with millions of dollars at stake. Pursuant to D.C. Colo.L.Civ.R. 54.3(B), a summary of my relevant experience and qualifications is as follows:

> More than 29 years of experience providing legal expertise for insurance companies, corporations as well as individual clients in litigation (federal, state; trial, appellate); arbitrations; administrative proceedings; contract negotiations and drafting. Practice areas have included: General insurance defense including property, casualty, automobile general liability, surety, breach of insurance contract and bad faith breach, construction defect, class actions, commercial litigation, breach of contract; copyright infringement; trade name and trademark infringement fraud, defamation, libel, slander, invasion of privacy, professional malpractice, breach of fiduciary duties. Responsible for the administration and supervision of multiple-attorney law firm(s), including all aspects of case analysis, work-up, and resolution for over 20 years.

4.      In addition, three other Stuart D. Morse & Associates, LLC lawyers worked in the defense of by Grange Insurance Association, Central Mutual Insurance Company, and All America Insurance Company in this case:

**Jason D. Krueger** Mr. Krueger is a civil litigation trial attorney in both State and Federal Court in Colorado. Mr. Krueger has second-chaired three cases to judgment, and has drafted and argued many motions. Mr. Krueger is is admitted to practice law in Colorado.

**Edward Dillon** Mr. Dillon is an experienced litigator who assited Mr. Morse on this case for a brief period, before leaving the firm. Mr. Dillon is admitted to practice in New York and Colorado and frderal courts. Mr. Dillon has been first chair trial counsel for a number of matters and has been responsible for writing and arguing numerous legal motions covering a wide variety of topics.

**Sean Cumberlege** Mr. Cumberlege is licensed to practice law in Colorado (state and federal court), and has extensive experience representing both plaintiffs and defendants in a number of different contexts, including personal injury, insurance disputes, construction defect, and commercial law.

5.     For Central Mutual Insurance Company and All America Insurance Company counsel at Rivkin Radler, Attorneys at Law served as co-counsel during the initial phases of this litigation. Those lawyers and qualifications are:

**Wílliam M. Savino** A partner in his firm's Insurance Coverage & Commercial Litigation Practice Groups, Mr. Savino litigates before trial and appellate courts throughout the United States.

**Frank Misiti** Frank Misiti represents clients in insurance coverage litigation and commercial litigation in state and federal courts in New York and state courts throughout the country.

**Michael Cannata** Michael C. Cannata is a seasoned trial lawyer with extensive experience litigating complex intellectual property, commercial, and other business disputes in state and federal courts across the country.

6.     In addition to the lawyers that worked on the case, paralegals Kelly Wenzel, Ava Carpenter, Brian Gulden, and Mark Delia worked on the case. The

paralegals assisted with file management, deadlines, drafting documents, and other tasks for the attorney's.

7.    Stuart D. Morse & Associates has diligently and competently represented Grange Insurance Association, Central Mutual Insurance Company, and All America Insurance Company in defense of this substantial matter in which Plaintiffs have made many false allegations and engaged in vexatious litigation. Stuart D. Morse & Associates, LLC drafted pleadings, attended client meetings, engaged in conferral conferences with co-defendant counsel and Plaintiffs' counsel, developed and researched defenses to the Complaint, and successfully obtained a dismissal of the Complaint pursuant to F.R.C.P. 12(b).

8.    Pursuant to Pursuant to D.C.Colo.L.Civ.R. 54.3(A)(l) detailed descriptions of the services rendered, the dates, the amount of time spent, the hourly rates, costs and the total amount claimed for the period between August 2014 through June 2017 is appended to the affidavit of Kevin Shea.

9.    Below is a summary of what each attorney and paralegal billed for Grange Insurance Association. The below is only a summary for demonstrative purposes, and the invoices reflect the accurate billings. For further detail, please refer to the detailed invoices accompanying Kevin Shea's affidavit and the Motion for Attorney's Fees and Costs.

**GRANGE INSURANCE ASSOCIATION ATTORNEY'S FEES**

| Attorney/Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Stuart D. Morse | $165.00 | 36 | $5,940.00 |
| Edward Dillon | $140.00 | 1.3 | $182.00 |
| Jason D. Krueger | $140.00 | 67.1 | $9,394.00 |
| Mark Delia | $95.00 | 14.3 | $1,358.50 |
| Brian Gulden | $95.00 | .4 | $38.00 |
| Ava Carpenter | $95.00 | .4 | $38.00 |
| | | **TOTAL FEES** | **$16,950.50** |

10.     Below is a summary of what each attorney and paralegal billed for Central

Mutual Insurance Company and All America Insurance Company. The below is only a

summary for demonstrative purposes, and the invoices reflect the accurate billings. For

further detail, please refer to the detailed invoices accompanying Kevin Shea's affidavit

and the Motion for Attorney's Fees and Costs. It should be noted that the vast majority of

the Rivkin firm's fees were generated before attorneys at Stuart D. Morse & Associates

were retained so there was no overlay in work or fees incurred.  The Rivkin firm worked

on legal issues, especially concerning jurisdictional issues, which attorneys at Stuart D.

Morse & Associates did not.

## CENTRAL MUTUAL INSURANCE /
## ALL AMERICA INSURACE COMPANY ATTORNEY'S FEES

| Attorney/Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Stuart D. Morse | $193.50 - $197.50 | 38.7 | $7,488.45 |
| Sean Cumberlege | $164.00 | 0.1 | $16.40 |
| Jason D. Krueger | $164.00 | 35.7 | $5,854.80 |
| Brian Gulden | $93.75 | 0.3 | $28.13 |
| Ava Carpenter | $93.75 | 1.9 | $178.13 |
| Mark Delia | $93.75 - $95.75 | 6.7 | $628.13 |
| William Savino | $289.00 - $291.00 | 69.8 | $20,216.00 |
| Frank Misiti | $239.00 | 7.4 | $1,768.60 |
| Michael C. Cannata | $239.00 | 10.2 | $2,437.80 |
| | | **TOTAL FEES** | **$38,616.44** |

11.     I serve as an arbiter and expert witness for attorney's fees disputes, and I am familiar with the hourly rates and fees for legal services billed for trial and litigation in the Colorado courts, both by Denver firms and out-of-state firms. The Stuart D. Morse & Associates, LLC and Rivkin Radler, Attorneys at Law hourly rates charged in this matter are well within the normal range for experienced attorneys specializing in complex civil litigation. As compared to counsel from major centers for international litigation (New York, Miami, Houston and Washington D.C.), the rates utilized by Stuart D. Morse, & Associates, LLC and Rivkin Radler, Attorneys at Law are well below average.

12.     The hours expended in providing legal services to Central Mutual Insurance Company, All America Insurance Company, and Grange Insurance Association are reasonable and typical in a lawsuit against insurance associations and insurance companies.

13.     The attorneys and paralegals that worked on this project are knowledgeable and experienced in complex civil litigation as set forth in the Background Summaries. Such knowledge and experience resulted in substantial cost-savings.

14.     Grange Insurance Association, Central Mutual Insurance Company and All America Insurance Company are entitled to reasonable attorney's fees and costs for the reasons set forth in the Motion.

15.     The above fees have been billed to clients, and the clients have paid in full.

FURTHER AFFIANT SAYETH NOT.

Stuart D. Morse
Stuart D. Morse & Associates, LLC
5445 DTC Parkway, Suite 250
Greenwood Village, Colorado 80111
(303) 996-6661

STATE OF COLORADO        )
                         ) ss.
COUNTY OF ARAPAHO        )

The foregoing instrument was acknowledged before me this 25th day of September, 2017, by Stuart D. Morse.

Witness my hand and official seal.

My commission expires: _November 17, 2020_

RENEE LeANN ROUTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164043797
MY COMMISSION EXPIRES 11/17/2020

Notary Public

8

# Stuart D. Morse & Associates, LLC

31 AUG 2017
1

## Report of Work-In-Progress

Client: GRA06   GRANGE
Matter: 30.6401403   SNYDER V. GRANGE

| Trust: **$0.00** | Term Deposit: **$0.00** | | Office: **$1,920.00** |

| Date | User | Time | Details | Billed | VALUE | Seq No. |
|------|------|------|---------|--------|-------|---------|
| 7 AUG 2014 | SDM | 0.30 | Analysis/strategy Analyze       agreement | | 49.50 | 36246 |
| 8 AUG 2014 | SDM | 1.40 | Analysis/strategy Analyze proposed motion to dismiss based upon Rule 8 (incomprehensible pleadings) as well as emails from     discussing | | 231.00 | 36267 |
| 11 AUG 2014 | SDM | 1.00 | Analysis/strategy Attend conference call with     to discuss motions to file and    . | | 165.00 | 36333 |
| 12 AUG 2014 | SDM | 0.40 | Analysis/strategy Analyze proposed Rule 12 motion to dismiss as well as motion to set briefing schedule. | | 66.00 | 36329 |
| 13 AUG 2014 | SDM | 0.20 | Fact investigation/development Research membership in ACORD | | 33.00 | 36799 |
| 14 AUG 2014 | SDM | 0.50 | Analysis/strategy Attend telephonic status conference with    . | | 82.50 | 36454 |
| 15 AUG 2014 | SDM | 0.10 | Pleadings Prepare and File Corporate disclosure | | 16.50 | 36441 |
| 20 AUG 2014 | SDM | 0.10 | Fact investigation/development Answer Acord question for     | | 16.50 | 36800 |
| 21 AUG 2014 | ED | 0.40 | Fact investigation/development Analyze Complaint and agenda re    . | | 66.00 | 36942 |
| 21 AUG 2014 | ED | 0.90 | Analysis/strategy Attend     conference (by phone) to discuss motions to dismiss and handling of motions. | | 148.50 | 36943 |
| 4 SEP 2014 | SDM | 0.50 | Analysis/strategy Attend     call re briefing and motions       | | 82.50 | 37244 |
| 19 SEP 2014 | SDM | 0.10 | Analysis/strategy Analyze Liaison counsel's email concerning communications with plaintiff's counsel on pleading dates. | | 16.50 | 37656 |
| 24 SEP 2014 | SDM | 0.30 | Analysis/strategy Analyze multiple emails from memebers of     regarding plaintiff's proposed status report. | | 49.50 | 37833 |
| 25 SEP 2014 | ASC | 0.20 | Analysis/strategy Analyze plaintiff's status report regarding proposed scheduling for case. | | 19.00 | 37853 |
| 7 OCT 2014 | SDM | 0.40 | Analysis/strategy Analyze multiple emails regarding Tolling Agreement proosal and forward same to D. Beard with recommendation. | | 66.00 | 38536 |
| 7 OCT 2014 | SDM | 0.20 | Analysis/strategy Revise proposed tolling agreement and send same to     | | 33.00 | 38537 |
| 8 OCT 2014 | SDM | 0.30 | Analysis/strategy Analyze multiple emails among     over tolling agreement and email to plaintiffs' counsel. | | 49.50 | 38577 |
| 14 OCT 2014 | JDK | 0.10 | Analysis/strategy Receive email from     regarding     | | 14.00 | 38732 |
| 14 OCT 2014 | ASC | 0.20 | Analysis/strategy Email from     regarding     telephone conference and respond to same. | | 19.00 | 39299 |
| 16 OCT 2014 | JDK | 1.00 | Analysis/strategy     with all     defense counsel regarding plaintiff's recent amended class action complaint,    , rule 11 motions, and     | | 140.00 | 38781 |
| 22 OCT 2014 | JDK | 0.30 | Other case assessment Atted telephonic conference to discuss tolling agreement, dismissal, and service of process issues | | 42.00 | 38948 |

EXHIBIT 11B
to Kevin Shea Affidavit
Case No. 1:14-cv-01736-JLK

# Stuart D. Morse & Associates, LLC

31 AUG 2017

2

## Report of Work-In-Progress

Client: GRA06     GRANGE
Matter: 30.6401403     SNYDER V. GRANGE

| Trust: **$0.00** | Term Deposit: **$0.00** | Office: **$1,920.00** |
|---|---|---|

| Date | Init. | Hrs | Description | Amount | Ref |
|---|---|---|---|---|---|
| 22 OCT 2014 | JDK | 0.10 | Analysis/strategy Email to ▮▮▮ regarding ▮▮▮ and tolling agreement | 14.00 | 38973 |
| 12 NOV 2014 | SDM | 0.70 | Analysis/strategy Analyze proposed brief to be submitted by non-selling insurers as well as latest email exchange re tolling agreement. | 115.50 | 40052 |
| 14 NOV 2014 | SDM | 0.40 | Analysis/strategy Analyze emails re tolling agreement and communicate with D. Beard re same. | 66.00 | 40178 |
| 18 NOV 2014 | JDK | 0.20 | Other case assessment Receive and analyze american family's motion to dismiss second amended complaint | 28.00 | 40284 |
| 19 NOV 2014 | JDK | 0.40 | Other case assessment Attend ▮▮▮ conference call to discuss case proceeding with motions to dismiss | 56.00 | 40311 |
| 19 NOV 2014 | JDK | 0.10 | Other case assessment Review motion to dismiss to ascertain whether grange should add name to footnote one | 14.00 | 40315 |
| 19 NOV 2014 | SDM | 1.90 | Pleadings Analyze proposed motions to dismiss and join same and discuss with co-counsel ▮▮▮ ▮▮▮. | 313.50 | 40424 |
| 20 NOV 2014 | JDK | 0.30 | Pleadings Receive and analyze draft brief motion to dismiss drafted by Travleres of ▮▮▮. | 42.00 | 40436 |
| 20 NOV 2014 | JDK | 0.60 | Other case assessment Receive and analyze selling defendants sixty-two page motion to dismiss second amended complaint in order to ascertain ▮▮▮. | 84.00 | 40441 |
| 20 NOV 2014 | JDK | 0.20 | Other case assessment Email correspondence to and from Casie Colignon regarding non-seller's briefing circulation | 28.00 | 40450 |
| 20 NOV 2014 | JDK | 0.10 | Other case assessment Receive and review email correspondence from Wheeler Trigg regarding motion to dismiss for lack of personal jurisdiction | 14.00 | 40458 |
| 21 NOV 2014 | JDK | 0.10 | Other case assessment Receive and review email correspondence from ▮▮▮ s containing non-selling defendants' motion to dismiss wherein ▮▮▮. | 14.00 | 40492 |
| 21 NOV 2014 | JDK | 0.30 | Other case assessment Analyze arguments contained in non-selling defendants' motion to dismiss to ensure arguments ▮▮▮. | 42.00 | 40493 |
| 21 NOV 2014 | JDK | 0.10 | Pleadings Receive entry of appearances on behalf of allianz global risks us insurance company et al | 14.00 | 40496 |
| 21 NOV 2014 | JDK | 0.20 | Pleadings Receive and review multiple corporate disclosure certificates for allianz group et al | 28.00 | 40500 |
| 21 NOV 2014 | JDK | 0.10 | Pleadings Receive and review entry of appearance on behalf of secura | 14.00 | 40504 |
| 24 NOV 2014 | JDK | 0.20 | Pleadings Receive and review extention of time filed by Farmers Insurance Companyto file Answer or response to third amended class action | 28.00 | 40610 |
| 24 NOV 2014 | JDK | 0.80 | Pleadings Receive and analyze exhibits to plaintiffs' motion to amend complaint, amended complaint, and exhibits attached thereto | 112.00 | 40626 |
| 25 NOV 2014 | JDK | 0.40 | Pleadings Receive and briefly scan voluminous third amended complaint and jury demand | 56.00 | 40668 |
| 25 NOV 2014 | JDK | 0.10 | Pleadings Receive and review entry of appearance on behalf of farmers alliance | 14.00 | 40703 |