# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01736-JLK

DALE SNYDER, et al., individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

ACORD CORPORATION, a Delaware nonprofit corporation, et al.,

    Defendants.

---

## ORDER ON SPECIFIC AMOUNT OF ATTORNEY FEES AWARDED UNDER 28 U.S.C. § 1927

---

Kane, J.

In my January 24, 2019 Order awarding attorney fees to Joint Defendants[1] under 28 U.S.C. § 1927 (ECF No. 621), I directed Joint Defendants to submit the amount of attorney fees each incurred after August 19, 2014, and related to district court proceedings only. Joint Defendants have complied. *See* Joint Defs.' Submission Att'y Fees (ECF No. 622). I have already found the fees set forth in Joint Defendants' Submission to be reasonably and necessarily incurred and the result of the unreasonable and vexatious multiplication of the proceedings by Plaintiffs' counsel, Mr. Josue Hernandez. As such, Joint Defendants are awarded their attorney fees against Mr. Hernandez, as set out in the table below, and are entitled to recover that portion of their total fee award from him or Plaintiffs.

---

[1] "Joint Defendants" are identified in the table of fees included in this Order.

| **Defendant(s)** | **Award Amount** |
|---|---|
| All America Insurance Company; Central Mutual Insurance Company | $31,901.46 |
| Allianz Life Insurance Co. of North America | $149,115.00 |
| American Family Mutual Insurance Company | $114,764.80 |
| Auto-Owners Insurance Company; Owners Insurance Company, erroneously named as Owners Insurance, d/b/a Auto-Owners Insurance d/b/a Home-Owners Insurance | $33,666.80 |
| The Chubb Corporation; Chubb National Insurance Company; Chubb Services Corporation; Great Northern Insurance Company; Pacific Indemnity Company; Vigilant Insurance Company; Federal Insurance Company | $39,543.50 |
| Cincinnati Insurance Company | $45,275.82 |
| Electric Insurance Company | $30,785.00 |
| Fireman's Fund Insurance Company; Allianz of America, Inc., Allianz Global Risks US; Insurance Company, American Automobile Insurance Company a/k/a Fireman's Fund; Insurance Company of Missouri, Associated Indemnity Corporation, Fireman's Fund; Insurance Company, and National Surety Corporation | $22,987.20 |
| First American Financial Corporation; First American Property & Casualty Insurance Company | $96,974.00 |
| Grange Insurance Association | $7,344.50 |
| GuideOne Mutual Insurance Company | $16,093.40 |
| Kemper Corporate Services, Inc.; Kemper Corporation; Unitrin Auto and Home Insurance Company; Unitrin Direct Property & Casualty Company | $45,107.66 |
| McKinsey & Company, Inc.; McKinsey & Company, Inc. Washington D.C. | $128,672.50 |
| National Casualty Company; Nationwide Affinity Insurance Company of America; Nationwide Insurance Company of America; Nationwide Mutual Insurance Company | $141,351.00 |
| Sentry Insurance a Mutual Company | $20,066.50 |
| United Services Automobile Association; USAA Casualty Insurance Company | $80,394.00 |

DATED this 7th day of February, 2019.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE